IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| CHAPARRAL ENERGY, INC., *et al.*,[1] | ) |
| | ) Case No. 16-11144 (LSS) |
| Debtors. | ) |
| | ) (Joint Administration Requested) |
| | ) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the attached certification, Howard A. Cohen, Esquire, moves the admission *pro hac vice* of Robert K. Malone, Esquire, of the law firm of Drinker Biddle & Reath LLP to represent the Ad Hoc Committee of the 9.875% Senior Notes Due 2020, 8.25% Senior Notes Due 2021 and 7.625% Senior Notes Due 2022 (collectively, the Ad Hoc Committee of Senior Noteholders") in these bankruptcy cases and related proceedings.

Dated: May 10, 2016
Wilmington, Delaware

**DRINKER BIDDLE & REATH LLP**

/s/ Howard A. Cohen
Howard A. Cohen (DE 4082)
222 Delaware Avenue, Ste. 1410
Wilmington, DE 19801
Telephone: (302) 467-4200
Email: howard.cohen@dbr.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New Jersey, the United States District Court for the District of New Jersey and the Eastern and Southern Districts of New York and the United States Court of Appeals for the Third Circuit, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective January 1, 2005. I further certify that I caused the annual fee of $25.00 to be paid to the Clerk of the District Court.

/s/ Robert K. Malone, Esq.
Robert K. Malone, Esq.
DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
Facsimile: (973) 360-9831
Email: Robert.Malone@dbr.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CEI Acquisition, L.L.C. (1817); CEI Pipeline, L.L.C. (6877); Chaparral Biofuels, L.L.C. (1066); Chaparral CO2, L.L.C. (1656); Chaparral Energy, Inc. (0941); Chaparral Energy, L.L.C. (0941); Chaparral Exploration, L.L.C. (1968); Chaparral Real Estate, L.L.C. (1655); Chaparral Resources, L.L.C. (1710); Green Country Supply, Inc. (2723); and Roadrunner Drilling, L.L.C. (2399). The Debtors' address is 701 Cedar Lake Blvd., Oklahoma City, OK 73114.

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.