**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| CHAPARRAL ENERGY, INC., *et al.*,[1] | ) | Case No. 16- 11144 (LSS) |
| Debtors. | ) | (Joint Administration Requested) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the attached certification, Howard A. Cohen, Esquire, moves the admission *pro hac vice* of Andrew M. Leblanc, Esquire, of the law firm of Milbank, Tweed, Hadley & McCloy LLP to represent the Ad Hoc Committee of the 9.875% Senior Notes due 2020, 8.25% Senior Notes due 2021, and 7.625% Senior Notes due 2022 (collectively, the "Ad Hoc Committee of Senior Noteholders") in these bankruptcy cases and related proceedings.

Dated: May 10, 2016
Wilmington, Delaware

**DRINKER BIDDLE & REATH LLP**

/s/ Howard A. Cohen
Howard A. Cohen (DE 4082)
222 Delaware Avenue, Ste. 1410
Wilmington, DE 19801
Telephone: (302) 467-4200
Email: howard.cohen@dbr.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and the Bars of the States of Maine and New York, the United States District Court for the Southern District of New York, the United States Court of Federal Claims, the United States Courts of Appeals for the Second, Fifth, Eleventh, and Federal Circuits, and the United States Supreme Court, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective January 1, 2005. I further certify that I caused the annual fee of $25.00 to be paid to the Clerk of the District Court.

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CEI Acquisition, L.L.C. (1817); CEI Pipeline, L.L.C. (6877); Chaparral Biofuels, L.L.C. (1066); Chaparral CO2, L.L.C. (1656); Chaparral Energy, Inc. (0941); Chaparral Energy, L.L.C. (0941); Chaparral Exploration, L.L.C. (1968); Chaparral Real Estate, L.L.C. (1655); Chaparral Resources, L.L.C. (1710); Green Country Supply, Inc. (2723); and Roadrunner Drilling, L.L.C. (2399). The Debtors' address is 701 Cedar Lake Blvd., Oklahoma City, OK 73114.

MILBANK, TWEED, HADLEY & M[c]CLOY LLP

/s/ Andrew M. Leblanc
Andrew M. Leblanc
1850 K Street, NW
Suite 1100
Washington, DC 20006
Telephone: (202) 835-7574
Facsimile: (202) 263-7574
Email: aleblanc@milbank.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.