**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------- x
```
In re:                        :    Chapter 11

CHAPARRAL ENERGY, INC., et al.,   :    Case No. 16-11144 (LSS)

Debtors.[1]              :    Jointly Administered

                        :    **Re: Docket No. 108**
```
------------------------------------------------------- x
```

**AMENDED DECLARATION OF DAVID BAGGETT IN SUPPORT
OF THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER
AUTHORIZING THE RETENTION AND EMPLOYMENT OF OPPORTUNE
LLP AS FINANCIAL ADVISOR FOR THE DEBTORS
AND DEBTORS IN POSSESSION *NUNC PRO TUNC* TO THE PETITION DATE**

I, David Baggett, being duly sworn state the following under penalty of perjury:

1.      I am a Managing Partner of Opportune LLP ("**Opportune**"), an energy consulting services firm with offices in Houston, Dallas, Denver, London, New York City and Tulsa.  I submit this declaration on behalf of Opportune (the "**Declaration**") in support of the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Opportune LLP as Financial Advisor for the Debtors and Debtors in Possession* Nun Pro Tunc *to the Petition Date* (the "**Application**") on the terms and conditions set forth in the Application and the engagement letter between the Debtors and Opportune attached to the Order as **Exhibit 1** (the "**Engagement Letter**"). Except as otherwise noted, I have personal knowledge of the matters set forth herein.

---

[1]     The Debtors in these cases, along with the last four digits (or five digits, in cases in which multiple Debtors have the same last four digits) of each Debtor's federal tax identification number, are: CEI Acquisition, L.L.C. (1817); CEI Pipeline, L.L.C. (6877); Chaparral Biofuels, L.L.C. (1066); Chaparral CO2, L.L.C. (1656); Chaparral Energy, Inc. (90941); Chaparral Energy, L.L.C. (20941); Chaparral Exploration, L.L.C. (1968); Chaparral Real Estate, L.L.C. (1655); Chaparral Resources, L.L.C. (1710); Green Country Supply, Inc. (2723); and Roadrunner Drilling, L.L.C. (2399).  The Debtors' address is 701 Cedar Lake Blvd., Oklahoma City, OK 73114.

## OPPORTUNE'S QUALIFICATIONS

2.      I have determined that the services of Opportune are necessary to assist the Debtors in their reorganization.  I understand that Opportune is well qualified to provide financial advisory services in light of its knowledge of the Debtors and the industry in which the Debtors operate, and its experience in providing financial and restructuring advisory services in large, complex chapter 11 cases.  Opportune performs an array of financial, tax, and restructuring advisory and consulting services for companies throughout the oil and gas industry and has an intimate understanding of the economic, regulatory, operational, strategic, and financial factors that drive the oil and gas business and related businesses.  Such understanding positions Opportune ideally to advise the Debtors' management and other professionals in connection with the Debtors' operations and to assist with the myriad of issues that may arise in these chapter 11 cases.

3.      Opportune specializes in turnaround consulting, operational due diligence, complex financial reporting, creditor advisory services, tax advisory services, and financial and operational restructuring, among other things.  I understand that Opportune has a particular expertise in the oil and gas industry and geographies in which the Debtors operate.  Opportune's prior experience includes a wide range of activities and services targeted at crisis management, restructuring, stabilizing, and improving a company's financial position, including, among others: providing executive leadership to financially distressed companies; developing or validating forecasts, business plans and related assessments of a business's strategic position; monitoring and managing cash, cash flow and supplier relationships; assessing and recommending cost reduction strategies; and designing and negotiating financial restructuring packages.  In the past, Opportune has provided interim management, restructuring advisory

services and/or strategic advice to companies of similar size to the Debtors, as well as creditors, investors, and other parties in interests in matters such as, among others:  (i) in the chapter 11 cases of Swift Energy Company, Samson Resources, Duer Wagner III Oil & Gas, BPZ Energy, Endeavour Operating Corporation, Global Geophysical Services, ATP Oil & Gas Corporation, GMX Resources Inc., Cano Petroleum Inc., Crusader Energy Group, Inc. and Edge Petroleum Corporation; and (ii) matters involving each of Bank of America, Citibank, Union Bank, Wells Fargo Bank, N.A., GSO Capital Partners, Third Avenue Management, Bank of Montreal, Royal Bank of Canada and Bank of Scotland.  In addition, Opportune is familiar with the Debtors' business, financial affairs, and capital structure.

4.    For these reasons, I believe that Opportune is well qualified and uniquely suited to act as financial advisor to the Debtors.

## SERVICES TO BE PROVIDED

5.    On March 18, 2016, the Debtors and Opportune entered into the Engagement Letter, which governs the financial advisory relationship between them. The terms and conditions of the Engagement Letter were negotiated between the Debtors and Opportune and reflect the parties' mutual agreement as to the substantial efforts that will be required in this engagement.   Subject to further order of the Court, and consistent with the terms of the Engagement Letter, Opportune's anticipated financial advisory services in these chapter 11 cases include, but are not limited to, the following:

    a.    assistance in the preparation of financial related disclosures required by the Court, including but not limited to Schedules of Assets and Liabilities, Statements of Financial Affairs and Monthly Operating Reports;

    b.    assistance with information and analyses required pursuant to cash collateral documents;

    c.    assistance with the identification and implementation of short-term cash management procedures;

3

d.       assistance with the identification of executory contracts and leases and performance of cost/benefit evaluations with respect to the affirmation or rejection of each;

e.       assistance to management and counsel focused on the coordination of resources related to the ongoing reorganization effort;

f.       assistance in the preparation of financial information for distribution to creditors and others, including, but not limited to, cash flow projections and budgets, cash receipts and disbursement analysis, analysis of various asset and liability accounts, and analysis of proposed transactions for which Court approval is sought;

g.       attendance at meetings and assistance in discussion with potential investors, banks, and other secured lenders, any official committee(s) appointed in these chapter 11 cases, the U.S. Trustee, other parties in interest and professionals hired by same, as requested;

h.       analysis of creditor claims by type, entity, and individual claim, including assistance with development of databases to track such claims;

i.       assistance in the preparation of information and analysis necessary for the confirmation of a plan of reorganization in these chapter 11 cases, including information contained in the plan and disclosure statement;

j.       assistance in the analysis and preparation of information necessary to assess the tax attributes related to the confirmation of a plan of reorganization in these chapter 11 cases, including the development of the related tax consequences contained in the disclosure statement;

k.       litigation advisory services with respect to accounting and tax matters, along with expert witness testimony on case related issues; and

l.       rendering such other general business consulting or such other assistance management or counsel may deem necessary and consistent with the role of a financial advisor to the extent that it would not be duplicative of services provided by other professionals.

6.       Accordingly, I believe that Opportune is well-qualified to represent the Debtors in a cost-effective, efficient, and timely manner, and I submit that the employment and retention of Opportune is in the best interests of the Debtors, their creditors, and all parties in interest.

## PROFESSIONAL COMPENSATION

7.      Subject to Court approval and in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, applicable United States Trustee guidelines, and the Local Rules of this Court, Opportune will seek from the Debtors payment for compensation and reimbursement of actual and necessary expenses incurred by Opportune.  Opportune's customary hourly rates, for both financial advisory services, as charged in bankruptcy and non-bankruptcy matters of this type by the professionals assigned to this engagement are outlined in the Application.  These hourly rates are adjusted annually.

