**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---

| | | |
|---|---|---|
| -------------------------------------------------------- | x | |
| In re: | : | Chapter 11 |
| | : | |
| CHAPARRAL ENERGY, INC., *et al.*, | : | Case No. 16-11144 (LSS) |
| | : | |
| Debtors.[1] | : | Jointly Administered |
| | : | |
| | : | **Re: Docket No. 783** |
| | : | |
| -------------------------------------------------------- | x | |

## NOTICE OF FILING OF PLAN SUPPLEMENT

**PLEASE TAKE NOTICE** that on January 25, 2017, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed their *Joint Plan of Reorganization for Chaparral Energy, Inc. and Its Affiliate Debtors Under Chapter 11 of the Bankruptcy Code* [Docket No. 783] (the "**Plan**").[2]  Capitalized terms used, but not defined, herein have the meanings set forth in the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Plan contains seven Plan Exhibits and five Plan Schedules (in each case, as may be amended, modified, or supplemented from time to time) to be included in this Plan Supplement as follows:

Exhibit A:    Amended/New Organizational Documents

Exhibit B:    Exit Facility Credit Agreement

Exhibit C:    Exit Facility Term Sheet

Exhibit D:    New Registration Rights Agreement

Exhibit E:    New Registration Rights Term Sheet

Exhibit F:    New Stockholders Agreement

---

[1]    The Debtors in these cases, along with the last four digits (or five digits, in cases in which multiple Debtors have the same last four digits) of each Debtor's federal tax identification number, are: CEI Acquisition, L.L.C. (1817); CEI Pipeline, L.L.C. (6877); Chaparral Biofuels, L.L.C (1066); Chaparral CO2, L.L.C. (1656); Chaparral Energy, Inc. (90941); Chaparral Energy, L.L.C. (20941); Chaparral Exploration, L.L.C. (1968); Chaparral Real Estate, L.L.C. (1655); Chaparral Resources, L.L.C. (1710); Green Country Supply, Inc. (2723); and Roadrunner Drilling, L.L.C. (2399). The Debtor's address is 701 Cedar Lake Blvd., Oklahoma City, OK 73114.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan.

US-DOCS\80311660.3

Exhibit G:    Plan Term Sheet

Schedule 1:    Employee Compensation and Benefit Programs

Schedule 2:    Directors & Officers Liability Insurance Policies and Indemnification Provisions

Schedule 3:    Litigation Claims

Schedule 4:    New Board

Schedule 5:    Rejected Executory Contracts and Unexpired Leases

**PLEASE TAKE FURTHER NOTICE** that these documents remain subject to continuing negotiations among the Debtors, the Prepetition Credit Agreement Lenders, and the Ad Hoc Noteholders Committee.  The Debtors reserve all rights to amend, modify, or supplement the Plan Supplement and any of the documents contained therein in accordance with the terms of the Plan.  To the extent material amendments or modifications are made to any of these documents, the Debtors will file a blackline version with the Bankruptcy Court prior to the Confirmation Hearing marked to reflect such amendments or modifications.

**PLEASE TAKE FURTHER NOTICE THAT** the Plan Supplement is integral to, part of, and incorporated by reference into the Plan.  Please note, however, these documents have not yet been approved by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE THAT** the hearing (the "**Confirmation Hearing**") to consider confirmation of the Plan is scheduled to commence at 10:00 a.m. prevailing Eastern Time on March 9, 2017, before The Honorable Laurie Selber Silverstein, United States Bankruptcy Court, District of Delaware, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801.  **This hearing may be continued by the Court or by the Debtors without further notice other than by announcement of same in open court and/or by filing a service and a notice of adjournment.**

US-DOCS\80311660.3

**PLEASE TAKE FURTHER NOTICE THAT** the copies of the documents included in the Plan Supplement, the Plan, or any other document filed in the Debtors' chapter 11 cases are available (a) at www.kccllc.net/chaparralenergy; (b) by writing to Chaparral Energy, Inc., c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245; or (c) by calling (888) 830-4659.

Dated:  February 6, 2017
       Wilmington, Delaware

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Brendan J. Schlauch*
Mark D. Collins (No. 2981)
John H. Knight (No. 3848)
Joseph C. Barsalona II (No. 6102)
Brendan J. Schlauch (No. 6115)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King St.
Wilmington, Delaware 19801
Telephone: 302-651-7700
Fax: 302-651-7701
E-mail: collins@rlf.com
      knight@rlf.com
      barsalona@rlf.com
      schlauch@rlf.com

- and -

Richard A. Levy
Keith A. Simon
David F. McElhoe
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022-4834
Telephone:  212-906-1200
Fax:  212-751-4864
Email: richard.levy@lw.com
      keith.simon@lw.com
      david.mcelhoe@lw.com

*Counsel for Debtors and Debtors in Possession*

3