# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## ***Hearing Information:***

**Debtor:** CHAPARRAL ENERGY, INC.
**Case Number:** 16-11144-LSS **Chapter:** 11

**Date / Time / Room:** THURSDAY, MARCH 09, 2017 10:00 AM CRT#2, 6TH FL.

**Bankruptcy Judge:** LAURIE S. SILVERSTEIN
**Courtroom Clerk:** LORA JOHNSON
**Reporter / ECR:** MICHAEL MILLER

## ***Matter:***

Confirmation/Bid procedures
**R / M #:** 944 / 0

## ***Appearances:***

See attached Court sign-in sheet

## ***Proceedings:***

Hearing Held.
Agenda Items:
#1 - Bid Procedures: Continued to March 30 at 10:30
#2 - Confirmation: Revised order due