8.      Opportune received an initial retainer of $250,000 (the "**Retainer**") on March 22, 2016 from the Debtors related to its financial advisory work.  Pursuant to the Engagement Letter, the Retainer shall be carried by Opportune and credited against any amounts due at the termination of the engagement, with any remaining amount of the Retainer returned to the Debtors.  According to Opportune's books and records, during the 90-day period prior to the Petition Date, Opportune received approximately $420,000 from the Debtors for professional services performed and expenses incurred.  As of the Petition Date, no amounts were due or outstanding under the Engagement Letter.

9.      To the best of my knowledge, (i) no commitments have been made or received by Opportune with respect to compensation or payment in connection with this case other than in accordance with applicable provisions of the Bankruptcy Code and the Bankruptcy Rules, and (ii) Opportune has no agreement with any other entity to share with such entity any compensation received by Opportune in connection with these chapter 11 cases.  To date, Opportune has received compensation and reimbursement for financial advisory services from the Debtors as described in **Exhibit A** attached hereto and incorporated herein by reference.

5

10.     By reason of the foregoing, I believe Opportune is eligible for employment and retention by the Debtors pursuant to section 327(a) (as modified by sections 1107(b), 328, 330, and 331 of the Bankruptcy Code and the applicable Bankruptcy Rules and Local Rules).

## NO DUPLICATION OF SERVICES

11.     To my knowledge, I believe that the services Opportune provides to the Debtors will not duplicate the services that other professionals will be providing to the Debtors in these chapter 11 cases.  Specifically, I believe that Opportune will carry out unique functions and will use reasonable efforts to coordinate with the Debtors and the other professionals retained in these chapter 11 cases to avoid the unnecessary duplication of services.

## OPPORTUNE'S DISINTERESTEDNESS

12.     Opportune, together with its affiliates (the "**Firm**"), utilize certain procedures ("**Firm Procedures**") to determine the Firm's relationships, if any, to parties that may have a connection to a client debtor. In implementing the Firm Procedures, the following actions were taken to identify parties that may have connections to the Debtors, and the Firm's relationship with such parties:

a.     Opportune requested and obtained from the Debtors extensive lists of interested parties and significant creditors (the "**Potential Parties-in-Interest**").  The list of Potential Parties-in-Interest that Opportune reviewed is annexed hereto as **Schedule 1**. The Potential Parties-in-Interest reviewed include, among others, the Debtors, prepetition lenders, noteholders, officers, directors, the significant unsecured creditors of the Debtor, significant customers, utilities, insurers, significant counterparties to material agreements, and litigation claimants.  Certain of the disclosures

herein relate to matters within the personal knowledge of other professionals at Opportune and are based on information provided by them.  The list of Potential Parties-in-Interest is expected to be updated during this case. Opportune continues to review the relationships its professionals may have with potentially interested parties and to determine whether any relationships other than those set forth herein exist.  As may be necessary, Opportune will supplement this Declaration if it becomes aware of a relationship that may adversely affect Opportune's retention in this case or discovers additional parties-in-interest through the filing of statements of financial affairs or statements under Rule 2019.  Opportune will update this disclosure if it is advised of any trading of claims against or interests in the Debtors that may relate to Opportune's retention or otherwise requires such disclosure.

b.      Opportune then compared the names of each of the Potential Parties-in-Interest to the names in its master electronic database of the Firm's current and recent clients (the "**Client Database**").  The Client Database generally includes the name of each current and former client of the Firm.

c.      An email was issued to all Firm professionals requesting disclosure of information regarding: (i) any known personal connections between the respondent and/or the Firm on the one hand, and either the Potential Parties-in-Interest or the Debtors, on the other hand, (ii) any known connections or representation by the respondent and/or the Firm of any of the Potential Parties-in-Interest in matters relating to the Debtors; and (iii)

any other conflict or reason why Opportune may be unable to represent the Debtors.

        d.      Known connections between former or recent clients of the Firm and the Potential Parties-in-Interest were compiled for purposes of preparing this Declaration.  These connections are listed in **<u>Schedule 2</u>** annexed hereto.

13.     In reviewing its records and the relationships of its professionals, Opportune did not seek information as to whether any Opportune professional or member of his/her immediate family:  (a) indirectly owns, through a public mutual fund or through partnerships in which certain Opportune professionals have invested but as to which such professionals have no control over or knowledge of investment decisions, securities of the Debtors or any other party in interest; or (b) has engaged in any ordinary course consumer transaction with any party in interest.  If any such relationship does exist, I do not believe it would impact Opportune's disinterestedness or otherwise give rise to a finding that Opportune holds or represents an interest adverse to the Debtors' estates.

14.     As a result of the Firm Procedures, I have thus far ascertained that, except as may be set forth herein, upon information and belief, if retained, Opportune:

        a.      is not a creditor of the Debtors (including by reason of unpaid fees for prepetition services), an equity security holder of the Debtors (except certain Firm employees may own de minimis amounts representing not more than 0.01% of the equity interests in the related entity), or an "insider" of the Debtors, as that term is defined in Section 101(31) of the Bankruptcy Code;

      b.      is not, and has not been, within 2 years before the Petition Date, a director, officer, or employee of the Debtors; and

      c.      does not have an interest materially adverse to the interests of the Debtors' estate, or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

15.     As can be expected with respect to any international professional services firm such as Opportune, the Firm provides services to many clients with interests in the Debtors' chapter 11 cases. To the best of my knowledge, except as indicated below, the Firm's services for such clients do not relate to the Debtors' chapter 11 cases.

16.     Further, as part of its diverse practice, the Firm appears in cases and proceedings, and participates in transactions that involve many different professionals, attorneys, accountants, and financial consultants, who represent claimants and parties-in-interest in the Debtors' chapter 11 cases. Further, the Firm has performed in the past, and may perform in the future, advisory consulting services for various attorneys and law firms, and has been represented by several attorneys and law firms, some of whom may be involved in these proceedings. Based on our current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships create interests materially adverse to the Debtors in matters upon which Opportune is to be employed, and none are in connection with this case.

17.     To the best of my knowledge, no employee of the Firm is a relative of or has been connected with the U.S. Trustee in this district or its employees.

18.     Accordingly, to the best of my knowledge, Opportune is a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code, in that Opportune: (i) is not a

creditor, equity security holder, or insider of the Debtors; (ii) was not, within two years before the Petition Date, a director, officer, or employee of the Debtors; and (iii) does not have an interest materially adverse to the interest of the Debtors' estate or of any class of creditors or equity security holders.

19.    If any new material relevant facts or relationships are discovered or arise, Opportune will promptly file a supplemental declaration.

20.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: June 9, 2016
      Wilmington, Delaware

By:  _/s/ David C. Baggett_  
Managing Partner
Opportune LLP

## EXHIBIT A

**Opportune's Financial Advisory Compensation**

| Type | Date | Amount |
|------|------|--------|
| Payment | 4/30/2016 | -$130,081.50 |
| Invoice | 4/30/2016 | $130,081.50 |
| Payment | 4/13/2016 | -$278,798.76 |
| Invoice | 4/13/2016 | $278,798.76 |
| Retainer | 3/24/2016 | -$250,000.00 |

1

**SCHEDULE 1**

**Potential Parties-in-Interest**

1. **Company and Affiliated Entities**

| | |
|---|---|
| CEI Acquisition, L.L.C. | Chaparral Exploration, L.L.C. |
| CEI Pipeline, L.L.C. | Chaparral Real Estate, L.L.C. |
| Chaparral Biofuels, L.L.C. | Chaparral Resources, L.L.C. |
| Chaparral $CO_2$, L.L.C. | Green Country Supply, Inc. |
| Chaparral Energy, Inc. | Roadrunner Drilling, L.L.C. |
| Chaparral Energy, L.L.C. | |

2. **Formerly Affiliated Entities and Previous Names**

| | |
|---|---|
| Bison Drilling, LLC | Fischer Energy Corporation |
| Borger CO2 Pipeline, LLC | J M Graves, LLC |
| Bristol Resources Corporation | JMG Oil & Gas, LP |
| Calumen-Eakin Gas Company, LLC | Monarch Corporation |
| Calumet Oil Company | Noram Petrolum, LLC |
| CEI Bristol Acquisition, LLP | Oklahoma Ethanol LLC |
| CEI Bristol Acquisition, LP | Pointe Vista Development, LLC |
| Chaparral Corporation | Resource Oil & Gas Corporation |
| Chaparral, L.L.C. | Triumph Tools & Supply, L.L.C. |
| Chaparral Oil, L.L.C. | Triumph Resources, Inc. |
| Chaparral Texas, L.P. | Triumph Resources, L.L.C. |
| C&M Oilfield Service, Inc. | |

3. **Restructuring and Other Significant Professionals of Company and Affiliated Entities**

Evercore Group LLC
Kurtzman Carson Consultants LLC
Latham & Watkins LLP
Opportune LLP
Richards, Layton & Finger PA

4. **Major Secured Lenders (including current and former agents)**

| | |
|---|---|
| Allied Irish Banks, PLC | J.P. Morgan Securities Inc. |
| Amegy Bank National Association | KeyBank National Association |
| Bank of Scotland, plc | Natixis |
| Capital One, National Association | Royal Bank of Canada |
| Comerica Bank | Société Générale |
| Compass Bank | The Bank of Nova Scotia |

1

Credit Agricole Corporate and Investment Bank
Credit Suisse AG, Cayman Islands Branch
Goldman Sachs Bank USA
ING Capital LLC
JP Morgan Chase Bank, N.A

UBS Loan Finance LLC
UBS Securities LLC
Union Bank, N.A.
U.S. Bank National Association
Wells Fargo Bank, N.A.

5. **Counsel/Professionals to Major Secured Lenders**

FTI Consulting
Vinson & Elkins LLP

6. **Bondholders (including current and former agents)**

Aberdeen Asset Management, Inc.  (U.S.)
ABN Amro Luxembourg Investment
    Management SA
Advanced Series Trust
AllianceBernstein, L.P. (U.S.)
AllianceBernstein Japan LTD
American Century Companies Inc.
American Family Life Insurance
American General Life Insurance Company
American International Group
Anthem Insurance Companies Inc.
Assetmark Investments Services
Astmax Asset Management, Inc.
AXA Investment Managers, Inc.  (U.S.)
Axis Reins Co.
Barclays Multi-Manager Funds PTC
Blackgold Capital Management, L.P.
BlackRock Advisors, LLC
BlackRock Asset Management
Bluebay Asset Management Corporation
BlueCross BlueShield of Tennessee Inc.
BNP Paribas Asset Management Inc.
Brinson Advisors Inc.
Capital G Investments LTD
CIBC Securities Inc.
Cigna Health & Life Insurance Co.
Cigna Life Insurance Co. of NY
Citizens Insurance Company of America
Colcom Foundation
Columbia Management Investment
Connecticut General Life Insurance Co.
Contrarian Capital Management, LLC
Counsel Group of Funds

John Hancock Advisors LLC
J.P. Morgan Investment Management, Inc.
Julius Baer Multipartner SICAV
Kepler Fonds KAG MBH
Keystone Health Plan Inc.
Lemanik Asset Management SA
LGT Capital Management LTD
Logan Circle Partners, L.P.
Lord, Abbett & Co., LLC (Asset Management)
Mackenzie Financial Corporations
Manulife Asset Management (US) LLC
Marathon Asset Management, L.P.
Massachusetts Financial Services
Mediolanum International Funds
Metropolitan West Asset Management
MFS Investment Management
Mitchel Hutchins Asset Management
Morgan Stanley Investments LP
Nationwide Fund Advisors
Nomura Asset Management USA Inc.
Nomura Corporate Research and Asset
    Management, Inc.  (U.S.)
Nomura International PLC
Nuveen Asset Management LLC
Oppenheimer Funds Inc.
Pacific Life Insurance Company
Pax World Management Corporation
Philadelphia Indemnity Insurance
Physicians Mutual Life Insurance Company
Pictet & Cie
Pinebridge Investments Europe
Pine River Capital Management, L.P.
Pinnacol Assur

2

Dearborn National Life Insurance Company
Delaware Investments
Delaware Management Company
Deutsche Bank AG
Eastspring Investments Singapore
Eastspring Investments Trust Company
Elliot & Page Limited
Erie Insurance Exchange
Factory Mutual Insurance Company
FAF Advisors Inc.
Federal Insurance Company
Federated Investors Inc.
Fidelity Management & Research
Franklin Advisers, Inc.
Franklin Templeton Investments
GAM Holding LTD
Goldman Sachs Group Inc.
Goldman Sachs Asset Management, L.P.
    (U.S.)
GSO Capital Partners, L.P.
Guggenheim Funds Distributors Inc.
GW Capital Management LLC
Hanover Insurance Company
Highmark Inc.
Highmark West Virginia Inc.
Horace Mann Insurance Co.
HSBC Holdings PLC
IG Investment Management LTD
Insurance Company of the West
Invesco Asset Management LTD
Invesco LTD
Investeringsforeningen Laegernes
    Pensionsinvestering
Investeringsforeningen Sebinvest
Jackson National Life Insurance Company

Pioneer Asset Management SA
Pioneer Investment Management Ltd.
PPM America, Inc.
Principal Financial Group
Principal Global Investors, LLC
ProAssurance Indemnity Company, Inc.
ProAssurance Casualty Company
Prudential Financial Inc.
Putnam Investment Management, LLC
Rochdale Investment Management
Russell Investments Ireland LTD
Safety National Casualty Corp.
Schroder Investment Management Group
Scottish Widows Investment Partnership Ltd.
SEI Investments Canada Co.
SEI Investments Global LTD
Shenkman Capital Management, Inc.
Silver Point Capital, L.P. (U.S.)
SKY Harbor Capital Management, LLC
Standard Life Investments Mutual Fund LT
State Street Global Advisors (U.S.)
Sun America Asset Management Corporation
Symphony Asset Management LLC
Teachers Insurance Company
Templeton Investment Management
Thrivent Financial for Lutherans
UBS Global Asset Management (Americas),
    Inc.
UBS Gestion SGIIC SA
Variable Annuity Life Insurance Company
Voya Investment Management LLC
Wells Fargo Securities, LLC
Wilmington Savings Fund Society, FSB
Westwood Management Corporation
Ziegler Capital Management, LLC
Zurich Kempem Investments Inc.

7.  **Counsel/Professionals to Bondholders**

Milbank, Tweed, Hadley & McCloy LLP
PJT Partners
Richards Kibbe & Orbe LLP
Tudor, Pickering, Holt & Co.

8.  **Holders of 1% or More of Outstanding Common Equity Securities of the Company**

3

Fischer Investments, L.L.C.
CCMP Capital Investors II (AV-2) LP
CCMP Energy I LTD
CCMP Capital Investors (Cayman) II, LP
Altoma Energy
Healthcare of Ontario Pension Plan Trust Fund

9. **Current and Former Officers and Directors**

Current

| | |
|---|---|
| Charles A. Fischer Jr. | Linda Byford |
| Christopher (Chris) C. Behrens | Mark A. Fischer |
| David Eberhardt | Steve Donley |
| Jeff Smail | Terry Brownrigg |
| K. Earl Reynolds | William J. Hartwig |
| Joseph O. Evans | William Jaudes |
| Jim Miller | |

Former

| | |
|---|---|
| Alberto Joe Delgado | Jeff Gutman |
| Aubrey K. McClendon | John Ritz |
| Dana Sittig | John Wehrle |
| David Ketelsleger | Larry Brinlee |
| David Winchester | Larry Turner |
| Dennis McPhail | Laura Martin |
| Diane Montgomery | Ralph Simon |
| Domenic J. Dell'Osso | Reggie Cook |
| Don Culpepper | Richard Parma |
| Donna Miller | Robert W. Kelly II |
| Floyd Bates, Jr. | Scott Wehner |
| Gene Daniel | Steve Guillot |
| Kyle Vann | Steve Myers |
| Karl Kurz | Steve Yeakley |
| Jeff Dahlberg | Todd Nance |

HN\1536284.1

10. **Potential Major Unsecured Creditors**

Trade Creditors

Arrow Pump & Supply of Seminole LLC
Baker Hugest Business Support Service
Borets US Inc.
Bostick Services Corp
Devon Energy Prod Co. LP.
M&M Supply Company
NOV Tubescope
NOV Tubescope – Machining-Services
Parrish Electric Inc.
Quick Pump Service LLC
SM Energy Company
Summit ESP LLC
Sun Resources, Inc.
USA Compression
Weatherford Artificial Lift Systems

Royalty Owners

Chesapeake Exploration LLC
Cynthia C. Davis
JBD Oklahoma LLC
Oklahoma Energy Acquisitions LP
Natural Gas Anadarko Company Inc.
Red Mountain Energy LLC
Tiptop Oil & Gas US LLC
Trek Resources Inc.
Warrior Exploration & Prod LLC
XTO Energy Inc.

11. **Major Suppliers, Vendors and Other Parties, Including Mineral Contractors**

| | |
|---|---|
| 7B Roustabout, LLC | Key Energy Services, LLC |
| ADP, Inc. | M&M Supply, Inc. |
| Alejandro Rojas Hernandez | Midcon Data Services, Inc. |
| Archer Directional Drilling Inc. | Mimecast North America, Inc. |
| Archer Pressure Pumping LLC | Multi Shot |
| Archer Wireline, LLC | Net Solutions LLC |
| Baker Hughes Business Support Services | Niagra Blower Company |
| Incorporated | National Oilwell Varco |
| Baseline Energy Services, LP | National Oilwell DHT LP |
| Borets US, Inc. | Oil States Energy Services Inc. |
| Catapult Staffing, LLC | Oklahoma Gas and Electric Company |

5

Coffeyville Resources Nitrogen Fertilizers
    LLC
Crescent Services LLC
DNOW LP
E&P Equipment Ltd.
E&P Labor Ltd.
EOR Equipment
EOR Labor
Evans Enterprises, Inc.
Exterran, Inc.
Exterran Energy Solutions, LP
Field Services Equipment
Field Services Labor
FMC Technologies, Inc.
GE Oil & Gas ESP, Inc.
Globe Energy Services LLC
Hallibaker

Packers Plus Energy Services Inc.
Precision Energy Services, Inc.
Preferred Sands Corp.
Sebastian Perez Teres
Simons Petroleum LLC
Solomon Corp.
Sooner Pipe LLC
Summit ESP, LLC
Targa Pipeline Midcontinent Westok LLC
Unit Drilling Co.
Unit Petroleum Company
Unit Texas Drilling, LLC
US Bank Equipment Finance Inc.
USA Compression LLC
Washita Valley Enterprises, Inc.
Weatherford US, LP
Western Hot Oil Service, Inc.

12. **Significant Customers**

Centerpoint Energy Services Inc.
Mustang Gas Products, LLC
Oneok

13. **Counterparties to Major Contracts**

Calyon
Macquarie Bank Limited
Shell Energy Trading

UBS AG
Union Bank of CA

14. **Counterparties to Oil and Gas Related Contracts (including vendors and major oil and gas working interest owners other than mineral lessors, holders of royalty interests or any other similar third-party interests)**

Advantage Oilfield Services LLC
AES Drilling Fluids LLC
Agrium US Inc.
Alta Mesa Services LP
American Energy-Woodford LLC
Anadarko
Apache Corporation
Arkalon Energy, LLC
Arkalon Ethanol LLC
Arnold Oil Properties LLC
ARP Oklahoma LLC

Legacy Measurement Solutions
LHS, Smith & Smith II, Ltd., L.L.P.
Liberty Minerals LLC
Light Tower Rentals
Linn Energy
Linn Operating Inc.
Lipscomb County T/C
Lloyd E Benson Revocable Trust
M and V Resources Inc.
M&M Supply Company
Mack Energy Co

6

Arzo Inc.
ASAP Energy Inc.
Atlas Operating LLC
Avis L Marcum Revocable Trust
B & G Production Inc.
B&W Operating LLC
Bachman Services Inc.
BC Operating, Inc.
Bell Supply Company
Bend Petroleum Corp.
Big E Services LLC
Blake Production Co Inc.
Blue Star Land Services LLC
BP America
Braden Companies, Inc.
Breitburn Operating LP
Brittany Energy LLC
Brown & Borelli Inc.
BS&B Process Systems International
BSC Rod Lift Solutions LLC
Bulldog Chemicals LLC
Burlington Res O & G Co LP
Burlington Resources
Camrick Gas Processing
Caprock Supply Company
Carsupbon Economy LLC
Cased Hole Well Services LLC
Cathedral Energy Services
Centerpoint Energy Services Inc.
Chaco Energy Co.
Champlin Exploration Inc.
Charter Oak Production Co LLC
Chesapeake Energy
Chesapeake Exploration LLC
Chesapeake Operating Inc.
Chevron-Texaco
Choate Oilfield Services LLC
Cimarex Energy Co
Cimmarron Gathering LP
Citation Oil & Gas Corp
City of Coffeyville
CMS Electric Cooperative Inc.
Comanche Exploration Company LLC
Conoco-Phillips
Continental Operating Co
Continental Resources Inc.

Mahan Inc.
Marathon Oil Co
Markwest Oklahoma Gas Co., LLC
Martin W Kletke Trust
Meador Industries LP
Merit Energy Company LLC
MI SWACO
Midcentral Energy Services LLC
Midcoast Energy Partners, LP
Midstates Petroleum Co LLC
MRC Global (US) Inc.
Multi-Chem
Multi-Shot LLC
Murchison O&G
Mustang Fuel Corp Of Oklahoma
Mustang Gas Products, LLC
Nabors Drilling USA LP
National Oilwell DHT L P
Newfield Exploration Mid-Cont Inc.
NGL Energy Partners LP
North Plains Electric Coop Inc.
Northeast Purdy Springer Sand Unit A
Notting Hill Properties LLC
NUTECH Energy Alliance
OG&E
Oil Producers Inc.  Of Kansas
Oil-Gastech
OK Rental Equipment LLC
Oneok Swagsu
Oxy USA, Inc.
Packers Plus Energy Services (USA)
Parrish Electric Inc.
Pason Systems USA Corp
Payne Exploration Company
Payrock Energy LLC
Phoenix Petrocorp Inc.
Phillips 66 Crude Oil Supply
Plains Marketing LP
Plan B Services & Solutions LLC
Plaster & Wald Consulting Corp
PNG Operating Company
Power Service Inc.
Precision Drilling Company LP
Pride Energy Company
Pronto Chemical Sales & Srvcs Inc.
Public Service Co of Oklahoma

7

Copperhead Production LLC
Courson Oil & Gas Inc.
Crawley Petroleum Corporation
Cummings Oil Company
D & P Tank Trucks Inc.
D & S Current Electric Inc.
Danlin Industries Corporation
DCP Midstream
Deltacore Energy
Double H Oil Tools Inc.
Dunlap Services
Eagle Exploration Production LLC
Eagle Road Oil LLC
Earnheart Propane LLC
Eland / Sundown
Elvin R Bates Jr Family Trust
Enable
Encino Operating LLC
Energy Land Consultants Inc.
Enervest Operating LLC
Enterprise Crude Oil, LLC
Environmental Oil Solutions LLC
Eog Resources Inc.
Escambia Operating Co LLC
Estate of Robert L Barr
ETC Field Services LLC
F&S Trucking Inc.
Fairway Energy LLC
Fairway Resources Partners II LLC
Farmland Industries, Inc.
Fechner Pump & Supply Inc.
Felix Energy LLC
Flint Hills Resources
Forest Oil Corp.
Francis L and Betty E Boyle as JTS
Frank K Marcum Farms Inc.
Frank's International LLC
G&J Trucking LLC
Goldstar Land Services LLC
Greenlee Oil & Gas
H & B Fluid Service LLC
Haggard Land Company
Halliburton Energy Services Inc.
HB Rentals
HDC AG LLC
Henry A Kokojan Family Trust

Quantum Resources Management LLC
Questar E&P
Quintin Little Co Inc.
R K Pinson & Associates LLC
Range Resources
RK Oilfield Services LLC
Rock Creek Ranch I, Ltd.
Rocking P Sales & Services
Royal Supply Company
RR Oilfield Rental Services LLC
RR Workover Rigs LLC
RWLS LLC dba Renegade Services
Sabine Pipe Inc.
Samson Exploration LLC
Samson Lonestar LLC
Samson Resources Company
Sandridge Exploration & Production
Saulsbury Industries
Schlumberger Technology Corporation
Scientific Environmental
Scissortail Energy, LLC
Semgas, L.P.
SG Interests V, LTD.
Shebester-Bechtel Inc.
Sheridan Production Company LLC
Sierra Engineering
Singer Oil Co., LLC
Smith Energy Company
Smith International Inc.
Snyder Partners
Solomon Abstract Company
Southcross Energy
Spring Operating Company
Stanley Burris
Star Geophysics Inc.
Star Production, Inc.
Stephens Energy Group LLC
Stephens Exploration Inc.
Stephens Production Company
Stimulation Pumping Services LLC
Stoabs Oil Corporation
Stonewall Oil & Gas LLC
Strat Land Exploration Company
Sub Surface Tools LLC
Sundance Energy Oklahoma LLC
Superior Fabrication, Inc.

Henry Gungoll Operating, Inc.
Henry Petroleum Corp.
Herber Family LLC
Hinkle Oil and Gas Inc.
Hoskins Trucking Inc.
Howard Fuel TX LLC
Hughes Specialty Tools Inc.
Hunton Operating LLC
Indian Electric Cooperative Inc.
Industrial Oils Unlimited LLC
Integrated Production Services Inc.
Irene P Buck Trust dated 2-16-98
J L Bryan Equip & Lease Serv Inc.
J Wayne Barnes PC
Jackfork Land Inc.
James M Kerrigan & Associates PLLC
Jayhawk Oilfield Supply Inc.
J-Brex
JEC Operating LLC
John Bruce Electric Inc.
Jones Energy, LTD
JP Energy Products Supply LLC
K3 LLC
Kaiser-Francis Oil Company
Keith F. Walker Oil & Gas Co., LLC
King Energy LLC
Kingfisher Resources
Kirkpatrick Oil Company Inc.
Knight Oil Tools LLC Use 041556
L & O Pump & Supply Inc.
L.E. Jones Operating, Inc.
Lane's Motor Freight Lines Inc.
Le Norman Operating LLC

Superior Pipeline Co, LLC
Targa Midstream Services, LP
Tech Management LLC
Texas Petr Investment Co.
TGS-NOPEC Geophysical Company
The Directional Drilling Company
Thru Tubing Solutions Inc.
Titan Resources
Tite Water Energy LLC
Total Wellhead & Rental Tools LLC
Trail Ridge Energy
Transglobal Services LLC
Trey Resources Inc.
Tri-County Electric Cooperative Inc.
United Production Company LLC
Veenker Resources, Inc.
Vernon E. Faulconer Inc.
Vitruvian II Woodford LLC
Wagner Oil
Ward Petroleum Corporation
Weatherford Artificial Lift Systems
Western Oil & Gas Development Corp.
Whiting Petroleum
William Lewis Hester
William Lincoln Barr
William W London Inc.
Williford Energy Company
Winter Mud
Xcel Energy
XTO Energy Inc.
Yates Petr. N/C

## 15. **Parties to Pending Litigation**

Plaintiffs

Agnes and Kent Siegrist
Agnes Siegrist, individually and as Trustee of
    the Agnes Siegrist Revocable Trust dated
    February 20, 1997
Amanda Dodson
Cavu Resources, Inc.
Cavu Resources Two, L.P.
Cavu Energy Services, Inc.

Harrel's LLC
John Friend
John Wright
Kent Siegrist, as Personal Representative of the
    Estate of Calvin Leroy Siegrist
Kevin Buresh
Leonard Cox
Lisa West and Stormy Hopson

9

Claude C. Arnold Non-Operated Royalty
Claude C. Arnold Non-Operated Royalty
    Intererst Properties, L.L.C.
Conrad Buresh
David P. Hayes, Trustee for the Paul B. Hayes
    Family Trust
Dudley Ranch Partnership, Ltd.
Elaine Bullinger
Ensight III Energy Management, LLC
Ensight III Energy Partners, LP
Frank Buresh
Frank V. Buresh Mineral Trust
Greggory G. Tank

Lorraine Erickson
Martha Donelson
Naylor Farms, Inc.
Paul J. Killion
R&S Buresh Mineral Trust
Richard Mark Dudley
Ricky Moses
R.J. Buresh
Sharon L. Martin
The Estate of James S. Guleke
Vested Capital, Inc. , d/b/a Vested Capital
    Partners
William V. York & Geletta M. York
    Revocable Trust

Co-Defendants

3M Company
4M Minerals, LLP
ABC Oil Company, Inc.
ABH Baxter LP
AK Steel Corporation
AK Steel Corporation f/k/a Armco Steel
Corporation
Alden J. Perrine, Trustee
Alletta Stone
American Bank & Trust Company, Trustee
Daniel T. McCarthy Trust
American Exploration Company, Inc.
    (Successor By Merger With Axcon Corp.)
American Friction, Inc.
Anadarko E&P Onshore LLC, f/k/a Union
Pacific Resources Company
Anderson Oil Ltd
Ann Gaynor Guleke Holt
Anthony Querciagrossa
Apache Corporation
Armstrong International, Inc.
Armstrong Pumps, Inc.
Arthur L. Lane and Vinita Lane,
    Husband and Wife, Along With
    Their Unknown Heirs, Successors
    and Assigns
Ashley Resources, Inc.
Atlantic Richfield Company
Aurora Pump Company

James O. Guleke II and Linda K. Guleke,
    Co-Trustees of the Guleke Children Trust
    No. 1
James R. Herigstad
James Robert Guleke
Jamie Paul Caldwell
Jane F. Hirst, Trustee
Jeffrey Vanlaningham
Jenica Stone
Jerry Winston Mansfield
JGB, Inc.
John M. Beard and Elly B. Beard, Trustees
    of The John M. Beard Trust Dated
    11/6/1992 as Amended and Restated
    1/2811994 f/b/o John M. Beard
John Moberg
Joseph Paul Huber
Joseph R. Kellogg
Kaiser-Francisco Anadarko, LLC
Kaiser-Gypsum Company, Inc.
Kasmer & Aafedt Oil, Inc.
Kathleen P. Huber-Garvin
Kerry Stone
Kevin Moore SSMTT Nonexempt Trust
Kevin Moore, Trustee, Kevin Moore SSMTT
Exempt Trust as revised and restated on
December 22, 2008
Kimberly Querciagrossa
Kimberly Murillo

10

Avalon North LLC
B & G Oil Company
Baker Hughes Oilfield Operations, Inc.
Barbara A. Kelly
Barbara J. Ramu and Don Ramu
Belden Moberg
Berexco, LLC
BGI Resources, LLC
Billy Jack Sharber Operating, LLC
Black Lava Resources, Inc.
BMW Constructors, Inc., a BMWC Group,
    Inc., Company
Borg-Warner Morse TEC LLC, as Successor-
    By-Merger To Borg-Warner Corporation
BP Products North America, Inc.
Bremer Trust, N.A., Trustee
Brenda Hecht
Brenda Hecht a/k/a Brenda Hecht Chupp
Brian Sorenson and Donna L. Sorenson
    Revocable Living Trust
Brian Sorenson and Donna Landry Sorenson,
    Trustees
Brog GP, Inc.
Bureau Of Indian Affairs
Burlington Resources Oil & Gas Company,
    L.P. (F/K/A Burlington Resources Oil &
    Gas Company)
C. M. Nelson
C.F. Braun Constructors, Inc.
Cabot Oil & Gas Corporation
Candace Nickeson F/K/A Candace
    Caldwell
Cardinal River Energy, LP
Carol Ann Hedberg-Nayes
Carolyn Howard
Caterpillar, Inc.
CBS Corporation, a Delaware Corp., f/k/a
    Viacom, Inc., successor by merger to CBS
    Corp., a Pennsylvania Corp., f/k/a
    Westinghouse Electric Corporation
CEJA Corporation
Celeste Stonecipher, The Personal
    Representative of the Estate of Ann L.
    Swan
CEP Mid-Continent, LLC
Certain-Teed Corporation

Kirby Family Trust
Kirk McGovern
Kirkpatrick Oil & Gas, L.L.C.
Kunkle Valve
Lammamco Drilling LLC
Larry Mober
Laura Conzet
Laurenitus Arthur Hedberg
Le Norman Fund I, LLC
Le Norman Operating , LLC
Le Norman Properties, LLC
Leasehold Management Corp.
Letha Howard, Along With Her Unknown
    Heirs, Successors and Assigns
Linda Lee Scott
Linn Energy Holdings, LLC
Lisa M. Swan
Lois Parker, Along With Her Unknown
Heirs, Successors And Assigns
Lucille Broyles
Marathon Oil Company
Marco Oil Company, LLC
Margaret Alice Guleke Galton
Margaret Ann Ware Wendell
Marilyn Querciagrossa
Marsha Louetta Larsen
Marsha R. Butler McGovern
Martha Kathryn Guleke Hansen
Marvin Howard
Mary Ann Muggli Haws and John Muggli
    Co-Trustees,
Mary Jane Ware Hoewe
Maxus Energy Corporation, Individually and
    as parent company to Diamond
    Shamrock Exploration and Production
McCanna Corporation
Melissa Fevold
Metropolitan Life Insurance Company
Michael Harrison Moore
MichaelPurdy
Michael Querciagrossa
Montello, Inc., as Successor-in-Interest to
    Super Visbestos
Murphy Oil Corporation
Murphy Oil USA, Inc.
Nadel And Gussman, LLC

11

Chandra Stone
Charles Reser
Cheryl Miltonberger
Chesapeake Exploration, L.L.C.
Chevron Phillips Chemical Company LP
Chevron U.S.A. (D/B/A Chevron Texaco
    Exploration And Production Company)
Chevron U.S.A. Inc.
Clear Mountain, Production, LLC
ConocoPhillips Company
Cooper Crouse-Hinds, LLC
Cooper Industries LLC
Copes Vulcan, Inc.
Core Furnace Systems Corporation a/k/a
Tenova Core Crane Company
Corrina Beesley-Hammond
Courson Family Oil & Gas Partnership, Ltd.
Courson Oil & Gas, Inc.
CP Chem Company LLC f/k/a Chevron
Phillips Chemical Company LLC
Craig McGovern
Crown Cork & Seal USA, Inc.
Cummins, Inc.
Curtis Boswell, If Living and If Not Living
    Then The Unknown Heirs, Executors,
    Administrators, Devisees, Trustees,
    Grantees, Successors and Assigns
Dakota West Energy LLC
Dana Companies, LLC
Dana Eckenbeck
DAP, Inc.
Data Land Consulting, L.L.C.
Debra Fox
Deloris Coxwell
Deloris Coxwell, Individually and as
    Successor Trustee of the Maedean
    Caldwell Revocable Living Trust
    Dated 2/5/93
Deloris Coxwell, Successor Trustee of
    the Paul B. Caldwell Revocable
    Living Trust Dated 2/5/93
Department of Interior
Devon Energy Corporation
Devon Energy Production Company L.P.
Devon Energy Production Company,
    Individually and as Successor-in-Interest

Nathan Appleman Trust
National Oilwell Varco, Inc.
Natural Gas Anadarko, Inc.
New Dominion, LLC
Newell Oil And Gas, LLC
Nordstrom Valves, Inc.
Norwood Van Guleke
Occidental Chemical Corporation,
    Individually and as Successor-in-Interest
    to Diamond Shamrock Chemical
O.H. Olson
Okla. Oil & Gas Management, Inc.
Onshore Royalties, LLC
Operating, Inc.
Orion Exploration, LLC
Osage Energy Resources LLC
Oscar Rerum
    Parker Family Irrevocable Trust, and
    Charles K. and Elizabeth J. Parker as
    Trustees of Such Trust
Paul B. Caldwell and Maedean
    Caldwell, Husband and Wife,
    Along With Their Unknown Heirs,
    Successors and Assigns
Pennzoil-Quaker State Company d/b/a Sopus
    Products Inc.
Pentair Valves & Controls US LP for Tyco
    Valves & Controls, as successor to J.E.
    Lonergan, and Kunkle Valve
Pepboys
Performance Energy Resources, LLC
Philip Kierl
Phillips 66 Company
Phoenix Oil & Gas, Inc.
Pioneer Natural Resources Company,
    Individually and as Successor-in-Interest
    to Damson Oil Company
Pneumo Abex LLC, successor-in-interest to
    Abex Corporation
Pringle Family Mineral Trust
R & S Energy, Inc.
Ralph Reser
RAM Energy Resources, Inc.
Rensch Family Mineral Trust, Harold J.
    Rensch, Trustee
Resources, Inc.

12

to Devon Sfs Operating, Inc.

Devon OEI Operating, L.L.C., Individually and as Successor-in-Interest to General Atlantic Resources, Inc.

Diamond M. Drilling Co.

Diamond Offshore Drilling, Inc., Individually and as Successor-in-Interest to Odeco Drilling, Inc.

Doris Muggli Trust U/T/A DDT 7/18/85

Doris Muggli, Trustee

Dorothy Lou Mansfield, a Widow, Along With Her Unknown Heirs, Successors and Assigns

Douglas C. Jarrett

Duro Dyne Corporation

Eaton Corporation, Individually and as successor-in-interest to Cutler Hammer, Inc.

Edgar J. Cooper a/k/a Edgar J. Couper

Edward Valves, Inc.

Elaine Lenore Hedberg-Anderson

Elizabeth Ann Guleke Newsom

EMR Revocable Trust dated January 25, 1978 Lloyd R. Rauch and Evelyn Margaret Rauch, Co-Trustees

Encana Oil & Gas (USA), Inc.

Evelyn Jean Reneer

Exxonmobil Oil Corporation

Fairfield Oil & Gas Corp.

Fayann a/k/a Fay Moberg

Flowserve Corporation f/k/a The Duriron Company, Inc.

Flowserve U.S. Inc. as successor in interest to Durametallic Corporation

Flowserve U.S., INC., Solely as Successor to Rockwell Manufacturing Company

Formosa Plastics Corporation, USA, Individually and as Successor-in-Interest to JM AC

Foster Wheeler Corporation

G.W. Mansfield

Gardner Denver, Inc.

Gary Robert Richards

General Electric Company

General Gasket Corporation

Generation Energy, Inc.

Revard Oil & Gas Properties, Inc.

Richard Lyons Moore

Robert J. Kellogg

Roena M. Dean Revocable Trust, If In Existence or If Not In Existence Then Its Unknown Beneficiaries, Successors and Assigns

Rollin A. Warner

Royal Drilling Services, Inc.

Ryan Moore SSMTT Nonexempt Trust

Ryan Moore SSMTT GST Exempt Trust

Ryan Moore, Trustee

S. Alden Perrine and Verne E. Joy, Trustees, Perrine 850 II Trust

Sabine Oil & Gas Corporation (F/K/A Forest Oil Corporation)

Saint-Gobain Abrasnes, Inc.

Sandra Babler Byrd

Santa Fe Braun, Inc., Individually and as successor-in-interest to entities including, but not limited to C. F. Braun & Co.

Sarah Anderson

Scott M. Swan

Shamrock Oil & Gas, and as Successor-in-Interest to Champlin Refining Co. and Pontiac Refining Co.

Shell Chemical Company

Shell Oil Company

Shoals International Corp.

Short Oil, LLC

Spyglass Energy Group, LLC

Standco Industries, Inc.

Sterling Fluid Systems (USA), LLC, f/k/a Peerless Pump Company

Sullivan & Company, LLC

Sunoco, Inc.

Susan Kierl, if Living and if not Living Then The Unknown Heirs Executors, Administrators, Devisees, Trustees, Grantees, Successors and Assigns

T. Philip Kierl, If Living and If Not Living Then The Unknown Heirs, Executors

Templar Energy, LLC

Terry L. Harris

Texaco, Inc.

The Dublin Company

13

HN\1536284.1

Genuine Parts Company

Georgia-Pacific LLC, f/k/a Georgia Pacific Corporation

Gerry Hammond

Goodyear Tire & Rubber Company

Goulds Pumps (IPG), Inc.

Great Plains Operating, LLC

Greg and Nancy Vance Family Limited Partnership

Greg W. Hennessy

Gregory F. Olson

Grinnell, LLC

Guinn Company

Guleke Oil & Gas Co.

H. H. Hester

Halcon Resources Corporation

Harold D. Courson

Hazel Jean Babler

Helen Janell Starn

Helen Webster, Personal Representative of the Estate of James L. Taylor

Helmer Oil Corp.

Hembree A.W. Company

Hercules, Incorporated

Honeywell International, Inc., Individually and as successor-in-interest to Imo Industries, Inc.

Hux Oil Co.

Industrial Holdings Corp, f/k/a Carborundum Company

Ingersoll Rand Company, Individually and as Successor-in-Interest to Thermo King

J. C. Zeller

James Moberg

James Morton Ware

James O. Guleke II

The Bishop of Bismarck Diocese

The Estate of James S. Guleke

The Estate of Robert Morrison

The Link Oil Company

The Personal Representative of the Estate of Bernice Huber

The Personal Representative of the Estate of Paul J. Huber

The Sherwin-Williams Company

Timothy P. Olson, Trust Agreement

Tip Oil Co., L L C

Toomey Oil Company, Inc.

Transpo Energy, LLC

Tyrell Moberg

Union Carbide Corporation

United States Of America

United States Of America Department of Interior, Bureau Of Indian Affairs

Valero Energy Corporation, Individually and as Parent Company to Diamond Shamrock

Vernon G. Ware and Evelyn Ware Family Trust

Virginia J. Kirby and Jeffrey K. Kirby, as Co-Trustees J.H. Kline, Kathy J. Kuntz, John M. Landry, Susan Manning, Daniel McCarthy Trust U/A

Virginia J. Kirby and Jerry L. Kirby as Co-Trustees

Vivian Godfrey

Vivian Richards

Ware Management, LLC

Warren Pumps, LLC. f/k/a Warren Pumps, Inc.

Wellco Energy, Inc.

William H. Wallraff

William S. Perrine and John A. Perrine, as Co-Trustees

Zapata Offshore Co.

<u>Defendants</u>

Black Gold Energy Russian Creek Facility, LLC

Cimarex Energy Co.

Coy Talbert

Multi Investment Corp.

Nytex, LLC

Noram Petroleum, LLC

Oncor Electric Delivery Company LLC

14

Dudley Ranch Partnership, Ltd.
Key Production Company, Inc.
Lynx Production Company, Inc.
Matagorda Gas LLC

Richard Mark Dudley
Shoals International Corp.
The Unknown Heirs of Hubert McGahan

16. **Beneficiaries of Guarantees, Performance Bonds or Payment/Surety Bonds**

Alfalfa Electric Cooperative
City of Corpus Christi, Texas
City of Mustang
City of Norman, Oklahoma
City of Oklahoma City
Cotton Electric Cooperative, Inc.
Industrial Commission of North Dakota
Kay Electric Cooperative
LLOG Production Company
Louisiana Office of Conservation, State of
    Louisiana
New Mexico State Land Office
Oklahoma Department of Public Safety
Oklahoma Department of Wildlife Conservation

Peter Bird Chief, Jr., et al successors to
    Sitting Down, deceased, Allottee No.
    853
Railroad Commission of Texas
State of Kansas – Kansas Corporation
    Commission, Conservation Division
State of New Mexico
State of Oklahoma – Taxpayer Assistance
    Division
State of Texas
The City of Perry, Oklahoma
United States Department of the Interior,
    Bureau of Indian Affairs
United States Department of the Interior,
    Bureau of Land Management

17. **Insurers and Issuers of Surety Bonds**

Allianz Global Risks US Insurance Company
Allianz Global Corporate & Specialty
Berkley Aviation
Chubb Group of Insurance Companies
Chubb Specialty Insurance
Great Northern Insurance Company
Ironshore Specialty Insurance Company
Ipreo LLC
Lexington Insurance Company
Lockton Companies, LLC
Lockton Companies of Houston, Inc.
Lloyd's of London National Union Fire

Insurance Company of Pittsburgh, Pa., AIG
Starr Surplus Lines Insurance Company
StarNet Insurance Company
The Ohio Casualty Insurance Corp. (America
    First Insurance)
Travelers Property Casualty Company of
    America
US Specialty Insurance Company
Vigilant Insurance Company (Chubb)
XL Specialty Insurance Company
Zurich American Insurance Company

18. **Professionals**

ACT Teleconferencing Services Inc.
Aegis Energy Risk LLC
Alixpartners LLP
Armstrong Oil Directories
Avansic
Baker Donelson

Kellpro Inc.
Knowledge Reservoir LLC
Kpmg LLP
Kr Sewell Consulting Associates LLC
Land Information Services LLC
Landmark Graphics Corporation

15

BDO
Bellinghausen Consulting LLP
Bivins Land Service LLC
Blake And Statham CPAS LLC
Capitol Services Inc.
Carol Wood Mitchell PC
Cawley, Gillespie & Associates Inc.
Conner & Winters LLP
Convergint Technologies
Cool River Consulting LLC
Corporate Executive Board
Crowe & Dunlevy
Crowley Fleck Attorneys
Effective Compensation Incorporated
Elias Books Brown & Nelson PC
Equitymetrix
Ernst & Young LLP
Exprodat Consulting Ltd
Fellers, Snider, Blankenship, Bailey
Financial Reporting Advisors LLC
FM Porter Insurance Consultants
Gable Gotwals Counsel
Gary Don Reagan PA
Gibson Arnold & Associates Inc.
Global Security Corporation
Grant Thornton LLP
H & H Systems Inc.
Hal C. Smith & Associates Inc.
Hammons Gowens Hurst & Associates
Hartzog Conger Cason & Neville
Hirsch Heath & White LLC
Holland & Hart LLP
HSPG & Associates PC
K E Andrews & Company

Landvest Company Inc.
Law Office Of G Dale Elsener
Lemon Shearer Phillips & Good PC
Lockton Investment Advisors LLC
Mahaffey & Gore, P.C.
Mcafee & Taft
Mcneese Stills + Motion
Michelle Lavasque Photography
Moody's Investors Service
Munsch Hardt Kopf & Harr PC
Oklahoma City University
Opportune LLP
Pacer Service Center
Petroleum Accounting Consultants
R W Byram and Company
Reddog Systems Inc.
Rose Rock Midstreams Crude L.P.
Rubin Brown LLP
Russell K Hall And Associates Inc.
Ryder Scott Company LP
Scott Douglass & Mcconnico LLP
Shell Trading
Simpson Holdings Inc.
Standard And Poor's
Sunco Logistics
Susan Prejean
The Gooden Group Inc.
Thomson Reuters - West
Tomlinson Rust Mckinstry Grable
Tremont House Enterprises
William White & Associates LLC
Valero Marketing Supply Co.
Xerox State & Local Solutions Inc.

19. **Major Competitors**

Anadarko Petroleum Corporation
Apache Corporation
BHP Billiton Ltd.
Burlington Resources, Inc.
Carrizo Oil & Gas
Chesapeake Energy Corporation
Chevron
Comstock Resources

Occidental Petroleum Corporation
Parsley Energy, Inc.
PDC Energy, Inc.
Penn Virginia Corporation
Petroquest Energy, Inc.
Pioneer Natural Resources Company
Quicksilver Resources, Inc.
Rex Energy Corporation

16

Devon Energy
Diamondback Energy, Inc.
Energy XXI (Bermuda) Limited
EnerVest
EOG Resources, Inc.
Halcon Resources Corporation
Hilcorp Energy Company
Laredo Petroleum, Inc.
Lewis Energy Group
LINN Energy LLC
Magnum Hunter Resources
Matador Resources Company

Rosetta Resources
RSP Permian, Inc.
Sabine Oil & Gas
Samson Resources
Sanchez Energy Corporation
Sandridge Energy, Inc.
SM Energy
Stone Energy Corporation
Unit Petroleum Company
W&T Offshore
XTO Energy, Inc.

### 20. <u>Taxing and Other Significant Governmental Authorities</u>

Alabama Department of Revenue
Aransas County Tax A/C
Beaver County Treasurer
Blaine County Treasurer
Caddo County Treasurer
Canadian County Treasurer
Carter County Treasurer
Cooke Co Appraisal District Tax A/C
Custer County Treasurer
Delaware Secretary of State
Dewey County Treasurer
Ellis County Treasurer
Garfield County Treasurer
Garvin County Treasurer
Grady County Treasurer
Hansford County Tax Assessor
Harper County Treasurer
Harris County Tax A/C
Haskell County Treasurer
Hemphill County Tax A/C
Hockley County Tax Office
Hudspeth Appraisal District
Hutchinson County Tax A/C
IRS- Dept of Treasury
Kansas Department of Revenue
Kansas Secretary of State
Lafayette Parish Tax Collector
Lipscomb County Tax A/C
Matagorda County Tax A/C
Midland CAD Tax A/C

Mississippi Secretary of State
Montana Department of Revenue
Montana Secretary of State
Montgomery County Treasurer
Morton County Treasurer
New Mexico Tax and Revenue Dept
Nueces County Tax A/C
Ochiltree CAD Tax A/C
Oklahoma Corporation Commission
Oklahoma County Treasurer
Oklahoma Tax Commission
Osage County Treasurer
Payne County Treasurer
Roberts County Tax A/C
Roger Mills County Treasurer
Secretary of State
Seward County Treasurer
Sheldon ISD
Stephens County Treasurer
Stevens County Treasurer
Texas Comptroller of Public Accounts
Texas County Treasurer
Utah State Tax Commission
Victoria County Tax A/C
Ward County Tax A/C
Washita County Treasurer
Wheeler County Tax Office
Woods County Treasurer
Woodward County Treasurer
Wyoming Secretary of State

17

21. **United States Bankruptcy Judges in the District of Delaware**

The Honorable Brendan L. Shannon
The Honorable Christopher S. Sontchi
The Honorable Kevin Gross, Chief Judge
The Honorable Kevin J. Carey
The Honorable Laurie Selber Silverstein
The Honorable Mary F. Walrath

22. **United States Trustee for the District of Delaware (and Key Staff Members)**

Benjamin Hackman, Trial Attorney
Christine Green, Paralegal Specialist
David Buchbinder, Trial Attorney
Diane Giordano, Bankruptcy Analyst
Dion Wynn, Paralegal Specialist
Edith A. Serrano, Paralegal Specialist
Hannah M. McCollum, Trial Attorney
Karen Starr, Bankruptcy Analyst
James R. O'Malley, Bankruptcy Analyst
Jane Leamy, Trial Attorney
Jeffrey Heck, Bankruptcy Analyst
Juliet Sarkessian, Trial Attorney
Lauren Attix, Assistant U.S. Trustee

Linda Casey, Trial Attorney
Mark Kenney, Trial Attorney
Michael Panacio, Bankruptcy Analyst
Michael West, Bankruptcy Analyst
Natalie Cox, Trial Attorney
Ramona Vinson, Paralegal Specialist
Richard Schepacarter, Trial Attorney
Shakima L. Dortch, Paralegal Specialist
T. Patrick Tinker, Assistant United States
    Trustee
Tiiara Patton, Trial Attorney
Timothy J. Fox, Jr. , Trial Attorney

23. **Clerk of Court and Deputy for the District of Delaware**

David D. Bird, Clerk of Court
Stacey Manley, Chief Deputy Clerk

18

HN\1536284.1

**SCHEDULE 2**

**Opportune's Connections to the Debtors**

| Position | Connection |
|---|---|
| Software Provider | • Chaparral is a licensee of Assent 143, an industry specific software program.<br>• In March 2016, Chaparral paid $10,816 to renew its license through March 2017. |
| Managing Director | • A Managing Director, who joined Opportune in March 2016, was the former head of Capital One's Energy Banking Unit until March 2014. While at Capital One, he routinely provided credit to the Debtors, underwrote the Debtors' bond offerings, and advised the Debtors on arranging equity. |

19