**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re: | ) **Chapter 11** |
| | ) |
| | ) **Case No. 16-11144 (LSS)** |
| | ) |
| **CHAPARRAL ENERGY, INC. , et al.,** | ) |
| | ) |
| | ) **Jointly Administered** |
| | ) |
| | ) |
| **Reorganized Debtors.** | ) |

**W.H. DAVIS FAMILY LIMITED PARTNERSHIP'S SUR-REPLY TO**
**SUPPLEMENTAL BRIEFING**

W.H. Davis Family Limited Partnership ("Davis"), by and through its undersigned counsel, submits its Sur-reply to the Reorganized Debtors' Reply in Further Support of Their Objection to Proofs of Claim filed by W.H. Davis Family Limited Partnership  (Dkt. # 1249) (the "Reply") filed by Chaparral Energy, Inc. and its affiliated reorganized debtors (collectively, "Chaparral").  In support thereof, Davis respectfully represents as follows.

## INTRODUCTION

Chaparral's Reply injects new evidentiary materials and theories into this case, necessitating a further response by Davis.  The new evidentiary materials include a Release of Terms to which Davis is not even a party and an assignment which is not relevant to this case.  As to the new theories, they are numerous.  First, Chaparral argues that Davis has consented to Chaparral's diversion of gas.  In making that argument, Chaparral also posits that Davis is somehow bound by agreements to which it is not a party. Chaparral further argues for the first time that Davis is subject to equitable estoppel.  Additionally, Chaparral contends that it and Davis may not actually be cotenants.  Finally, Chaparral claims that Davis has changed its theory of the case.  None of these arguments is valid.  No consent occurred, Davis is obviously bound only by

agreements to which it is a party, the elements of equitable estoppel have neither been plead nor proven, Davis and Chaparral are clearly cotenants, and Davis' theory has been consistent throughout these proceedings. The remaining arguments contained in the Reply are equally faulty, but retread previous arguments made by Chaparral. As such, Davis will not address them in this sur-reply.[1]

## ARGUMENT

### I.    Davis Neither Authorized Nor Consented to Chaparral's Diversion of Gas.

#### A.    Davis Is Not a Party to the Release of Terms, the Agrium Agreement, or the Supply Agreement.

Echoing a theme present in its earlier filings, Chaparral has again alleged that Davis is a party to an agreement to which it is not bound. This new agreement is the Release of Terms, which was signed on July 31, 2002 by Salt Plains Pipeline Corp., Borger CO2 Pipeline, LLC ("Borger Pipeline"), Davis Operating Company, and William H. Davis in his personal capacity. Dkt. # 1249-1, at 3. While Davis is *not* a successor-in-interest to Borger Pipeline or Davis Operating Company, Davis *is* a successor-in-interest to William H. Davis in his personal capacity and Salt Plains Pipeline Corp.[2] However, the interest to which Davis is William H. Davis and Salt Plains Pipeline Corp.'s successor was transferred from William H. Davis to Davis on June 1, 2001, a year

---

[1] *E.g.*, Davis does not address Chaparral's numerous spurious claims of "concessions" and "admissions" purportedly made by Davis, as they do not constitute new arguments necessitating a sur-reply.
[2] Davis is a successor-in-interest to Salt Plains Pipeline Corp. only in regard to the portion of the Camrick Unit originally owned by Chaparral. This portion was assigned from Chaparral to Salt Plains Pipeline Corp. and then to William H. Davis, who, in turn, assigned it to Davis.

prior to the execution of the Release of Terms.[3]  Because William H. Davis had already transferred

his interests in the Camrick and North Perryton Units to Davis[4] prior to the execution of the Release

of Terms, Davis is not bound by the Release of Terms.[5]

      In a footnote, Chaparral argues that "Even if certain of Mr. Davis's actions had been taken

after the assignment to Claimant, they still would bind Claimant as Mr. Davis is the General Partner

of Claimant and was acting in that regard.  *See* OK Stat. [sic] Okla. Stat. Ann. tit. 54, § 500-402A."

Reply, at 9 n.13.  This does not apply to the Release of Terms because William H. Davis did not

sign the Release of Terms as general partner of Davis.  He signed it in his personal capacity, as is

apparent from the fact that his signature was not preceded by "W.H. Davis Family Limited

Partnership," but was instead preceded by his name alone "William H. Davis." *See* Dkt. # 1249-1,

at 3.[6]  In any event, the statute cited by Chaparral for this proposition is inapplicable.  Okla. Stat.

tit. 54, § 500-402A is part of the Uniform Limited Partnership Act of 2010 and was passed, as the

name implies, in 2010.  2010 Okla. Sess. Law Serv. 1578-79 (West).  At the time the Release of

Terms was signed in 2002, the Oklahoma Revised Uniform Limited Partnership Act was in effect.

---

[3] The Assignment and Bill of Sale attached as Exhibit B to the Reply (Dkt. # 1249-2) is an assignment of the NW Camrick Unit from William H. Davis to Davis.  That unit does not give rise to any of Chaparral's claims.  Exhibit B does not assign the Camrick or North Perryton units, contrary to Chaparral's assertion in its Reply, at 3 n.4.  The actual assignments of the Camrick Unit and North Perryton Unit from William H. Davis to Davis are attached hereto as Exhibits "1" and "2" respectively.

[4] Salt Plains Pipeline Corp. had already transferred its interest in the Camrick Unit to William H. Davis prior to William H. Davis' transfer of his interest in the unit to Davis.

[5] Obviously, an assignee steps into the shoes of an assignor only as to contracts executed prior to the assignment.

[6] Each other signature of William H. Davis on the release of terms was preceded by the entity on whose behalf he was signing.  *See* DKt. # 1246-1, at 3.

*See generally* Okla. Stat. tit. 54, §§ 301-365.  The Oklahoma Revised Uniform Limited Partnership

Act did not have any provision analogous to § 500-402A. *See generally id.*[7]

Chaparral also appears to believe that William H. Davis was personally bound by—or

perhaps somehow had an interest in—any contracts which he signed on behalf of Borger Pipeline

in his capacity as manager. *See* Reply, at 7.  Thus, according to Chaparral, when William H. Davis

assigned his interest in the Camrick and North Perryton Units to Davis, Davis became bound by

those contracts.  *See id.*  No authority is cited for those propositions.  *See id.*  As in other states,

the law of Oklahoma has long held that an executive does not bind himself to a contract he signs

on behalf of a company.  *See e.g.*, *Hall v. Sullivan-Dollars, Inc.*, 471 P.2d 453, 454 (Okla. 1970);

*Watkins v. Cotton*, 67 P.2d 957, 957-58 (Okla. 1937); *Agosta v. Sw. Breeders, Inc.*, 810 P.2d 377,

379 (Okla. Civ. App. 1991); *see also* Okla. Stat. tit. 18, § 2016(4).  There is no basis for holding

that William H. Davis was bound by, or had an interest in, contracts which he signed on behalf of

Borger Pipeline.  As such, William H. Davis' assignment to Davis did not assign those contracts

executed by him on behalf of Borger Pipeline.

Relatedly, Chaparral states that William H. Davis somehow "executed [the Agrium

Agreement and the Supply Agreement] as Claimant's . . . general partner."  *See* Reply, at 11. This

is demonstrably untrue.  As previously noted by Davis, the Agrium Agreement and the Supply

Agreement were both clearly signed on behalf of Borger Pipeline, with William H. Davis signing

in his capacity as manager of that entity.  Dkt. # 1194-8, at 13; Dkt. # 1194-10, at 3.  Neither were

signed by William H. Davis in his personal capacity or by William H. Davis as general manager

---

[7] Section 402A is derived from § 402 the Uniform Limited Partnership Act (2001) ("ULPA 2001") while the Oklahoma Revised Uniform Limited Partnership Act is derived from the Revised Uniform Limited Partnership Act ("RULPA"). Section 402 of the ULPA 2001 is not based on the RULPA, but on the Revised Uniform Partnership Act. Daniel S. Kleinberger, *A User's Guide to the New Uniform Limited Partnership Act*, 38 Suffolk U. L. Rev. 583, 593 & n.55 (2004).

of Davis.  *See* Dkt. # 1194-8, at 13; Dkt. # 1194-10, at 3. There is absolutely no basis to conclude

that Davis is bound by, or a party to, either the Agrium Agreement or the Supply Agreement.

> **B.     No Agreement to which Davis Is a Party Authorizes or Consents to the Diversion of Gas.**

Chaparral argues that Davis has consented to the diversion of gas from the Camrick and

North Perryton units to Chaparral's Farnsworth unit. Reply, at 4-9.  In doing so, Chaparral points

to four agreements: the Letter Agreement, the Release of Terms, the Agrium Agreement, and the

Supply Agreement.  None constitutes consent by Davis to Chaparral's diversion.  Further, the

Release of Terms, the Agrium Agreement, and the Supply Agreement could not possibly provide

authorization because Davis is a stranger to those agreements.

> **1.     The Letter Agreement.**

The first contract cited by Chaparral for the proposition that Davis consented to Chaparral's

diversion of gas is the Letter Agreement.  Reply, at 4.  This Letter Agreement is the only contract

cited for this proposition to which Davis is party (as successor-in-interest to William H. Davis).

The sole portions of the Letter Agreement cited by Davis are Paragraphs 14 and 15.

Paragraph 14 of the Letter Agreements states:

> Both Chaparral Energy, Inc. and William H. Davis agree that they will utilize a good faith effort to consummate a $CO_2$ purchase agreement with Agrium.  It is the intent of the parties hereto that the agreement with Agrium will encompass all $CO_2$ supply at a fair market value for the duration of the above $CO_2$ projects [the Camrick Unit, North Perryton Unit, and NW Camrick Unit[8]].  It is further agreed that both parties shall be free to solicit additional shared CO2 markets off the pipeline to create a better utilization of the pipeline facilities.  Any such agreements or arrangements will be entered into only with the agreement of both parties.

Dkt. # 1194-9, at 5.  Three key terms in this paragraph doom Chaparral's argument.  First,

Chaparral and Davis' predecessor agreed that Agrium was to supply "all $CO_2$" needed for the

---

[8] The NW Camrick Unit, upon which Davis bases no claims, is sometimes stylized as the N.W. Camrick Unit or the Northwest Camrick Unit in various evidentiary materials before the Court.

Camrick and North Perryton Units. *Id.* Second, "*additional* shared $CO_2$ markets" could be solicited, in order to "better utiliz[e] . . . the pipeline facilities. *Id.* (emphasis added). That is, once all supply for the Camrick and North Perryton Units was taken care of, additional markets could be sought to better use the $CO_2$ pipeline's full capacity. Third, any such agreements to serve additional markets required "the agreement of both parties." *Id.*; *see also* Reply, at 4 (stating that Chaparral could "find other markets in which to sell the CO2 (*subject only to possible consent rights by Mr. Davis*)") (emphasis added). Chaparral's diversion of $CO_2$ from the Camrick and North Perryton Units to its Farnsworth Unit violates all three of these terms. It ensures that the Camrick and North Perryton Units did not receive "all $CO_2$" which they required. Because the $CO_2$ is being diverted and is not simply excess capacity, the Farnsworth Unit does not constitute an "additional market" but an improper substitute market. And there is absolutely no evidence that either Davis or William H. Davis, during his time as Davis' predecessor-in-interest, ever gave consent to supplying the Farnsworth Unit with $CO_2$ at the expense of the Camrick and North Perryton Units. Rather than authorizing Chaparral's actions, Paragraph 14 bars them.

Paragraph 15 states:

> Both Chaparral Energy, Inc. and William H. Davis acknowledge that there is additional sales potential of $CO_2$ off the existing pipeline to other fields and other operators in the Panhandle area. Any extensions or modifications to the pipeline will be done with the mutual consent of both parties and to the mutual benefit of both parties.

Dkt. # 1194-9, at 5. Paragraph 15 fails to support Chaparral's argument for the same reasons as Paragraph 14. It too refers to "additional sales potential" and again requires "the mutual consent of both parties" and that modifications be done "to the mutual benefit of both parties." *Id.* As with Paragraph 14, the consent required by Paragraph 15 is lacking and the Farnsworth Unit still provides substitute, as opposed to additional, sales potential. Further, it is hard to imagine how diverting gas from the Camrick and North Perryton units to the Farnsworth Unit could possibly be

to Davis' mutual benefit. Neither Paragraph 14 nor 15 back up Chaparral's claim that Davis has consented to its diversion.

Additionally, contrary to Chaparral's statement in its Reply, at 10 n.16,[9] the Camrick Plan of Unitization, North Perryton Unit Agreement, and the Operating Agreement are *not* "subject to the Letter Agreement." Rather, the Letter Agreement expressly states that "[t]he terms of this Letter Agreement are subject to those Plans of Unitization which cover the Camrick Unit, Northwest Camrick Unit and the Northwest Perryton Unit." Dkt. # 1194-9, at 6.[10] Further, nowhere in the Letter Agreement does it state that operating agreements are "subject to" it. *See generally id.* Dkt. # 1194-9.[11] Chaparral has mischaracterized the Letter Agreement in an effort to subordinate the Plans of Unitization and the later-signed Operating Agreement to the Letter Agreement. In reality, the Letter Agreement is subordinate to the Plans of Unitization and the fiduciary duties they create.

### 2.    The Release of Terms.

The second agreement cited by Chaparral is the Release of Terms. Reply, at 5. As discussed *supra*, Davis is not a party to the Release of Terms, is not bound by the Release of Terms, and did not sign the Release of Terms. As such, it is difficult to see how it could constitute the

---

[9] This footnote also contains a misstatement of the holding in *Hebble v. Shell W. E & P, Inc.*, 238 P.3d 939 (Okla. Civ. App. 2009). *See* Reply, at 10 n.16. Regardless, even were Chaparral's characterization of the holding correct (i.e., "in scenarios involving voluntary unitization there is no fiduciary duty between an operator and the nonworking interest owners"), it would be irrelevant because Davis is not a "nonworking interest owner." Davis owns a working interest in both the Camrick and North Perryton Units, and it is that working interest which gives rise to Davis' claims.

[10] *I.e.*, the Letter of Agreement is subject to the Plans of Unitization; the Plans of Unitization are not subject to the Letter Agreement. The distinction is material.

[11] The Letter Agreement does state that an operating agreement for the Salt Plains Pipeline will be made part of the Letter Agreement. This is separate and apart from the Unit Operating Agreement found at Dkt. # 1194-7.

consent of Davis to anything, let alone consent to Chaparral's breach of fiduciary duty. Regardless, nothing in the Release Agreement authorizes Chaparral's diversion of $CO_2$.

The Release of Terms is not a statement of consent or authorization. *See generally* Dkt. # 1249-1. It does not "waive" anything. Rather, it is a release of certain terms of the Letter Agreement, necessitated by the sale of Borger Pipeline to Chaparral. *Id.* Among the terms released are Paragraphs 14 and 15 of the Letter Agreement. *Id.* at 2. This simply places William H. Davis, Salt Plains Pipeline Corp., Borger Pipeline, and Davis Operating Company in the exact same place as they were in before the Letter Agreement was signed. Because no consent or authorization to Chaparral's diversion existed before those terms existed, no consent or authorization would reemerge because those terms lost their effect.[12] Additionally, Chaparral has not, and cannot, point to any authority establishing that a waiver of a contractual right to consent also serves to waive the fiduciary duty created by a separate unitization agreement. This is especially true given that Paragraphs 14 and 15 are released fully. *Both* the consent requirements *and* the agreement that— assuming consent was given—additional markets could be solicited are revoked. *See* Dkt. # 1249-1, at 2. Thus, after the execution of the Release of Terms, the signees of the Release of Terms have withdrawn their agreement to even the solicitation of additional markets, removing any authorization that could have theoretically existed.

Finally, because Davis is not a party to the Release of Terms, is not bound by the Release of Terms, and did not sign the Release of Terms, as discussed *supra*, it retains—and has not released—its rights under the Letter Agreement. As such, it maintains its contractual right to require consent to the supply of $CO_2$ to additional markets. It has never granted consent to

---

[12] As discussed *supra*, those terms did not constitute consent or authorization while they were in force either.

Chaparral to supply the Farnsworth Unit at the expense of the Camrick and North Perryton Units. In short, any claim that the Release of Terms provided the necessary consent to Chaparral is groundless.

### 3.    The Agrium Agreement.

As discussed *supra*, Davis is not a party to the Agrium Agreement, is not bound by the Agrium Agreement, and did not sign the Agrium Agreement.  Like the Release of Terms, it cannot constitute Davis' consent to anything.  But, even if Davis were somehow a party to the Agrium Agreement, it still could not constitute consent or authorization *to Chaparral* for anything.

The Agrium Agreement was between—and was signed by—Agrium U.S. Inc., the owner of the Agrium Plant which supplies $CO_2$ to the Camrick and North Perryton units, and Borger Pipeline.  *See* Dkt. # 1194-8, at 2.  Assuming that Davis steps into the shoes of Borger Pipeline (despite not being a successor-in-interest to that entity), then Davis would be bound by Borger Pipeline's promises *to Agrium U.S. Inc.* No promises (or consents or authorizations) were made to Chaparral.  *See id.*  As noted by Chaparral in its Reply, at 5, Borger Pipeline was eventually acquired by Chaparral.  *See* Reply, at 5; Dkt. # 1249-3.  At that point, the Agrium Agreement was effectively between Chaparral and Agrium U.S. Inc.  As Agrium U.S. Inc. is completely unaffiliated with Davis, it is unclear how the Agrium Agreement could at that point contain any promises, consents, or authorization by Davis to Chaparral.  Further, the Agrium Agreement does not provide consent to Chaparral's diversion of gas from the Camrick and North Perryton units to the Farnsworth Unit.  *See generally* Dkt. # 1194-8.  It is utterly unconcerned with the final use of the gas being supplied because it is an agreement between a pipeline and a $CO_2$ supplier; no end-

user is a party.  *See generally id.*[13]  Under any set of assumptions, the Agrium Agreement is completely irrelevant to Davis' claims.

### 4.    The Supply Agreement.

As discussed *supra*, Davis is not a party to the Supply Agreement, is not bound by the Supply Agreement, and did not sign the Supply Agreement.  As with the Release of Terms and the Agrium Agreement, the Supply Agreement authorizes nothing on behalf of Davis.  However, even were Davis a party to the Supply Agreement, it too would not constitute consent or authorization to Chaparral's diversion of $CO_2$.  Chaparral appears to rely on two paragraphs of the Supply Agreement, Paragraph 1 and Paragraph 4, for its contention. *See, e.g.*, Reply, at 6 n. 10.

Paragraph 1 states:

> **COMMITMENT.** Seller agrees to supply and sell and Buyer agrees to receive and purchase $CO_2$ for its operations on all oil and gas leasehold interests now or hereafter owned or controlled by Seller [sic] on, or allocated to, the following lands in Beaver and Texas County, Oklahoma, together with Ochiltree County, Texas, as further identified and set forth in Exhibit "A" attached to and made part of this agreement.

Dkt. # 1194-10, at 2.  Paragraph 1 states that $CO_2$ is being bought for Sellers' operations on a subset of "all oil and gas leasehold interests now or hereafter owned or controlled by Seller." *Id.* That subset is those interests "on, or allocated to, the following lands." *Id.*[14] The "following lands"

---

[13] Section 2.5 of the Agrium Agreement, which is cited by Chaparral in its arguments, does state that the amount of $CO_2$ ultimately required by the pipeline will depend "upon final design on the size and number of projects." Dkt. # 1194-8, at 4. Given the Letter Agreement's acknowledgment that extra $CO_2$ could potentially be delivered to additional markets, it's not apparent how the Agrium Agreement's recognition of this fact somehow constitutes authorization to the diversion of gas to the Farnsworth Unit.

[14] The phrase used is "all oil and gas leasehold interests now or hereafter owned or controlled by Seller [sic] on, or allocated to, the following lands." Dkt. # 1194-10, at 2. There can be no question that "on, or allocated to, the following lands" modifies not just "all oil and gas leasehold interests now . . . owned" but also "all oil and gas leasehold interests . . . hereafter owned."  There is no punctuation or other grammatical construct indicating that "on, or allocated to, the following lands" applies only to currently owned interests.

are "in Beaver and Texas County Oklahoma, together with Ochiltree County, Texas" and are "further identified and set forth in Exhibit 'A.'"[15]   *Id.*   Exhibit "A" to the Supply Agreement—which further identifies and sets forth the "following lands"—lists the lands making up the Camrick, N. Camrick, and North Perryton units (preceding each set of legal descriptions with a heading containing the capitalized name of the corresponding unit in bold).   *Id.* at 4.[16]   It also specifically limits the legal descriptions of the lands listed to "the unitized formations of the Camrick Unit," "the unitized formations of the NW Camrick Unit," and "the unitized formations of the North Perryton Unit."   *Id.*[17]   Thus, rather than consenting to the use of $CO_2$ purchased pursuant to the Supply Agreement at units other than the Camrick Unit, NW Camrick Unit, or North Perryton Unit, the Supply Agreement actually specifically and explicitly *limits* the use of the purchased $CO_2$ to those three specific units.   Pursuant to Paragraph 1, Chaparral's use of $CO_2$ purchased pursuant to the Supply Agreement outside of those three units would actually breach the Supply Agreement.

Paragraph 4 states:

**QUANTITY.** Seller shall deliver and buyer shall purchase and take Seller's CO2 up to a maximum of 7500 mcfd subject to the operating conditions and capacity of Buyers Facilities.  Although there is no specific purchase quantity, Buyer will make reasonable efforts to maintain consistent takes of all available quantities.

---

[15] The phrase "as further identified and set forth in Exhibit 'A'" must also modify "Ochiltree County, Texas," and not just "Beaver and Texas County, Oklahoma," because Exhibit A lists lands in Ochiltree County, Texas (which, necessarily, could not be lands identified as being located in Beaver or Texas County, Oklahoma).  Dkt. # 1194-10, at 2, 4.

[16] The legal descriptions of the lands do not overlap with the boundaries of the Farnsworth Unit.

[17] The Farnsworth Unit does not overlap with any of those three units.

Dkt. # 1194-10, at 2.[18]  Davis cannot fathom how any portion of Paragraph 4 could constitute an

authorization or consent to Chaparral diverting $CO_2$ from the Camrick and North Perryton units in

violation of its contractual and fiduciary duties.[19]

Davis has never consented to nor authorized Chaparral's diversion of $CO_2$ from the

Camrick and North Perryton units.  None of the agreements cited by Chaparral authorizes such a

diversion, and Davis is not even a party to three of the four contracts.  No basis exists for holding

that Davis has waived its contractual or fiduciary duty claims.[20]

## II.    Davis Is Not Equitably Estopped From Raising Its Claims.

In a single paragraph of its Reply, Chaparral posits that Davis is somehow equitably

estopped from raising its claims.  *See* Reply, at 11.  In making this claim, it relies solely on *In re*

*Project 5 Drilling Program-1980*, 30 B.R. 670, 674 (Bankr. W.D. Okla. 1983).  In *Project 5*, the

Court *rejected* a proposed invocation of equitable estoppel.  *Id.* at 675.  It did not *approve* the use

of any instance of equitable estoppel.  *See generally Project 5*, 30 B.R. 670.  Even were the facts

in *Project 5* analogous to the facts in this case, as Chaparral claims, *Project 5* would still stand

only for the proposition that *Davis* could not invoke equitable estoppel.  Chaparral has leapt to the

---

[18] On January 1, 2005, after Chaparral acquired Borger Pipeline, it chose to amend the Supply Agreement.  *See* Dkt. # 1194-10, at 5-6.  In doing so, it deleted Paragraph 4 and replaced it with a similar paragraph.  *See id.* at 5.

[19] In previous filings, Chaparral has suggested the use of the undefined term "Buyers Facilities" means that the signatories to the Supply Agreement anticipated that the $CO_2$ could be used at any facility owned by the Buyer.  That would contradict Paragraph 1, as discussed *supra*.  Further, there is nothing to suggest that such an expansive definition was intended.  It could just as easily be referring to the Camrick, North Perryton, and NW Camrick facilities in particular.  Regardless, the use of such a term cannot possibly be considered to be a consent to Chaparral's breaches of its fiduciary duties.

[20] Even assuming Chaparral had correctly characterized all of the agreements (which it has not), at best an implied authorization occurred.  Chaparral's citations to Oklahoma case law state that an "express agreement" or an "express[] authoriz[ation]" is required to defeat an implied covenant. *See* Reply, at 6 (citing *Jordan v. Texaco, Inc.*, 297 F. Supp. 1140, 1141 W.D. Okla. 1969); Reply, at 10 (citing *Young v. W. Edmond Hunton Lime Unit*, 275 P.2d 304, 310 (Okla. 1954).

unrelated conclusion that the fact pattern of *Project 5* would allow it to successfully invoke

equitable estoppel itself.  No such holding was made in *Project 5*.  *See generally* 30 B.R. 670.  As

that court noted, invoking equitable estoppel in Oklahoma requires a host of conditions to be met:

> First, there must be false representation or concealment of facts made with actual
> knowledge or constructive knowledge of its falsity. Second, the receiving party
> must have been without knowledge of the truth or the means of making such
> determination. Third, the statement must be made with the intent that it be acted
> upon. Last, the receiving party must have acted upon it to his detriment.

*Id.* at 674 (citing *State ex rel. W. State Hospital v. Stoner,* 614 P.2d 59 (Okl.1980)).  Chaparral has

not alleged, let alone proven, any of those elements.

   In any event, the facts of *Project 5* are not even analogous to this case.  *Project 5* concerned

a dispute as to who was entitled to a debtor's contract receivables.  *Id.* at 672.  LaTerre Drilling

and Exploration, Inc. ("LaTerre") attempted to invoke equitable estoppel to prove that it had a

superior right to the collateral.  *Id.* The court declined to allow LaTerre to do so because LaTerre's

executives had personal knowledge, at the time that they acquired their interests, that a prior

assignment of those interests had been made in violation of both contractual duties and statutory

law.  *Id.* at 674-75.  No claim of Davis is contingent on its executives being unaware of wrongdoing

on the part of Davis' predecessors-in-interest.  Thus even if Davis were asserting equitable estoppel

(or if *Project 5*'s holding somehow applied to granting claims of equitable estoppel), *Project 5*

would still be inapposite.

### III.    Davis and Chaparral Are Cotenants.

In its Reply, Chaparral argues that the fact that Davis and Chaparral are cotenants is "wholly unsubstantiated."   Reply, at 19.[21]   Davis did not believe this point was in dispute. Chaparral and Davis' cotenancy was created by a series of assignments which are recorded of record.   In an effort to "substantiate" this basic fact, Davis will provide evidentiary materials demonstrating their cotenancy.[22]

William H. Davis originally owned 100% of the interest in each of the North Perryton Unit's leases, which had been assigned to him by Williford Energy Company.  Assignment and Bill of Sale, attached hereto as Exhibit "3."  William H. Davis assigned 54% of his interest in each lease to Chaparral Energy, Inc. and NorAm Petroleum Corporation ("NorAm"), a Chaparral affiliate.  Partial Assignment and Bill of Sale, attached hereto as Exhibit "4."[23]   As a result, Chaparral owned 54% of each lease making up the North Perryton Unit and William H. Davis owned 46% of each lease.  William H. Davis assigned all of his interests in the North Perryton Unit to Davis.  Ex. 2.  Thus, Davis and Chaparral were cotenants as to each lease.

William H. Davis originally owned 31.439% of the interest in each of the Camrick Unit's leases, which had been assigned to him by Williford Energy Company.  Assignment and Bill of Sale, attached hereto as Exhibit "5." Chaparral and NorAm owned the remaining 68.561% of the

---

[21] At other points, Chaparral seems to imply that Chaparral and Davis cannot be cotenants because the creation of a unit does not cause parties to become cotenants. *See* Reply, at 18.  However, Davis has readily admitted that unitization does not create a cotenancy. *See e.g.*, Dkt. # 1240, at 14 n.13.  Chaparral and Davis' cotenant relationship is created solely be their cross-conveyances of their leasehold interests. As such, cases which examine the statute of limitations in the absence of a cotenancy (and cases which examine whether a cotenancy has been created in the absence of cross-conveyances) are not relevant to this analysis.

[22] Certain conveyances to third-parties which were ultimately re-conveyed back to Davis or Chaparral have been omitted.

[23] Two-thirds of that interest was assigned to NorAm and one-third was assigned to Chaparral Energy, Inc.  Ex. 4.  NorAm eventually assigned its interest to Chaparral.

interest in each of the Camrick Unit's leases.[24]  NorAm assigned 14.022% of the interest in each

of the Camrick Unit's leases to Salt Plains Pipeline Corp. Partial Assignment and Bill of Sale,

attached hereto as Exhibit "6." Salt Plains Pipeline Corp. assigned the whole of that interest to

William H. Davis.  Assignment and Bill of Sale, attached hereto as Exhibit "7."  NorAm assigned

the whole of its remaining interest in the Camrick Unit to Chaparral.  Assignment and Bill of Sale,

attached hereto as Exhibit "8."  As a result, Chaparral owned 54.539% of each lease making up

the North Perryton Unit and William H. Davis owned 45.461% of each lease. William H. Davis

assigned all of his interests in the Camrick Unit to Davis.  Ex. 1.  Thus, Davis and Chaparral were

cotenants as to each lease.

It should be noted that Davis' argument has never been that the leases giving rise to the

cotenancy have been breached.  Rather, the parties' cotenant relationship gives rise to special rules

regarding statutes of limitations under Oklahoma law.  As shown by the cases previously cited by

Davis, this statute of limitations argument is not dependent on the leases themselves being

breached.

## IV.    Davis' Theory of the Case Has Not Changed.

Finally, Chaparral has alleged that Davis' Response to Chaparral's supplemental briefing

"changes its theory" of how Chaparral has breached its obligations and duties.  Reply, at 2.  No

such change has occurred.  Davis' position has always been as follows:

Chaparral purposefully chose to utilize less $CO_2$ at the Camrick and North Perryton Units

than a reasonable and prudent operator would have utilized.  This constitutes a breach of

Chaparral's duty to act as a prudent operator.  Chaparral's reason for using too little $CO_2$ was to

---

[24] As a result of the Williford Assignment, William H. Davis and Chaparral became cotenants, because Chaparral and Williford Energy Company each owned a portion of each lease making up the Camrick Unit.

divert limited supplies to a project in which it was a sole owner (and thus would reap higher profits to itself at Davis' expense).  By putting its own interests ahead of Davis', Chaparral breached the fiduciary duty it owed to Davis as unit operator.  Using *extra* $CO_2$ for Chaparral's wholly-owned project (or any other project) would not have breached the fiduciary duty; it is the diversion of $CO_2$ from the Camrick and North Perryton units which breaches the duty.

Somehow, Chaparral has concluded that Davis has "change[d] its theory to assert that the breach was not Chaparral Energy having sold its CO2 to other facilities but rather Chaparral CO2's prior decision 'to purchase CO2 on its own account and not for the Camrick and North Perryton unit.'" Reply, at 2.  Such a statement is confusing, as those two "theories" describe the same bad acts.  Chaparral diverted $CO_2$ it had purchased for injection into the units it shared with Davis to the unit it solely owned.[25]  Either articulation is consistent with Davis' claims.

## **CONCLUSION**

The new evidentiary materials and theories offered in Chaparral's Reply are ultimately irrelevant, in error, or both.  They do not alter the fact that the Court should reject Chaparral's request to disallow Davis' proofs of claim.

---

[25] To the extent Chaparral is asserting that Davis takes issue with Chaparral initially purchasing the $CO_2$ in its own name, that is not the case.  It is the ultimate use of the $CO_2$ and its diversion from the Camrick and North Perryton units that breaches the duty.  Chaparral does not breach its fiduciary duty by purchasing $CO_2$ in its own name so long as no $CO_2$ is ultimately diverted from those units.

Dated:  February 22, 2018
        Wilmington, DE

Respectfully submitted,

**ASHBY & GEDDES**

*/s/ Benjamin W. Keenan*
Ricardo Palacio (#3765)
Benjamin W. Keenan (#4724)
500 Delaware Avenue, 8th Floor
Post Office Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Facsimile:  (302) 654-2067
Email: rpalacio@ashbygeddes.com

-and-

**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**
J. Kevin Hayes, OBA #4003
Steven W. Soulé, OBA# 13781
Dawson A. Brotemarkle, OBA #31495
320 South Boston Avenue, Suite 200
Tulsa, OK  74103-3706
Telephone: (918) 594-0400
Facsimile:  (918) 594-0505
Email:  khayes@hallestill.com
       ssoule@hallestill.com
       dbrotemarkle@hallestill.com

*Attorneys for W.H. Davis Family Limited Partnership*

3420536.1:310546:00701

# EXHIBIT 1

FILE DATE: 12/27/2001   FILE TIME: 01:14              BOOK: 1043  PAGE: 133
TEXAS COUNTY, MARCIA HOLLINGSHEAD – COUNTY CLERK       RECE#: 2001  660235   **

DOC NUMBER 2001-3632
Book 1070
Page(s) 110 to 135
Time 09:45AM
Fee $58.00
11-06-2001
Karen Schell
Beaver County Clerk
STATE OF OKLAHOMA
RECORDED AND FILED

## BOOK 1070 PAGE 0110
### ASSIGNMENT AND BILL OF SALE

| | | |
|---|---|---|
| STATE OF OKLAHOMA | ) | |
| | ) ss. | CAMRICK UNIT |
| COUNTIES OF BEAVER AND TEXAS | ) | |

26/63

KNOW ALL MEN BY THESE PRESENTS:

THAT WILLIAM H. DAVIS, with a mailing address of 2800 Mid-Continent Tower, Tulsa, Oklahoma 74103, hereinafter called "Assignor", for and in consideration of the sum of Ten and No/100 Dollars ($10.00), and other good and valuable consideration to it in hand paid, the receipt and sufficiency of which is hereby acknowledged, does hereby grant, convey, sell, assign and transfer unto W.H. DAVIS FAMILY LIMITED PARTNERSHIP, an Oklahoma Limited Partnership with a mailing address of 2800 Mid-Continent Tower, Tulsa, OK 74103 hereinafter called "Assignee", subject to the provisions of this assignment, the following interest:

1.) All of Assignor's right, title, and interest in and to the Oil and Gas Leases and lands described in Exhibit "A" attached hereto and made a part hereof, said lands being located in Beaver and Texas Counties, State of Oklahoma, together with the rights incident thereto, the personal property thereon, appurtenant thereto, or used or obtained in connection with said leases and lands; and for the same consideration stated hereinabove, Assignor does hereby grant, convey, sell, assign and transfer unto the said Assignee all of Assignor's right, title, and interest in and to the CAMRICK UNIT located on said leases and lands, or on lands pooled or unitized with any portion thereof, or on lands located within any governmental drilling and spacing unit which includes any portion thereof, together with all casing, leasehold equipment, and personal property in or on used in connection with said well AS IS AND WHERE IS WITHOUT WARRANTY OF MERCHANTABILITY, CONDITION OR FITNESS FOR A PARTICULAR PURPOSE, EITHER EXPRESS OR IMPLIED; and

2.) All of the Assignor's rights, titles, interests, tenements, hereditaments, appurtenances, benefits and privileges attributable or incident to the working interest assigned, including without limitation the oil, gas and other minerals produced, inclusive of royalties, overriding royalties, production payments, reversionary interests, right to take royalties in kind, or other interests; and

3.) All of the real, personal and mixed property of Assignor's located upon or used in connection with the operation of the subject interests, on an "as is, where is" basis including without limitation wells, well equipment, casing, tanks, gas separation and field processing units, crude oil, condensate or products in storage or in pipelines, boilers, buildings, tubing, pumps, motors, fixtures, machinery, and other equipment, water rights, pipelines, gathering systems, processing plants and all other improvements used in the operations thereof; and

4.) All of Assignor's rights in, to, under or derived from all agreements and contractual rights, easements, rights-of –way, servitudes, franchises, and other estates relating to the subject interests, including without limitation, unit agreements, orders and decisions of state and federal regulatory authorities establishing units, joint operating agreements, production sales contracts, enhanced recovery and injection agreements, area of mutual interest agreements, purchase, exchange or processing agreements, casinghead gas contracts, balancing agreements, surface leases, easements of right-of-way, farmout or farmin agreements, dry hole or bottom hole contribution agreements, seismic agreements, drilling agreements, exploration agreements, assignments of operating rights, working interests, subleases, permits, licenses, options, orders and all other contracts, agreements and instruments relating to the exploration for and production, storage, treatment, transportation, processing, or sale or disposal of oil, gas, other hydrocarbons, water, or other substances from the subject interests; and

5.) All of Assignor's right, title and interest in and to any and all gas imbalances and/or any and all accrued and/or suspended revenues currently being held in suspense by operator and/or purchasers that affect and/or subject to Assignor's interest assigned herein.

FILE DATE: 12/27/2001    FILE TIME: 01:14       BOOK: 1043   PAGE: 134
TEXAS COUNTY, MARCIA HOLLINGSHEAD - COUNTY CLERK    RECE#: 2001  660235

## BOOK 1070 PAGE 0111

TO HAVE AND TO HOLD the same unto the said Assignee, its successors and assigns forever, in accordance with and subject to the terms and conditions of the Oil and Gas Leases described on Exhibit "A" and any limitations, reservations or agreements referenced thereon, as same apply to the portion of lands assigned herein.

It is the intent of said Assignor to assign all of its right, title and interest, of whatsoever nature, in and to those properties and lands more particularly described on Exhibit "A", attached hereto whether properly described herein or not, unto said Assignee.

This Assignment is made WITHOUT WARRANTY OF TITLE, EITHER, EXPRESS OR IMPLIED.

This Assignment shall be binding upon and inure to the benefit of the Assignor and Assignee and their respective successors and assigns, personal representatives, administrators, executors and devisees.

IN WITNESS WHEREOF the undersigned have executed this instrument this 25th day of June , 2001, but shall be effective for all purposes as of the 1st day of June , 2001.

ASSIGNOR:

_____
William H. Davis

## ACKNOWLEDGMENT

STATE OF OKLAHOMA          )
                          ) ss.
COUNTY OF TULSA           )

Before me, the undersigned, a Notary Public, in and for said County and State, on this 25th day of June , 2001, personally appeared William H. Davis to me known to be the identical person who executed the within and foregoing instrument, and acknowledged to me that he executed the same his free and voluntary act and deed, for the uses and purposes therein set forth.

IN WITNESS WHEREOF, I have hereunto set my official signature and affixed my official seal the day and year last above written.

My Commission Expires:

July 10, 2004

OKLAHOMA NOTARY PUBLIC
OFFICIAL SEAL
BOBI POSEY -
TULSA COUNTY
MY COMMISSION EXPIRES 07-10-2004

_____
Notary Public

WHEN RECORDED MAIL TO:
Davis Opt. Co.
2800 Mid-Continent Tower
Tulsa, OK
                74103

FILE DATE: 12/27/2001   FILE TIME: 01:14        BOOK: 1043   PAGE: 135
TEXAS COUNTY, MARCIA HOLLINGSHEAD — COUNTY CLERK      RECE#: 2001   660235

BOOK **1070** PAGE **0112**

### EXHIBIT "A"

Attached to and made a part of that certain Assignment and Bill of Sale effective the _1st_ day of ___June_____, 2001, by and between William H. Davis, Assignor, and _W.H Davis Family_, Assignee.                                                                   _Limited Partnership_

### WELLS/UNIT

CAMRICK UNIT
BEAVER AND TEXAS COUNTIES, OK

### LEASES

```
Date     :  05/13/1997
Lease #  :  001142
Lessor   :  REYNOLDS FAMILY TRUST, GERALD
            J.L.REYNOLDS, ETAL, TRUSTEES
Lessee   :  CHAPARRAL ENERGY, INC.
Recorded:   Book: 987  Page: 676  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            015 001N  020EC SW
                272000
                TRACT:  1    T1N, R20E, SECTION 15: SW/4
```

```
Date     :  04/02/1961
Lease #  :  001151
Lessor   :  MRS. CLARA ALLEN, a widow
Lessee   :  J. R. McLEAN, JR.
Recorded:   Book: 224  Page: 527  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            028 001N  020EC SE
                TRACT:  1    T1N, R20E, SECTION 28: SE/4 (LTD. TO THE UNIT
                IZED FORMATION)
```

```
Date     :  11/23/1953
Lease #  :  001181
Lessor   :  STATE OF OKLAHOMA-LS.# CUP-123
Lessee   :  TOKLAN PRODUCTION COMPANY
Recorded:   Book: 138  Page: 290  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            029 001N  020EC E2NE
                TRACT: 101   T1N, R20E, SECTION 29:  E/2 NE/4
```

```
Date     :  11/20/1945
Lease #  :  C01197
Lessor   :  RAY Y. BOWLES & RUBY E. BOWLES
Lessee   :  C. J. FOWLSTON
Recorded:   Book:  16  Page: .275  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            021 001N  020EC SE
                TRACT:  1    T1N, R20E, SECTION 21:  SE/4
            022 001N  020EC N/2
                TRACT:  44   T1N, R20E, SECTION 22:  N/2
```

```
Date     :  08/25/1969
Lease #  :  001199
Lessor   :  ESTHER E. KAUFMAN, a single
            woman
Lessee   :  HUMBLE OIL & REFINING COMPANY
Recorded:   Book: 350  Page: 195  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            023 001N  020EC NESE
                TRACT:  46   T1N, R20E, SECTION 23:  NE/4 SE/4, ONLY INSO-
                FAR AS LS. PERTAINS TO THE UPPER MORROW
```

PAGE: 136
FILE DATE: 12/27/2001   FILE TIME: 01:14       BOOK: 21043   PAGE: 136
TEXAS COUNTY, MARCIA HOLLINGSHEAD – COUNTY CLERK     RECE#: 2001   660235

BOOK 1070 PAGE 0113

## CAMRICK – LEASES CONTINUED

```
Date     :   02/01/1952
Lease #  :   001232
Lessor   :   USA 028500-B
Lessee   :   E. W. THOMAS & DAN E. ARCHER
Recorded:    Book: 161  Page: 255  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             005 001S  020EI LTS. 1 & 2
                 TRACT: 214   T1S, R20E, SEC. 5:  LOTS 1 AND 2


Date     :   02/01/1952
Lease #  :   001233
Lessor   :   USA 028500-B
Lessee   :   E. W. THOMAS & DAN E. ARCHER
Recorded:    Book: 161  Page: 255  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             005 001S  020EC ONLY E2 L.2
                 TRACT:  1   T1S, R20EC, SECTION 5:  ONLY INSOFAR AS LS.
                 COVERS THE W/2 OF LOT 2


Date     :   11/02/1951
Lease #  :   001238
Lessor   :   A.P. SAGER & FANNIE BELL SAGER
             H/W
Lessee   :   U. I. SMITH
Recorded:    Book: 123  Page: 478  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             035 001N  020EC SW
                 TRACT:  1   T1N, R20E, SECTION 35: SW/4  (UPPER MORROW
                 FORMATION, ONLY)


Date     :   12/17/1945
Lease #  :   001240
Lessor   :   PAUL A. WILLIAMS AND R.
             ALBERTINE WILLIAMS
Lessee   :   PANHANDLE EASTER PIPE LINE CO.
Recorded:    Book:  21  Page: 304  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             024 001N  020EC W2
                 TRACT: 101   T1N, R20E, SECTION 24:  W/2


Date     :   10/31/1955
Lease #  :   001258
Lessor   :   GEORGE S. LOWREY & LUCILLE
             LOWREY; ARTHUR E. SHARP
Lessee   :   MAGNOLIA PETROLEUM COMPANY
Recorded:    Book: 156  Page: 318  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             027 001N  020EC E2NE
                 TRACT: 205   T1N, R20E, SEC. 27:  E/2 NE/4 ONLY INSOFAR AS
                 LS. COV. DWN. TO THE BS. OF THE UPPER MORROW FORMATION


Date     :   11/30/1951
Lease #  :   001259
Lessor   :   USA-OK-028500
Lessee   :   E. W. THOMAS & DAN E. ARCHER
Recorded:    Book: 161  Page: 255  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             002 001S  020EC LTS. 1 & 2
                 TRACT: 200   T1S, R20E, SEC. 2:  LOTS 1 & 2
             003 001S  020EC LTS. 1 & 2
                 TRACT: 201   T1S, R20E, SECTION 3:  LOTS 1 AND 2
             004 001S  020EC LTS. 1 & 2
                 TRACT: 202   T1S, R20E, SEC. 4:  LOTS 1 & 2
```

## CAMRICK – LEASES CONTINUED

Date     :   09/20/1954
Lease # :   001260
Lessor  :   JOE STOREY & NELLIE STOREY,
            his wife
Lessee  :   DWIGHT E. DAVIS
Recorded:   Book: 144  Page: 215  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            035 001N  020EC NW
                TRACT: 102   T1N, R20E, SECTION 35:  NW/4

Date     :   08/24/1954
Lease # :   001325
Lessor  :   ALMA PITTMAN & AMCY E.
            PITTMAN
Lessee  :   CARTER OIL COMPANY
Recorded:   Book: 144  Page: 311  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            025 001N  020EC SE
                TRACT:   1   T1N, R20E, SECTION 25:  SE/4

Date     :   12/27/1952
Lease # :   001326
Lessor  :   JOSEPH CLINTON CASE & MATTIE
            M. CASE
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 139  Page: 113  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            027 001N  020EC W2NW
                TRACT: 105   T1N, R20E, SEC. 27:  W/2 NW/4

Date     :   06/26/1968
Lease # :   001327
Lessor  :   PAUL A. WILLIAMS & ALBERTINE
            WILLIAMS
Lessee  :   ROYAL CREST OIL CORPORATION
Recorded:   Book: 329  Page: 366  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            026 001N  020EC E2NW
                TRACT:  44   T1N, R20E, SEC. 26:  E/2 NW/4 - UPPER MORROW
            026 001N  020EC W2NE
                TRACT:  45   T1N, R20E, SEC. 26:  W/2 NE/4 - UPPER MORROW

Date     :   09/16/1954
Lease # :   001328
Lessor  :   ALVIN & ELIZABETH HAMILTON;
            LYNN O & FREDA HAMILTON, ETAL
Lessee  :   DWIGHT E. DAVIS
Recorded:   Book: 144  Page: 211  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            021 001N  020EC N2NW
                TRACT: 102   T1N, R20E, SEC. 21:  N/2 NW/4
                (UPPER MORROW ONLY)
            021 001N  020EC SWNW; NWSW
                TRACT: 103   T1N, R20E, SECTION 21:  SW/2 NW/4 AND
                NW/4 SW/4 (UPPER MORROW ONLY)

Date     :   09/15/1954
Lease # :   001329
Lessor  :   JOHN L. WALLACE & ANNA M.
            WALLACE
Lessee  :   DWIGHT E. DAVIS
Recorded:   Book: 143  Page: 590  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            015 001N  020EC NW
                TRACT: 105   T1N, R20E, SECTION 15:  NW/4

FILE DATE: 12/27/2001   FILE TIME: 01:14   BOOK: 1043  PAGE: 138
TEXAS COUNTY, MARCIA HOLLINGSHEAD - COUNTY CLERK   RECE#: 2001   660235

## BOOK 1070 PAGE 0115

## CAMRICK – LEASES CONTINUED

Date       : 01/11/1946
Lease # :   001356
Lessor :    C. H. STEWART & DAISY O.
            STEWART
Lessee :    LEE A. ADAMS
Recorded:   Book:  18  Page:  119  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            016 001N  020EC E2
                TRACT: 106    T1N, R20E, SECTION 16:  E/2 (UPPER MORROW
                ONLY)

Date       : 11/26/1953
Lease # :   001359
Lessor :    JOHN LEHMANN & ROSA LEHMANN
Lessee :    CARTER OIL COMPANY
Recorded:   Book:  139  Page:  142  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            030 001N  020EC L.3,4 & E2SW (SW)
                TRACT: 10   T1N, R20E, SEC. 30:  LOTS 3 & 4 & E/2 SW/4
                (SW/4) UPPER MORROW ONLY
            031 001N  020EC L.1,2,3,4  (W2W2)
                TRACT: 208   T1N, R20E, SECTION 31:  LOTS 1, 2, 3 & 4
                (W/2 N/2) UPPER MORROW ONLY
            031 001N  020EC E2SW
                TRACT: 209    T1N, R20E, SEC. 31:  E/2 SW/4 (UPPER MORROW
                ONLY)
            031 001N  020EC W2SE
                TRACT: 210    T1N, R20E, SECTION 31:  W/2 SE/4 (UPPER MORROW
                ONLY)

Date       : 12/18/1953
Lease # :   001360
Lessor :    CECIL SAGER & DOROTHY SAGER
Lessee :    CARTER OIL COMPANY
Recorded:   Book:  139  Page:  146  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            030 001N  020EC SE
                TRACT:  1   T1N, R20E, SEC. 30:  SE/4 (UPPER MORROW
                FORM. ONLY)

Date       : 08/30/1954
Lease # :   01139A
Lessor :    NELLIE MOUNTS, a widow; ROBERT
            DUANE MOUNTS, ETUX
Lessee :    THE CARTER OIL COMPANY
Recorded:   Book:  143  Page:  559  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            035 001N  020EC NE
                TRACT:  6   T1N, R20EC, SECTION 35:  NE (CAMRICK UNIT AS
                DESCRIBED IN CERTIFICATE OF EFFECTIVENESS DATED 11/1/69,
                REC. 352/589, BUT ONLY AS TO THE UNITIZED UPPER MORROW SAND)

Date       : 09/15/1954
Lease # :   01139B
Lessor :    ESTATE OF DEL RAY MOUNTS, A
            MINOR, NELLIE MOUNTS, GUARDIAN
Lessee :    THE CARTER OIL COMPANY
Recorded:   Book:  143  Page:  526  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            035 001N  020EC NE
                TRACT:  6   T1N, R20EC, SECTION 35:  NE (CAMRICK UNIT AS
                DESCRIBED IN CERTIFICATE OF EFFECTIVENESS DATED 11/1/69,
                REC. 352/589, BUT ONLY AS TO THE UNITIZED UPPER MORROW SAND)

FILE DATE: 12/27/2001   FILE TIME: 01:14     BOOK: 1043   PAGE: 139
TEXAS COUNTY, MARCIA HOLLINGSHEAD - COUNTY CLERK     RECE#: 2001   660235

## BOOK 1070 PAGE 0116

## CAMRICK – LEASES CONTINUED

Date      :   10/30/1963
Lease # :   O1139C
Lessor   :   NELLIE MOUNTS
Lessee   :   HUMBLE OIL & GAS REFINING CO.
Recorded:   Book: 957  Page: 226  Instrument:
              SEC TOWN  RANGE DESCRIPTION
              035 001N  020EC NE
                  TRACT:  7  T1N, R20E, SECTION 35:  NE/4

Date      :   07/01/1997
Lease # :   O1140A
Lessor   :   GEORGE S. LOWREY 1958 REVOC-
              DEMI.'G LOWREY, ETAL, TRUSTEES
Lessee   :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 991  Page: 249  Instrument:
              SEC TOWN  RANGE DESCRIPTION
              026 001N  020EC NWNW
                  TRACT:  1  T1N, R20EC, SECTION 26:  NW/4 NW/4

Date      :   07/01/1997
Lease # :   O1140B
Lessor   :   DONALD E. SHARP
Lessee   :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 991  Page: 261  Instrument:
              SEC TOWN  RANGE DESCRIPTION
              026 001N  020EC NWNW
                  TRACT:  1  T1N, R20EC, SECTION 26:  NW/4 NW/4

Date      :   07/01/1997
Lease # :   O1140C
Lessor   :   ARTHUR E. SHARP TRUST, DARLENE
              S.FISKE, TRUSTEE
Lessee   :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 991  Page: 255  Instrument:
              SEC TOWN  RANGE DESCRIPTION
              026 001N  020EC NWNW
                  TRACT:  1  T1N, R20EC, SECTION 26:  NW/4 NW/4

Date      :   07/01/1997
Lease # :   O1140D
Lessor   :   THOMAS S. MILLER 1975 TRUST,
              MARTIN D. MILLER, TRUSTEE
Lessee   :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 991  Page: 267  Instrument:
              SEC TOWN  RANGE DESCRIPTION
              026 001N  020EC NWNW
                  TRACT:  1  T1N, R20EC, SECTION 26:  NW/4 NW/4

Date      :   07/01/1997
Lease # :   O1140F
Lessor   :   THOMAS S. MILLER 1975 TRUST,
              MARTIN D. MILLER, TRUSTEE
Lessee   :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 991  Page: 267  Instrument:
              SEC TOWN  RANGE DESCRIPTION
              026 001N  020EC NWNW
                  TRACT:  1  T1N, R20EC, SECTION 26:  NW/4 NW/4

Date      :   03/11/1997
Lease # :   O1141A
Lessor   :   ROBERT L. COLVARD
Lessee   :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 0984  Page:  523  Instrument:
              SEC TOWN  RANGE DESCRIPTION
              016 001N  020EC SE
                  TRACT:  1  T1N, R20ECM, SECTION 16:  SE/4 - UPPER MORROW
                  PRODUCTION ONLY.

Case 16-11144-LSS    Doc 1275-1    Filed 03/06/18    Page 26 of 164
FILE DATE: 12/27/2001  FILE TIME: 11:31:14    PAGE: 140
TEXAS COUNTY, MARCIA HOLLINGSHEAD - COUNTY CLERK    RECE#: 2001  660235

BOOK 1070 PAGE 0117

## CAMRICK – LEASES CONTINUED

Date      :  05/13/1997
Lease # :  O1142A
Lessor    :  REYNOLDS FAMILY TRUST, GERALD
             J.L.REYNOLDS, ETAL, TRUSTEES
Lessee   :  CHAPARRAL ENERGY, INC.
Recorded:  Book: 987  Page: 676  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             015 001N  020EC SW
                 TRACT:   1   T1N, R20E, SECTION 15:  SW/4

Date      :  08/24/1954
Lease # :  O1142B
Lessor    :  WILLIAM H. FULTON; EVELYN
             LEATHERMAN, BEATRICE CONNER,ET
Lessee   :  CARTER OIL COMPANY
Recorded:  Book: 143  Page: 456  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             015 001N  020EC SW
                 TRACT:   2   T1N, R20E, SECTION 15:  SW/4

Date      :  08/24/1954
Lease # :  O1142C
Lessor    :  PAULA L. NIEDENS & CARL
             NIEDENS, J/T
Lessee   :  CARTER OIL COMPANY
Recorded:  Book: 143  Page: 458  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             015 001N  020EC SW
                 TRACT:   2   T1N, R20E, SECTION 15:  SW/4

Date      :  06/07/1997
Lease # :  O1143A
Lessor    :  EARL SARGENT
Lessee   :  CHAPARRAL ENERGY, INC.
Recorded:  Book: 989  Page: 456  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             022 001N  020EC SE/4
                 TRACT:   4   T1N, R20E, SECTION 22:  SE/4

             022 001N  020EC SW/4 NE/4
                 TRACT:   1  T1N, R20EC, SEC. 22:  SW/4 NE/4, ONLY INSOFAR AS
             LS. COV. FORMATIONS INCL. WITHIN THE UNITIZED FORMATIONS OF
             THE CAMRICK UNIT.
             027 001N  020EC SE/4
                 TRACT:   5   T1N, R20E, SECTION 27:  SE/4

Date      :  12/08/1951
Lease # :  O1143B
Lessor    :  EARL C. SARGENT & MAXINE
             SARGENT, & EARL SARGENT
Lessee   :  J. M. MOUSER
Recorded:  Book: 123  Page: 288  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             026 001N  020EC W2SW
                 TRACT: 100  T1N, R20E, SEC. 26:  W/2 SW/4
             027 001N  020EC SE
                 TRACT: 101  T1N, R20E, SEC. 27:  SE/4

Date      :  09/29/1966
Lease # :  O1143C
Lessor    :  HARRISON W. BAKER & MARY BAKER
Lessee   :  HUMBLE OIL & REFINING CO.
Recorded:  Book: 301  Page: 326  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             022 001N  020EC E2SE
                 TRACT: 105  T1N, R20E, SECTION 22:  E/2 SE/4 (UPPER MORROW
             ONLY)

FILE DATE: 12/27/2001   FILE TIME: 01:14        BOOK: 1043   PAGE: 141
TEXAS COUNTY, MARCIA HOLLINGSHEAD - COUNTY CLERK     RECE#: 2001   660235

## BOOK 1070 PAGE 0118

## CAMRICK – LEASES CONTINUED

Date     : 10/24/1966
Lease #  : 01143D
Lessor   : WILLIAM K. WARREN FOUNDATION
Lessee   : HUMBLE OIL & REFINING CO.
Recorded : Book: 303  Page:  59  Instrument:
           SEC TOWN  RANGE DESCRIPTION
           022 001N  020EC E2SE
               TRACT: 105   T1N, R20E, SECTION 22:  E/2 SE/4 (UPPER MORROW
               ONLY)

Date     : 06/11/1959
Lease #  : 01143E
Lessor   : HARRISON W. BAKER & MARY BAKER
Lessee   : HUMBLE OIL & REFINING CO.
Recorded : Book: 198  Page: 432  Instrument:
           SEC TOWN  RANGE DESCRIPTION
           022 001N  020EC W2SE
               TRACT: 106   T1N, R20E, SECTION 22:  W/2 SE/4
               (UPPER MORROW ONLY)

Date     : 06/11/1959
Lease #  : 01143F
Lessor   : WILLIAM K. WARREN FOUNDATION
Lessee   : HUMBLE OIL & REFINING CO.
Recorded : Book: 198  Page: 434  Instrument:
           SEC TOWN  RANGE DESCRIPTION
           022 001N  020EC W2SE
               TRACT: 105   T1N, R20E, SECTION 22: W/2 SE/4 (UPPER MORROW
               ONLY)

Date     : 06/26/1968
Lease #  : 01144A
Lessor   : PAUL A. WILLIAMS and wife, R.
           ALBERTINE WILLIAMS
Lessee   : ROYAL CREST OIL CORPORATION
Recorded : Book: 329  Page: 366  Instrument:
           SEC TOWN  RANGE DESCRIPTION
           023 001N  020EC N2SW
               TRACT:   2   T1N, R20E, SEC. 23:  N/2 SW/4 (WM. H. DAVIS
               ASND CEI .53522267 IN THIS TRACT)
           023 001N  020EC SWSW
               TRACT:   1   T1N, R20E, SECTION 23:  SW/4 SW/4 (INT.FROM
               SCHILPEROORT, ETAL = .125 + WM.H. DAVIS - .53522267 - TOTAL
               WI UNDER THIS TR.- 6604465.
           023 001N  020EC SESW
               TRACT:   3   T1N, R20E, SEC. 23:   SE/4 SW/4 (WM. H. DAVIS
               CO. ASND. CEI .53522267 WI IN THIS TRACT)

Date     : 01/22/1997
Lease #  : 01144B
Lessor   : WARREN N. HAWKINS
Lessee   : CHAPARRAL ENERGY, INC.
Recorded : Book: 981  Page: 713  Instrument:
           SEC TOWN  RANGE DESCRIPTION
           023 001N  020EC SWSW
               TRACT:   1   T1N, R20E, SECTION 23:  SW/4 SW/4 (INT.FROM
               SCHILPEROORT, ETAL = .125 + WM.H. DAVIS - .53522267 - TOTAL
               WI UNDER THIS TR.- 6604465.

Date     : 01/09/1997
Lease #  : 01145A
Lessor   : DALE ENSMINGER
Lessee   : CHAPARRAL ENERGY, INC.
Recorded : Book: 981  Page: 709  Instrument:
           SEC TOWN  RANGE DESCRIPTION
           024 001N  020EC SE
               TRACT: 102   T1N, R20E, SECTION 24:  SE/4
           024 001N  020EC W2NE
               TRACT: 103   T1N, R20E, SECTION 24:  W/2 NE/4

BOOK **1070** PAGE **0119**

## CAMRICK – LEASES CONTINUED

```
Date     :   01/15/1997
Lease #  :   O1145B
Lessor   :   MARJORIE M. ENSMINGER
Lessee   :   CHAPARRAL ENERGY, INC.
Recorded:    Book: 982  Page: 193  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             024 001N  020EC SE
                 TRACT:    3  T1N, R20E, SECTION 24:  SE/4
             024 001N  020EC W2NE
                 TRACT:    2  T1N, R20E, SECTION 24:  W/2 NE/4


Date     :   01/29/1997
Lease #  :   O1145C
Lessor   :   C. E. ENSMINGER & AGNES
                 ENSMINGER
Lessee   :   CHAPARRAL ENERGY, INC.
Recorded:    Book: 982  Page: 189  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             024 001N  020EC SE
                 TRACT:    3  T1N, R20E, SECTION 24:  SE/4
             024 001N  020EC W2NE
                 TRACT:    2  T1N, R20E, SECTION 24:  W/2 NE/4


Date     :   01/16/1997
Lease #  :   O1145D
Lessor   :   LARRY ENSMINGER
Lessee   :   CHAPARRAL ENERGY, INC.
Recorded:    Book: 982  Page: 191  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             024 001N  020EC SE
                 TRACT:    3  T1N, R20E, SECTION 24:  SE/4
             024 001N  020EC W2NE
                 TRACT:    2  T1N, R20E, SECTION 24:  W/2 NE/4


Date     :   03/06/1954
Lease #  :   O1145E
Lessor   :   CLIFTON L BELL & GLENNA M.
                 BELL
Lessee   :   JAKE L. HAMON
Recorded:    Book: 140  Page: 471  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             024 001N  020EC ONLY SE/4
                 TRACT:    4  T1N, R20E, SEC. 24:  ONLYINSOFAR AS LS. COV.
                 THE SE/4 (LTD. TO UNITIZED FORMATION)


Date     :   05/16/1955
Lease #  :   O1145F
Lessor   :   CLIFTON L. BELL & GLENNA M.
                 BELL
Lessee   :   MAX KELLY
Recorded:    Book: 153  Page: 184  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             024 001N  020EC NE
                 TRACT: 106  T1N, R20E, SECTION 24:  NE/4
                 (UPPER MORROW ONLY)


Date     :   01/07/1997
Lease #  :   O1146A
Lessor   :   JAMES D. SIMS
Lessee   :   CHAPARRAL ENERGY, INC.
Recorded:    Book: 981  Page: 732  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             025 001N  020EC NE
                 TRACT:  22 T1N, R20E, SECTION 25:  NE/4
```

FILE DATE: 12/27/2001  FILE TIME: 01:14          BOOK: 1043  PAGE: 143
TEXAS COUNTY, MARCIA HOLLINGSHEAD – COUNTY CLERK      RECE#: 2001  660235

## BOOK 1070 PAGE 0120

## CAMRICK – LEASES CONTINUED

| | |
|---|---|
| Date : | 01/01/1997 |
| Lease # : | O1146B |
| Lessor : | JOAN BELL |
| Lessee : | CHAPARRAL ENERGY, INC. |
| Recorded: | Book: 982 Page: 648 Instrument: |

SEC TOWN  RANGE DESCRIPTION
025 001N  020EC NE
    TRACT:  22 T1N, R20E, SECTION 25:  NE/4

| | |
|---|---|
| Date : | 02/10/1997 |
| Lease # : | O1146C |
| Lessor : | MARK K. ALLEN  FAMILY LIVING |
| Lessee : | CHAPARRAL ENERGY, INC. |
| Recorded: | Book: 982 Page: 712 Instrument: |

SEC TOWN  RANGE DESCRIPTION
025 001N  020EC NE
    TRACT:   2 T1N, R20E, SECTION 25:  NE/4

030 001N  021EC NW
    TRACT:   1 T1N, R21EC, SECTION 30:  NW/4

| | |
|---|---|
| Date : | 02/10/1997 |
| Lease # : | O1146D |
| Lessor : | GREG S. ALLEN |
| Lessee : | CHAPARRAL ENERGY, INC. |
| Recorded: | Book: 984 Page: 533 Instrument: |

SEC TOWN  RANGE DESCRIPTION
025 001N  020EC NE
    TRACT:   2 T1N, R20E, SECTION 25:  NE/4
030 001N  021EC NW
    TRACT:   1 T1N, R21EC, SECTION 30:  NW/4

| | |
|---|---|
| Date : | 01/27/1997 |
| Lease # : | O1146E |
| Lessor : | THE MOLESWORTH FAMILY LIVING |
| | TRUST |
| Lessee : | CHAPARRAL ENERGY, INC. |
| Recorded: | Book: 982 Page: 186 Instrument: |

SEC TOWN  RANGE DESCRIPTION
030 001N  021EC NW
    TRACT:   1 T1N, R21EC, SECTION 30:  NW/4

| | |
|---|---|
| Date : | 03/03/1952 |
| Lease # : | O1146F |
| Lessor : | JOHN D SIMS & ELONIA S. SIMS |
| Lessee : | WILLIAM H. ALLEN |
| Recorded: | Book: 127 Page: 203 Instrument: |

SEC TOWN  RANGE DESCRIPTION
025 001N  020EC NE
    TRACT:   4 T1N, R20E, SEC. 25:  NE/4 (UPPER MORROW ONLY)

| | |
|---|---|
| Date : | 03/07/1952 |
| Lease # : | O1146G |
| Lessor : | MOLLIE REAGAN KLAPP |
| Lessee : | WILLIAM H. ALLEN |
| Recorded: | Book: 127 Page: 569 Instrument: |

SEC TOWN  RANGE DESCRIPTION
030 001N  021EC NW
    TRACT:   1 T1N, R21EC, SECTION 30:  NW/4

| | |
|---|---|
| Date : | 01/13/1997 |
| Lease # : | O1147A |
| Lessor : | CAROL YOUNG CALDER |
| Lessee : | CHAPARRAL ENERGY, INC. |
| Recorded: | Book: 980 Page: 605 Instrument: |

SEC TOWN  RANGE DESCRIPTION
026 001N  020EC E2 SE
    TRACT:  21 T1N, R20EC, SECTION 26:  E/2 SE/4

## CAMRICK – LEASES CONTINUED

Date       : 12/17/1945
Lease # :   01147B
Lessor   :  PAUL A. WILLIAMS & R.
            ALBERTINE WILLIAMS
Lessee   :  PANHANDLE EASTERN PIPE LINE CO
Recorded:   Book:   21  Page:  302  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            026 001N  020EC ONLY E2SE - UPPER MORROW
               TRACT: 110   T1N, R20E, SECTION 26:  ONLY INSOFAR AS LS.
               COVERS THE E/2 SE/4, LTD. TO THE UPPER MORROW SAND FORMATION
               (THIS IS ON ASGMT. FROM ELAND - .UNIT WI - .0051168)

Date       : 01/10/1997
Lease # :   01149A
Lessor   :  L.S. McLAIN
Lessee   :  CHAPARRAL ENERGY, INC.
Recorded:   Book:  981  Page:  705  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            027 001N  020EC SW
               TRACT: 22  T1N, R20EC, SECTION 27:  SW/4

Date       : 06/06/1997
Lease # :   01149B
Lessor   :  VERDEEN L. SLATTEN
Lessee   :  NORAM PETROLEUM CORPORATION
Recorded:   Book:  989  Page:  621  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            027 001N  020EC PT. SW
               TRACT:   3  T1N, R20E, SECTION 27:  SW/4 L/E TR. BEG. @ THE
               NW/c SW/4; THENCE S 985'; THENCE E 1320'; THENCE N. 985';
               THENCE W. 1320' TO P.O.B.

Date       : 09/28/1995
Lease # :   01149C
Lessor   :  VERDEEN L. SLATTEN
Lessee   :  NORAM PETROLEUM CORPORATION
Recorded:   Book:  954  Page:  272  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            027 001N  020EC PT.SW
               TRACT: 200  T1N, R20E, SECTION 27:  A TR. OF LAND LOC. IN TH
               E SW DESC. AS BEG. @ THE NW/c SW/4; THENCE S 985'; THENCE E.
               1320'; THENCE N. 985'; THENCE W. 1320' TO P.O.B.

Date       : 06/06/1997
Lease # :   01149D
Lessor   :  VERDEEN L. SLATTEN, a married
            woman
Lessee   :  CHAPARRAL ENERGY, INC.
Recorded:   Book:  989  Page:  620  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            027 001N  020EC PT.SW
               TRACT: 110   T1N, R20EC, SECTION 27: SW/4 L/E A TR. OF LAND
               DESC AS BEG. @ THE NW/cSW/4; THENCE S. 985'; THENCE E. 1320'
               ; THENCE N. 985'; THENCE W. 1320' TO THE P.O.B., AND LESS &
               EXCEPT ALL OIL, GAS, AND OTHER MINERALS

Date       : 09/28/1995
Lease # :   01149E
Lessor   :  VERDEEN L. SLATTEN, a married
            woman
Lessee   :  CHAPARRAL ENERGY, INC.
Recorded:   Book:  0954  Page:  273  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            027 001N  020EC PT.SW
               TRACT: 111   T1N, R20EC, SECTION 27:  SURFACE RIGHTS ONLY IN
               A TR. OF LAND IN THE SW/4 DESC. AS BEG. AT THE NW/c SW/4;
               THENCE S. 985'; THENCE E. 1320'; THENCE N. 985'; THENCE W.
               1320' TO THE P.O.B.

FILE DATE: 12/27/2001   FILE TIME: 01:14     BOOK: 1043   PAGE: 145
TEXAS COUNTY, MARCIA HOLLINGSHEAD - COUNTY CLERK     RECE#: 2001   660235

BOOK 1070 PAGE 0122

## CAMRICK - LEASES CONTINUED

Date      :   09/23/1954
Lease # :   01149F
Lessor   :   WILLIAM L. COLLINS & HATTIE E.
              COLLINS
Lessee   :   CARTER OIL COMPANY
Recorded:   Book:  144  Page:  222  Instrument:
              SEC TOWN  RANGE DESCRIPTION
              027 001N  020EC SW
                 TRACT:   6   T1N, R20E, SECTION 27:  SW/4
                 (UPPER MORROW ONLY)

Date      :   10/02/1954
Lease # :   01149G
Lessor   :   ROYALTY HOLDING COMPANY, GULF
              COAST WESTERN,L.S.&M.L.MCLAIN
Lessee   :   CARTER OIL COMPANY
Recorded:   Book:  144  Page:  526  Instrument:
              SEC TOWN  RANGE DESCRIPTION
              027 001N  020EC SW
                 TRACT:   6   T1N, R20E, SECTION 27:  SW/4
                 (UPPER MORROW ONLY)

Date      :   04/25/1955
Lease # :   01149H
Lessor   :   DAISY D. BLANKENSHIP
Lessee   :   CARTER OIL COMPANY
Recorded:   Book:  150  Page:  553  Instrument:
              SEC TOWN  RANGE DESCRIPTION
              027 001N  020EC SW
                 TRACT:   6   T1N, R20E, SECTION 27:  SW/4
                 (UPPER MORROW ONLY)

Date      :   05/11/1998
Lease # :   01150A
Lessor   :   JOHN H. LEHMAN
Lessee   :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 1006  Page:  291  Instrument:
              SEC TOWN  RANGE DESCRIPTION
              025 001N  019EC SE - TEXAS CO., OK
                 TRACT:  13  T1N, R19EC, SECTION 25:  SE/4, TEXAS CO., OK
              030 001N  020EC SW - BEAVER CO., OK
                 TRACT:  15  T1N, R20E, SECTION 30:  SW/4, BEAVER CO. OK
              031 001N  020EC W2W2, BEAVER CO., OK
                 TRACT:  16  T1N, R20EC, SECTION 31:  W/2 W/2, BEAVER CO., OK
              031 001N  020EC E2SW, BEAVER CO., OK
                 TRACT:  17  T1N, R20E, SECTION 31:  E/2 SW/4, BEAVER CO., OK
              031 001N  020EC W2SE, BEAVER CO., OK
                 TRACT:  18   T1N, R20EC, SECTION 31:  W/2 SE/4, BEAVER CO.,
                 OK.
              036 001N  019EC E2E2 - TEXAS CO., OK
                 TRACT:  14  T1N, R19EC, SECTION 36:  E/2 E/2, TEXAS CO., OK

Date      :   02/06/1997
Lease # :   01150B
Lessor   :   LETHA E. LEHMAN, widow
Lessee   :   CHAPARRAL ENERGY, INC.
Recorded:   Book:  983  Page:  710  Instrument:
              SEC TOWN  RANGE DESCRIPTION
              025 001N  019EC SE - TEXAS CO., OK
                 TRACT:  13  T1N, R19EC, SECTION 25:  SE/4, TEXAS CO., OK
              030 001N  020EC SW - BEAVER CO., OK
                 TRACT:  15  T1N, R20E, SECTION 30:  SW/4, BEAVER CO. OK
              031 001N  020EC W2W2, BEAVER CO., OK
                 TRACT:  16  T1N, R20EC, SECTION 31:  W/2 W/2, BEAVER CO., OK
              031 001N  020EC E2SW, BEAVER CO., OK
                 TRACT:  17  T1N, R20E, SECTION 31:  E/2 SW/4, BEAVER CO., OK
              031 001N  020EC W2SE, BEAVER CO., OK
                 TRACT:  18   T1N, R20EC, SECTION 31:  W/2 SE/4, BEAVER CO.,
                 OK.
              036 001N  019EC E2E2 - TEXAS CO., OK
                 TRACT:  14  T1N, R19EC, SECTION 36:  E/2 E/2, TEXAS CO., OK

Case 16-11144-LSS Doc 1275 Filed 03/06/18 Page 32 of 164 PAGE: 146
FILE DATE: 12/27/2001 FILE TIME: 01:14 BOOK: 1070 RECE#: 2001 660235
TEXAS COUNTY, MARCIA HOLLINGSHEAD - COUNTY CLERK

BOOK **1070** PAGE **0123**

## CAMRICK – LEASES CONTINUED

Date        :   05/11/1998
Lease # :   01150C
Lessor   :   ANNA LEE CUDD
Lessee   :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 1006  Page:  290  Instrument:

    SEC TOWN  RANGE DESCRIPTION
    025 001N  019EC SE - TEXAS CO., OK
        TRACT:  13  T1N, R19EC, SECTION 25:  SE/4, TEXAS CO., OK
    030 001N  020EC SW - BEAVER CO., OK
        TRACT:  15  T1N, R20E, SECTION 30:  SW/4, BEAVER CO. OK
    031 001N  020EC W2W2, BEAVER CO., OK
        TRACT:  16  T1N, R20EC, SECTION 31:  W/2 W/2, BEAVER CO., OK
    031 001N  020EC E2SW, BEAVER CO., OK
        TRACT:  17  T1N, R20E, SECTION 31:  E/2 SW/4, BEAVER CO., OK
    031 001N  020EC W2SE, BEAVER CO., OK
        TRACT:  18  T1N, R20EC, SECTION 31:  W/2 SE/4, BEAVER CO.,
        OK.
    036 001N  019EC E2E2 - TEXAS CO., OK
        TRACT:  14  T1N, R19EC, SECTION 36:  E/2 E/2, TEXAS CO., OK

Date        :   05/12/1997
Lease # :   01150D
Lessor   :   THE ALLEN H. MERRELL TRUST
Lessee   :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 989  Page:  024  Instrument:

    SEC TOWN  RANGE DESCRIPTION
    025 001N  019EC SE, TEXAS CO., OK
        TRACT:  13  T1N, R19EC, SECTION 25:  SE/4, TEXAS CO., OK
    030 001N  020EC SW, BEAVER CO., OK
        TRACT:  15  T1N, R20E, SECTION 30:  SW/4, BEAVER CO. OK
    031 001N  020EC W2W2, BEAVER CO., OK
        TRACT:  16  T1N, R20EC, SECTION 31:  W/2 W/2, BEAVER CO., OK
    036 001N  019EC E2E2, TEXAS CO., OK
        TRACT:  14  T1N, R19EC, SECTION 36:  E/2 E/2, TEXAS CO., OK

Date        :   01/21/1997
Lease # :   01150E
Lessor   :   MARION KATHLEEN GAMEZ
Lessee   :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 981  Page:  707  Instrument:

    SEC TOWN  RANGE DESCRIPTION
    025 001N  019EC SE
        TRACT:  13  T1N, R19EC, SECTION 25:  SE/4, TEXAS CO., OK
    030 001N  020EC SW
        TRACT:  15  T1N, R20E, SECTION 30:  SW/4, BEAVER CO. OK
    031 001N  020EC W2W2
        TRACT:  16  T1N, R20EC, SECTION 31:  W/2 W/2, BEAVER CO., OK
    036 001N  019EC E2E2
        TRACT:  14  T1N, R19EC, SECTION 36:  E/2 E/2, TEXAS CO., OK

Date        :   01/06/1997
Lease # :   01150F
Lessor   :   MORRISON INVESTMENTS
Lessee   :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 981  Page:  724  Instrument:

    SEC TOWN  RANGE DESCRIPTION
    025 001N  019EC SE
        TRACT:  13  T1N, R19EC, SECTION 25:  SE/4, TEXAS CO., OK
    030 001N  020EC SW
        TRACT:  15  T1N, R20E, SECTION 30:  SW/4, BEAVER CO. OK
    031 001N  020EC W2W2
        TRACT:  16  T1N, R20EC, SECTION 31:  W/2 W/2, BEAVER CO., OK
    036 001N  019EC E2E2
        TRACT:  14  T1N, R19EC, SECTION 36:  E/2 E/2, TEXAS CO., OK

Case 16-11144-LSS   Doc 1275   Filed 03/06/18   Page 33 of 164

PAGE: 147
FILE DATE: 12/27/2001   FILE TIME: 01:14   BOOK PAGE: 2001  660235
TEXAS COUNTY, MARCIA HOLLINGSHEAD - COUNTY CLERK   RECE#: 2001  660235

BOOK 1070 PAGE 0124

## CAMRICK – LEASES CONTINUED

Date      :  03/01/1997
Lease #   :  01150G
Lessor    :  ESTATE OF CURTIS E. CALDER,JR.
             SANDRA MARTEL,CO-IND.EXECUTRIX
Lessee    :  CHAPARRAL ENERGY, INC.
Recorded:    Book:  986  Page:  659  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             030 001N  020EC SW
                 TRACT:  15  T1N, R20E, SECTION 30:  SW/4, BEAVER CO. OK
             031 001N  020EC W2W2
                 TRACT:  16  T1N, R20EC, SECTION 31:  W/2 W/2, BEAVER CO., OK


Date      :  01/06/1997
Lease #   :  01150H
Lessor    :  N. BRUCE CALDER
Lessee    :  CHAPARRAL ENERGY, INC.
Recorded:    Book:  981  Page:  696  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             025 001N  019EC SE
                 TRACT:  13  T1N, R19EC, SECTION 25:  SE/4, TEXAS CO., OK
             030 001N  020EC SW
                 TRACT:  15  T1N, R20E, SECTION 30:  SW/4, BEAVER CO. OK
             031 001N  020EC W2W2
                 TRACT:  16  T1N, R20EC, SECTION 31:  W/2 W/2, BEAVER CO., OK
             036 001N  019EC E2E2
                 TRACT:  14  T1N, R19EC, SECTION 36:  E/2 E/2, TEXAS CO., OK


Date      :  02/04/1997
Lease #   :  01150I
Lessor    :  JACK W. WILLIAMS REV.TR. DTD.
             3-28-96, J.W.WILLIAMS, TRUSTEE
Lessee    :  CHAPARRAL ENERGY, INC.
Recorded:    Book:  982  Page:  654  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             025 001N  019EC SE - TEXAS CO., OK
                 TRACT:  13  T1N, R19EC, SECTION 25:  SE/4, TEXAS CO., OK
             030 001N  020EC SW - BEAVER CO., OK
                 TRACT:  15  T1N, R20E, SECTION 30:  SW/4, BEAVER CO. OK
             031 001N  020EC W2W2, BEAVER CO., OK
                 TRACT:  16  T1N, R20EC, SECTION 31:  W/2 W/2, BEAVER CO., OK
             031 001N  020EC E2SW, BEAVER CO., OK
                 TRACT:  17  T1N, R20E, SECTION 31:  E/2 SW/4, BEAVER CO., OK
             031 001N  020EC W2SE, BEAVER CO., OK
                 TRACT:  18  T1N, R20EC, SECTION 31:  W/2 SE/4, BEAVER CO.,
                 OK.
             036 001N  019EC E2E2 - TEXAS CO., OK
                 TRACT:  14  T1N, R19EC, SECTION 36:  E/2 E/2, TEXAS CO., OK


Date      :  03/27/1997
Lease #   :  01150J
Lessor    :  KIKUE Y. RIES
Lessee    :  CHAPARRAL ENERGY, INC.
Recorded:    Book:  987  Page:  349  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             028 001N  020EC SW
                 TRACT:  17  T1N, R20EC, SECTION 28:  SW/4


Date      :  01/20/1997
Lease #   :  01150K
Lessor    :  MARJORIE PETERSON
Lessee    :  CHAPARRAL ENERGY, INC.
Recorded:    Book:  981  Page:  734  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             028 001N  020EC SW
                 TRACT:  17  T1N, R20EC, SECTION 28:  SW/4

FILE DATE: 12/27/2001  FILE TIME: 5 of 1:4  RECE#: 2001  660235
TEXAS COUNTY, MARCIA HOLLINGSHEAD – COUNTY CLERK

BOOK 1070 PAGE 0125

## CAMRICK – LEASES CONTINUED

| | |
|---|---|
| Date : | 01/06/1997 |
| Lease # : | 01150L |
| Lessor : | A. PETE WILLIAMS and/or |
| | VIVIAN WILLIAMS |
| Lessee : | CHAPARRAL ENERGY, INC. |
| Recorded: | Book: 981  Page: 728  Instrument: |

SEC TOWN  RANGE DESCRIPTION
029 001N  020EC SE
    TRACT:  16  T1N, R20EC, SECTION 29:  SE/4

| | |
|---|---|
| Date : | 04/04/1997 |
| Lease # : | 01150M |
| Lessor : | GLENNA RAE WILLIAMS |
| Lessee : | CHAPARRAL ENERGY, INC. |
| Recorded: | Book: 986  Page: 658  Instrument: |

SEC TOWN  RANGE DESCRIPTION
029 001N  020EC SE
    TRACT:  16  T1N, R20EC, SECTION 29:  SE/4

| | |
|---|---|
| Date : | 01/07/1997 |
| Lease # : | 01150N |
| Lessor : | CARL ELLIS |
| Lessee : | CHAPARRAL ENERGY, INC. |
| Recorded: | Book: 981  Page: 174  Instrument: |

SEC TOWN  RANGE DESCRIPTION
031 001N  020EC SE
    TRACT:  19  T1N, R20E, SECTION 31:  SE/4
032 001N  020EC W2SW
    TRACT:  20  T1N, R20EC, SECTION 32:  W/2 SW/4
032 001N  020EC E2SW
    TRACT:  21  T1N, R20EC, SECTION 32:  E/2 SW/4

| | |
|---|---|
| Date : | 12/18/1953 |
| Lease # : | 011500 |
| Lessor : | JAKE D. BOESE & JUSTINA BOESE |
| Lessee : | FRANK PARKES |
| Recorded: | Book: 139  Page: 340  Instrument: |

SEC TOWN  RANGE DESCRIPTION
028 001N  020EC ONLY THE SW
    TRACT:  2  T1N, R20E, SECTION 28: SW/4 INSOFAR AS LS.
    COVERS THE UPPER MORROW FORM. ONLY

| | |
|---|---|
| Date : | 11/26/1953 |
| Lease # : | 01150P |
| Lessor : | JOHN LEHMANN & ROSA LEHMANN, |
| | H/W |
| Lessee : | THE CARTER OIL COMPANY |
| Recorded: | Book: 139  Page: 142  Instrument: |

SEC TOWN  RANGE DESCRIPTION
031 001N  020EC E2SW
    TRACT:  1  T1N, R20E, SECTION 31: ONLY INSOFAR AS LS. COV.
    THE E/2 SW/4
031 001N  020EC SWSE
    TRACT:  2  T1N, R20E, SECTION 31:  ONLY INSOFAR AS LS.COV
    THE SW/4 SE/4

| | |
|---|---|
| Date : | 07/11/1954 |
| Lease # : | 011500 |
| Lessor : | MARY LEE WILSON ELLIS & hus. |
| | DREW ELLIS, ETAL |
| Lessee : | MAX KELLY |
| Recorded: | Book: 143  Page:  11  Instrument: |

SEC TOWN  RANGE DESCRIPTION
031 001N  020EC ONLY E2SE
    TRACT:  1  T1N, R20E, SECTION 31: ONLY INSOFAR AS LS. COV.
    THE E/2 SE/4

FILE DATE: 12/27/2001  FILE TIME: 01:14    BOOK: 1043  PAGE: 149
TEXAS COUNTY, MARCIA HOLLINGSHEAD - COUNTY CLERK    RECE#: 2001  660235

## BOOK 1070 PAGE 0126

## CAMRICK – LEASES CONTINUED

Date     :   05/01/1997
Lease #  :   O1152A
Lessor   :   BENNIE MAE CRUNK
Lessee   :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 988  Page: 297  Instrument:
    SEC TOWN  RANGE DESCRIPTION
    031 001N  020EC NE
      TRACT:  11  T1N, R20EC, SECTION 31:  NE
    031 001N  020EC E2NW
      TRACT:  12  T1N, R20EC, SECTION 31:  E/2 NW/4

Date     :   07/28/1997
Lease #  :   O1152B
Lessor   :   FRANK M. OGDEN 3rd TEST.TRUST
    JAMES N. OAKES, ETAL, CO-TRSTS
Lessee   :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 991  Page: 427  Instrument:
    SEC TOWN  RANGE DESCRIPTION
    031 001N  020EC NE
      TRACT:  14  T1N, R20E, SECTION 31:  NE/4
    031 001N  020EC E2NW
      TRACT:  13  T1N, R20EC, SECTION 31:  E/2 NW/4

Date     :   07/28/1997
Lease #  :   O1152C
Lessor   :   GLORIA H. OGDEN
Lessee   :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 991  Page: 429  Instrument:
    SEC TOWN  RANGE DESCRIPTION
    031 001N  020EC NE
      TRACT:  14  T1N, R20E, SECTION 31:  NE/4
    031 001N  020EC E2NW
      TRACT:  13  T1N, R20EC, SECTION 31:  E/2 NW/4

Date     :   06/24/1954
Lease #  :   O1153A
Lessor   :   VADA FULBRIGHT, a widow
Lessee   :   ATLANTIC REFINING COMPANY
Recorded:   Book: 143  Page: 276  Instrument:
    SEC TOWN  RANGE DESCRIPTION
    033 001N  020EC E2
      TRACT:   9  T1N, R20EC, SECTION 33:  E/2

Date     :   01/11/1956
Lease #  :   O1153B
Lessor   :   LAURENCE BRANSGROVE
Lessee   :   MAGNOLIA PETROLEUM CO.
Recorded:   Book: 157  Page: 150  Instrument:
    SEC TOWN  RANGE DESCRIPTION
    033 001N  020EC E2
      TRACT:   9  T1N, R20EC, SECTION 33:  E/2

Date     :   01/06/1997
Lease #  :   O1154A
Lessor   :   ELMA J. BRUCE and/or GAIL L.
    BRUCE
Lessee   :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 981  Page: 726  Instrument:
    SEC TOWN  RANGE DESCRIPTION
    028 001N  020EC NE
      TRACT:   8  T1N, R20EC, SECTION 28:  NE/4
    029 001N  020EC S2SW
      TRACT:   7  T1N, R20EC, SECTION 29:  S/2 SW/4
    032 001N  020EC NW
      TRACT:   6  T1N, R20EC, SECTION 32:  NW/4
    033 001N  020EC NW
      TRACT:   5  T1N, R20EC, SECTION 33:  NW/4

FILE DATE: 12/27/2001   FILE TIME: 01:14      BOOK: 1043   PAGE: 150
TEXAS COUNTY, MARCIA HOLLINGSHEAD – COUNTY CLERK      RECE#: 2001   660235

BOOK **1070** PAGE **0127**

## CAMRICK – LEASES CONTINUED

Date     :   03/24/1997
Lease # :   01154B
Lessor   :   CELESTINE BARBY 1981 REVOCABLE
             TRUST,PAUL M. BARBY,ETAL,TRSTE
Lessee   :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 986  Page: 656  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            029 001N  020EC S2SW
                TRACT:   9  T1N, R20EC, SECTION 29:  S/2 SW/4
            032 001N  020EC NW
                TRACT:  10  T1N, R20EC, SECTION 32:  NW/4

Date     :   11/21/1953
Lease # :   G&154C
Lessor   :   JOHN D. WILLIAMS, a single man
Lessee   :   D. F. HARRINGTON
Recorded:   Book: 138  Page: 640  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            029 001N  020EC S2SW
                TRACT:   4  T1N, R20E, SECTION 29:  ONLY INSOFAR AS LS.
                COV. THE S/2 SW/4

Date     :   12/21/1953
Lease # :   01154D
Lessor   :   RALPH E. BARBY & MARIE BARBY
Lessee   :   D. F. FHARRINGTON
Recorded:   Book: 138  Page: 636  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            029 001N  020EC S2SW
                TRACT:  29  T1N, R20E, SECTION 29:  S/2 SW/4

Date     :   11/21/1953
Lease # :   01154E
Lessor   :   JOHN D. WILLIAMS
Lessee   :   D. F. HARRINGTON
Recorded:   Book: 138  Page: 640  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            032 001N  020EC NW
                TRACT:   3  T1N, R20E, SECTION 32:  ONLY INSOFAR AS LS.
                COV. THE NW/4

Date     :   12/21/1953
Lease # :   01154F
Lessor   :   RALPH E. BARBY & MARIE BARBY
Lessee   :   D. F. HARRINGTON
Recorded:   Book: 138  Page: 638  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            032 001N  020EC NW
                TRACT:   4  T1N, R20E, SECTION 32:  NW/4

Date     :   03/10/1997
Lease # :   01154G
Lessor   :   HAROLD W. WILLIAMS
Lessee   :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 980  Page: 613  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            025 001N  020EC NW
                TRACT:  23  T1N, R20EC, SECTION 25:  NW/4
            028 001N  020EC NE
                TRACT:  24  T1N, R20E, SECTION 28:  NE/4
            029 001N  020EC S2SW
                TRACT:  25  T1N, R20E, SECTION 29:  S/2 SW/4
            032 001N  020EC NW
                TRACT:  26 T1N, R20E, SECTION 32:  NW/4
            033 001N  020EC W2NW
                TRACT:  29  T1N, R20E, SECTION 33:  W/2 NW/4
            033 001N  020EC E2NW
                TRACT:  28  T1N, R20E, SECTION 33:  E/2 NW/4

FILE DATE: 12/27/2001 Case 16-11144-LSS Doc 1275 Filed 03/06/18 Page 37 of 464 PAGE: 151
TEXAS COUNTY, MARCIA HOLLINGSHEAD - COUNTY CLERK RECE#: 2001 660235

BOOK 1070 PAGE 0128

## CAMRICK – LEASES CONTINUED

```
Date      :   12/08/1951
Lease # :     O1154H
Lessor   :    J. D. WILLIAMS
Lessee   :    SIBLEY JINES
Recorded:     Book: 123  Page: 202  Instrument:
              SEC TOWN  RANGE DESCRIPTION
              033 001N  020EC NW/4
                   TRACT:  3  T1N, R20E, SECTION 33:  NW/4


Date      :   12/02/1955
Lease # :     O1154I
Lessor   :    HAROLD W. WILLIAMS, ETUX
Lessee   :    THE ATLANTIC REFINING CO.
Recorded:     Book: 157  Page: 491  Instrument:
              SEC TOWN  RANGE DESCRIPTION
              025 001N  020EC NW
                   TRACT:  3  T1N R20E, SEC. 25:  NW/4


Date      :   12/02/1955
Lease # :     O1154J
Lessor   :    RICHARD LEE SHOWALTER and EDNA
              FERN SHOWALTER, his wife
Lessee   :    THE ATLANTIC REFINING CO.
Recorded:     Book: 157  Page: 493  Instrument:
              SEC TOWN  RANGE DESCRIPTION
              025 001N  020EC NW
                   TRACT:  1  T1N, R20E, SECTION 25:  NW/4


Date      :   01/15/1946
Lease # :     O1154K
Lessor   :    JOHN D. WILLIAMS & ETHEL
              WILLIAMS
Lessee   :    M. M. TILLEY
Recorded:     Book:  20  Page: 113  Instrument:
              SEC TOWN  RANGE DESCRIPTION
              028 001N  020EC NE
                   TRACT:  2  T1N, R20E, SECTION 28:  NE/4 INSOFAR AS LS.
                   COVERS THE UPPER MORROW FORM. ONLY


Date      :   01/17/1997
Lease # :     O1155A
Lessor   :    MADELINE LEMAN,EXEC.U/W OF
              MICHELLE D. LEMAN
Lessee   :    CHAPARRAL ENERGY, INC.
Recorded:     Book: 982  Page: 644  Instrument:
              SEC TOWN  RANGE DESCRIPTION
              034 001N  020EC ALL
                   TRACT:  3  T1N, R20E, SECTION 34:  ALL OF SECTION
                   (TRACTS 34-1; 34-5, 34-6, 34-7, & 34-8)


Date      :   01/29/1997
Lease # :     O1155B
Lessor   :    BETTY J. KESTER
Lessee   :    CHAPARRAL ENERGY, INC.
Recorded:     Book: 982  Page: 650  Instrument:
              SEC TOWN  RANGE DESCRIPTION
              034 001N  020EC ALL
                   TRACT:  3  T1N, R20E, SECTION 34:  ALL OF SECTION
                   (TRACTS 34-1; 34-5, 34-6, 34-7, & 34-8)


Date      :   03/04/1997
Lease # :     O1155C
Lessor   :    MILDRED KERSHMAN
Lessee   :    CHAPARRAL ENERGY, INC.
Recorded:     Book: 984  Page: 464  Instrument:
              SEC TOWN  RANGE DESCRIPTION
              034 001N  020EC ALL
                   TRACT:  3  T1N, R20E, SECTION 34:  ALL OF SECTION
                   (TRACTS 34-1; 34-5, 34-6, 34-7, & 34-8)
```

FILE DATE: 12/28/2001    Case 16-11144-LSS Doc 12754 Filed 03/06/18    Page 38 of 164    PAGE: 152
TEXAS COUNTY, MARCIA HOLLINGSHEAD - COUNTY CLERK    RECE#: 2001    660235

BOOK **1070** PAGE **0129**

## CAMRICK – LEASES CONTINUED

| | | |
|---|---|---|
| Date | : | 01/09/1997 |
| Lease # | : | 01155D |
| Lessor | : | CHESTER R. KERSHMAN |
| Lessee | : | CHAPARRAL ENERGY, INC. |
| Recorded: | | Book: 981 Page: 730 Instrument: |

SEC TOWN RANGE DESCRIPTION
034 001N 020EC ALL
TRACT:    3    T1N, R20E, SECTION 34:  ALL OF SECTION
(TRACTS 34-1; 34-5, 34-6, 34-7, & 34-8)

| | | |
|---|---|---|
| Date | : | 01/09/1997 |
| Lease # | : | 01155E |
| Lessor | : | LENORA JONES |
| Lessee | : | CHAPARRAL ENERGY, INC. |
| Recorded: | | Book: 980 Page: 609 Instrument: |

SEC TOWN RANGE DESCRIPTION
034 001N 020EC ALL
TRACT:    3    T1N, R20E, SECTION 34:  ALL OF SECTION
(TRACTS 34-1; 34-5, 34-6, 34-7, & 34-8)

| | | |
|---|---|---|
| Date | : | 01/08/1997 |
| Lease # | : | 01155F |
| Lessor | : | JOE WARREN, JR. |
| Lessee | : | CHAPARRAL ENERGY, INC. |
| Recorded: | | Book: 980 Page: 611 Instrument: |

SEC TOWN RANGE DESCRIPTION
034 001N 020EC ALL
TRACT:    3    T1N, R20E, SECTION 34:  ALL OF SECTION
(TRACTS 34-1; 34-5, 34-6, 34-7, & 34-8)

| | | |
|---|---|---|
| Date | : | 01/15/1997 |
| Lease # | : | 01155G |
| Lessor | : | DYANN WALLS |
| Lessee | : | CHAPARRAL ENERGY, INC. |
| Recorded: | | Book: 982 Page: 652 Instrument: |

SEC TOWN RANGE DESCRIPTION
034 001N 020EC ALL
TRACT:    3    T1N, R20E, SECTION 34:  ALL OF SECTION
(TRACTS 34-1; 34-5, 34-6, 34-7, & 34-8)

| | | |
|---|---|---|
| Date | : | 01/24/1997 |
| Lease # | : | 01155H |
| Lessor | : | S. TOM MORRIS |
| Lessee | : | CHAPARRAL ENERGY, INC. |
| Recorded: | | Book: 982 Page: 197 Instrument: |

SEC TOWN RANGE DESCRIPTION
034 001N 020EC ALL
TRACT:    3    T1N, R20E, SECTION 34:  ALL OF SECTION
(TRACTS 34-1; 34-5, 34-6, 34-7, & 34-8)

| | | |
|---|---|---|
| Date | : | 01/18/1997 |
| Lease # | : | 01155I |
| Lessor | : | BARRY GOLDBERG |
| Lessee | : | CHAPARRAL ENERGY, INC. |
| Recorded: | | Book: 981 Page: 711 Instrument: |

SEC TOWN RANGE DESCRIPTION
034 001N 020EC ALL
TRACT:    3    T1N, R20E, SECTION 34:  ALL OF SECTION
(TRACTS 34-1; 34-5, 34-6, 34-7, & 34-8)

| | | |
|---|---|---|
| Date | : | 06/02/1997 |
| Lease # | : | 01155J |
| Lessor | : | ALLAN HELD |
| Lessee | : | CHAPARRAL ENERGY, INC. |
| Recorded: | | Book: 989 Page: 596 Instrument: |

SEC TOWN RANGE DESCRIPTION
034 001N 020EC ALL
TRACT:    3    T1N, R20E, SECTION 34:  ALL OF SECTION
(TRACTS 34-1; 34-5, 34-6, 34-7, & 34-8)

BOOK **1070** PAGE **0130**

## CAMRICK – LEASES CONTINUED

Date      : 11/01/1995
Lease # : 01155K
Lessor   : MARTHA JANE STONE
Lessee   : NORAM PETROLEUM CORPORATION
Recorded: Book: 957  Page:  016  Instrument:
       SEC TOWN  RANGE DESCRIPTION
       034 001N  020EC ALL SEC.
          TRACT:  12   T1N, R20E, SECTION 34:  ALL SECTION

Date      : 11/19/1998
Lease # : 01155L
Lessor   : PHYLLIS LEWIS
Lessee   : CHAPARRAL ENERGY, INC.
Recorded: Book: 1017  Page:  005  Instrument:
       SEC TOWN  RANGE DESCRIPTION
       034 001N  020EC ALL
          TRACT:   3   T1N, R20E, SECTION 34:  ALL OF SECTION
          (TRACTS 34-1; 34-5, 34-6, 34-7, & 34-8)

Date      : 07/22/1948
Lease # : 01155M
Lessor   : JULIUS SELL & TENA SELL, his
        wife
Lessee   : HUNT OIL COMPANY
Recorded: Book:  27  Page:  622  Instrument:
       SEC TOWN  RANGE DESCRIPTION
       034 001N  020EC E2
          TRACT:  10 T1N, R20E, SEC. 34:  E/2
       034 001N  020EC SW
          TRACT:  11   T1N, R20E, SEC. 34:  SW/4

Date      : 12/10/1951
Lease # : 01155N
Lessor   : JAMES E. ANDERSON,ETUX &
        JULIUS SELL, ETUX
Lessee   : SIBLEY JINES
Recorded: Book: 123  Page: 206  Instrument:
       SEC TOWN  RANGE DESCRIPTION
       034 001N  020EC NW
          TRACT:  99   T1N, R20E, SECTION 34:  NW/4

Date      : 01/10/1997
Lease # : 01156A
Lessor   : JOE P. LILE aka JOE PETE LILE
Lessee   : CHAPARRAL ENERGY, INC.
Recorded: Book: 982  Page: 195  Instrument:
       SEC TOWN  RANGE DESCRIPTION
       030 001N  021EC SW
          TRACT:   2   T1N, R21EC, SEC. 30:  SW/4

Date      : 06/23/1965
Lease # : 01156B
Lessor   : EST. OF HENRY G. LILE, an in-
        competent, E.C.LILE, guardian
Lessee   : GEORGE BREWER, JR.
Recorded: Book: 284  Page:  51  Instrument:
       SEC TOWN  RANGE DESCRIPTION
       030 001N  021EC SW
          TRACT: 120   T1N, R21E, SECTION 30:  SW/4

Date      : 01/06/1997
Lease # : 01157A
Lessor   : JOHN M. STUBBLEFIELD TRUST
Lessee   : CHAPARRAL ENERGY, INC.
Recorded: Book: 981  Page: 172  Instrument:
       SEC TOWN  RANGE DESCRIPTION
       036 001N  020EC NW
          TRACT:   1   T1N, R20EC, SECTION 36:  NW/4 (LTD. TO THAT
          SUBSURFACE INTERVAL DESC. AS THE MORROW SANDS)

FILE DATE: 12/27/2001  FILE TIME: 01:14    BOOK: 1043  PAGE: 154
TEXAS COUNTY, MARCIA HOLLINGSHEAD - COUNTY CLERK    RECE#: 2001  660235

BOOK **1070** PAGE **0131**

## CAMRICK – LEASES CONTINUED

```
Date     :   02/14/1997
Lease #  :   01158A
Lessor   :   BOBBIE LEE APPLE
Lessee   :   CHAPARRAL ENERGY, INC.
Recorded:    Book:  984  Page:  531  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             032 001N  020EC E2
                 TRACT:   7  T1N, R20EC, SECTION 32:  E/2
             033 001N  020EC SW
                 TRACT:   8  T1N, R20EC, SECTION 33:  SW/4


Date     :   03/06/1997
Lease #  :   01158B
Lessor   :   LUCILLE FRANCES APPLE ESTATE
             CORINNE D. CRANK, TRUSTEE
Lessee   :   CHAPARRAL ENERGY, INC.
Recorded:    Book:  984  Page:  466  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             032 001N  020EC NE
                 TRACT:  11  T1N, R20EC, SECTION 32:  NE/4
             032 001N  020EC SE
                 TRACT:  12  T1N, R20EC, SECTION 32:  SE/4
             033 001N  020EC SW
                 TRACT:  13  T1N, R20EC, SECTION 33:  SW/4


Date     :   04/14/1997
Lease #  :   01158C
Lessor   :   VICTORIA MARIE APPLE, a widow
Lessee   :   CHAPARRAL ENERGY, INC.
Recorded:    Book:  987  Page:  354  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             032 001N  020EC NE
                 TRACT:  11  T1N, R20EC, SECTION 32:  NE/4
             032 001N  020EC SE
                 TRACT:  12  T1N, R20EC, SECTION 32:  SE/4
             033 001N  020EC SW
                 TRACT:  13  T1N, R20EC, SECTION 33:  SW/4


Date     :   12/24/1996
Lease #  :   01158D
Lessor   :   ANTONIO DANIELE
Lessee   :   CHAPARRAL ENERGY, INC.
Recorded:    Book:  980  Page:  601  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             032 001N  020EC NE
                 TRACT:  11  T1N, R20EC, SECTION 32:  NE/4
             032 001N  020EC SE
                 TRACT:  12  T1N, R20EC, SECTION 32:  SE/4
             033 001N  020EC SW
                 TRACT:  13  T1N, R20EC, SECTION 33:  SW/4


Date     :   11/18/1953
Lease #  :   01158E
Lessor   :   JOHN T. APPLE
Lessee   :   D. F. HARRINGTON
Recorded:    Book:  138  Page:  642  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             032 001N  020EC NE
                 TRACT:  28  T1N, R20E, SECTION 32:  ONLY INSOFAR AS LS.
                 COVERS THE NE/4


Date     :   11/18/1953
Lease #  :   01158F
Lessor   :   JOHN T. APPLE
Lessee   :   D. F. HARRINGTON
Recorded:    Book:  138  Page:  642  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             032 001N  020EC SE
                 TRACT:  27  T1N, R20E, SECTION 32:  ONLY INSOFAR AS LS.
                 COVERS THE SE/4
```

FILE DATE: 12/27/2001   FILE TIME: 01:14          BOOK: 1043  PAGE: 155
TEXAS COUNTY, MARCIA HOLLINGSHEAD - COUNTY CLERK     RECE#: 2001   660235

## BOOK 1070 PAGE 0132

### CAMRICK – LEASES CONTINUED

Date     :   11/18/1953
Lease # :   O1158G
Lessor  :   JOHN T. APPLE, a single man
Lessee  :   D. F. HARRINGTON
Recorded:   Book: 138  Page:  644  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            033 001N  020EC SW
                TRACT:  32   T1N, R20E, SECTION 33:  SW/4


Date     :   07/29/1953
Lease # :   O1182A
Lessor  :   PAUL CORBIN and MABEL CORBIN,
                his wife
Lessee  :   PHILLIPS PETROLEUM COMPANY
Recorded:   Book: 137  Page:  264  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            031 001N  020EC NE
                TRACT:  3  T1N, R20E, SECTION 31:  NE/4
            031 001N  020EC E/2NW/4
                TRACT:  4  T1N, R20EC, SECTION 31:  E/2 NW/4


Date     :   12/18/1953
Lease # :   O1184A
Lessor  :   JAKE D. BOESE & wife, JUSTINA
                BOESE
Lessee  :   FRANK PARKES
Recorded:   Book: 139  Page:  337  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            029 001N  020EC SE
                TRACT:  2 T1N, R20E, SECTION 29:  SE/4


Date     :   01/13/1969
Lease # :   O1198A
Lessor  :   THE WILLIAM K. WARREN FOUNDA-
                TION
Lessee  :   HUMBLE OIL & REFINING COMPANY
Recorded:   Book: 338  Page:   28  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            022 001N  020EC W2NE
                TRACT:  45   T1N, R20EC, SECTION 22:  H/2 NE/4


Date     :   11/20/1963
Lease # :   O1198B
Lessor  :   HARRISON W. BAKER AND MARY
                BAKER, his wife
Lessee  :   HUMBLE OIL & REFINING COMPANY
Recorded:   Book: 338  Page:   25  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            022 001N  020EC W2NE
                TRACT:  2 T1N, R20E, SECTION 22:  W/2 NE/4 (UPPER MORROW
                ONLY)


Date     :   08/24/1954
Lease # :   O1200A
Lessor  :   ALMA PITTMAN AND AMCY E.
                PITTMAN, her husband
Lessee  :   THE CARTER OIL COMPANY
Recorded:   Book: 143  Page:  428  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            025 001N  020EC SW
                TRACT:  107   T1N, R20E, SECTION 25:  SW/4 (UPPER MORROW ONLY
            036 001N  020EC NW
                TRACT:  47    T1N, R20E, SECTION 36:  ONLY INSOFAR AS LS.
                COVERS THE NW/4, LTD. FROM SURF. TO BS. OF UPPER MORROW

FILE DATE: 12/27/2001  FILE TIME: 01:14    BOOK: 1043  PAGE: 156
TEXAS COUNTY, MARCIA HOLLINGSHEAD - COUNTY CLERK    RECE#: 2001  660235

### BOOK 1070 PAGE 0133

## CAMRICK – LEASES CONTINUED

| | |
|---|---|
| Date : | 07/14/1954 |
| Lease # : | 01234A |
| Lessor : | MARY LEE WILSON ELLIS & hus, |
| | DREW ELLIS, ETAL |
| Lessee : | MAX KELLY |
| Recorded: | Book: 143  Page:  11  Instrument: |

SEC TOWN  RANGE DESCRIPTION
032 001N  020EC ONLY W2SW
    TRACT:  1  T1N, R20E, SECTION 32:  ONLY INSOFAR AS LS.
    COV. THE W/2 SW/4

| | |
|---|---|
| Date : | 07/14/1954 |
| Lease # : | 01235A |
| Lessor : | MARY LEE WILSON ELLIS & hus, |
| | DREW ELLIS, ETAL |
| Lessee : | MAX KELLY |
| Recorded: | Book: 143  Page:  11  Instrument: |

SEC TOWN  RANGE DESCRIPTION
032 001N  020EC ONLY E2SW
    TRACT: 99  T1N, R20E, SECTION 32:  ONLY INSOFAR AS LS.
    COVERS THE E/2 SW/4

| | |
|---|---|
| Date : | 02/28/1952 |
| Lease # : | 01239A |
| Lessor : | MARY TOMLIN, a widow |
| Lessee : | R. C. ROBERTS |
| Recorded: | Book: 128  Page:  14  Instrument: |

SEC TOWN  RANGE DESCRIPTION
021 001N  020EC NE
    TRACT: 99   T1N, R20E, SECTION 21:  NE/4

| | |
|---|---|
| Date : | 05/06/1999 |
| Lease # : | 01262A |
| Lessor : | THE SARGENT FAMILY 1975 TRUST |
| Lessee : | CHAPARRAL ENERGY, INC. |
| Recorded: | Book: 1026  Page:  0018  Instrument: |

SEC TOWN  RANGE DESCRIPTION
027 001N  020EC W2NE
    TRACT: 121  T1N, R20E, SECTION 27:  W/2 NE/4

| | |
|---|---|
| Date : | 06/11/1959 |
| Lease # : | 01262B |
| Lessor : | GEORGE S. SARGENT & BESSIE M. |
| | SARGENT |
| Lessee : | MAGNOLIA PETROLEUM CO. |
| Recorded: | Book: 198  Page:  436  Instrument: |

SEC TOWN  RANGE DESCRIPTION
027 001N  020EC W2NE
    TRACT: 201   T1N, R20E, SEC. 27:  W/2 NE/4 (UPPER MORROW
    ONLY)

| | |
|---|---|
| Date : | 06/11/1959 |
| Lease # : | 01262C |
| Lessor : | WILLIAM K. WARREN FOUNDATION |
| Lessee : | MAGNOLIA PETROLEUM CO. |
| Recorded: | Book: 198  Page:  438  Instrument: |

SEC TOWN  RANGE DESCRIPTION
027 001N  020EC W2NE
    TRACT: 201  T1N, R20E, SEC. 27:  W/2 NE/4 (UPPER MORROW
    ONLY)

| | |
|---|---|
| Date : | 07/02/1956 |
| Lease # : | 01358A |
| Lessor : | PANHANDLE COOPERATIVE ROYALTY |
| | CO. & FLAG OIL CORPORATION |
| Lessee : | CARTER OIL COMPANY |
| Recorded: | Book: 167  Page:  37  Instrument: |

SEC TOWN  RANGE DESCRIPTION
027 001N  020EC E2NW
    TRACT: 30  T1N, R20E, SECTION 27:  E/2 NW/4 (UPPER MORROW
    ONLY)

BOOK **1070** PAGE **0134**

## CAMRICK – LEASES CONTINUED

Date      :   07/02/1956
Lease # :   01358B
Lessor  :   FARMERS UNION COOP ROYALTY
Lessee  :   CARTER OIL COMPANY
Recorded:   Book:  167   Page:  415   Instrument:
            SEC TOWN  RANGE DESCRIPTION
            027 001N  020EC E2NW
                TRACT:  30   T1N, R20E, SECTION 27:  E/2 NW/4 (UPPER MORROW
                ONLY)

Date      :   10/02/1954
Lease # :   01371A
Lessor  :   RESERVE PETROLEUM CO., GULF
            COAST WESTERN OIL CO., ETAL
Lessee  :   CARTER OIL COMPANY
Recorded:   Book:  145   Page:  32   Instrument:
            SEC TOWN  RANGE DESCRIPTION
            035 001N  020EC SE
                TRACT:   1    T1N, R20E, SECTION 35:  SE/4 (UPPER MORROW
                FORMATION, ONLY)

Date      :   08/24/1954
Lease # :   01371B
Lessor  :   E. W. THOMAS & ROSE M. THOMAS
Lessee  :   CARTER OIL COMPANY
Recorded:   Book:  144   Page:  185   Instrument:
            SEC TOWN  RANGE DESCRIPTION
            035 001N  020EC SE
                TRACT:   1    T1N, R20E, SECTION 35:  SE/4 (UPPER MORROW
                FORMATION, ONLY)

Date      :   07/30/1963
Lease # :   001134
Lessor  :   ST. OF OKLAHOMA - LS. CS-9704
Lessee  :   HUMBLE OIL & REFINING
Recorded:   Book:  338   Page:  471   Instrument:
            SEC TOWN  RANGE DESCRIPTION
            036 001N  019EC E2E2
                TRACT:   1  T1N, R19EC, SECTION 36:  E/2 E/2

Date      :   11/01/1961
Lease # :   001185
Lessor  :   USA OK NM 0207037
Lessee  :   HUMBLE OIL & REFINING COMPANY
Recorded:   Book:      Page:      Instrument:
            SEC TOWN  RANGE DESCRIPTION
            001 001S  019EC LOTS 1 & 2
                TRACT: 201   T1S, R19E, SECTION 1:  LOTS 1 AND 2

Date      :   08/25/1958
Lease # :   01150R
Lessor  :   RESERVE PETROLEUM COMPANY and
            SKYLINE PETROLEUM
Lessee  :   R. T. WILKINS, JR.
Recorded:   Book:  321   Page:  188   Instrument:
            SEC TOWN  RANGE DESCRIPTION
            025 001N  019EI SE
                TRACT:   3  T1N, R19E, SEC. 25:  SE/4
            025 001N  019EI N2NE
                TRACT:   1   T1N, R19E, SEC. 25:  N/2 NE/4
            025 001N  019EI SENE
                TRACT:   2  T1N, R19E, SEC. 25:  SE/4 NE/4

BOOK **1070** PAGE **0135**

## CAMRICK – LEASES CONTINUED

```
Date     :  05/22/1958
Lease # :  01150S
Lessor   :  L. E. LITTAU & OLGA LITTAU
Lessee   :  H. T. WILKINS, JR.
Recorded:    Book: 321  Page:  186  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             025 001N  019EI SE
                 TRACT:   3   T1N, R19E, SEC. 25:  SE/4
             025 001N  019EI N2NE
                 TRACT:   1   T1N, R19E, SEC. 25:  N/2 NE/4
             025 001N  019EI SENE
                 TRACT:   2   T1N, R19E, SEC. 25:  SE/4 NE/4


Date     :  03/18/1959
Lease # :  01150T
Lessor   :  PAUL M. HAYWOOD
Lessee   :  HORIZON OIL & GAS COMPANY
Recorded:    Book: 321  Page:  271  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             025 001N  019EI SE
                 TRACT:   3   T1N, R19E, SEC. 25:  SE/4
             025 001N  019EI N2NE
                 TRACT:   1   T1N, R19E, SEC. 25:  N/2 NE/4
             025 001N  019EI SENE
                 TRACT:   2   T1N, R19E, SEC. 25:  SE/4 NE/4


Date     :  09/03/1958
Lease # :  01150U
Lessor   :  M. E. TRAPP TRUST, LOU STRANG
             TRAPP, TRUSTEE
Lessee   :  H. T. WILKINS, JR.
Recorded:    Book: 312  Page:   46  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             025 001N  019EI SE
                 TRACT:   3   T1N, R19E, SEC. 25:  SE/4
             025 001N  019EI N2NE
                 TRACT:   1   T1N, R19E, SEC. 25:  N/2 NE/4
             025 001N  019EI SENE
                 TRACT:   2   T1N, R19E, SEC. 25:  SE/4 NE/4


Date     :  09/11/1958
Lease # :  01150V
Lessor   :  WILLIAM R. FRANCIS & JESSIE
             J. FRANCIS
Lessee   :  H. T. WILKINS, JR.
Recorded:    Book: 321  Page:  143  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             025 001N  019EI SE
                 TRACT:   3   T1N, R19E, SEC. 25:  SE/4
             025 001N  019EI N2NE
                 TRACT:   1   T1N, R19E, SEC. 25:  N/2 NE/4
             025 001N  019EI SENE
                 TRACT:   2   T1N, R19E, SEC. 25:  SE/4 NE/4


Date     :  09/11/1958
Lease # :  01150W
Lessor   :  E. J. ROBINETT & LESLIE W.
             ROBINETT
Lessee   :  H. T. WILKINS, JR.
Recorded:    Book: 321  Page:  131  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             025 001N  019EI SE
                 TRACT:   3   T1N, R19E, SEC. 25:  SE/4
             025 001N  019EI N2NE
                 TRACT:   1   T1N, R19E, SEC. 25:  N/2 NE/4
             025 001N  019EI SENE
                 TRACT:   2   T1N, R19E, SEC. 25:  SE/4 NE/4
```



# EXHIBIT 2

## ASSIGNMENT AND BILL OF SALE

STATE OF TEXAS     )
          ) ss.       NORTH PERRYTON UNIT
COUNTY OF OCHILTREE  )

KNOW ALL MEN BY THESE PRESENTS:

  THAT WILLIAM H. DAVIS, with a mailing address of 2800 Mid-Continent Tower, Tulsa, Oklahoma 74103, hereinafter called "Assignor", for and in consideration of the sum of Ten and No/100 Dollars ($10.00), and other good and valuable consideration to it in hand paid, the receipt and sufficiency of which is hereby acknowledged, does hereby grant, convey, sell, assign and transfer unto W.H. DAVIS FAMILY LIMITED PARTNERSHIP, an Oklahoma Limited Partnership with a mailing address of 2800 Mid-Continent Tower, Tulsa, OK 74103 hereinafter called "Assignee", subject to the provisions of this assignment, the following interest:

1.) All of Assignor's right, title, and interest in and to the Oil and Gas Leases and lands described in Exhibit "A" attached hereto and made a part hereof, said lands being located in Ochiltree County, State of Oklahoma, together with the rights incident thereto, the personal property thereon, appurtenant thereto, or used or obtained in connection with said leases and lands; and for the same consideration stated hereinabove, Assignor does hereby grant, convey, sell, assign and transfer unto the said Assignee all of Assignor's right, title, and interest in and to the NORTH PERRYTON UNIT located on said leases and lands, or on lands pooled or unitized with any portion thereof, or on lands located within any governmental drilling and spacing unit which includes any portion thereof, together with all casing, leasehold equipment, and personal property in or on used in connection with said well AS IS AND WHERE IS WITHOUT WARRANTY OF MERCHANTABILITY, CONDITION OR FITNESS FOR A PARTICULAR PURPOSE, EITHER EXPRESS OR IMPLIED; and

2.) All of the Assignor's rights, titles, interests, tenements, hereditaments, appurtenances, benefits and privileges attributable or incident to the working interest assigned, including without limitation the oil, gas and other minerals produced, inclusive of royalties, overriding royalties, production payments, reversionary interests, right to take royalties in kind, or other interests; and

3.) All of the real, personal and mixed property of Assignor's located upon or used in connection with the operation of the subject interests, on an "as is, where is" basis including without limitation wells, well equipment, casing, tanks, gas separation and field processing units, crude oil, condensate or products in storage or in pipelines, boilers, buildings, tubing, pumps, motors, fixtures, machinery, and other equipment, water rights, pipelines, gathering systems, processing plants and all other improvements used in the operations thereof; and

4.) All of Assignor's rights in, to, under or derived from all agreements and contractual rights, easements, rights-of –way, servitudes, franchises, and other estates relating to the subject interests, including without limitation, unit agreements, orders and decisions of state and federal regulatory authorities establishing units, joint operating agreements, production sales contracts, enhanced recovery and injection agreements, area of mutual interest agreements, purchase, exchange or processing agreements, casinghead gas contracts, balancing agreements, surface leases, easements of right-of-way, farmout or farmin agreements, dry hole or bottom hole contribution agreements, seismic agreements, drilling agreements, exploration agreements, assignments of operating rights, working interests, subleases, permits, licenses, options, orders and all other contracts, agreements and instruments relating to the exploration for and production, storage, treatment, transportation, processing, or sale or disposal of oil, gas, other hydrocarbons, water, or other substances from the subject interests; and

5.) All of Assignor's right, title and interest in and to any and all gas imbalances and/or any and all accrued and/or suspended revenues currently being held in suspense by operator and/or purchasers that affect and/or subject to Assignor's interest assigned herein.

TO HAVE AND TO HOLD the same unto the said Assignee, its successors and assigns forever, in accordance with and subject to the terms and conditions of the Oil and Gas Leases described on Exhibit "A" and any limitations, reservations or agreements referenced thereon, as same apply to the portion of lands assigned herein.

It is the intent of said Assignor to assign all of its right, title and interest, of whatsoever nature, in and to those properties and lands more particularly described on Exhibit "A", attached hereto whether properly described herein or not, unto said Assignee.

This Assignment is made WITHOUT WARRANTY OF TITLE, EITHER, EXPRESS OR IMPLIED.

This Assignment shall be binding upon and inure to the benefit of the Assignor and Assignee and their respective successors and assigns, personal representatives, administrators, executors and devisees.

IN WITNESS WHEREOF the undersigned have executed this instrument this 25th day of June , 2001, but shall be effective for all purposes as of the 1st day of __June__, 2001.

ASSIGNOR:

_William H. Davis_
William H. Davis

**ACKNOWLEDGMENT**

STATE OF OKLAHOMA )
                       ) ss.
COUNTY OF TULSA )

Before me, the undersigned, a Notary Public, in and for said County and State, on this 25th day of __June__, 2001, personally appeared William H. Davis to me known to be the identical person who executed the within and foregoing instrument, and acknowledged to me that he executed the same his free and voluntary act and deed, for the uses and purposes therein set forth.

IN WITNESS WHEREOF, I have hereunto set my official signature and affixed my official seal the day and year last above written.

My Commission Expires:

_July 10, 2004_

OKLAHOMA NOTARY PUBLIC
OFFICIAL SEAL
BOBI POSEY
TULSA COUNTY
MY COMMISSION EXPIRES 07-10-2004

_Bobi Posey_
Notary Public

## EXHIBIT "A"

**ATTACHED TO AND MADE A PART OF THAT CERTAIN PARTIAL ASSIGNMENT AND BILL OF SALE EFFECTIVE THE _1st_ DAY OF _June_, 2001, BY AND BETWEEN WILLIAM H. DAVIS, ASSIGNOR, AND _W.H Davis Family Limited Partnership_, ASSIGNEE.**

## WELLS/UNIT

NORTH PERRYTON UNIT
OCHILTREE COUNTY, OK

LIMITED TO THE UPPER MORROW SAND FORMATION IN THE NORTH PERRYTON UNIT.

## LEASES

```
Date     :   06/04/1948
Lease # :    T01396
Lessor   :   M. B. KILE, ETUX; R.L.KILE,
             ETUX; J.R. ANDERSON, ETUX
Lessee   :   SUN OIL COMPANY
Recorded:    Book:  86  Page:  585  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             021               E.176 AC., BLK. Z
                  TRACT:  1 SRVY:SEC. 21       ABS:          BLK:Z
                  FROM SURF. TO 8195'; LTD. TO UPPER MORROW
             029               W.351 AC., BLK. Z
                  TRACT:  1 SRVY:SEC. 29       ABS:          BLK:Z
                  FROM SURF. TO 8195'; LTD. TO UPPER MORROW

Date     :   05/28/1954
Lease # :    T01398
Lessor   :   CHARLES MORTON SHARE
Lessee   :   MAX KELLY
Recorded:    Book:  117  Page:  67  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             021
                  TRACT:  3   ALL W. 440 AC OF SEC. 21, BLK. Z, O.J.
                  BERTRAND, ORIG. GRANTEE, CTF. # 5653, ABST. # 1399, AND
                  BEING LAND CONVEYED BY THE ST. OF TX. BY PATENT DTD.
                  10/5/38, TO ALBERT HAMMACK AND FILED FOR REC. 10/11/38,
                  REC. IN VOL. 66, PG. 7.  LTD. TO UPPER MORROW

Date     :   03/03/1959
Lease # :    T01399
Lessor   :   CHARLES MORTON SHARE
Lessee   :   GEORGE PARKER, ETAL
Recorded:    Book:  155  Page:  489  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             021          3 ACS.M/L
                  TRACT:  1   3 AC., M/L, PAT.# 466 DTD. 2-20-59, ISSUED
                  BY THE ST. OF TX. TO CHARLES M. SHARE, S. F. 15993, VOL. 28-
                  B, IN SEC. 21, BLK. Z, O. J. BERTRAND, ORIGINAL GRANTEE.
                  (ASGMT. OF THIS LS. IS LTD. TO & ONLY TO THE UNITIZED UPPER
                  MORROW SAND)

Date     :   09/24/1970
Lease # :    T01400
Lessor   :   A. J. GEORGE & CLAUDIA GEORGE
Lessee   :   SOHIO PETROLEUM COMPANY
Recorded:    Book:  276  Page:  36  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             076               SEC.76, BLK 11
                  TRACT 2: W. AHRENBECK & BROTHERS SVY, BLK 11, SEC. 76
```

## NORTH PERRYTON – LEASES CONTINUED

```
Date     :   03/01/1952
Lease # :   T01402
Lessor   :   EDWARD J. SCHNEIDER, YVONNE
             SCHNEIDER,RUTH S.TOWNSEND,ETAL
Lessee   :   J. W. COLLINS
Recorded:   Book:  107  Page:  311  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             077                BLK. 11
                  TRACT:   3   ALL OF SURVEY 77 IN BLK. 11, W. AHRENBECK
             & BRO. LESS & EXCEPT THE LOWER MORROW FORMATION (ASGMT.
             FROM DAVIS COVERS UPPER MORROW ONLY)
```

```
Date     :   01/06/1959
Lease # :   T01403
Lessor   :   J. H. NEUFELD & ELIZABETH
             NEUFELD
Lessee   :   THE ATLANTIC REFINING COMPANY
Recorded:   Book:  155  Page:  283  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             099                BLK. 11, W.A&BROS.SURVEY
                  TRACT:   4   ALL OF SECTION 99, BLK. 11, W. AHRENBECK
             & BROS. SURVEY (LTD. TO UPPER MORROW FORM)
```

```
Date     :   09/16/1953
Lease # :   T1397A
Lessor   :   STERYL T COOK & CALVIN COOK
Lessee   :   PHILLIPS PETROLEUM CO.
Recorded:   Book:  113  Page:  395  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             056                BLK 11
                  TRACT:   2 SRVY:AHRENBECK & BRO ABS:         BLK:11
             SEC. 56, BLK 11, W. AHRENBECK & BROS. SVY, INSOFAR AS LS.
             COV. AC. PLACED IN N. PERRYTON UNIT AS TO FORMATIONS &
             DEPTHS COV. BY UNIT:  80 ACS., BEING NE/4 SEC. 56, BLK. 11,
             W. AHRENBECK & BROS. SURVEY, DEPTHS OF 7453'-7509' - GEORGE
             MORROW (OIL) FORM. LTD. TO UPPER MORROW SAND.
```

```
Date     :   10/19/1953
Lease # :   T1397B
Lessor   :   ESTATES OF BOYCE LYNN TUCKER &
             CLAUDIA ANN TUCKER,S.T.COOK,GU
Lessee   :   PHILLIPS PETROLEUM CO.
Recorded:   Book:  113  Page:  487  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             056                SEC. 56, SVY 11, AHRENBECK & BROS
                  TRACT 2: AHRENBECK & BROS. SVY, BLOCK 11, SEC. 56
```

```
Date     :   09/23/1958
Lease # :   T1401A
Lessor   :   BESSIE M. PRICE; ELLEN PRICE
             MALONE, ET VIR & H.D.MALONE,ET
Lessee   :   KINGWOOD OIL COMPANY
Recorded:   Book:  150  Page:  142  Instrument:
             SEC TOWN  RANGE DESCRIPTION
                                SVY 78,BLK11
                  TRACT:   1 SRVY:#78          ABS:         BLK:11
             BEING ALL OF SURVEY NO. 778, BLK 11, CONTAINING 320 ACS/M/L,
             LOC AND SURVEYED BY VIRTUE OF CTF #62 ISSUE TO WM. AHRENBECK
             & BROS., LESS 5 ACRES OUT OF THE NORTH SIDE OF SAID SURVEY,
             AS FULLY DESC AND BOUNDED IN DEED DTD 11/8/16, WHICH DEED IS
             REC IN VOL. 25, PG 500 DEED RECORDS OF OCHILTREE CO., TX
```

## NORTH PERRYTON – LEASES CONTINUED

```
Date      :   11/13/1958
Lease #  :   T1401B
Lessor    :   M. B. KILE & HAZEL KILE; R.L.
              KILE & EILEEN KILE, H/W
Lessee    :   KINGWOOD OIL CO.
Recorded:     Book:  150  Page:  546  Instrument:
              SEC TOWN  RANGE DESCRIPTION
                            SVY 78,BLK11
                  TRACT:   2 SRVY:#78            ABS:            BLK:11
                  5 ACRES OUT OF N. SIDE OF SURVEY #78, CTF #62, BLK 11 OF THE
                  WM. AHRENBECK & BROS. GRANT OF LAND, SAID 5 ACS BEING
                  BOUNDED AS FOLLOWS - SEE LS. FOR DETAILED DESC (M/B)
```

```
Date      :   11/26/1958
Lease #  :   T1401C
Lessor    :   J.E.ANDERSON & L.ANDERSON,IND.
              & JT EXEC.EST OF J.R.ANDERSON
Lessee    :   KINGWOOD OIL CO.
Recorded:     Book:  150  Page:  549  Instrument:
              SEC TOWN  RANGE DESCRIPTION
                            SVY 78,BLK11
                  TRACT:   2 SRVY:#78            ABS:            BLK:11
                  5 ACRES OUT OF N. SIDE OF SURVEY #78, CTF #62, BLK 11 OF THE
                  WM. AHRENBECK & BROS. GRANT OF LAND, SAID 5 ACS BEING
                  BOUNDED AS FOLLOWS - SEE LS. FOR DETAILED DESC (M/B)
```

FILED FOR RECORDS
12:50 O'CLOCK A M

NOV 02 2001

CLERK CO. COURT OCHILTREE CO. TEX
BY

THE STATE OF TEXAS    Ⅹ
COUNTY OF OCHILTREE    Ⅹ

    I, Jane Hammerbeck, Clerk, County Court, Ochiltree County, Texas, do hereby certify that the foregoing instrument was filed for record in my office on the _2nd_ day of _November_, 20_01_ at _10:40_ o'clock _A._m., and duly recorded in the OFFICIAL PUBLIC RECORDS of said county in Volume _597_, Page _813_.

    Given under my hand and seal of said Court at my office in Perryton, Texas, this the _2nd_ day of _November_, 20_01_.

JANE HAMMERBECK, County Clerk

By _Angela Keen_ _____Deputy

# EXHIBIT 3

58937      VOL **578** PAGE **153**

ASSIGNMENT AND BILL OF SALE

WILLIFORD ENERGY COMPANY ("WEC"), 5314 South Yale Avenue, Suite 900, Tulsa, Oklahoma 74135-6257, hereinafter referred to as "Assignor," for and in consideration of Ten Dollars ($10.00) and other good and valuable consideration, the receipt and sufficiency of which is acknowledged, does hereby assign and convey unto William H. Davis ("Davis"), 2800 Mid-Continent Tower, Tulsa, Oklahoma 74103, hereinafter referred to as "Assignee," all of Assignor's right, title and interest in and to properties as described in Exhibit "A," attached hereto and made a part hereof, including, but not limited to all of Assignor's right, title and interest in, to and under the following (the "Assets"):

(a) The oil, gas and other mineral leasehold interests, royalty interests and mineral interests described in Exhibit "A" attached hereto and made a part hereof, or associated with the interests described in Exhibit "A," together with Assignor's interest in any pooled, communitized, or unitized acreage derived by virtue of Assignor's ownership limited to and only to the unitized Upper Morrow Sand described in that certain Unit Agreement entered into on March 17, 1969, between Sohio Petroleum Company, as operator, and Kingwood Oil Company, et al, as non-operator, recorded in Book 273, Page 635 (North Perryton Unit) Ochiltree County, Texas. It is the intent of the Assignor to convey all of Assignor's interest in the unitized Upper Morrow regardless of the omission of any lease or leases, errors in description, any incorrect or misspelled names, or any transcribed or incorrect recording references of those interests described in Exhibit "A";

(b) The wells, equipment and facilities located on the lands described in Exhibit "A" or used directly in the operation of the interests described in Exhibit "A," including, but not limited to, pumps, well equipment (surface and subsurface), saltwater disposal wells, lines and facilities, sulfur recovery facilities, compressors, compressor stations, dehydration facilities, treating facilities, pipeline gathering lines, flow lines, transportation lines (including long lines and laterals), valves, meters, separators, tanks, tank batteries, and other fixtures. However, Assignor expressly retains the right to use saltwater disposal wells and injection wells for the purpose of conducting or completing the disposal of purged groundwater from remediation projects; provided, however, Assignor shall not unreasonably interfere with Assignee's operation of the Assets;

(c) Oil, condensate, natural gas liquid produced after the Effective Date, inventory, including "line fill" and inventory below the pipeline connection in tanks, attributable to the interests described in Exhibit "A";

(d) All contracts and agreements concerning the interests described in Exhibit "A," including, but not limited to, unit agreements, pooling agreements, areas of mutual interest, farmout agreements, farmin agreements, saltwater disposal agreements, water injection agreements, line well injection agreements, road use agreements, drilling contracts, operating agreements, well service contracts, production sales contracts, gas contracts, gas balancing agreements, storage or warehouse agreements, supplier contracts, service contracts, insurance contracts, construction agreements, division orders and transfer orders, only insofar as such relate to the interests described in Exhibit "A";

(e) All surface use agreements, easements, rights of way, licenses, authorizations, permits and similar rights and interests applicable to, or used or useful in connection with, any or all of the interests described in Exhibit "A"; However, Assignor expressly retains the right to use all surface use agreements, easements and rights of way; provided, however, Assignor shall not unreasonably interfere with Assignee's operation of the Assets;

F/Pd/R/William H. Davis

-1-

VOL. **578** PAGE **154**

All equipment, wells and personal property are sold <u>AS IS AND WHERE IS, AND WITHOUT WARRANTY OF MERCHANTABILITY, CONDITION OR FITNESS FOR A PARTICULAR PURPOSE, EITHER EXPRESS OR IMPLIED, AND ASSIGNOR HEREBY DISCLAIMS AND NEGATES ANY REPRESENTATIONS OR WARRANTY, EXPRESS OR IMPLIED RELATING TO THE CONDITION OF THE ASSETS, ANY INFRINGEMENT BY ASSIGNOR OF ANY THIRD PARTY'S PROPRIETARY RIGHTS, AND ANY INFORMATION FURNISHED TO ASSIGNEE REGARDING RESERVES ATTRIBUTABLE TO THE ASSETS.</u>

From and after the Effective Date, Assignee agrees to comply with any and all laws, ordinances, rules and regulations with respect to the Assets, including the abandonment of wells and/or abandonment of the personal property covered herein. Assignee agrees to comply with any ordinances, laws, rules and regulations governing the plugging of wells and to maintain compliance with laws or rules regarding inactive or unplugged wells. Assignee agrees that it shall properly obtain and maintain all permits required by public authorities on the Assets covered herein. Assignee agrees to restore the surface of the land included within the Assets in accordance with the terms of applicable law and the lease(s). Assignee agrees to perform the aforesaid operations at its sole expense, to be solely responsible for damages in connection therewith and to hold Assignor harmless from and after the Effective Date. Assignee agrees to protect, defend, indemnify and hold Assignor and its employees free and harmless from and against any and all costs, expenses, damages, claims, losses, liabilities, demands and causes of action of every kind and character, including but not limited to pollution and environmental claims arising out of, or in connection with the Assets from and after the Effective Date. Assignee agrees to protect, defend, indemnify and hold Assignor and its employees free and harmless from and against any and all costs, expenses, damages, claims, losses, liabilities, demands and causes of action of every kind and character, in connection with Assignee's or a third party(s) operations on said Assets, from and after the Effective Date. Assignee's indemnity expressly includes environmental claims which arise as a result of the application of current or future federal, state or local statutes, ordinances, rules or regulations that are enforced retroactively such that operations and conditions that were in compliance with applicable federal, state and local statutes, ordinances, rules and regulations at the time of their occurrence are interpreted on or after the Effective Date to be violations of such retroactively enforced current or future federal, state or local statutes, ordinances, rules or regulations.

TO HAVE AND TO HOLD the same unto Assignee, its successors and assigns, forever.

The terms and conditions contained herein shall constitute covenants running with the land, and shall be binding upon, and for the benefit of, the respective successors and assigns of Assignor and Assignee.

This Assignment and Bill of Sale is made subject to all of the terms and conditions of that Letter Agreement by and between Williford Energy Company and William H. Davis dated December 10, 1999, and made a part hereof by reference.

This Assignment and Bill of Sale shall be effective as of January 1, 2000, at 7:00 A.M. local time where the Assets are located ("Effective Date").

EXECUTED this _31st_ day of _December_, 1999.

ASSIGNEE:                                ASSIGNOR:

                                         WILLIFORD ENERGY COMPANY

By_____          By_____
William H. Davis                         A. H. Williford, President

- 2 -

VOL **578** PAGE **155**

STATE OF OKLAHOMA )
                   )
COUNTY OF TULSA    )

The foregoing instrument was acknowledged before me this 31ˢᵗ day of
_December_, 1999, by A. H. Williford, as President of Williford Energy Company, an
Oklahoma corporation, on behalf of said corporation.

_Linda R. Derby_
Notary Public

My Commission Expires:

_November 13, 2000_

STATE OF _OK_     )
                  )
COUNTY OF _Tulsa_ )

The foregoing instrument was acknowledged before me this 31ˢᵗ day of
_December_, 1999, by _William H. Davis_, as _himself_ of
_____, an _Individual_ corporation, on behalf of said
corporation.

_Bob Posey_
Notary Public

My Commission Expires:

_July 10, 2000_

-3-

**OPR 578 Page 155**

OPR 578 Page 156

PAGE   1

**EXHIBIT "A"**
**NORTH PERRYTON UNIT**
**OCHILTREE COUNTY, TEXAS**
LIMITED TO & ONLY TO THE UNITIZED UPPER MORROW SAND DESCRIBED IN THAT CERTAIN
UNIT AGREEMENT ENTERED INTO AS OF MARCH 17, 1969, BETWEEN SOHIO PETROLEUM CO.
AS OPERATOR, & KINGWOOD OIL COMPANY ET AL, AS NON-OPERATORS, REC BK 273 PG 635

VOL 578 PAGE 156

| SYSTEM LEASE & REFERENCE NO. | LESSOR NAME | ORIGINAL LESSEE NAME | LEASE DATE EXP.DATE | BOOK COUNTY | PAGE |
|---|---|---|---|---|---|
| 5211 TX-3700 | M B KILE ET AL SEE LSE FOR OTHER OWNER NAMES | SUN OIL COMPANY | 6/04/48 6/04/58 | 86 OCHILTREE | 585 |

LEGAL DESCRIPTION

THE EAST 176 ACRES OF SECTION 21 AND THE WEST 351 ACRES OF SECTION 29, ALL IN
BLOCK Z, FROM SURFACE TO 8195', CONTAINING 527 ACRES MORE OR LESS, OCHILTREE
COUNTY, TEXAS.

| 5209 TX-3701-A | STERYL T COOK & CALVIN COOK | PHILLIPS PETROLEUM CO | 9/16/53 4/07/64 | 113 OCHILTREE | 395 |

LEGAL DESCRIPTION

SECTION 56, BLOCK 11, W. AHRENBECK & BROS. SURVEY, INSO FAR AS LEASE COVERS
ACREAGE PLACED IN NORTH PERRYTON UNIT AS TO FORMATIONS & DEPTHS COVERED BY
UNIT: 80 ACRES, BEING N2/4 SEC. 56, BLOCK 11 W. AHRENBECK & BROS. SURVEY,
DEPTHS OF 7,453'- 7,509' - GEORGE MORROW (OIL) FORMATION, OCHILTREE COUNTY,
TEXAS

| 5210 TX-3701-B | BOYCE LYNN TUCKER & CLAUDIA ANN TUCKER ESTATES, STERYL TUCKER COOK GUARDIAN | PHILLIPS PETROLEUM CO | 10/19/53 4/07/64 | 113 OCHILTREE | 487 |

LEGAL DESCRIPTION

SECTION 56, BLOCK 11, W. AHRENBECK & BROS. SURVEY, INSOFAR AS LEASE COVERS
ACREAGE PLACED IN NORTH PERRYTON UNIT AS TO FORMATIONS & DEPTHS COVERED BY
UNIT: 80 ACRES, BEING NE/4 SEC. 56, BLOCK 11, W. AHRENBECK, OCHILTREE COUNTY,
TEXAS

| 5208 TX-3702 | CHARLES MORTON SHARE | MAX KELLY | 5/28/54 5/28/59 | 117 OCHILTREE | 67 |

LEGAL DESCRIPTION

ALL OF THE WEST 440 ACRES OF SECTION TWENTY-ONE (21), BLOCK Z, O. J. BERTRAND,
ORIGINAL GRANTEE, CERTIFICATE NO. 5653, ABSTRACT NO. 1399, AND BEING LAND
CONVEYED BY THE STATE OF TEXAS BY PATENT DATED OCTOBER 5, 1938, TO ALBERT
HAMMACK AND FILED FOR RECORD OCTOBER 11, 1938, AND RECORDED IN VOLUME 66, PAGE

PAGE   2

| SYSTEM LEASE & REFERENCE NO. | LESSOR NAME | ORIGINAL LESSEE NAME | LEASE DATE EXP.DATE | BOOK COUNTY | PAGE |
|---|---|---|---|---|---|
| | 7, OCHILTREE COUNTY, TEXAS. | | | | |
| 5207 TX-3703 | CHARLES MORTON SHARE | GEORGE PARKER & CHARLES L MCCUNE | 3/03/59 3/03/64 | 155 OCHILTREE | 489 |

LEGAL DESCRIPTION

BEGINNING AT ORIGINAL NW CORNER OF SURVEY 21 AND NE CORNER OF SURVEY NO. 6,
BLOCK Z, O. J. BERTRAND SURVEY AN EARTH MOUND AND 4 PITS IN WHICH IS SET A
5/8" IRON ROD, THE SW CORNER OF THIS SURVEY.
THENCE NORTH 9.5 VARAS TO 5/8" IRON ROD SET IN OKLAHOMA-TEXAS STATE LINE AS
ESTABLISHED AND MARKED ON THE GROUND IN THE YEAR 1933;
THENCE EAST ALONG SAID OKLAHOMA-TEXAS STATE BOUNDARY LINE AND NORTH LINE OF
THIS SURVEY AT 450 VARAS PASS THE SE CORNER OF SECTION NO. 5 AND SW CORNER OF
SECTION NO. 4, TOWNSHIP 1 SOUTH, RANGE 20 EAST CIMARRON MERIDIAN IN STATE OF
OKLAHOMA, SET IN OKLAHOMA-TEXAS STATE LONE AS MARKED ON THE GROUND IN SAID
YEAR 1933, FROM WHICH WITNESS CORNER BEARS N 35 DEGREES W 57.4 VARAS, 1906
VARAS TO 5/8" IRON ROD SET IN SAID STATE LINE THE NE CORNER OF THIS SURVEY.
THENCE SOUTH 8.2 VARAS TO 5/8" IRON ROD SET IN NORTH LINE OF SAID SURVEY 21
BLOCK Z THE NE CORNER OF WEST 440 ACRES OF SAID SURVEY 21 AND THE SE CORNER
OF THIS SURVEY.
THENCE S 89 DEGREES 57' 40" W 1906 VARAS ALONG NORTH LINE OF SAID SURVEY NO.
21, BLOCK Z, TO THE PLACE OF BEGINNING, CONTAINING 3 ACRES OF LAND SITUATED IN
OCHILTREE COUNTY, TEXAS. ALSO DESCRIBED IN PATENT NO. 466, DATED FEBRUARY 20
1959, ISSUED BY THE STATE OF TEXAS TO CHARLES MORTON SHARE, S.F. 15993, VOLUME
#28-B, RECORDED IN VOLUME 152 AT PAGE 349 OF THE RECORDS OF OCHILTREE COUNTY,
TEXAS; REFERENCE TO WHICH IS HEREBY MADE FOR ALL PURPOSES.

| | | | | | |
|---|---|---|---|---|---|
| 5148 TX-3704-SWL | A J GEORGE & CLAUDIA GEORGE | SOHIO PETROLEUM COMPANY | 9/24/70 99/99/99 | 276 OCHILTREE | 36 |

LEGAL DESCRIPTION

NORTH PERRYTON UNIT
SALT WATER LEASE - J M HUBER CORP. SALT WATER WELL IN SECTION 76, BLOCK 11,
W. AHRENBECK & BROS. SURVEY, OCHILTREE COUNTY, TEXAS

| | | | | | |
|---|---|---|---|---|---|
| 5805 TX-3874-A | BESSIE M PRICE, ELLEN PRICE MALONE, H D MALONE, RUTH PHILLIPS & COLET PHILLIPS | KINGWOOD OIL COMPANY | 9/23/58 2/25/61 | 150 OCHILTREE COUNTY | 142 |

LEGAL DESCRIPTION

BEING ALL OF SURVEY NO. 78, BLOCK 11, CONTAINING 320 ACRES OF LAND, MORE OR
LESS, LOCATED AND SURVEYED BY VIRTUE OF CERTIFICATE NO. 62 ISSUED TO WM.
AHRENBECK & BROS. LESS 5 ACRES OUT OF THE NORTH SIDE OF SAID SURVEY, AS FULLY
DESCRIBED AND BOUNDED IN DEED DATED NOV. 8, 1916, WHICH DEED IS RECORDED IN
VOLUME 25, PAGE 500, DEED RECORDS OF OCHILTREE COUNTY, TEXAS.

PAGE   3

| SYSTEM LEASE & REFERENCE NO. | LESSOR NAME | ORIGINAL LESSEE NAME | LEASE DATE EXP.DATE | BOOK COUNTY | PAGE |
|---|---|---|---|---|---|

VOL. 578 PAGE 158

LESS AND EXCEPT THE LOWER MORROW FORMATION BEGINNING AT 7746 FEET BELOW THE
SURFACE DOWN TO AND INCLUDING 7922 FEET BELOW THE SURFACE.  SAID LANDS BEING A
PART OF THE SCHNEIDER GAS UNIT, AS DESCRIBED IN THAT CERTAIN DESIGNATION OF
UNIT, DATED NOVEMBER 26, 1958, BY AND BETWEEN SINCLAIR OIL AND GAS COMPANY AND
KINGWOOD OIL COMPANY, RECORDED IN BOOK 150 AT PAGE 588.

| 5806 TX-3874-B | M B KILE, HAZEL KILE, R L KILE & EILEEN KILE | KINGWOOD OIL COMPANY | 11/13/58 11/13/63 | 150 OCHILTREE COUNTY | 546 |

**LEGAL DESCRIPTION**

5 ACRES OUT OF NORTH SIDE OF SURVEY NO. 78, CERTIFICATE NO. 62, BLOCK 11 OF
THE WM. AHRENBECK & BROS. GRANT OF LAND, SAID 5 ACRES BEING BOUNDED AS FOLLOWS
BEGINNING AT A STONE SET MARKED X, THE NE CORNER OF SURVEY 78, BLOCK 11;
THENCE N. 89 DEGREES 34' W. 531 VARAS ALONG NORTH LINE OF SAID SURVEY 78 TO A
STONE SET FOR THE SW CORNER OF SURVEY 29, BLOCK Z, FOR NW CORNER OF THIS 5
ACRES; THENCE S. 89 DEGREES 34' E. 231 VARAS PARALLEL WITH NORTH LINE OF
SURVEY 78 TO STONE SET FOR CORNER; THENCE N. 63 DEGREES 45' E. 167.3 VARAS TO
PLACE OF BEGINNING, CONTAINING 5 ACRES.
LESS AND EXCEPT THE LOWER MORROW FORMATION BEGINNING AT 7746 FEET BELOW THE
SURFACE DOWN TO AND INCLUDING 7922 FEET BELOW THE SURFACE.  SAID LANDS BEING A
PART OF THE SCHNEIDER GAS UNIT, AS DESCRIBED IN THAT CERTAIN DESIGNATION OF
UNIT, DATED NOVEMBER 26, 1958, BY AND BETWEEN SINCLAIR OIL AND GAS COMPANY AND
KINGWOOD OIL COMPANY, RECORDED IN BOOK 150 AT PAGE 588.
OCHILTREE COUNTY, TEXAS

| 5807 TX-3874-C | J E ANDERSON & LAWRENCE ANDERSON IND & AS JOINT EXECUTORS OF J R ANDERSON EST | KINGWOOD OIL COMPANY | 11/26/58 11/26/63 | 150 OCHILTREE COUNTY | 549 |

**LEGAL DESCRIPTION**

5 ACRES OUT OF NORTH SIDE OF SURVEY NO. 78, CERTIPICATE NO. 62, BLOCK 11 OF
THE WM. AHRENBECK & BRO GRANT OF LAND, SAID 5 ACRES BEING BOUNDED AS FOLLOWS:
BEGINNING AT A STONE SET MARKED X THE NE CORNER OF SURVEY 78, BLOCK 11; THENCE
N. 89 DEGREES 34' W. 531 VARAS ALONG NORTH LINE OF SAID SURVEY 78 TO A STONE
SET FOR THE SW CORNER OF SURVEY 29, BLOCK Z FOR NW CORNER OF THIS 5 ACRES;
THENCE S. 89 DEGREES 45' E. 167.3 VARAS TO STONE SET FOR CORNER; THENCE S. 89
DEGREES 34' E. 231 VARAS PARALLEL WITH NORTH LINE OF SURVEY 78 TO STONE SET
FOR CORNER; THENCE N. 63 DEGREES 45' E. 167.3 VARAS TO PLACE OF BEGINNING.
LESS AND EXCEPT THE LOWER MORROW FORMATION BEGINNING AT 7746 FEET BELOW THE
SURFACE DOWN TO AND INCLUDING 7922 FEET BELOW THE SURFACE.  SAID LANDS BEING A
PART OF THE SCHNEIDER GAS UNIT, AS DESCRIBED IN THAT CERTAIN DESIGNATION OF
UNIT, DATED NOVEMBER 26, 1958, BY AND BETWEEN SINCLAIR OIL AND GAS COMPANY AND
KINGWOOD OIL COMPANY, RECORDED IN BOOK 150 AT PAGE 588,
OCHILTREE COUNTY, TEXAS

PAGE   4

| SYSTEM LEASE & REFERENCE NO. | LESSOR NAME | ORIGINAL LESSEE NAME | LEASE DATE EXP.DATE | BOOK COUNTY | PAGE |
|---|---|---|---|---|---|
| 5818 TX-3876 | EDWARD J SCHNEIDER, YVONNE SCHNEIDER, RUTH SCHNEIDER TOWNSEND & JOSEPH H TOWNSEND | J W COLLINS | 3/01/52 3/01/62 | 107   311 OCHILTREE COUNTY | |

LEGAL DESCRIPTION

ALL OF SURVEY NUMBERED SEVENTY-SEVEN (77)
IN BLOCK NO. ELEVEN (11), W. AHRENBECK & BRO.
ORIGINAL GRANTEE, IN OCHILTREE COUNTY, TEXAS
LESS AND EXCEPT THE LOWER MORROW FORMATION.

| 5819 TX-3877 | J H NEUFELD & ELIZABETH NEUFELD | ATLANTIC REFINING COMPANY | 1/06/59 1/06/64 | 155   283 OCHILTREE COUNTY | |

LEGAL DESCRIPTION

ALL OF SECTION 99, BLOCK 11,
W. AHRENBECK & BROS. SURVEY,
OCHILTREE COUNTY, TEXAS

# EXHIBIT 4

VOL 590 PAGE 362          62018

NORTH PERRYTON UNIT (732500)

PARTIAL ASSIGNMENT AND BILL OF SALE

STATE OF TEXAS          )
                                      ) ss,
COUNTY OF OCHILTREE   )

KNOW ALL MEN BY THESE PRESENTS:

THAT WILLIAM H. DAVIS, whose mailing address is 2800 Mid-Continent Tower, Tulsa, Oklahoma 74103, hereinafter called "Assignor", for and in consideration of the sum of Ten and No/100 Dollars ($10.00), and other good and valuable considerations to it in hand paid, the receipt and sufficiency of which are hereby acknowledged, does hereby grant, convey, sell, assign and transfer the following described interests in and to the NORTH PERRYTON UNIT specifically limited herein to the Upper Morrow Sand formation, being the unitized formation underlying the NORTH PERRYTON UNIT unto the following parties,  hereinafter collectively called "Assignee", subject to the provisions of this assignment, the following interest(s):

|  | Unit Working Interest | Unit Net Revenue Interest |
|---|---|---|
| NORAM PETROLEUM CORPORATION<br>701 Cedar Lake Blvd.<br>Oklahoma City, OK 73114 | 36.000018% | 29.3199878% |
| CHAPARRAL ENERGY, INC.<br>701 Cedar Lake Blvd.<br>Oklahoma City, OK 73114 | 17.999982% | 14.6599719% |

1) A like interest of Assignor's right, title, and interest in and to the Oil and Gas Leases, lands and unit described in Exhibit "A" attached hereto and made a part hereof, said lands and unit being located in OCHILTREE County, State of TEXAS, together with the rights incident thereto, the personal property therein, appurtenant thereto, or used or obtained in connection with said leases and lands; said leases and lands limited to the Upper Morrow Sand formation, as provided for under that particular Unit Operating Agreement entered into as of March 17, 1969, recorded in volume 273, Page 635, Deed Records of Ochiltree County, Texas, located on said leases, lands and unit, or on lands pooled or unitized with any portion thereof, or on lands located within any governmental drilling and spacing unit which includes any portion thereof, together with all casing, leasehold equipment, and personal property in or on or used in connection with said well AS IS AND WHERE IS, WITHOUT WARRANTY OF MERCHANTABILITY, CONDITION OR FITNESS FOR A PARTICULAR PURPOSE, EITHER EXPRESS OR IMPLIED; and

2) A like interest of the Assignor's rights, titles, interests, tenements, hereditaments, appurtenances, benefits and privileges attributable or incident to the working interest assigned, including without limitation the oil, gas and other minerals produced; and

3) A like interest in the real, personal and mixed property of Assignor's located upon or used in connection with the operation of the subject interests, on an "as is, where is" basis including without limitation wells, well equipment, casing, tanks, gas separation and field processing units, crude oil, condensate or products in storage or in pipelines, boilers, buildings, tubing, pumps, motors, fixtures, machinery, and other equipment, water rights, pipelines, gathering systems, processing plants and all other improvements used in the operation thereof; and

4) A like interest of Assignor's rights in, to, under or derived from all agreements and contractual rights, easements, rights-of-way, servitudes, franchises, and other estates relating to the subject interests, including without limitation, unit agreements, orders and decisions of state and federal regulatory authorities establishing units, joint operating agreements, production sales contracts, enhanced recovery and injection agreements, area of mutual interest agreements, purchase, exchange or processing agreements, casinghead

PERRYTON.DAVIS-NPC&CEI          F/Pd/R/Chaparral Energy, Inc.

VOL. 590 PAGE 363

gas contracts, balancing agreements, surface leases, easements or right-of-way, farmout or farmin agreements, dry hole or bottom hole contribution agreements, seismic agreements, drilling agreements, exploration agreements, assignments of operating rights, working interests, subleases, permits, licenses, options, orders and all other contracts, agreements and instruments relating to the exploration for and the production, storage, treatment, transportation, processing, or sale or disposal of oil, gas, other hydrocarbons, water, or other substances from the subject interests; and

TO HAVE AND TO HOLD the same unto the said Assignee, its successors and assigns forever, in accordance with and subject to the terms and conditions of the Oil and Gas Leases referred to on Exhibit "A" and any limitations, reservations or agreements referenced thereon, as same apply to the portion of lands assigned herein.

All of the Oil and Gas Leases of record in the office of the County Clerk of OCHILTREE County, State of TEXAS, which create the interests herein assigned, are incorporated herein by reference and made a part hereof.

It is the intent of said Assignor to assign unto said Assignee, all right, title and interest in and to the gross working interest being assigned, delivering an 81.44437% net revenue interest, limited to those Unit interests and further limited herein to the Upper Morrow Sand formation, as stated on page 1 hereof, that it may own in and to the NORTH PERRYTON UNIT and the associated rights, leases, lands and unit described on Exhibit "A", attached hereto, whether or not said interest is included or whether or not said wells, rights, leases, lands or unit are properly described herein. Assignor hereby reserves unto itself all net revenue interest, overriding royalty interest and royalty interest not specifically conveyed herein.

This Assignment is made WITHOUT WARRANTY OF TITLE, EITHER EXPRESS OR IMPLIED.

This Assignment shall be binding upon and inure to the benefit of the Assignor and Assignee and their respective successors and assigns, personal representatives, administrators, executors and devisees.

IN WITNESS WHEREOF the undersigned has executed this instrument this 31st day of January, 2001, but shall be effective for all purposes as of the 1st day of January, 2001.

ASSIGNOR:

WILLIAM H. DAVIS

By _____

ACKNOWLEDGMENT

STATE OF ___OK___ )
                        ) ss.
COUNTY OF ___Tulsa___ )

The foregoing instrument was acknowledged before me this ___31st___ day of _____, 2001, by WILLIAM H. DAVIS, Assignor.

(Seal)
My Commission Expires:

___July 19, 2004___

OKLAHOMA NOTARY PUBLIC
OFFICIAL SEAL
BOB POSEY
TULSA COUNTY
MY COMMISSION EXPIRES 07-19-2004

_____
Notary Public

PERRYTON.DAVIS-NPC&OEI

VOL **590** PAGE **364**

#### EXHIBIT "A"

ATTACHED TO AND MADE A PART OF THAT CERTAIN PARTIAL ASSIGNMENT AND BILL OF
SALE EFFECTIVE THE 1ST DAY OF JANUARY, 2000, BY AND BETWEEN
WILLIAM H. DAVIS, ASSIGNOR, AND NORAM PETROLEUM CORPORATION ET AL,
ASSIGNEE.

#### WELLS/UNIT

NORTH PERRYTON UNIT
OCHILTREE COUNTY, OK

LIMITED TO THE UPPER MORROW SAND FORMATION IN THE NORTH PERRYTON UNIT.

#### LEASES

```
Date     :   06/04/1948
Lease #  :   T01396
Lessor   :   M. B. KILE, ETUX; R.L.KILE,
             ETUX; J.R. ANDERSON, ETUX
Lessee   :   SUN OIL COMPANY
Recorded :   Book:  06  Page:  505  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             021          E.176 AC., BLK. Z
                 TRACT:  1 SRVY:SEC. 21     ABS:        BLK:Z
                 FROM SURF. TO 8195'; LTD. TO UPPER MORROW
             029          W.351 AC., BLK. Z
                 TRACT:  1 SRVY:SEC. 29     ABS:        BLK:Z
                 FROM SURF. TO 8195'; LTD. TO UPPER MORROW


Date     :   05/28/1954
Lease #  :   T01398
Lessor   :   CHARLES MORTON SHARE
Lessee   :   MAX KELLY
Recorded :   Book:  117  Page:  67  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             021
                 TRACT:  3  ALL W. 440 AC OF SEC. 21, BLK. Z, O.J.
                 BERTRAND, ORIG. GRANTEE, CTF. # 5653, ABST. # 1399, AND
                 BEING LAND CONVEYED BY THE ST. OF TX. BY PATENT DTD.
                 10/5/30, TO ALBERT HAMMACK AND FILED FOR REC. 10/11/30,
                 REC. IN VOL. 66, PG. 7. LTD. TO UPPER MORROW


Date     :   03/03/1959
Lease #  :   T01399
Lessor   :   CHARLES MORTON SHARE
Lessee   :   GEORGE PARKER, ETAL
Recorded :   Book:  155  Page:  409  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             021          3 ACS.M/L
                 TRACT:  1  3 AC., M/L, PAT.# 466 DTD. 2-20-59, ISSUED
                 BY THE ST. OF TX. TO CHARLES M. SHARE, S. F. 15993, VOL. 20-
                 B, IN SEC. 21, BLK. Z, O. J. BERTRAND, ORIGINAL GRANTEE.
                 (ASGMT. OF THIS LS. IS LTD. TO & ONLY TO THE UNITIZED UPPER
                 MORROW SAND)


Date     :   09/24/1970
Lease #  :   T01400
Lessor   :   A. J. GEORGE & CLAUDIA GEORGE
Lessee   :   SOHIO PETROLEUM COMPANY
Recorded :   Book:  276  Page:  36  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             076          SEC.76, BLK 11
                 TRACT 2: W. AHRENBECK & BROTHERS SVY, BLK 11, SEC. 76
```

VOL 590 PAGE 365

## NORTH PERRYTON - LEASES CONTINUED

```
Date      :  03/01/1952
Lease #   :  T01402
Lessor    :  EDWARD J. SCHNEIDER, YVONNE
             SCHNEIDER,RUTH S.TOWNSEND,ETAL
Lessee    :  J. W. COLLINS
Recorded:    Book: 107  Page: 311 Instrument:
             SEC TOWN  RANGE DESCRIPTION
             077          BLK. 11
                 TRACT:   3   ALL OF SURVEY 77 IN BLK. 11, W. AHRENBECK
                 & BRO, LESS & EXCEPT THE LOWER MORROW FORMATION (ASGMT.
                 FROM DAVIS COVERS UPPER MORROW ONLY)
```

```
Date      :  01/06/1959
Lease #   :  T01403
Lessor    :  J. H. NEUFELD & ELIZABETH
             NEUFELD
Lessee    :  THE ATLANTIC REFINING COMPANY
Recorded:    Book: 155  Page: 263 Instrument:
             SEC TOWN  RANGE DESCRIPTION
             099          BLK. 11, W.A&BROS.SURVEY
                 TRACT:   4   ALL OF SECTION 99, BLK. 11, W. AHRENBECK
                 & BROS. SURVEY (LTD. TO UPPER MORROW FORM)
```

```
Date      :  09/16/1953
Lease #   :  T1397A
Lessor    :  STERYL T COOK & CALVIN COOK
Lessee    :  PHILLIPS PETROLEUM CO.
Recorded:    Book: 113  Page: 395 Instrument:
             SEC TOWN  RANGE DESCRIPTION
             056          BLK 11
                 TRACT:   2 SRVY;AHRENBECK & BRO ABS:          BLK:11
                 SEC. 56, BLK 11, W. AHRENBECK & BROS. SVY, INSOFAR AS LS.
                 COV. AC. PLACED IN N. PERRYTON UNIT AS TO FORMATIONS &
                 DEPTHS COV. BY UNIT:  80 ACS., BEING NE/4 SEC. 56, BLK. 11,
                 W. AHRENBECK & BROS. SURVEY, DEPTHS OF 7453'-7509' - GEORGE
                 MORROW (OIL) FORM. LTD. TO UPPER MORROW SAND.
```

```
Date      :  10/19/1953
Lease #   :  T1397B
Lessor    :  ESTATES OF BOYCE LYNN TUCKER &
             CLAUDIA ANN TUCKER,S.T.COOK,GU
Lessee    :  PHILLIPS PETROLEUM CO.
Recorded:    Book: 113  Page: 487 Instrument:
             SEC TOWN  RANGE DESCRIPTION
             056              SEC. 56, SVY 11, AHRENBECK & BROS
                 TRACT 2: AHRENBECK & BROS. SVY, BLOCK 11, SEC. 56
```

```
Date      :  09/23/1958
Lease #   :  T1401A
Lessor    :  BESSIE M. PRICE; ELLEN PRICE
             MALONE, ET VIR & H.D.MALONE,ET
Lessee    :  KINGWOOD OIL COMPANY
Recorded:    Book: 150  Page: 142 Instrument:
             SEC TOWN  RANGE DESCRIPTION
                          SVY 78,BLK11
                 TRACT:   1 SRVY:#78          ABS:          BLK:11
                 BEING ALL OF SURVEY NO. 778, BLK 11, CONTAINING 320 ACS/M/L,
                 LOC AND SURVEYED BY VIRTUE OF CTF #62 ISSUE TO WM. AHRENBECK
                 & BROS., LESS 5 ACRES OUT OF THE NORTH SIDE OF SAID SURVEY,
                 AS FULLY DESC AND BOUNDED IN DEED DTD 11/8/16, WHICH DEED IS
                 REC IN VOL. 25, PG 500 DEED RECORDS OF OCHILTREE CO., TX
```

VOL **590** PAGE **366**

<u>NORTH PERRYTON – LEASES CONTINUED</u>

```
Date    :    11/13/1958
Lease # :    T1401B
Lessor  :    M. B. KILE & HAZEL KILE, R.L.
             KILE & EILEEN KILE, H/W
Lessee  :    KINGWOOD OIL CO.
Recorded:    Book: 150  Page: 546  Instrument:
             SEC TOWN  RANGE DESCRIPTION
                       SVY 78,BLK11
             TRACT:  2 SRVY:#78          ABS:          BLK:11
             5 ACRES OUT OF N. SIDE OF SURVEY #78, CTF #62, BLK 11 OF THE
             WM. AHRENBECK & BROS. GRANT OF LAND, SAID 5 ACS BEING
             BOUNDED AS FOLLOWS - SEE LS. FOR DETAILED DESC (M/B)

Date    :    11/26/1958
Lease # :    T1401C
Lessor  :    J.E.ANDERSON & L.ANDERSON,IND.
             & JT EXEC.EST OF J.R.ANDERSON
Lessee  :    KINGWOOD OIL CO.
Recorded:    Book: 150  Page: 549  Instrument:
             SEC TOWN  RANGE DESCRIPTION
                       SVY 78,BLK11
             TRACT:  2 SRVY:#78          ABS:          BLK:11
             5 ACRES OUT OF N. SIDE OF SURVEY #78, CTF #62, BLK 11 OF THE
             WM. AHRENBECK & BROS. GRANT OF LAND, SAID 5 ACS BEING
             BOUNDED AS FOLLOWS - SEE LS. FOR DETAILED DESC (M/B)
```

FILED FOR RECORDS
11:00 O'CLOCK A. M
FEB 2 0 2001
CLARK COUNTY OCHILTREE CO.

732500.DAVIS.doc

# EXHIBIT 5



DOC NUMBE
Book 107
Page(s)
Time
Fee
01-10-2000
Karen Schell
Beaver County Clerk
RECORDED AND FILED

BOOK **1036** PAGE **0297**

ASSIGNMENT AND BILL OF SALE



WILLIFORD ENERGY COMPANY ("WEC"), 5314 South Yale Avenue, Suite 900, Tulsa, Oklahoma 74135-6257, hereinafter referred to as "Assignor," for and in consideration of Ten Dollars ($10.00) and other good and valuable consideration, the receipt and sufficiency of which is acknowledged, does hereby assign and convey unto William H. Davis ("Davis"), 2800 Mid-Continent Tower, Tulsa, Oklahoma 74103, hereinafter referred to as "Assignee," all of Assignor's right, title and interest in and to properties as described in Exhibit "A", attached hereto and made a part hereof, including, but not limited to all of Assignor's right, title and interest in, to and under the following (the "Assets"):



(a) The oil, gas and other mineral leasehold interests, royalty interests and mineral interests described in Exhibit "A" attached hereto and made a part hereof, or associated with the interests described in Exhibit "A," together with Assignor's interest in any pooled, communitized, or unitized acreage derived by virtue of Assignor's ownership limited to and only to the unitized Upper Morrow Sand common source of supply established by Oklahoma Corporation Commission Order No. 76413 dated September 9, 1969 (Camrick Unit) Beaver and Texas Counties, Oklahoma. It is the intent of the Assignor to convey all of Assignor's interest in the unitized Upper Morrow regardless of the omission of any lease or leases, errors in description, any incorrect or misspelled names, or any transcribed or incorrect recording references of those interests described in Exhibit "A";

(b) The wells, equipment and facilities located on the lands described in Exhibit "A" or used directly in the operation of the interests described in Exhibit "A," including, but not limited to, pumps, well equipment (surface and subsurface), saltwater disposal wells, lines and facilities, sulfur recovery facilities, compressors, compressor stations, dehydration facilities, treating facilities, pipeline gathering lines, flow lines, transportation lines (including long lines and laterals), valves, meters, separators, tanks, tank batteries, and other fixtures. However, Assignor expressly retains the right to use saltwater disposal wells and injection wells for the purpose of conducting or completing the disposal of purged groundwater from remediation projects; provided, however, Assignor shall not unreasonably interfere with Assignee's operation of the Assets;

(c) Oil, condensate, natural gas liquid produced after the Effective Date, inventory, including "line fill" and inventory below the pipeline connection in tanks, attributable to the interests described in Exhibit "A";

(d) All contracts and agreements concerning the interests described in Exhibit "A," including, but not limited to, unit agreements, pooling agreements, areas of mutual interest, farmout agreements, farmin agreements, saltwater disposal agreements, water injection agreements, line well injection agreements, road use agreements, drilling contracts, operating agreements, well service contracts, production sales contracts, gas contracts, gas balancing agreements, storage or warehouse agreements, supplier contracts, service contracts, insurance contracts, construction agreements, division orders and transfer orders, only insofar as such relate to the interests described in Exhibit "A";

(e) All surface use agreements, easements, rights of way, licenses, authorizations, permits and similar rights and interests applicable to, or used or useful in connection with, any or all of the interests described in Exhibit "A"; However, Assignor expressly retains the right to use all surface use agreements, easements and rights of way; provided, however, Assignor shall not unreasonably interfere with Assignee's operation of the Assets;

WHEN RECORDED MAIL TO:
William H. Davis
2800 Mid Continent Tower
Tulsa, OK 74103

FILE DATE: 02/07/2000   FILE TIME: 09:40
TEXAS COUNTY, BARBARA RAPP – COUNTY CLERK

BOOK: 1005   PAGE: 771
RECE#: 2000   649988   *

- 1 -

## BOOK 1036 PAGE 0298

All equipment, wells and personal property are sold AS IS AND WHERE IS, AND WITHOUT WARRANTY OF MERCHANTABILITY, CONDITION OR FITNESS FOR A PARTICULAR PURPOSE, EITHER EXPRESS OR IMPLIED, AND ASSIGNOR HEREBY DISCLAIMS AND NEGATES ANY REPRESENTATIONS OR WARRANTY, EXPRESS OR IMPLIED RELATING TO THE CONDITION OF THE ASSETS, ANY INFRINGEMENT BY ASSIGNOR OF ANY THIRD PARTY'S PROPRIETARY RIGHTS, AND ANY INFORMATION FURNISHED TO ASSIGNEE REGARDING RESERVES ATTRIBUTABLE TO THE ASSETS.

From and after the Effective Date, Assignee agrees to comply with any and all laws, ordinances, rules and regulations with respect to the Assets, including the abandonment of wells and/or abandonment of the personal property covered herein. Assignee agrees to comply with any ordinances, laws, rules and regulations governing the plugging of wells and to maintain compliance with laws or rules regarding inactive or unplugged wells. Assignee agrees that it shall properly obtain and maintain all permits required by public authorities on the Assets covered herein. Assignee agrees to restore the surface of the land included within the Assets in accordance with the terms of applicable law and the lease(s). Assignee agrees to perform the aforesaid operations at its sole expense, to be solely responsible for damages in connection therewith and to hold Assignor harmless from and after the Effective Date. Assignee agrees to protect, defend, indemnify and hold Assignor and its employees free and harmless from and against any and all costs, expenses, damages, claims, liabilities, demands and causes of action of every kind and character, including but not limited to pollution and environmental claims arising out of, or in connection with the Assets from and after the Effective Date. Assignee agrees to protect, defend, indemnify and hold Assignor and its employees free and harmless from and against any and all costs, expenses, damages, claims, losses, liabilities, demands and causes of action of every kind and character, in connection with Assignee's or a third party(s) operations on said Assets, from and after the Effective Date. Assignee's indemnity expressly includes environmental claims which arise as a result of the application of current or future federal, state or local statutes, ordinances, rules or regulations that are enforced retroactively such that operations and conditions that were in compliance with applicable federal, state and local statutes, ordinances, rules and regulations at the time of their occurrence are interpreted on or after the Effective Date to be violations of such retroactively enforced current or future federal, state or local statutes, ordinances, rules or regulations.

TO HAVE AND TO HOLD the same unto Assignee, its successors and assigns, forever.

The terms and conditions contained herein shall constitute covenants running with the land, and shall be binding upon, and for the benefit of, the respective successors and assigns of Assignor and Assignee.

This Assignment and Bill of Sale is made subject to all of the terms and conditions of that Letter Agreement by and between Williford Energy Company and William H. Davis dated December 10, 1999, and made a part hereof by reference.

This Assignment and Bill of Sale shall be effective as of January 1, 2000, at 7:00 A.M. local time where the Assets are located ("Effective Date").

EXECUTED this 31ˢᵗ day of December, 1999.

ASSIGNEE:

By _____
William H. Davis

ASSIGNOR:

WILLIFORD ENERGY COMPANY

By _____
A. H. Williford, President

- 2 -

BOOK **1036** PAGE **0299**

STATE OF OKLAHOMA )
)
COUNTY OF TULSA )

The foregoing instrument was acknowledged before me this $5/^{st}$ day of
*December*, 1999, by A. H. Williford, as President of Williford Energy Company, an
Oklahoma corporation, on behalf of said corporation.

My Commission Expires:

*November 13, 2000*

_____
Notary Public

STATE OF _OK_ )
)
COUNTY OF _Tulsa_ )

The foregoing instrument was acknowledged before me this $3/^{st}$ day of
_December_, 1999, by _William M. Davis_, as _Individual_ of
_____, a _____ corporation, on behalf of said
corporation.

My Commission Expires:

_July 10, 2000_

_____
Notary Public

- 3 -

FILE DATE: 02/07/2000   FILE TIME: 09:40        BOOK: 1005   PAGE: 774
TEXAS COUNTY Case 16:14-LSPP Document Filed 03/06/18 Page 70 of 164   649988

BOOK 1036 PAGE 0300

EXHIBIT "A"
CAMRICK UNIT
BEAVER & TEXAS COUNTIES, OKLAHOMA
LIMITED TO AND ONLY TO THE UNITIZED UPPER MORROW SAND COMMON
SOURCE OF SUPPLY ESTABLISHED BY OKLAHOMA CORPORATION COMMISSION
ORDER #76413

| SYSTEM LEASE & REFERENCE NO. | LESSOR NAME | ORIGINAL LESSEE NAME | LEASE DATE EXP. DATE | BOOK COUNTY PAGE |
|---|---|---|---|---|
| 5758 OK-3829-A | CLIFTON L BELL & GLENNA M BELL, MAX KELLY | | 5/16/55 5/16/60 | 153 184-5 BEAVER COUNTY |

LEGAL DESCRIPTION
SECTION 24:   TOWNSHIP 01 NORTH, RANGE 20 ECM,
              NE/4
              BEAVER COUNTY, OKLAHOMA

| 5775 OK-3835 | HENRY G LILE ESTATE E C LILE-GUARDIAN | GEORGE W BREMER JR | 6/23/65 12/23/65 | 284 51-52 BEAVER COUNTY |

LEGAL DESCRIPTION
SECTION 30:   TOWNSHIP 01 NORTH, RANGE 21 ECM,
              SW/4
              BEAVER COUNTY, OKLAHOMA

| 5776 OK-3836 | LAURENCE BRANSGROVE | MAGNOLIA PETROLEUM CO | 11/05/55 1/11/61 | 157 150 BEAVER COUNTY |

LEGAL DESCRIPTION
SECTION 33:   TOWNSHIP 01 NORTH, RANGE 20 ECM,
              E/2
              BEAVER COUNTY, OKLAHOMA
INSOFAR AND ONLY INSOFAR AS TO THE UPPER MORROW FORMATION ONLY.

| 5777 OK-3837-A | GEORGE S SARGENT & BESSIE M SARGENT | MAGNOLIA PETROLEUM CO | 6/11/59 6/11/61 | 198 436 BEAVER COUNTY |

LEGAL DESCRIPTION
SECTION 27:   TOWNSHIP 01 NORTH, RANGE 20 ECM,
              W/2 NE/4
              BEAVER COUNTY OKLAHOMA
INSOFAR AND ONLY INSOFAR AS TO THE UPPER MORROW FORMATION ONLY.

BOOK **1036** PAGE **0301**

| SYSTEM LEASE & REFERENCE NO. | LESSOR NAME | ORIGINAL LESSEE NAME | LEASE DATE EXP. DATE | BOOK PAGE COUNTY |
|---|---|---|---|---|
| 5778 OK-3837-B | WILLIAM K WARREN FOUNDATION | MAGNOLIA PETROLEUM CO | 6/11/59 6/11/61 | 198 438 BEAVER COUNTY |

LEGAL DESCRIPTION

SECTION 27: TOWNSHIP 01 NORTH, RANGE 20 ECM,
W/2 NE/4
BEAVER COUNTY OKLAHOMA
INSOFAR AND ONLY INSOFAR AS TO THE UPPER MORROW FORMATION ONLY.

| 5779 OK-3838 | C H STEWART & DAISY O STEWART LEE A ADAMS | | 1/11/46 1/11/56 | 18 119 BEAVER COUNTY |

LEGAL DESCRIPTION

SECTION 16: TOWNSHIP 01 NORTH, RANGE 20 ECM,
E/2
BEAVER COUNTY OKLAHOMA
INSOFAR AND ONLY INSOFAR AS TO THE UPPER MORROW FORMATION ONLY.

| 5756 OK-3839 | GEORGE S & LUCILLE LOWREY & ARTHUR E SHARP | MAGNOLIA PETROLEUM CO | 10/31/55 1/15/61 | 156 318-319 BEAVER COUNTY |

LEGAL DESCRIPTION

SECTION 27: TOWNSHIP 01 NORTH, RANGE 20 ECM,
E/2 NE/4
BEAVER COUNTY OKLAHOMA
INSOFAR AND ONLY INSOFAR THAT THE LEASE COVERS THE UPPER MORROW FORMATION ONLY

| 5780 OK-3840-A | HARRISON W BAKER & MARY BAKER | MAGNOLIA PETROLEUM CO | 6/11/59 6/11/61 | 198 432 BEAVER COUNTY |

LEGAL DESCRIPTION

SECTION 22: TOWNSHIP 01 NORTH, RANGE 20 ECM,
W/2 SE/4
BEAVER COUNTY OKLAHOMA
INSOFAR AND ONLY INSOFAR AS TO THE UPPER MORROW FORMATION ONLY.

| 5781 OK-3840-B | WILLIAM K WARREN FOUNDATION | MAGNOLIA PETROLEUM CO | 6/11/59 6/11/61 | 198 434 BEAVER COUNTY |

LEGAL DESCRIPTION

BOOK 1036 PAGE 0302

| SYSTEM LEASE REFERENCE NO. | LESSOR NAME | ORIGINAL LESSEE NAME | LEASE DATE EXP.DATE | BOOK COUNTY PAGE |
|---|---|---|---|---|
| OK-3841 5782 | JOHN D WILLIAMS & ETHEL WILLIAMS | M M TILLEY | 1/15/46 1/15/56 | 20 BEAVER COUNTY 113 |

SECTION 22: TOWNSHIP 01 NORTH, RANGE 20 ECM,
W/2 SE/4,
BEAVER COUNTY, OKLAHOMA
INSOFAR AND ONLY INSOFAR AS TO THE UPPER MORROW FORMATION ONLY.

LEGAL DESCRIPTION

| OK-3842 5793 | JOHN LEHMANN & ROSA LEHMANN | CARTER OIL COMPANY | 11/26/53 11/26/58 | 139 BEAVER COUNTY 142 |

SECTION 28: TOWNSHIP 01 NORTH, RANGE 20 ECM,
NE/4
BEAVER COUNTY, OKLAHOMA
INSOFAR AND ONLY INSOFAR AS TO THE UPPER MORROW FORMATION ONLY.

LEGAL DESCRIPTION

| OK-3843 5737 | CECIL SAGER & DOROTHY SAGER | CARTER OIL COMPANY | 12/18/53 12/18/58 | 139 BEAVER COUNTY 146-147 |

SECTION 30: LOTS 3, 4 & E/2 SW/4,
SECTION 31: LOTS 1, 2, 3, 4, E/2 SW/4 & W/2 SE/4,
TOWNSHIP 01 NORTH, RANGE 20 ECM,
BEAVER COUNTY, OKLAHOMA
INSOFAR AND ONLY INSOFAR AS IT COVERS THE UNITIZED UPPER MORROW SAND SOURCE OF
SUPPLI.

LEGAL DESCRIPTION

| OK-3844 5774 | ALMA PITTMAN & AMCY E PITTMAN | CARTER OIL COMPANY | 8/24/54 9/24/64 | 143 BEAVER COUNTY 428-29 |

SECTION 30: TOWNSHIP 01 NORTH, RANGE 20 ECM,
SE/4
BEAVER COUNTY, OKLAHOMA

LEGAL DESCRIPTION

SECTION 25: TOWNSHIP 01 NORTH, RANGE 20 ECM,
SECTION 36: SW/4,
NW/4,
BEAVER COUNTY, OKLAHOMA

FILE DATE Case 16-17144 DSS Doc 1245 Filed 03/06/18 Page 73 of 164 PAGE: 777
TEXAS COUNTY, BARBARA RAPP - COUNTY CLERK    RECE#: 2000    649988

BOOK 1036 PAGE 0303

| SYSTEM LEASE & REFERENCE NO. | LESSOR NAME | ORIGINAL LESSEE NAME | LEASE DATE EXP. DATE | BOOK COUNTY PAGE |
|---|---|---|---|---|
| 5739 OK-3845-A | PAULA I NIEDENS & CARL NIEDENS-JT | CARTER OIL COMPANY | 8/24/54 8/24/59 | 143 BEAVER COUNTY 458 |

SECTION 15: TOWNSHIP 01 NORTH, RANGE 20 ECM,
SW/4
BEAVER COUNTY, OKLAHOMA

LEGAL DESCRIPTION

| 5740 OK-3845-B | WILLIAM H FULTON-EVELYN LEATHERMAN-BEATRICE CONNER-BERNIECE REYNOLDS | CARTER OIL COMPANY | 8/24/54 8/24/59 | 143 BEAVER COUNTY 456-457 |

SECTION 15: TOWNSHIP 01 NORTH, RANGE 20 ECM,
SW/4
BEAVER COUNTY, OKLAHOMA

LEGAL DESCRIPTION

| 5741 OK-3846 | JOHN L WALLACE & ANNA M WALLACE | DWIGHT E DAVIS | 9/15/54 9/15/64 | 143 BEAVER COUNTY 590-591 |

SECTION 15: TOWNSHIP 01 NORTH, RANGE 20 ECM,
SW/4
BEAVER COUNTY, OKLAHOMA

LEGAL DESCRIPTION

| 5742 OK-3847 | JOSEPH CLINTON CASE & MATTIE M J A KIRK | | 12/27/52 12/27/56 | 139 BEAVER COUNTY 113 |

SECTION 15: TOWNSHIP 01 NORTH, RANGE 20 ECM,
NW/4
BEAVER COUNTY, OKLAHOMA

LEGAL DESCRIPTION

| 5743 OK-3848-A | E W THOMAS & ROSE M THOMAS | CARTER OIL COMPANY | 8/24/54 8/24/54 | 144 BEAVER COUNTY 185-6 |

SECTION 27: TOWNSHIP 01 NORTH, RANGE 20 ECM,
W/2 NW/4
BEAVER COUNTY, OKLAHOMA

LEGAL DESCRIPTION

SECTION 35: TOWNSHIP 01 NORTH, RANGE 20 ECM,
SE/4
BEAVER COUNTY, OKLAHOMA

## BOOK 1036 PAGE 0304

| SYSTEM LEASE REFERENCE NO. | LESSOR NAME | ORIGINAL LESSEE NAME | LEASE DATE EXP. DATE | BOOK COUNTY PAGE |
|---|---|---|---|---|
| 5744 OK-3848-B | RESERVE PETROLEUM CO, GULF COAST WESTERN OIL CO & M L MCLAIN | CARTER OIL COMPANY | 10/02/54 10/02/61 | 145 BEAVER COUNTY 32-33 |

LEGAL DESCRIPTION

SECTION 35:  TOWNSHIP 01 NORTH, RANGE 20 ECM,
             SE/4
             BEAVER COUNTY, OKLAHOMA

| 5745 OK-3849-A | ALMA PITTMAN & AMCY B PITTMAN | CARTER OIL COMPANY | 8/24/54 8/24/64 | 144 BEAVER COUNTY 311-312 |

LEGAL DESCRIPTION

SECTION 25:  TOWNSHIP 01 NORTH, RANGE 20 ECM,
             SE/4
             BEAVER COUNTY, OKLAHOMA

| 5746 OK-3849-B | ESTATES OF DALE MELVIN & ELDON ALBRIGHT-MINORS WANETA J ALBRIGHT-GUARDIAN | CARTER OIL COMPANY | 8/22/54 8/24/64 | 144 BEAVER COUNTY 308-310 |

LEGAL DESCRIPTION

SECTION 25:  TOWNSHIP 01 NORTH, RANGE 20 ECM,
             SE/4
             BEAVER COUNTY, OKLAHOMA

| 5747 OK-3850 | ALVIN L & ELIZABETH HAMILTON LYNN O & FREDA HAMILTON FERN & EARL H SOWLDEN | DWIGHT E DAVIS | 9/16/54 9/16/59 | 144 BEAVER COUNTY 211-212 |

LEGAL DESCRIPTION

SECTION 21:  TOWNSHIP 01 NORTH, RANGE 20 ECM,
             N/2 NW/4 & SW/4 NW/4 & NW/4 SW/4
             BEAVER COUNTY, OKLAHOMA

| 5748 OK-3851-A | WILLIAM LEWIS COLLINS & HATTIE E COLLINS | CARTER OIL COMPANY | 9/23/54 9/23/59 | 144 BEAVER COUN-Y 222 |

LEGAL DESCRIPTION

TOWNSHIP 01 NORTH, RANGE 20 ECM,

BOOK 1036 PAGE 0305

| SYSTEM LEASE REFERENCE NO. & | LESSOR NAME | ORIGINAL LESSEE NAME | LEASE DATE EXP. DATE | BOOK COUNTY PAGE |
|---|---|---|---|---|
| 5749 OK-3851-B | SECTION 27:   SW/4   BEAVER COUNTY, OKLAHOMA  LEGAL DESCRIPTION  ROYALTY HOLDING COMPANY, GULF COAST WESTERN OIL CO, L S MCLAIN & M L MCLAIN | CARTER OIL COMPANY | 10/02/54 10/02/61 | 144 BEAVER COUNTY 526-7 |
| 5750 OK-3851-C | SECTION 27:   TOWNSHIP 01 NORTH, RANGE 20 ECM,   SW/4   BEAVER COUNTY, OKLAHOMA  DAISY D BLANKENSHIP | CARTER OIL COMPANY | 4/25/55 4/25/60 | 150 BEAVER COUNTY 553 |
| 5751 OK-3852 | LEGAL DESCRIPTION  SECTION 27:   TOWNSHIP 01 NORTH, RANGE 20 ECM,   E/2 SW/4   BEAVER COUNTY, OKLAHOMA  MOLLIE REAGAN KLAPP | WILLIAM H ALLEN | 3/07/52 3/07/62 | 127 BEAVER COUNTY 569 |
| 5752 OK-3853 | LEGAL DESCRIPTION  SECTION 30:   TOWNSHIP 01 NORTH, RANGE 21 ECM,   NW/4   BEAVER COUNTY, OKLAHOMA  JOHN D SIMS & ELONIA S SIMS | WILLIAM H ALLEN | 3/03/52 3/03/57 | 127 BEAVER COUNTY 203 |
| 5753 OK-3854-A | LEGAL DESCRIPTION  SECTION 25:   TOWNSHIP 01 NORTH, RANGE 20 ECM,   NE/4   BEAVER COUNTY, OKLAHOMA  FARMERS UNION COOP ROYALTY | CARTER OIL COMPANY | 7/02/56 7/02/61 | 167 BEAVER COUNTY 415-416 |

LEGAL DESCRIPTION
TOWNSHIP 01 NORTH, RANGE 20 ECM,

**BOOK 1036 PAGE 0306**

| SYSTEM LEASE REFERENCE NO. | LESSOR NAME | ORIGINAL LESSEE NAME | LEASE DATE EXP. DATE | BOOK COUNTY PAGE |
|---|---|---|---|---|
| 5754 OK-3854-B | SECTION 27: E/2 NW/4 BEAVER COUNTY, OKLAHOMA<br><br>LEGAL DESCRIPTION<br><br>PANHANDLE COOPERATIVE ROYALTY COMPANY & FLAG OIL CORPORATION | CARTER OIL COMPANY | 7/02/56 7/02/61 | 167 37-38 BEAVER COUNTY |
| 5755 OK-3855 | SECTION 27: TOWNSHIP 01 NORTH, RANGE 20ECM. E/2 NW/4 BEAVER COUNTY, OKLAHOMA<br><br>LEGAL DESCRIPTION<br><br>CARL C & MAXINE SARGENT & EARL J M MOUSER SARGENT | | 12/08/51 12/08/61 | 123 288 BEAVER COUNTY |
| 5773 OK-3856 | SECTION 26: W/2 SW/4 & SECTION 27: SE/4 SW/4 BEAVER COUNTY, OKLAHOMA TOWNSHIP 01 NORTH, RANGE 20ECM,<br><br>LEGAL DESCRIPTION<br><br>STATE OF OKLAHOMA | HUMBLE OIL & REFINING CO | 7/30/63 7/30/68 | 338 471 TEXAS COUNTY |
| 5759 OK-3857-A | SECTION 36: TOWNSHIP 01 NORTH, RANGE 19 ECM. E/2 E/2 TEXAS COUNTY, OKLAHOMA<br><br>LEGAL DESCRIPTION<br><br>HARRISON W BAKER & MARY BAKER | HUMBLE OIL & REFINING CO | 9/29/66 9/29/71 | 301 326 BEAVER COUNTY |
| 5760 OK-3857-B | SECTION 22: TOWNSHIP 01 NORTH, RANGE 20 ECM. E/2 SE/4 BEAVER COUNTY, OKLAHOMA<br><br>LEGAL DESCRIPTION<br><br>WILLIAM K WARREN FOUNDATION<br><br>LEGAL DESCRIPTION<br><br>TOWNSHIP 01 NORTH, RANGE 20 ECM. | HUMBLE OIL & REFINING CO | 10/24/66 10/24/71 | 303 59-60 BEAVER COUNTY |

FILE DATE Case 16-12144-LSS Doc 1275-9 Filed 03/06/18 Page 77 of 164 PAGE: 781
TEXAS COUNTY, BARBARA RAPP - COUNTY CLERK
BOOK 1036 PAGE 0307
RECE#: 2000 649988

PAGE 8

| SYSTEM LEASE & REFERENCE NO. | LESSOR NAME | ORIGINAL LESSEE NAME | LEASE DATE EXP. DATE | BOOK PAGE COUNTY |
|---|---|---|---|---|
| 5761 OK-3858-A | HARRISON W BAKER & MARY BAKER | HUMBLE OIL & REFINING CO | 11/20/68 11/20/71 | 338 25-26 BEAVER COUNTY |

LEGAL DESCRIPTION

SECTION 22: E/2 SE/4
BEAVER COUNTY, OKLAHOMA

| 5762 OK-3858-B | WILLIAM K WARREN FOUNDATION | HUMBLE OIL & REFINING CO | 1/13/69 1/13/74 | 338 28-29 BEAVER COUNTY |

LEGAL DESCRIPTION

SECTION 22: W/2 NE/4
BEAVER COUNTY, OKLAHOMA

| 5763 OK-3859 | ESTHER E KAUFMAN | HUMBLE OIL & REFINING CO | 8/25/69 8/25/70 | 350 195-196 BEAVER COUNTY |

LEGAL DESCRIPTION

SECTION 23: NE/4 SE/4
TOWNSHIP 01 NORTH, RANGE 20 ECM,
BEAVER COUNTY, OKLAHOMA
LIMITED TO THE UPPER MORROW FORMATION AS IT IS DEFINED IN PLAN OF UNITIZATION, DESIGNED FOR THE ADDITIONAL RECOVERY OF OIL AND GAS IN THE CARRIER UNIT, GENERAL AREA OF THE LAND COVERED BY THIS LEASE; IT BEING THE INTENT AND PURPOSE OF LESSOR TO LEASE AND LET SAID LANDS TO SAID LESSEE TO PERMIT FULL AND COMPLETE COMMITMENT OF SAID LANDS TO SAID UNIT FOR ALL PURPOSES, INCLUDING THE EXCLUSIVE RIGHT OF THE LESSEE TO USE THE DRY HOLE LOCATED THEREON FOR SAID UNIT PURPOSES.

| 5764 OK-3860 | PAUL A WILLIAMS & R ALBERTINE WILLIAMS | ROYAL CREST OIL CORPORATION | 6/26/68 6/26/69 | 329 366-367 BEAVER COUNTY |

LEGAL DESCRIPTION

SECTION 23: SW/4 SE/4 E/2 NW/4 & W/2 NE/4
BEAVER COUNTY, OKLAHOMA

SECTION 26: TOWNSHIP 01 NORTH, RANGE 20 ECM,
BEAVER COUNTY, OKLAHOMA

## BOOK 1036 PAGE 0308

| SYSTEM LEASE & REFERENCE NO. | LESSOR NAME | ORIGINAL LESSEE NAME | LEASE DATE EXP. DATE | BOOK COUNTY | PAGE |
|---|---|---|---|---|---|
| OK-3861-A 5765 | R E COX JR & MARGARET BOWMAN COX | H T WILKINS JR | 9/11/58 9/11/60 | 321 TEXAS COUNTY | 129 |
| | LEGAL DESCRIPTION | | | | |
| | SECTION 25: TOWNSHIP 01 NORTH, RANGE 19 ECM, N/2 NE/4, SE/4 NE/4 & SE/4 TEXAS COUNTY, OKLAHOMA | | | | |
| OK-3861-B 5766 | E J ROBINETT & LESLIE W ROBINETT | H T WILKINS JR | 9/11/58 9/11/60 | 321 TEXAS COUNTY | 131 |
| | LEGAL DESCRIPTION | | | | |
| | SECTION 25: TOWNSHIP 01 NORTH, RANGE 19 ECM, N/2 NE/4, SE/4 NE/4 & SE/4 TEXAS COUNTY, OKLAHOMA | | | | |
| OK-3861-C 5767 | WILLIAM R FRANCIS & JESSIE JUANITA FRANCIS | H T WILKINS JR | 9/11/58 9/11/60 | 321 TEXAS COUNTY | 143 |
| | LEGAL DESCRIPTION | | | | |
| | SECTION 25: TOWNSHIP 01 NORTH, RANGE 19 ECM, N/2 NE/4, SE/4 NE/4 & SE/4 TEXAS COUNTY, OKLAHOMA | | | | |
| OK-3861-D 5768 | M E TRAPP TRUST LOU STRANG TRAPP-TRUSTEE | H T WILKINS JR | 9/03/58 9/03/63 | 312 TEXAS COUNTY | 96 |
| | LEGAL DESCRIPTION | | | | |
| | SECTION 25: TOWNSHIP 01 NORTH, RANGE 19 ECM, N/2 NE/4, SE/4 NE/4 & SE/4 TEXAS COUNTY, OKLAHOMA | | | | |
| OK-3861-E 5769 | L E LITTAU & OLGA LITTAU | H T WILKINS JR | 5/22/58 5/22/59 | 321 TEXAS COUNTY | 186 |
| | LEGAL DESCRIPTION | | | | |
| | SECTION 25: TOWNSHIP 01 NORTH, RANGE 19 EAST, N/2 NE/4, SE/4 NE/4 & SE/4, TEXAS COUNTY, OKLAHOMA | | | | |

FILE DATE: 02/69/12000 SSFID DocTime Filed 03/06/18 Page 79 of 164 PAGE: 783
TEXAS COUNTY, BARBARA RAPP - COUNTY CLERK                          RECE#: 2000   649988

BOOK 1036 PAGE 0309

PAGE 10

| SYSTEM LEASE & REFERENCE NO. | LESSOR NAME | ORIGINAL LESSEE NAME | LEASE DATE EXP. DATE | BOOK COUNTY PAGE |
|---|---|---|---|---|
| 5770 OK-3861-F | RESERVE PETROLEUM COMPANY & SKYLINE PETROLEUM | H T WILKINS JR | 8/25/58 8/25/63 | 321 188 TEXAS COUNTY |

LEGAL DESCRIPTION

SECTION 25: TOWNSHIP 01 NORTH, RANGE 19 EAST, N/2 NE/4, SE/4 & SE/4 NE/4, TEXAS COUNTY, OKLAHOMA

| 5771 OK-3861-G | PAUL M HAYWOOD | HORIZON OIL & GAS COMPANY | 3/18/59 9/18/59 | 321 271 TEXAS COUNTY |

LEGAL DESCRIPTION

SECTION 25: TOWNSHIP 01 NORTH, RANGE 19 EAST, N/2 NE/4, SE/4 NE/4 & SE/4, TEXAS COUNTY, OKLAHOMA

| 5772 OK-3863 | J D WILLIAMS | SIBLEY JINES | 12/08/51 12/08/61 | 123 202 BEAVER COUNTY |

LEGAL DESCRIPTION

SECTION 33: TOWNSHIP 01 NORTH, RANGE 20 ECM, NW/4, BEAVER COUNTY, OKLAHOMA

| 5799 OK-3864 | JAMES R ANDERSON, LYDA ANDERSON, JULIUS SELL & TENA SELL | SIBLEY JINES | 12/10/51 12/10/61 | 123 206-207 BEAVER COUNTY |

LEGAL DESCRIPTION

SECTION 34: TOWNSHIP 01 NORTH, RANGE 20 ECM, NW/4 BEAVER COUNTY, OKLAHOMA

LEASE IS SPECIFICALLY LIMITED TO THE UNITIZED FORMATION OF THE UPPER MORROW SAND.

| 5800 OK-3865 | VEDA FULBRIGHT | ATLANTIC REFINING COMPANY | 6/24/54 6/24/61 | 143 276 BEAVER COUNTY |

LEGAL DESCRIPTION

TOWNSHIP 01 NORTH, RANGE 20 ECM,

BOOK 1036 PAGE 0310

| SYSTEM LEASE & REFERENCE NO. | LESSOR NAME | ORIGINAL LESSEE NAME | LEASE DATE EXP. DATE | BOOK COUNTY PAGE |
|---|---|---|---|---|
| 5801 OK-3866-A | HAROLD W WILLIAMS & LUELLA WILLIAMS | ATLANTIC REFINING COMPANY | 12/02/55 12/02/60 | 157 491 BEAVER COUNTY |

LEGAL DESCRIPTION

SECTION 33:  E/2
BEAVER COUNTY, OKLAHOMA
THIS LEASE IS SPECIFICALLY LIMITED TO THE UNITIZED FORMATION OF THE UPPER MORROW SAND.

| 5802 OK-3866-B | RICHARD LEE SHOWALTER & EDNA FERN SHOWALTER | ATLANTIC REFINING COMPANY | 12/02/55 12/02/60 | 157 493 BEAVER COUNTY |

LEGAL DESCRIPTION

SECTION 25:  NW/4
BEAVER COUNTY, OKLAHOMA
TOWNSHIP 01 NORTH, RANGE 20 ECM,
THIS LEASE IS SPECIFICALLY LIMITED TO THE UNITIZED FORMATION OF THE UPPER MORROW SAND.

| 5706 OK-3868 | DEPARTMENT OF THE INTERIOR | HUMBLE OIL & REFINING CO | 11/01/61 11/01/66 | NM 0207037 |

LEGAL DESCRIPTION

SECTION  1:  LOTS 1, 2
TEXAS COUNTY, OKLAHOMA
TOWNSHIP 1 SOUTH, RANGE 19 ECM

| 6018 OK-3998-A | SOPHIE FRIEDMAN LIVING TRUST SOPHIE FRIEDMAN-TRUSTEE | WILLIFORD ENERGY COMPANY | 12/01/98 99/99/99 | 1018 790 BEAVER COUNTY, OKLAHOMA |

LEGAL DESCRIPTION

SECTION 34:
TOWNSHIP 1 NORTH, RANGE 20 ECM
LOTS 1 & 2
BEAVER COUNTY, OKLAHOMA

BOOK 1036 PAGE 0311

| SYSTEM LEASE & REFERENCE NO. | LESSOR NAME | ORIGINAL LESSEE NAME | LEASE DATE EXP. DATE | BOOK PAGE COUNTY |
|---|---|---|---|---|
| 6023 OK-4016-A | DEPT OF INTERIOR MMS | E W THOMAS & DAN E ARCHER | 2/01/52 2/01/57 | BK 213 PG 182 BEAVER COUNTY, OK |

LEGAL DESCRIPTION

TOWNSHIP 1 SOUTH, RANGE 20 ECM
SECTION 2: LOTS 1 & 2
SECTION 3: LOTS 1 & 2
BEAVER COUNTY, OKLAHOMA



# EXHIBIT 6

BOOK **1057** PAGE **0288**

FILE DATE: 02/19/2001  FILE TIME: 10:45               BOOK: 1025  PAGE: 678
TEXAS COUNTY, MARCIA HOLLINGSHEAD - COUNTY CLERK      RECE#: 2001  655401   **

*S/800*

**CAMRICK UNIT (259750)**

## PARTIAL ASSIGNMENT AND BILL OF SALE

STATE OF OKLAHOMA                    )        WHEN RECORDED MAIL TO: *27/60*
                                     )ss:    *Chaparral Energy Inc.*
COUNTIES OF BEAVER AND TEXAS         )        *701 Cedar Lake Blvd.*
                                              *OKC, OK*
KNOW ALL MEN BY THESE PRESENTS:               *73114*

THAT **NORAM PETROLEUM CORPORATION**, whose mailing address is 701 Cedar Lake Boulevard, Oklahoma City, OK 73114, hereinafter collectively called "Assignor", for and in consideration of the sum of Ten and No/100 Dollars ($10.00), and other good and valuable considerations to it in hand paid, the receipt and sufficiency of which are hereby acknowledged, does hereby grant, convey, sell, assign and transfer the following described and interests in and to the **CAMRICK UNIT** specifically limited herein to the Upper Morrow Sand formation, being the unitized formation underlying the CAMRICK Unit unto the following parties, hereinafter collectively called "Assignee", subject to the provisions of this assignment, the following interest(s):

|  | Unit Working Interest | Unit Net Revenue Interest |
|---|---|---|
| **Salt Plains Pipeline Corp.**<br>2800 Mid-Continent Tower<br>Tulsa, OK 74103 | 14.022003% | 11.420132% |

1) A like interest of Assignor's right, title, and interest in and to the Oil and Gas Leases, lands and unit described in Exhibit "A" attached hereto and made a part hereof, said lands and unit being located in Beaver and Texas Counties, State of Oklahoma, together with the rights incident thereto, the personal property thereon, appurtenant thereto, or used or obtained in connection with said leases and lands; said leases and lands limited to the Upper Morrow Sand formation, as provided for under that particular Plan of Unitization created by Order No. 76413 of the Corporation Commission of the State of Oklahoma, dated September 9, 1969, in Cause CD No. 30783, located on said leases, lands and unit, or on lands pooled or unitized with any portion thereof, or on lands located within any governmental drilling and spacing unit which includes any portion thereof, together with all casing, leasehold equipment, and personal property in or on or used in connection with said well AS IS AND WHERE IS, WITHOUT WARRANTY OF MERCHANTABILITY, CONDITION OR FITNESS FOR A PARTICULAR PURPOSE, EITHER EXPRESS OR IMPLIED; and

2) A like interest of the Assignor's rights, titles, interests, tenements, hereditaments, appurtenances, benefits and privileges attributable or incident to the working interest assigned, including without limitation the oil, gas and other minerals produced; and

3) A like interest in the real, personal and mixed property of Assignor's located upon or used in connection with the operation of the subject interests, on an "as is, where is" basis including without limitation wells, well equipment, casing, tanks, gas separation and field processing units, crude oil, condensate or products in storage or in pipelines, boilers, buildings, tubing, pumps, motors, fixtures, machinery, and other equipment, water rights, pipelines, gathering systems, processing plants and all other improvements used in the operation thereof; and

4) A like interest of Assignor's rights in, to, under or derived from all agreements and contractual rights, easements, rights-of-way, servitudes, franchises, and other estates relating to the subject interests, including without limitation, unit agreements, orders and decisions of state and federal regulatory authorities establishing units, joint operating agreements, production sales contracts, enhanced recovery and injection agreements, area of mutual interest agreements, purchase, exchange or processing agreements, casinghead gas contracts, balancing agreements, surface leases, easements or right-of-way, farmout or

CAMRICK.NPC-SPP

BOOK **1057** PAGE **0289**

FILE DATE: 02/19/2001    FILE TIME: 10:45         BOOK: 1025    PAGE: 679
TEXAS COUNTY, MARCIA HOLLINGSHEAD - COUNTY CLERK     RECE#: 2001  655401

farmin agreements, dry hole or bottom hole contribution agreements, seismic agreements, drilling agreements, exploration agreements, assignments of operating rights, working interests, subleases, permits, licenses, options, orders and all other contracts, agreements and instruments relating to the exploration for and the production, storage, treatment, transportation, processing, or sale or disposal of oil, gas, other hydrocarbons, water, or other substances from the subject interests; and

TO HAVE AND TO HOLD the same unto the said Assignee, its successors and assigns forever, in accordance with and subject to the terms and conditions of the Oil and Gas Leases referred to on Exhibit "A" and any limitations, reservations or agreements referenced thereon, as same apply to the portion of lands assigned herein.

All of the Oil and Gas Leases of record in the office of the County Clerks of Beaver and Texas Counties, State of Oklahoma, which create the interests herein assigned, are incorporated herein by reference and made a part hereof.

It is the intent of said Assignor to assign unto said Assignee, all right, title and interest in and to the gross working interest being assigned, delivering an 81.44437% net revenue interest, limited to those Unit Interests and further limited herein to the Upper Morrow Sand formation, as stated on page 1 hereof, that it may own in and to the **CAMRICK UNIT** and the associated rights, leases, lands and unit described on Exhibit "A", attached hereto, whether or not said interest is included or whether or not said wells, rights, leases, lands or unit are properly described herein. Assignor hereby reserves unto itself all net revenue interest, overriding royalty interest and royalty interest not specifically conveyed herein.

This Assignment is made WITHOUT WARRANTY OF TITLE, EITHER EXPRESS OR IMPLIED.

This Assignment shall be binding upon and inure to the benefit of the Assignor and Assignee and their respective successors and assigns, personal representatives, administrators, executors and devisees.

IN WITNESS WHEREOF the undersigned has executed this instrument this _15th_ day of _January_, 2001, but shall be effective for all purposes as of the 1st day of January, 2000.

ASSIGNOR:

**NORAM PETROLEUM CORPORATION**

By: _Mark A. Fischer_
Mark A. Fischer, President

**ACKNOWLEDGMENT**

STATE OF OKLAHOMA    )
                     ) ss.
COUNTY OF OKLAHOMA    )

The foregoing instrument was acknowledged before me this _19th_ day of _January_, 2001, by Mark A. Fischer, President of NORAM PETROLEUM CORPORATION, as Assignor.

(Seal)
My Commission Expires:

MARCH 3, 2001

_Valarie K. Faber_
Notary Public

CAMRICK.NPC-SPP

**BOOK 1057 PAGE 0290**

FILE DATE: 02/19/2001  FILE TIME: 10:45        BOOK: 1025  PAGE: 680
TEXAS COUNTY, MARCIA HOLLINGSHEAD – COUNTY CLERK    RECE#: 2001  655401

## EXHIBIT "A"

ATTACHED TO AND MADE A PART OF THAT CERTAIN ASSIGNMENT AND BILL OF SALE
EFFECTIVE THE 1ST DAY OF JANUARY, 2000, BY AND BETWEEN
**NORAM PETROLEUM CORPORATION**, ASSIGNOR,
AND **SALT PLAINS PIPELINE CORP.**, ASSIGNEE.

### WELLS/UNIT

CAMRICK UNIT
BEAVER COUNTY, OK

**LIMITED TO THE UPPER MORROW SAND FORMATION IN THE CAMRICK UNIT.**

### LEASES

```
Date   :   05/13/1997
Lease #:   001142
Lessor :   REYNOLDS FAMILY TRUST, GERALD
           J.L.REYNOLDS, ETAL, TRUSTEES
Lessee :   CHAPARRAL ENERGY, INC.
Recorded:  Book: 987 Page: 676 Instrument:
           SEC TOWN RANGE DESCRIPTION
           015 001N 020EC SW
               272000
               TRACT:  1    T1N, R20E, SECTION 15:  SW/4

Date   :   04/02/1961
Lease #:   001151
Lessor :   MRS. CLARA ALLEN, a widow
Lessee :   J. R. McLEAN, JR.
Recorded:  Book: 224 Page: 527 Instrument:
           SEC TOWN RANGE DESCRIPTION
           028 001N 020EC SE
               TRACT:  1    T1N, R20E, SECTION 28:  SE/4 (LTD. TO THE UNIT
               IZED FORMATION)

Date   :   11/23/1953
Lease #:   001181
Lessor :   STATE OF OKLAHOMA-LS.# CUP-123
Lessee :   TOKLAN PRODUCTION COMPANY
Recorded:  Book: 138 Page: 290 Instrument:
           SEC TOWN RANGE DESCRIPTION
           029 001N 020EC E2NE
               TRACT: 101  T1N, R20EC, SECTION 29:  E/2 NE/4

Date   :   11/20/1945
Lease #:   001157
Lessor :   RAY Y. BOWLES & RUBY E. BOWLES
Lessee :   C. J. FOWLSTON
Recorded:  Book: 16 Page: 275 Instrument:
           SEC TOWN RANGE DESCRIPTION
           021 001N 020EC SE
               TRACT:  1    T1N, R20E, SECTION 21:  SE/4
           022 001N 020EC W/2
               TRACT: 44    T1N, R20E, SECTION 22:  W/2

Date   :   08/25/1969
Lease #:   001199
Lessor :   ESTHER E. KAUFMAN, a single
           woman
Lessee :   HUMBLE OIL & REFINING COMPANY
Recorded:  Book: 350 Page: 195 Instrument:
           SEC TOWN RANGE DESCRIPTION
           023 001N 020EC NESE
               TRACT: 46    T1N, R20E, SECTION 23:  NE/4 SE/4, ONLY INSO-
               FAR AS LS. PERTAINS TO THE UPPER MORROW
```

BOOK **1057** PAGE **0291**

FILE DATE: 02/19/2001   FILE TIME: 10:45        BOOK: 1025   PAGE: 681
TEXAS COUNTY, MARCIA HOLLINGSHEAD – COUNTY CLERK     RECE#: 2001   655401

### CAMRICK – LEASES CONTINUED

```
Date    :   02/01/1952
Lease # :   001232
Lessor  :   USA 028500-B
Lessee  :   E. W. THOMAS & DAN E. ARCHER
Recorded:   Book: 161  Page: 255  Instrument:
            SEC TOWN RANGE DESCRIPTION
            005 001S 020EI LTS. 1 & 2
                TRACT: 214   T1S, R20E, SEC. 5:  LOTS 1 AND 2

Date    :   02/01/1952
Lease # :   001233
Lessor  :   USA 028500-B
Lessee  :   E. W. THOMAS & DAN E. ARCHER
Recorded:   Book: 161  Page: 255  Instrument:
            SEC TOWN RANGE DESCRIPTION
            005 001S 020EC ONLY E2 L.2
                TRACT:  1   T1S, R20EC, SECTION 5:  ONLY INSOFAR AS LS.
                COVERS THE W/2 OF LOT 2

Date    :   11/02/1951
Lease # :   001238
Lessor  :   A.P. SAGER & FANNIE BELL SAGER
            H/W
Lessee  :   U. I. SMITH
Recorded:   Book: 123  Page: 478  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            035 001N 020EC SW
                TRACT:  1   T1N, R20E, SECTION 35:  SE/4 (UPPER MORROW
                FORMATION, ONLY)

Date    :   12/17/1945
Lease # :   001240
Lessor  :   PAUL A. WILLIAMS AND R.
            ALBERTINE WILLIAMS
Lessee  :   PANHANDLE EASTER PIPE LINE CO.
Recorded:   Book:  21  Page: 304  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            024 001N 020EC W2
                TRACT: 101   T1N, R20E, SECTION 24:  W/2

Date    :   10/31/1955
Lease # :   001258
Lessor  :   GEORGE S. LOWREY & LUCILLE
            LOWREY; ARTHUR E. SHARP
Lessee  :   MAGNOLIA PETROLEUM COMPANY
Recorded:   Book: 156  Page: 318  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            027 001N 020EC E2NE
                TRACT: 205   T1N, R20E, SEC. 27:  E/2 NE/4 ONLY INSOFAR AS
                LS. COV. DWN. TO THE BS. OF THE UPPER MORROW FORMATION

Date    :   11/30/1951
Lease # :   001259
Lessor  :   USA-OK-028500
Lessee  :   E. W. THOMAS & DAN E. ARCHER
Recorded:   Book: 161  Page: 255  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            002 001S 020EC LTS. 1 & 2
                TRACT: 200   T1S, R20E, SEC. 2:  LOTS 1 & 2
            003 001S 020EC LTS. 1 & 2
                TRACT: 201   T1S, R20E, SECTION 3:  LOTS 1 AND 2
            004 001S 020EC LTS. 1 & 2
                TRACT: 202   T1S, R20E, SEC. 4:  LOTS 1 & 2
```

FILE DATE: 02/19/2001   FILE TIME: 10:45          BOOK: 1025  PAGE: 682
TEXAS COUNTY, MARCIA HOLLINGSHEAD - COUNTY CLERK     RECE#: 2001  655401

## CAMRICK – LEASES CONTINUED

```
Date    :   09/20/1954
Lease # :   001260
Lessor  :   JOE STOREY & NELLIE STOREY,
            his wife
Lessee  :   DWIGHT E. DAVIS
Recorded:   Book: 144  Page: 215  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            035 001N  020EC NW
                TRACT: 102   T1N, R20E, SECTION 35:  NW/4

Date    :   08/24/1954
Lease # :   001325
Lessor  :   ALMA PITTMAN & AMCY E.
            PITTMAN
Lessee  :   CARTER OIL COMPANY
Recorded:   Book: 144  Page: 311  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            025 001N  020EC SE
                TRACT:   1   T1N, R20E, SECTION 25:  NW/4

Date    :   12/27/1952
Lease # :   001326
Lessor  :   JOSEPH CLINTON CASE & MATTIE
            M. CASE
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 139  Page: 113  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            027 001N  020EC W2NW
                TRACT: 105   T1N, R20E, SEC. 27:  W/2 NW/4

Date    :   06/26/1968
Lease # :   001327
Lessor  :   PAUL A. WILLIAMS & ALBERTINE
            WILLIAMS
Lessee  :   ROYAL CREST OIL CORPORATION
Recorded:   Book: 329  Page: 366  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            026 001N  020EC E2NW
                TRACT:  44   T1N, R20E, SEC. 26:  E/2 NW/4 - UPPER MORROW
            026 001N  020EC W2NE
                TRACT:  45   T1N, R20E, SEC. 26:  W/2 NE/4 - UPPER MORROW

Date    :   09/16/1954
Lease # :   001328
Lessor  :   ALVIN & ELIZABETH HAMILTON;
            LYNN O & FREDA HAMILTON, ETAL
Lessee  :   DWIGHT E. DAVIS
Recorded:   Book: 144  Page: 211  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            021 001N  020EC N2NW
                TRACT: 102   T1N, R20E, SEC. 21:  N/2 NW/4
                (UPPER MORROW ONLY)
            021 001N  020EC SWNW; NWSW
                TRACT: 103   T1N, R20E, SECTION 21:  SW/2 NW/4 AND
                NW/4 SW/4 (UPPER MORROW ONLY)

Date    :   09/15/1954
Lease # :   001329
Lessor  :   JOHN L. WALLACE & ANNA M.
            WALLACE
Lessee  :   DWIGHT E. DAVIS
Recorded:   Book: 143  Page: 590  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            015 001N  020EC NW
                TRACT: 105   T1N, R20E, SECTION 15:  NW/4
```

BOOK **1057** PAGE **0293**

## CAMRICK - LEASES CONTINUED

```
Date    :    01/11/1946
Lease # :    001356
Lessor  :    C. N. STEWART & DAISY O.
             STEWART
Lessee  :    LEE A. ADAMS
Recorded:    Book:   18  Page:  119  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             016 001N  020EC E2
                  TRACT: 106     T1N, R20E, SECTION 16:  E/2 (UPPER MORROW
                  ONLY)


Date    :    11/26/1953
Lease # :    001359
Lessor  :    JOHN LEHMANN & ROSA LEHMANN
Lessee  :    CARTER OIL COMPANY
Recorded:    Book: 139  Page: 142  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             030 001N  020EC L.3,4 & E2SW (SW)
                  TRACT:  10   T1N, R20E, SEC. 30:  LOTS 3 & 4 & E/2 SW/4
                  (SW/4) UPPER MORROW ONLY
             031 001N  020EC L.1,2,3,4 (W2W2)
                  TRACT: 208   T1N, R20E, SECTION 31:  LOTS 1, 2, 3 & 4
                  (W/2 W/2) UPPER MORROW ONLY
             031 001N  020EC E2SW
                  TRACT: 209     T1N, R20E, SEC. 31:  E/2 SW/4 (UPPER MORROW
                  ONLY)
             031 001N  020EC W2SE
                  TRACT: 210     T1N, R20E, SECTION 31:  W/2 SE/4 (UPPER MORROW
                  ONLY)


Date    :    12/18/1953
Lease # :    001360
Lessor  :    CECIL SAGER & DOROTHY SAGER
Lessee  :    CARTER OIL COMPANY
Recorded:    Book: 139  Page: 146  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             030 001N  020EC SE
                  TRACT:  1    T1N, R20E, SEC. 30:  SE/4 (UPPER MORROW
                  FORM. ONLY)


Date    :    08/30/1954
Lease # :    01139A
Lessor  :    NELLIE MOUNTS, a widow; ROBERT
             DUANE MOUNTS, ETUX
Lessee  :    THE CARTER OIL COMPANY
Recorded:    Book: 143  Page: 559  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             035 001N  020EC NE
                  TRACT:   6   T1N, R20EC, SECTION 35:  NE (CAMRICK UNIT AS
                  DESCRIBED IN CERTIFICATE OF EFFECTIVENESS DATED 11/1/69,
                  REC. 352/589, BUT ONLY AS TO THE UNITIZED UPPER MORROW SAND)


Date    :    09/15/1954
Lease # :    01139B
Lessor  :    ESTATE OF DEL RAY MOUNTS, A
             MINOR, NELLIE MOUNTS, GUARDIAN
Lessee  :    THE CARTER OIL COMPANY
Recorded:    Book: 143  Page: 526  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             035 001N  020EC NE
                  TRACT:   6   T1N, R20EC, SECTION 35:  NE (CAMRICK UNIT AS
                  DESCRIBED IN CERTIFICATE OF EFFECTIVENESS DATED 11/1/69,
                  REC. 352/589, BUT ONLY AS TO THE UNITIZED UPPER MORROW SAND)
```

BOOK **1057** PAGE **0294**

FILE DATE: 02/19/2001   FILE TIME: 10:45
TEXAS COUNTY, MARCIA HOLLINGSHEAD - COUNTY CLERK

BOOK: 1025  PAGE: 684
RECE#: 2001  655401

## CAMRICK - LEASES CONTINUED

```
Date    :   10/30/1963
Lease # :   01139C
Lessor  :   NELLIE MOUNTS
Lessee  :   HUMBLE OIL & GAS REFINING CO.
Recorded:   Book: 957  Page: 226  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            035 001N  020EC NE
                TRACT:   7  T1N, R20E, SECTION 35:  NE/4


Date    :   07/01/1997
Lease # :   01140A
Lessor  :   GEORGE S. LOWREY 1958 REVOC-
            DEMING LOWREY, ETAL, TRUSTEES
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 991  Page: 249  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            026 001N  020EC NWNW
                TRACT:   1  T1N, R20EC, SECTION 26:  NW/4 NW/4


Date    :   07/01/1997
Lease # :   01140B
Lessor  :   DONALD E. SHARP
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 991  Page: 261  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            026 001N  020EC NWNW
                TRACT:   1  T1N, R20EC, SECTION 26:  NW/4 NW/4


Date    :   07/01/1997
Lease # :   01140C
Lessor  :   ARTHUR E. SHARP TRUST, DARLENE
            S.FISKE, TRUSTEE
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 991  Page: 255  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            026 001N  020EC NWNW
                TRACT:   1  T1N, R20EC, SECTION 26:  NW/4 NW/4


Date    :   07/01/1997
Lease # :   01140D
Lessor  :   THOMAS S. MILLER 1975 TRUST,
            MARTIN D. MILLER, TRUSTEE
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 991  Page: 267  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            026 001N  020EC NWNW
                TRACT:   1  T1N, R20EC, SECTION 26:  NW/4 NW/4


Date    :   07/01/1997
Lease # :   01140F
Lessor  :   THOMAS S. MILLER 1975 TRUST,
            MARTIN D. MILLER, TRUSTEE
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 991  Page: 267  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            026 001N  020EC NWNW
                TRACT:   1  T1N, R20EC, SECTION 26:  NW/4 NW/4


Date    :   03/11/1997
Lease # :   01141A
Lessor  :   ROBERT L. COLVARD
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 0984  Page: 523  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            016 001N  020EC SE
                TRACT:   1  T1N, R20ECM, SECTION 16:  SE/4 - UPPER MORROW
                PRODUCTION ONLY.
```

BOOK 1057 PAGE 0295

FILE DATE: 02/19/2001   FILE TIME: 10:45          BOOK: 1025   PAGE: 685
TEXAS COUNTY, MARCIA HOLLINGSHEAD - COUNTY CLERK      RECE#: 2001   655401

## CAMRICK - LEASES CONTINUED

```
Date    :  05/13/1997
Lease # :  01142A
Lessor  :  REYNOLDS FAMILY TRUST, GERALD
           J.L.REYNOLDS, ETAL, TRUSTEES
Lessee  :  CHAPARRAL ENERGY, INC.
Recorded:  Book: 987  Page: 676  Instrument:
           SEC TOWN  RANGE DESCRIPTION
           015 001N  020EC SW
               TRACT:   1   T1N, R20E, SECTION 15:  SW/4


Date    :  08/24/1954
Lease # :  01142B
Lessor  :  WILLIAM H. FULTON; EVELYN
           LEATHERMAN, BEATRICE CONNER,ET
Lessee  :  CARTER OIL COMPANY
Recorded:  Book: 143  Page: 456  Instrument:
           SEC TOWN  RANGE DESCRIPTION
           015 001N  020EC SW
               TRACT:   2   T1N, R20E, SECTION 15:  SW/4


Date    :  08/24/1954
Lease # :  01142C
Lessor  :  PAULA L. NIEDENS & CARL
           NIEDENS, J/T
Lessee  :  CARTER OIL COMPANY
Recorded:  Book: 143  Page: 458  Instrument:
           SEC TOWN  RANGE DESCRIPTION
           015 001N  020EC SW
               TRACT:   2   T1N, R20E, SECTION 15:  SW/4


Date    :  06/07/1997
Lease # :  01143A
Lessor  :  EARL SARGENT
Lessee  :  CHAPARRAL ENERGY, INC.
Recorded:  Book: 989  Page: 456  Instrument:
           SEC TOWN  RANGE DESCRIPTION
           022 001N  020EC SE/4
             . TRACT:   4   T1N, R20E, SECTION 22:  SE/4

           022 001N  020EC SW/4 NE/4
               TRACT:   1   T1N, R20EC, SEC. 22:  SW/4 NE/4, ONLY INSOFAR AS
               LS. COV. FORMATIONS INCL. WITHIN THE UNITIZED FORMATIONS OF
               THE CAMRICK UNIT.
           027 001N  020EC SE/4
               TRACT:   5   T1N, R20E, SECTION 27:  SE/4


Date    :  12/06/1951
Lease # :  01143B
Lessor  :  CARL C. SARGENT & MAXINE
           SARGENT, & EARL SARGENT
Lessee  :  J. M. MOUSER
Recorded:  Book: 123  Page: 288  Instrument:
           SEC TOWN  RANGE DESCRIPTION
           026 001N  020EC W2SW
               TRACT: 100   T1N, R20E, SEC. 26:  W/2 SW/4
           027 001N  020EC SE
               TRACT: 101   T1N, R20E, SEC. 27:  SE/4


Date    :  09/29/1966
Lease # :  01143C
Lessor  :  HARRISON W. BAKER & MARY BAKER
Lessee  :  HUMBLE OIL & REFINING CO.
Recorded:  Book: 301  Page: 326  Instrument:
           SEC TOWN  RANGE DESCRIPTION
           022 001N  020EC E2SE
               TRACT: 105   T1N, R20E, SECTION 22:  E/2 SE/4 (UPPER MORROW
               ONLY)
```

BOOK **1057** PAGE **0296**

FILE DATE: 02/19/2001   FILE TIME: 10:45   BOOK: 1025  PAGE: 686
TEXAS COUNTY, MARCIA HOLLINGSHEAD - COUNTY CLERK   RECE#: 2001  655401

## CAMRICK - LEASES CONTINUED

Date    :   10/24/1966
Lease # :   O1143D
Lessor  :   WILLIAM K. WARREN FOUNDATION
Lessee  :   HUMBLE OIL & REFINING CO.
Recorded:   Book: 303  Page:  59 Instrument:
            SEC TOWN RANGE DESCRIPTION
            022 001N  020EC E2SE
                TRACT: 105   T1N, R20E, SECTION 22:  E/2 SE/4 (UPPER MORROW
                ONLY)

Date    :   06/11/1959
Lease # :   O1143E
Lessor  :   HARRISON W. BAKER & MARY BAKER
Lessee  :   HUMBLE OIL & REFINING CO.
Recorded:   Book: 198  Page:  432 Instrument:
            SEC TOWN RANGE DESCRIPTION
            022 001N  020EC W2SE
                TRACT: 106   T1N, R20E, SECTION 22:  W/2 SE/4
                (UPPER MORROW ONLY)

Date    :   06/11/1959
Lease # :   O1143F
Lessor  :   WILLIAM K. WARREN FOUNDATION
Lessee  :   HUMBLE OIL & REFINING CO.
Recorded:   Book: 198  Page:  434 Instrument:
            SEC TOWN RANGE DESCRIPTION
            022 001N  020EC W2SE
                TRACT: 105   T1N, R20E, SECTION 22:  E/2 SE/4 (UPPER MORROW
                ONLY)

Date    :   06/26/1968
Lease # :   O1144A
Lessor  :   PAUL A. WILLIAMS and wife, R.
            ALBERTINE WILLIAMS
Lessee  :   ROYAL CREST OIL CORPORATION
Recorded:   Book: 329  Page:  366 Instrument:
            SEC TOWN RANGE DESCRIPTION
            023 001N  020EC N2SW
                TRACT:   2   T1N, R20E, SEC. 23:  N/2 SW/4 (WM. H. DAVIS
                ASND CEI .53522267 IN THIS TRACT)
            023 001N  020EC SWSW
                TRACT:   1    T1N, R20E, SECTION 23:  SW/4 SW/4 (INT.FROM
                SCHILPEROORT, ETAL = .125 + WM.H. DAVIS - .53522267 = TOTAL
                WI UNDER THIS TR.- 6604465.
            023 001N  020EC SESW
                TRACT:   3   T1N, R20E, SEC. 23:   SE/4 SW/4 (WM. H. DAVIS
                CO. ASND. CEI .53522267 WI IN THIS TRACT)

Date    :   01/22/1997
Lease # :   O1144B
Lessor  :   WARREN R. HAWKINS
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 981  Page:  713 Instrument:
            SEC TOWN  RANGE DESCRIPTION
            023 001N  020EC SWSW
                TRACT:   1    T1N, R20E, SECTION 23:  SW/4 SW/4 (INT.FROM
                SCHILPEROORT, ETAL = .125 + WM.H. DAVIS - .53522267 = TOTAL
                WI UNDER THIS TR.- 6604465.

Date    :   01/09/1997
Lease # :   O1145A
Lessor  :   DALE ENSMINGER
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 981  Page:  709 Instrument:
            SEC TOWN  RANGE DESCRIPTION
            024 001N  020EC SE
                TRACT: 102   T1N, R20E, SECTION 24:  SE/4
            024 001N  020EC W2NE
                TRACT: 103   T1N, R20E, SECTION 24:  W/2 NE/4

FILE DATE: 02/19/2001   FILE TIME: 10:45          BOOK: 1025  PAGE: 687
TEXAS COUNTY, MARCIA HOLLINGSHEAD - COUNTY CLERK       RECE#: 2001  655401

## CAMRICK - LEASES CONTINUED

```
Date    :   01/15/1997
Lease # :   01145B
Lessor  :   MARJORIE M. ENSMINGER
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 982  Page:  193  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            024 001N  020EC SE
                TRACT:   3   T1N, R20E, SECTION 24:  SE/4
            024 001N  020EC W2NE
                TRACT:   2    T1N, R20E, SECTION 24:  W/2 NE/4


Date    :   01/29/1997
Lease # :   01145C
Lessor  :   C. E. ENSMINGER & AGNES
            ENSMINGER
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 982  Page:  189  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            024 001N  020EC SE
                TRACT:   3   T1N, R20E, SECTION 24:  SE/4
            024 001N  020EC W2NE
                TRACT:   2    T1N, R20E, SECTION 24:  W/2 NE/4


Date    :   01/16/1997
Lease # :   01145D
Lessor  :   LARRY ENSMINGER
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 982  Page:  191  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            024 001N  020EC SE
                TRACT:   3   T1N, R20E, SECTION 24:  SE/4
            024 001N  020EC W2NE
                TRACT:   2    T1N, R20E, SECTION 24:  W/2 NE/4


Date    :   03/06/1954
Lease # :   01145E
Lessor  :   CLIFTON L BELL & GLENNA M.
            BELL
Lessee  :   JAKE L. HAMON
Recorded:   Book: 140  Page:  471  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            024 001N  020EC ONLY SE/4
                TRACT:   4    T1N, R20E, SEC. 24:  ONLYINSOFAR AS LS. COV.
                THE SE/4 (LTD. TO UNITIZED FORMATION)


Date    :   05/16/1955
Lease # :   01145F
Lessor  :   CLIFTON L. BELL & GLENNA M.
            BELL
Lessee  :   MAX KELLY
Recorded:   Book: 153  Page:  184  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            024 001N  020EC NE
                TRACT: 106    T1N, R20E, SECTION 24:  NE/4
                (UPPER MORROW ONLY)


Date    :   01/07/1997
Lease # :   01146A
Lessor  :   JAMES D. SIMS
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 981  Page:  732  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            025 001N  020EC NE
                TRACT:  22  T1N, R20E, SECTION 25:  NE/4
```

BOOK **1057** PAGE **0298**

FILE DATE: 02/19/2001  FILE TIME: 10:45          BOOK: 1025  PAGE: 688
TEXAS COUNTY, MARCIA HOLLINGSHEAD - COUNTY CLERK     RECE#: 2001  655401

## CAMRICK – LEASES CONTINUED

```
Date    :   01/01/1997
Lease # :   O1146B
Lessor  :   JOAN BELL
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 982  Page:  648  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            025 001N  020EC NE
                TRACT:  22  T1N, R20E, SECTION 25:  NE/4


Date    :   02/10/1997
Lease # :   O1146C
Lessor  :   MARK K. ALLEN  FAMILY LIVING
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 982  Page:  712  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            025 001N  020EC NE
                TRACT:   2  T1N, R20E, SECTION 25:  NE/4
            030 001N  021EC NW
                TRACT:   1 T1N, R21EC, SECTION 30:  NW/4


Date    :   02/10/1997
Lease # :   O1146D
Lessor  :   GREG S. ALLEN
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 984  Page:  533  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            025 001N  020EC NE
                TRACT:   2  T1N, R20E, SECTION 25:  NE/4
            030 001N  021EC NW
                TRACT:   1 T1N, R21EC, SECTION 30:  NW/4


Date    :   01/27/1997
Lease # :   O1146E
Lessor  :   THE MOLESWORTH FAMILY LIVING
            TRUST
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 982  Page:  186  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            030 001N  021EC NW
                TRACT:   1 T1N, R21EC, SECTION 30:  NW/4


Date    :   03/03/1952
Lease # :   O1146F
Lessor  :   JOHN D SIMS & ELONIA S. SIMS
Lessee  :   WILLIAM H. ALLEN
Recorded:   Book: 127  Page:  203  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            025 001N  020EC NE
                TRACT:   4  T1N, R20E, SEC. 25:  NE/4 (UPPER MORROW ONLY)


Date    :   03/07/1952
Lease # :   O1146G
Lessor  :   MOLLIE REAGAN KLAPP
Lessee  :   WILLIAM H. ALLEN
Recorded:   Book: 127  Page:  569  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            030 001N  021EC NW
                TRACT:   1 T1N, R21EC, SECTION 30:  NW/4


Date    :   01/13/1997
Lease # :   O1147A
Lessor  :   CAROL YOUNG CALDER
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 980  Page:  605  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            026 001N  020EC E2 SE
                TRACT:  21  T1N, R20EC, SECTION 26:  E/2 SE/4
```

FILE DATE: 02/19/2001   FILE TIME: 10:45      BOOK: 1025  PAGE: 689
TEXAS COUNTY, MARCIA HOLLINGSHEAD - COUNTY CLERK    RECE#: 2001  655401

### CAMRICK - LEASES CONTINUED

```
Date    :   12/17/1945
Lease # :   O1147B
Lessor  :   PAUL A. WILLIAMS & R.
            ALBERTINE WILLIAMS
Lessee  :   PANHANDLE EASTERN PIPE LINE CO
Recorded:   Book:  21 Page: 302 Instrument:
            SEC TOWN RANGE DESCRIPTION
            026 001N 020EC ONLY E2SE - UPPER MORROW
              TRACT: 110    T1N, R20E, SECTION 26:  ONLY INSOFAR AS LS.
              COVERS THE E/2 SE/4, LTD. TO THE UPPER MORROW SAND FORMATION
              (THIS IS ON ASGMT. FROM ELAND - .UNIT WI - .0051168)

Date    :   01/10/1997
Lease # :   O1149A
Lessor  :   L.S. McLAIN
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 981 Page: 705 Instrument:
            SEC TOWN RANGE DESCRIPTION
            027 001N 020EC SW
              TRACT:  22 T1N, R20EC, SECTION 27:  SW/4

Date    :   06/06/1997
Lease # :   O1149B
Lessor  :   VERDEEN L. SLATTEN
Lessee  :   NORAM PETROLEUM CORPORATION
Recorded:   Book: 989 Page: 621 Instrument:
            SEC TOWN RANGE DESCRIPTION
            027 001N 020EC PT. SW
              TRACT:   3 T1N, R20E, SECTION 27:  SW/4 L/E TR. BEG. @ THE
              NW/c SW/4; THENCE S 985'; THENCE E 1320'; THENCE N. 985';
              THENCE W. 1320' TO P.O.B.

Date    :   09/28/1995
Lease # :   O1149C
Lessor  :   VERDEEN L. SLATTEN
Lessee  :   NORAM PETROLEUM CORPORATION
Recorded:   Book: 954 Page: 272 Instrument:
            SEC TOWN RANGE DESCRIPTION
            027 001N 020EC PT.SW
              TRACT: 200  T1N, R20E, SECTION 27:  A TR. OF LAND LOC. IN TH
              E SW DESC. AS BEG. @ THE NW/c SW/4; THENCE S 985'; THENCE E.
              1320'; THENCE N. 985'; THENCE W. 1320' TO P.O.B.

Date    :   06/06/1997
Lease # :   O1149D
Lessor  :   VERDEEN L. SLATTEN, a married
            woman
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 989 Page: 620  Instrument:
            SEC TOWN RANGE DESCRIPTION
            027 001N 020EC PT.SW
              TRACT: 110   T1N, R20EC, SECTION 27: SW/4 L/E A TR. OF LAND
              DESC AS BEG. @ THE NW/cSW/4; THENCE S. 985'; THENCE E. 1320'
              ; THENCE N. 985'; THENCE W. 1320' TO THE P.O.B., AND LESS &
              EXCEPT ALL OIL, GAS, AND OTHER MINERALS

Date    :   09/28/1995
Lease # :   O1149E
Lessor  :   VERDEEN L. SLATTEN, a married
            woman
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 0954 Page: 273 Instrument:
            SEC TOWN RANGE DESCRIPTION
            027 001N 020EC PT.SW
              TRACT: 111   T1N, R20EC, SECTION 27:  SURFACE RIGHTS ONLY IN
              A TR. OF LAND IN THE SW/4 DESC. AS BEG. AT THE NW/c SW/4;
              THENCE S. 985'; THENCE E. 1320'; THENCE N. 985'; THENCE W.
              1320' TO THE P.O.B.
```

BOOK **1057** PAGE **0300**

FILE DATE: 02/19/2001   FILE TIME: 10:45          BOOK: 1025  PAGE: 690
TEXAS COUNTY, MARCIA HOLLINGSHEAD - COUNTY CLERK    RECE#: 2001  655401

### CAMRICK – LEASES CONTINUED

Date    :  09/23/1954
Lease # :  01149F
Lessor  :  WILLIAM L. COLLINS & HATTIE E.
           COLLINS
Lessee  :  CARTER OIL COMPANY
Recorded:  Book: 144  Page: 222  Instrument:
           SEC TOWN  RANGE DESCRIPTION
           027 001N  020EC SW
              TRACT:  6   T1N, R20E, SECTION 27:  SW/4
              (UPPER MORROW ONLY)

Date    :  10/02/1954
Lease # :  01149G
Lessor  :  ROYALTY HOLDING COMPANY, GULF
           COAST WESTERN,L.S.&M.L.MCLAIN
Lessee  :  CARTER OIL COMPANY
Recorded:  Book: 144  Page: 526  Instrument:
           SEC TOWN  RANGE DESCRIPTION
           027 001N  020EC SW
              TRACT:  6   T1N, R20E, SECTION 27:  SW/4
              (UPPER MORROW ONLY)

Date    :  04/25/1955
Lease # :  01149H
Lessor  :  DAISY D. BLANKENSHIP
Lessee  :  CARTER OIL COMPANY
Recorded:  Book: 150  Page: 553  Instrument:
           SEC TOWN  RANGE DESCRIPTION
           027 001N  020EC SW
              TRACT:  6   T1N, R20E, SECTION 27:  SW/4
              (UPPER MORROW ONLY)

Date    :  05/11/1998
Lease # :  01150A
Lessor  :  JOHN H. LEHMAN
Lessee  :  CHAPARRAL ENERGY, INC.
Recorded:  Book: 1006  Page: 291  Instrument:
           SEC TOWN  RANGE DESCRIPTION
           025 001N  019EC SE - TEXAS CO., OK
              TRACT:  13  T1N, R19EC, SECTION 25:  SE/4, TEXAS CO., OK
           030 001N  020EC SW - BEAVER CO., OK
              TRACT:  15  T1N, R20E, SECTION 30:  SW/4, BEAVER CO. OK
           031 001N  020EC W2W2, BEAVER CO., OK
              TRACT:  16  T1N, R20EC, SECTION 31:  W/2 W/2, BEAVER CO., OK
           031 001N  020EC E2SW, BEAVER CO., OK
              TRACT:  17  T1N, R20E, SECTION 31:  E/2 SW/4, BEAVER CO., OK
           031 001N  020EC W2SE, BEAVER CO., OK
              TRACT:  18   T1N, R20EC, SECTION 31:  W/2 SE/4, BEAVER CO.,
              OK.
           036 001N  019EC E2E2 - TEXAS CO., OK
              TRACT:  14   T1N, R19EC, SECTION 36:  E/2 E/2, TEXAS CO., OK

Date    :  02/06/1997
Lease # :  01150B
Lessor  :  LETHA E. LEHMAN, widow
Lessee  :  CHAPARRAL ENERGY, INC.
Recorded:  Book: 983  Page: 710  Instrument:
           SEC TOWN  RANGE DESCRIPTION
           025 001N  019EC SE - TEXAS CO., OK
              TRACT:  13  T1N, R19EC, SECTION 25:  SE/4, TEXAS CO., OK
           030 001N  020EC SW - BEAVER CO., OK
              TRACT:  15  T1N, R20E, SECTION 30:  SW/4, BEAVER CO. OK
           031 001N  020EC W2W2, BEAVER CO., OK
              TRACT:  16  T1N, R20EC, SECTION 31:  W/2 W/2, BEAVER CO., OK
           031 001N  020EC E2SW, BEAVER CO., OK
              TRACT:  17  T1N, R20E, SECTION 31:  E/2 SW/4, BEAVER CO., OK
           031 001N  020EC W2SE, BEAVER CO., OK
              TRACT:  18   T1N, R20EC, SECTION 31:  W/2 SE/4, BEAVER CO.,
              OK.
           036 001N  019EC E2E2 - TEXAS CO., OK
              TRACT:  14   T1N, R19EC, SECTION 36:  E/2 E/2, TEXAS CO., OK

BOOK 1057 PAGE 0301

## CAMRICK – LEASES CONTINUED

```
Date    :   05/11/1998
Lease # :   01150C
Lessor  :   ANNA LEE CUDD
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 1006  Page: 290  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            025 001N  019EC SE - TEXAS CO., OK
               TRACT:  13  T1N, R19EC, SECTION 25:  SE/4, TEXAS CO., OK
            030 001N  020EC SW - BEAVER CO., OK
               TRACT:  15  T1N, R20E, SECTION 30:  SW/4, BEAVER CO. OK
            031 001N  020EC W2W2, BEAVER CO., OK
               TRACT:  16  T1N, R20EC, SECTION 31:  W/2 W/2, BEAVER CO., OK
            031 001N  020EC E2SW, BEAVER CO., OK
               TRACT:  17  T1N, R20E, SECTION 31:  E/2 SW/4, BEAVER CO., OK
            031 001N  020EC W2SE, BEAVER CO., OK
               TRACT:  18   T1N, R20EC, SECTION 31:  W/2 SE/4, BEAVER CO.,
               OK.
            036 001N  019EC E2E2 - TEXAS CO., OK
               TRACT:  14   T1N, R19EC, SECTION 36:  E/2 E/2, TEXAS CO., OK

Date    :   05/12/1997
Lease # :   01150D
Lessor  :   THE ALLEN W. MERRELL TRUST
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 989  Page: 024  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            025 001N  019EC SE, TEXAS CO., OK
               TRACT:  13  T1N, R19EC, SECTION 25:  SE/4, TEXAS CO., OK
            030 001N  020EC SW, BEAVER CO., OK
               TRACT:  15  T1N, R20E, SECTION 30:  SW/4, BEAVER CO. OK
            031 001N  020EC W2W2, BEAVER CO., OK
               TRACT:  16  T1N, R20EC, SECTION 31:  W/2 W/2, BEAVER CO., OK
            036 001N  019EC E2E2, TEXAS CO., OK
               TRACT:  14   T1N, R19EC, SECTION 36:  E/2 E/2, TEXAS CO., OK

Date    :   01/21/1997
Lease # :   01150E
Lessor  :   MARION KATHLEEN GAMEZ
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 981  Page: 707  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            025 001N  019EC SE
               TRACT:  13  T1N, R19EC, SECTION 25:  SE/4, TEXAS CO., OK
            030 001N  020EC SW
               TRACT:  15  T1N, R20E, SECTION 30:  SW/4, BEAVER CO. OK
            031 001N  020EC W2W2
               TRACT:  16  T1N, R20EC, SECTION 31:  W/2 W/2, BEAVER CO., OK
            036 001N  019EC E2E2
               TRACT:  14   T1N, R19EC, SECTION 36:  E/2 E/2, TEXAS CO., OK

Date    :   01/06/1997
Lease # :   01150F
Lessor  :   MORRISON INVESTMENTS
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 981  Page: 724  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            025 001N  019EC SE
               TRACT:  13  T1N, R19EC, SECTION 25:  SE/4, TEXAS CO., OK
            030 001N  020EC SW
               TRACT:  15  T1N, R20E, SECTION 30:  SW/4, BEAVER CO. OK
            031 001N  020EC W2W2
               TRACT:  16  T1N, R20EC, SECTION 31:  W/2 W/2, BEAVER CO., OK
            036 001N  019EC E2E2
               TRACT:  14   T1N, R19EC, SECTION 36:  E/2 E/2, TEXAS CO., OK
```

FILE DATE: 02/19/2001   FILE TIME: 10:45
TEXAS COUNTY, MARCIA HOLLINGSHEAD - COUNTY CLERK

BOOK: 1025  PAGE: 692
RECE#: 2001  655401

## CAMRICK - LEASES CONTINUED

```
Date    :   03/01/1997
Lease # :   01150G
Lessor  :   ESTATE OF CURTIS E. CALDER,JR.
            SANDRA MARTEL,CO-IND.EXECUTRIX
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 986  Page:  659  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            030 001N  020EC SW
                TRACT:  15  T1N, R20E, SECTION 30:  SW/4, BEAVER CO. OK
            031 001N  020EC W2W2
                TRACT:  16  T1N, R20EC, SECTION 31:  W/2 W/2, BEAVER CO., OK

Date    :   01/06/1997
Lease # :   01150H
Lessor  :   N. BRUCE CALDER
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 981  Page:  696  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            025 001N  019EC SE
                TRACT:  13  T1N, R19EC, SECTION 25:  SE/4, TEXAS CO., OK
            030 001N  020EC SW
                TRACT:  15  T1N, R20E, SECTION 30:  SW/4, BEAVER CO. OK
            031 001N  020EC W2W2
                TRACT:  16  T1N, R20EC, SECTION 31:  W/2 W/2, BEAVER CO., OK
            036 001N  019EC E2E2
                TRACT:  14   T1N, R19EC, SECTION 36:  E/2 E/2, TEXAS CO., OK

Date    :   02/04/1997
Lease # :   01150I
Lessor  :   JACK W. WILLIAMS REV.TR. DTD.
            3-28-96, J.W.WILLIAMS, TRUSTEE
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 982  Page:  654  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            025 001N  019EC SE - TEXAS CO., OK
                TRACT:  13  T1N, R19EC, SECTION 25:  SE/4, TEXAS CO., OK
            030 001N  020EC SW - BEAVER CO., OK
                TRACT:  15  T1N, R20E, SECTION 30:  SW/4, BEAVER CO. OK
            031 001N  020EC W2W2, BEAVER CO., OK
                TRACT:  16  T1N, R20EC, SECTION 31:  W/2 W/2, BEAVER CO., OK
            031 001N  020EC E2SW, BEAVER CO., OK
                TRACT:  17  T1N, R20E, SECTION 31:  E/2 SW/4, BEAVER CO., OK
            031 001N  020EC W2SE, BEAVER CO., OK
                TRACT:  18   T1N, R20EC, SECTION 31:  W/2 SE/4, BEAVER CO.,
                OK.
            036 001N  019EC E2E2 - TEXAS CO., OK
                TRACT:  14   T1N, R19EC, SECTION 36:  E/2 E/2, TEXAS CO., OK

Date    :   03/27/1997
Lease # :   01150J
Lessor  :   KIKUE Y. RIES
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 987  Page:  349  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            028 001N  020EC SW
                TRACT:  17   T1N, R20EC, SECTION 28:  SW/4

Date    :   01/20/1997
Lease # :   01150K
Lessor  :   MARJORIE PETERSON
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 981  Page:  734  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            028 001N  020EC SW
                TRACT:  17   T1N, R20EC, SECTION 28:  SW/4
```

BOOK 1057 PAGE 0303

FILE DATE: 02/19/2001   FILE TIME: 10:45          BOOK: 1025  PAGE: 693
TEXAS COUNTY, MARCIA HOLLINGSHEAD – COUNTY CLERK      RECE#: 2001  655401

## CAMRICK – LEASES CONTINUED

Date    :   01/06/1997
Lease # :   C1150L
Lessor  :   A. PETE WILLIAMS and/or
            VIVIAN WILLIAMS
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 981 Page: 728 Instrument:
            SEC TOWN RANGE DESCRIPTION
            029 001N 020EC SE
            TRACT:  16   T1N, R20EC, SECTION 29:  SE/4

Date    :   04/04/1997
Lease # :   C1150M
Lessor  :   GLENNA RAE WILLIAMS
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 986 Page: 658 Instrument:
            SEC TOWN RANGE DESCRIPTION
            029 001N 020EC SE
            TRACT:  16   T1N, R20EC, SECTION 29:  SE/4

Date    :   01/07/1997
Lease # :   C1150N
Lessor  :   CARL ELLIS
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 981 Page: 174 Instrument:
            SEC TOWN RANGE DESCRIPTION
            031 001N 020EC SE
            TRACT:  19   T1N, R20E, SECTION 31:  SE/4
            032 001N 020EC W2SW
            TRACT:  20   T1N, R20EC, SECTION 32:  W/2 SW/4
            032 001N 020EC E2SW
            TRACT:  21   T1N, R20EC, SECTION 32:  E/2 SW/4

Date    :   12/18/1953
Lease # :   C11500
Lessor  :   JAKE D. BOESE & JUSTINA BOESE
Lessee  :   FRANK PARKES
Recorded:   Book: 139 Page: 340 Instrument:
            SEC TOWN RANGE DESCRIPTION
            028 001N 020EC ONLY THE SW
            TRACT:   2   T1N, R20E, SECTION 28:  NE/4 INSOFAR AS LS.
            COVERS THE UPPER MORROW FORM. ONLY

Date    :   11/25/1953
Lease # :   C1150P
Lessor  :   JOHN LEHMANN & ROSA LEHMANN,
            H/W
Lessee  :   THE CARTER OIL COMPANY
Recorded:   Book: 139 Page: 142 Instrument:
            SEC TOWN RANGE DESCRIPTION
            031 001N 020EC E2SW
            TRACT:   1   T1N, R20E, SECTION 31:  ONLY INSOFAR AS LS. COV.
            THE E/2 SW/4
            031 001N 020EC SWSE
            TRACT:   2   T1N, R20E, SECTION 31:  ONLY INSOFAR AS LS.COV
            THE SW/4 SE/4

Date    :   07/11/1954
Lease # :   C1150Q
Lessor  :   MARY LEE WILSON ELLIS & hus,
            DREW ELLIS, ETAL
Lessee  :   MAX KELLY
Recorded:   Book: 143 Page:  11 Instrument:
            SEC TOWN RANGE DESCRIPTION
            031 001N 020EC ONLY E2SE
            TRACT:   1   T1N, R20E, SECTION 31: ONLY INSOFAR AS LS. COV.
            THE E/2 SW/4

BOOK **1057** PAGE **0304**

FILE DATE: 02/19/2001   FILE TIME: 10:45          BOOK: 1025  PAGE: 694
TEXAS COUNTY, MARCIA HOLLINGSHEAD - COUNTY CLERK   RECE#: 2001  655401

## CAMRICK - LEASES CONTINUED

```
Date    :   05/01/1997
Lease # :   O1152A
Lessor  :   BENNIE MAE CRUNK
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 988  Page: 297  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            031 001N  020EC NE
               TRACT:  11  T1N, R20EC, SECTION 31:  NE
            031 001N  020EC E2NW
               TRACT:  12   T1N, R20EC, SECTION 31:  E/2 NW/4


Date    :   07/28/1997
Lease # :   O1152B
Lessor  :   FRANK M. OGDEN 3rd TEST.TRUST
            JAMES N. OAKES, ETAL, CO-TRSTS
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 991  Page: 427  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            031 001N  020EC NE
               TRACT:  14  T1N, R20E, SECTION 31:  NE/4
            031 001N  020EC E2NW
               TRACT:  13  T1N, R20EC, SECTION 31:  E/2 NW/4


Date    :   07/28/1997
Lease # :   O1152C
Lessor  :   GLORIA H. OGDEN
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 991  Page: 429  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            031 001N  020EC NE
               TRACT:  14  T1N, R20E, SECTION 31:  NE/4
            031 001N  020EC E2NW
               TRACT:  13  T1N, R20EC, SECTION 31:  E/2 NW/4


Date    :   06/24/1954
Lease # :   O1153A
Lessor  :   VADA FULBRIGHT, a widow
Lessee  :   ATLANTIC REFINING COMPANY
Recorded:   Book: 143  Page: 276  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            033 001N  020EC E2
               TRACT:  9    T1N, R20EC, SECTION 33:  E/2


Date    :   01/11/1956
Lease # :   O1153B
Lessor  :   LAURENCE BRANSGROVE
Lessee  :   MAGNOLIA PETROLEUM CO.
Recorded:   Book: 157  Page: 150  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            033 001N  020EC E2
               TRACT:  9    T1N, R20EC, SECTION 33:  E/2


Date    :   01/06/1997
Lease # :   O1154A
Lessor  :   ELMA J. BRUCE and/or GAIL L.
            BRUCE
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 981  Page: 726  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            028 001N  020EC NE
               TRACT:  8  T1N, R20EC, SECTION 28:  NE/4
            029 001N  020EC S2SW
               TRACT:  7  T1N, R20EC, SECTION 29:  S/2 SW/4
            032 001N  020EC NW
               TRACT:  6  T1N, R20EC, SECTION 32:  NW/4
            033 001N  020EC NW
               TRACT:  5  T1N, R20EC, SECTION 33:  NW/4
```

FILE DATE: 02/19/2001  FILE TIME: 10:45          BOOK: 1025  PAGE: 695
TEXAS COUNTY, MARCIA HOLLINGSHEAD - COUNTY CLERK     RECE#: 2001  655401

### CAMRICK – LEASES CONTINUED

```
Date    :   03/24/1997
Lease # :   01154B
Lessor  :   CELESTINE BARBY 1981 REVOCABLE
            TRUST, PAUL M. BARBY, ETAL, TRSTE
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 986  Page:  656  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            029 001N  020EC S2SW
               TRACT:   9  T1N, R20EC, SECTION 29:  S/2 SW/4
            032 001N  020EC NW
               TRACT:  10  T1N, R20EC, SECTION 32:  NW/4

Date    :   11/21/1953
Lease # :   01154C
Lessor  :   JOHN D. WILLIAMS, a single man
Lessee  :   D. F. HARRINGTON
Recorded:   Book: 138  Page:  640  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            029 001N  020EC S2SW
               TRACT:   4   T1N, R20E, SECTION 29:  ONLY INSOFAR AS LS.
               COV. THE S/2 SW/4

Date    :   12/21/1953
Lease # :   01154D
Lessor  :   RALPH E. BARBY & MARIE BARBY
Lessee  :   D. F. FHARRINGTON
Recorded:   Book: 138  Page:  636  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            029 001N  020EC S2SW
               TRACT:  29   T1N, R20E, SECTION 29:  S/2 SW/4

Date    :   11/21/1953
Lease # :   01154E
Lessor  :   JOHN D. WILLIAMS
Lessee  :   D. F. HARRINGTON
Recorded:   Book: 138  Page:  640  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            032 001N  020EC NW
               TRACT:   3   T1N, R20E, SECTION 32:  ONLY INSOFAR AS LS.
               COV. THE NW/4

Date    :   12/21/1953
Lease # :   01154F
Lessor  :   RALPH E. BARBY & MARIE BARBY
Lessee  :   D. F. HARRINGTON
Recorded:   Book: 138  Page:  638  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            032 001N  020EC NW
               TRACT:   4   T1N, R20E, SECTION 32:  NW/4

Date    :   01/10/1997
Lease # :   01154G
Lessor  :   HAROLD W. WILLIAMS
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 980  Page:  613  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            025 001N  020EC NW
               TRACT:  23  T1N, R20EC, SECTION 25:  NW/4
            028 001N  020EC NE
               TRACT:  24  T1N, R20E, SECTION 28:  NE/4
            029 001N  020EC S2SW
               TRACT:  25   T1N, R20E, SECTION 29:  S/2 SW/4
            032 001N  020EC NW
               TRACT:  26 T1N, R20E, SECTION 32:  NW/4
            033 001N  020EC W2NW
               TRACT:  29   T1N, R20E, SECTION 33:  W/2 NW/4
            033 001N  020EC E2NW
               TRACT:  28   T1N, R20E, SECTION 33:  E/2 NW/4
```

BOOK 1057 PAGE 0306

FILE DATE: 02/19/2001   FILE TIME: 10:45        BOOK: 1025   PAGE: 696
TEXAS COUNTY, MARCIA HOLLINGSHEAD - COUNTY CLERK    RECE#: 2001   655401

### CAMRICK - LEASES CONTINUED

```
Date    :    12/06/1951
Lease # :    O1154H
Lessor  :    J. D. WILLIAMS
Lessee  :    SIBLEY JINES
Recorded:    Book: 123  Page:  202  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             033 001N  020EC NW/4
                 TRACT:   3   T1N, R20E, SECTION 33:  NW/4


Date    :    12/02/1955
Lease # :    O1154I
Lessor  :    HAROLD W. WILLIAMS, ETUX
Lessee  :    THE ATLANTIC REFINING CO.
Recorded:    Book: 157  Page:  491  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             025 001N  020EC NW
                 TRACT:   3   T1N, R20E, SEC. 25:  NW/4


Date    :    12/02/1955
Lease # :    O1154J
Lessor  :    RICHARD LEE SHOWALTER and EDNA
             FERN SHOWALTER, his wife
Lessee  :    THE ATLANTIC REFINING CO.
Recorded:    Book: 157  Page:  493  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             025 001N  020EC NW
                 TRACT:   1   T1N, R20E, SECTION 25:  NW/4


Date    :    01/15/1946
Lease # :    O1154K
Lessor  :    JOHN D. WILLIAMS & ETHEL
             WILLIAMS
Lessee  :    M. M. TILLEY
Recorded:    Book:  20  Page:  113  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             028 001N  020EC NE
                 TRACT:   2   T1N, R20E, SECTION 28:  NE/4 INSOFAR AS LS.
                 COVERS THE UPPER MORROW FORM. ONLY


Date    :    01/17/1997
Lease # :    O1155A
Lessor  :    MADELINE LEMAN,EXEC.U/W OF
             MICHELLE D. LEMAN
Lessee  :    CHAPARRAL ENERGY, INC.
Recorded:    Book: 982  Page:  644  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             034 001N  020EC ALL
                 TRACT:   3   T1N, R20E, SECTION 34:  ALL OF SECTION
                 (TRACTS 34-1; 34-5, 34-6, 34-7, & 34-8)


Date    :    01/29/1997
Lease # :    O1155B
Lessor  :    BETTY J. KESTER
Lessee  :    CHAPARRAL ENERGY, INC.
Recorded:    Book: 982  Page:  650  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             034 001N  020EC ALL
                 TRACT:   3   T1N, R20E, SECTION 34:  ALL OF SECTION
                 (TRACTS 34-1; 34-5, 34-6, 34-7, & 34-8)


Date    :    03/04/1997
Lease # :    O1155C
Lessor  :    MILDRED KERSHMAN
Lessee  :    CHAPARRAL ENERGY, INC.
Recorded:    Book: 984  Page:  464  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             034 001N  020EC ALL
                 TRACT:   3   T1N, R20E, SECTION 34:  ALL OF SECTION
                 (TRACTS 34-1; 34-5, 34-6, 34-7, & 34-8)
```

BOOK **1057** PAGE **0307**

FILE DATE: 02/19/2001   FILE TIME: 10:45          BOOK: 1025   PAGE: 697
TEXAS COUNTY, MARCIA HOLLINGSHEAD - COUNTY CLERK      RECE#: 2001   655401

### CAMRICK - LEASES CONTINUED

```
Date    :   01/09/1997
Lease # :   O1155D
Lessor  :   CHESTER R. KERSHMAN
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 981  Page: 730  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            034 001N  020EC ALL
                TRACT:   3   T1N, R20E, SECTION 34:  ALL OF SECTION
                (TRACTS 34-1; 34-5, 34-6, 34-7, & 34-8)

Date    :   01/09/1997
Lease # :   O1155E
Lessor  :   LENORA JONES
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 980  Page: 609  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            034 001N  020EC ALL
                TRACT:   3   T1N, R20E, SECTION 34:  ALL OF SECTION
                (TRACTS 34-1; 34-5, 34-6, 34-7, & 34-8)

Date    :   01/08/1997
Lease # :   O1155F
Lessor  :   JOE WARREN, JR.
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 980  Page: 611  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            034 001N  020EC ALL
                TRACT:   3   T1N, R20E, SECTION 34:  ALL OF SECTION
                (TRACTS 34-1; 34-5, 34-6, 34-7, & 34-8)

Date    :   01/15/1997
Lease # :   O1155G
Lessor  :   DYANN WALLS
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 982  Page: 652  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            034 001N  020EC ALL
                TRACT:   3   T1N, R20E, SECTION 34:  ALL OF SECTION
                (TRACTS 34-1; 34-5, 34-6, 34-7, & 34-8)

Date    :   01/24/1997
Lease # :   O1155H
Lessor  :   S. TOM MORRIS
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 982  Page: 197  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            034 001N  020EC ALL
                TRACT:   3   T1N, R20E, SECTION 34:  ALL OF SECTION
                (TRACTS 34-1; 34-5, 34-6, 34-7, & 34-8)

Date    :   01/18/1997
Lease # :   O1155I
Lessor  :   BARRY GOLDBERG
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 981  Page: 711  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            034 001N  020EC ALL
                TRACT:   3   T1N, R20E, SECTION 34:  ALL OF SECTION
                (TRACTS 34-1; 34-5, 34-6, 34-7, & 34-8)

Date    :   06/02/1997
Lease # :   O1155J
Lessor  :   ALLAN HELD
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 989  Page: 596  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            034 001N  020EC ALL
                TRACT:   3   T1N, R20E, SECTION 34:  ALL OF SECTION
                (TRACTS 34-1; 34-5, 34-6, 34-7, & 34-8)
```

BOOK 1057 PAGE 0308

FILE DATE: 02/19/2001   FILE TIME: 10:45          BOOK: 1025  PAGE: 698
TEXAS COUNTY, MARCIA HOLLINGSHEAD – COUNTY CLERK      RECE#: 2001  655401

### CAMRICK – LEASES CONTINUED

```
Date    :    11/01/1995
Lease # :    01155K
Lessor  :    MARTHA JANE STONE
Lessee  :    NORAM PETROLEUM CORPORATION
Recorded:    Book: 957  Page: 016  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             034 001N  020EC ALL SEC.
                TRACT:  12   T1N, R20E, SECTION 34:  ALL SECTION

Date    :    11/19/1998
Lease # :    01155L
Lessor  :    PHYLLIS LEWIS
Lessee  :    CHAPARRAL ENERGY, INC.
Recorded:    Book: 1017  Page: 005  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             034 001N  020EC ALL
                TRACT:  3   T1N, R20E, SECTION 34:  ALL OF SECTION
                (TRACTS 34-1; 34-5, 34-6, 34-7, & 34-8)

Date    :    07/22/1948
Lease # :    01155M
Lessor  :    JULIUS SELL & TENA SELL, his
             wife
Lessee  :    HUNT OIL COMPANY
Recorded:    Book:  27  Page: 622  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             034 001N  020EC E2
                TRACT:  10 T1N, R20E, SEC. 34:  E/2
             034 001N  020EC SW
                TRACT:  11   T1N, R20E, SEC. 34:  SW/4

Date    :    12/10/1951
Lease # :    01155N
Lessor  :    JAMES E. ANDERSON, ETUX &
             JULIUS SELL, ETUX
Lessee  :    SIBLEY JINES
Recorded:    Book: 123  Page: 206  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             034 001N  020EC NW
                TRACT:  99   T1N, R20E, SECTION 34:  NW/4

Date    :    01/10/1997
Lease # :    01156A
Lessor  :    JOE P. LILE aka JOE PETE LILE
Lessee  :    CHAPARRAL ENERGY, INC.
Recorded:    Book:  982  Page: 195  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             030 001N  021EC SW
                TRACT:  2   T1N, R21EC, SEC. 30:  SW/4

Date    :    06/23/1965
Lease # :    01156B
Lessor  :    EST. OF HENRY G. LILE, an in-
             competent, E.C.LILE, guardian
Lessee  :    GEORGE BREWER, JR.
Recorded:    Book: 284  Page:  51  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             030 001N  021EC SW
                TRACT: 120    T1N, R21E, SECTION 30:  SW/4

Date    :    01/06/1997
Lease # :    01157A
Lessor  :    JOHN M. STUBBLEFIELD TRUST
Lessee  :    CHAPARRAL ENERGY, INC.
Recorded:    Book: 981  Page: 172  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             036 001N  020EC NW
                TRACT:  1 T1N, R20EC, SECTION 36:  NW/4 (LTD. TO THAT
                SUBSURFACE INTERVAL DESC. AS THE MORROW SANDS)
```

FILE DATE: 02/19/2001   FILE TIME: 10:45
TEXAS COUNTY, MARCIA HOLLINGSHEAD - COUNTY CLERK

BOOK: 1025   PAGE: 699
RECE#: 2001   655401

## CAMRICK - LEASES CONTINUED

```
Date    :   02/14/1997
Lease # :   O1158A
Lessor  :   BOBBIE LEE APPLE
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 984  Page: 531  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            032 001N  020EC E2
                TRACT:  7  T1N, R20EC, SECTION 32:  E/2
            033 001N  020EC SW
                TRACT:  6  T1N, R20EC, SECTION 33:  SW/4


Date    :   03/06/1997
Lease # :   O1158B
Lessor  :   LUCILLE FRANCES APPLE ESTATE
            CORINNE D. CRANK, TRUSTEE
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 984  Page: 466  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            032 001N  020EC NE
                TRACT:  11  T1N, R20EC, SECTION 32:  NE/4
            032 001N  020EC SE
                TRACT:  12  T1N, R20EC, SECTION 32:  SE/4
            033 001N  020EC SW
                TRACT:  13  T1N, R20EC, SECTION 33:  SW/4


Date    :   04/14/1997
Lease # :   O1158C
Lessor  :   VICTORIA MARIE APPLE, a widow
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 987  Page: 354  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            032 001N  020EC NE
                TRACT:  11  T1N, R20EC, SECTION 32:  NE/4
            032 001N  020EC SE
                TRACT:  12  T1N, R20EC, SECTION 32:  SE/4
            033 001N  020EC SW
                TRACT:  13  T1N, R20EC, SECTION 33:  SW/4


Date    :   12/24/1996
Lease # :   O1158D
Lessor  :   ANTONIO DANIELE
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 980  Page: 601  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            032 001N  020EC NE
                TRACT:  11  T1N, R20EC, SECTION 32:  NE/4
            032 001N  020EC SE
                TRACT:  12  T1N, R20EC, SECTION 32:  SE/4
            033 001N  020EC SW
                TRACT:  13  T1N, R20EC, SECTION 33:  SW/4


Date    :   11/18/1953
Lease # :   O1158E
Lessor  :   JOHN T. APPLE
Lessee  :   D. F. HARRINGTON
Recorded:   Book: 138  Page: 642  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            032 001N  020EC NE
                TRACT:  28   T1N, R20E, SECTION 32:  ONLY INSOFAR AS LS.
                COVERS THE NE/4


Date    :   11/18/1953
Lease # :   O1158F
Lessor  :   JOHN T. APPLE
Lessee  :   D. F. HARRINGTON
Recorded:   Book: 138  Page: 642  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            032 001N  020EC SE
                TRACT:  27   T1N, R20E, SECTION 32:  ONLY INSOFAR AS LS.
                COVERS THE SE/4
```

BOOK **1057** PAGE **0310**

FILE DATE: 02/19/2001  FILE TIME: 10:45       BOOK: 1025  PAGE: 700
TEXAS COUNTY, MARCIA HOLLINGSHEAD - COUNTY CLERK       RECE#: 2001  655401

## CAMRICK – LEASES CONTINUED

```
Date   :    11/18/1953
Lease # :   01158G
Lessor :    JOHN T. APPLE, a single man
Lessee :    D. F. HARRINGTON
Recorded:   Book: 136  Page: 644  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            033 001N  020EC SW
                TRACT:  32    T1N, R20E, SECTION 33:  SW/4


Date   :    07/29/1953
Lease # :   01182A
Lessor :    PAUL CORBIN and MABEL CORBIN,
            his wife
Lessee :    PHILLIPS PETROLEUM COMPANY
Recorded:   Book: 137  Page: 264  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            031 001N  020EC NE
                TRACT:  3 T1N, R20E, SECTION 31:  NE/4
            031 001N  020EC E2NE
                TRACT:  4  T1N, R20EC, SECTION 31:  E/2 NW/4


Date   :    12/18/1953
Lease # :   01184A
Lessor :    JAKE D. BOESE & wife, JUSTINA
            BOESE
Lessee :    FRANK PARKES
Recorded:   Book: 139  Page: 337  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            029 001N  020EC SE
                TRACT:  2 T1N, R20E, SECTION 29:  SE/4


Date   :    01/13/1969
Lease # :   01198A
Lessor :    THE WILLIAM K. WARREN FOUNDA-
            TION
Lessee :    HUMBLE OIL & REFINING COMPANY
Recorded:   Book: 338  Page:  28  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            022 001N  020EC N2NE
                TRACT:  45    T1N, R20EC, SECTION 22:  W/2 NE/4


Date   :    11/20/1963
Lease # :   01199B
Lessor :    HARRISON W. BAKER AND MARY
            BAKER, his wife
Lessee :    HUMBLE OIL & REFINING COMPANY
Recorded:   Book: 338  Page:  25  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            022 001N  020EC W2NE
                TRACT:  2 T1N, R20E, SECTION 22:  W/2 NE/4 (UPPER MORROW
                ONLY)


Date   :    08/24/1954
Lease # :   01200A
Lessor :    ALMA PITTMAN AND AMCY E.
            PITTMAN, her husband
Lessee :    THE CARTER OIL COMPANY
Recorded:   Book: 143  Page: 428  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            025 001N  020EC SW
                TRACT: 107   T1N, R20E, SECTION 25:  SW/4 (UPPER MORROW ONLY
            036 001N  020EC NW
                TRACT:  47    T1N, R20E, SECTION 36:  ONLY INSOFAR AS LS.
            COVERS THE NW/4, LTD. FROM SURF. TO BS. OF UPPER MORROW
```

FILE DATE: 02/19/2001   FILE TIME: 10:45                    BOOK: 1025   PAGE: 701
TEXAS COUNTY, MARCIA HOLLINGSHEAD - COUNTY CLERK        RECE#: 2001   655401

## CAMRICK – LEASES CONTINUED

```
Date    :   07/14/1954
Lease # :   01234A
Lessor  :   MARY LEE WILSON ELLIS & hus,
            DREW ELLIS, ETAL
Lessee  :   MAX KELLY
Recorded:   Book: 143  Page:  11  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            032 001N  020EC ONLY W2SW
               TRACT:   1   T1N, R20E, SECTION 32:  ONLY INSOFAR AS LS.
               COV. THE W/2 SW/4

Date    :   07/14/1954
Lease # :   01235A
Lessor  :   MARY LEE WILSON ELLIS & hus,
            DREW ELLIS, ETAL
Lessee  :   MAX KELLY
Recorded:   Book: 143  Page:  11  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            032 001N  020EC ONLY E2SW
               TRACT:  99   T1N, R20E, SECTION 32:  ONLY INSOFAR AS LS.
               COVERS THE E/2 SW/4

Date    :   02/28/1952
Lease # :   01239A
Lessor  :   MARY TOMLIN, a widow
Lessee  :   R. C. ROBERTS
Recorded:   Book: 128  Page:  14  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            021 001N  020EC NE
               TRACT:  99   T1N, R20E, SECTION 21:  NE/4

Date    :   05/06/1999
Lease # :   01262A
Lessor  :   THE SARGENT FAMILY 1975 TRUST
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 1026  Page: 0018  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            027 001N  020EC W2NE
               TRACT: 121   T1N, R20E, SECTION 27:  W/2 NE/4

Date    :   06/11/1959
Lease # :   01262B
Lessor  :   GEORGE S. SARGENT & BESSIE M.
            SARGENT
Lessee  :   MAGNOLIA PETROLEUM CO.
Recorded:   Book: 198  Page: 436  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            027 001N  020EC W2NE
               TRACT: 201   T1N, R20E, SEC. 27:  W/2 NE/4 (UPPER MORROW
               ONLY)

Date    :   06/11/1959
Lease # :   01262C
Lessor  :   WILLIAM K. WARREN FOUNDATION
Lessee  :   MAGNOLIA PETROLEUM CO.
Recorded:   Book: 198  Page: 438  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            027 001N  020EC W2NE
               TRACT: 201   T1N, R20E, SEC. 27:  W/2 NE/4 (UPPER MORROW
               ONLY)

Date    :   07/02/1956
Lease # :   01358A
Lessor  :   PANHANDLE COOPERATIVE ROYALTY
            CO. & FLAG OIL CORPORATION
Lessee  :   CARTER OIL COMPANY
Recorded:   Book: 167  Page:  37  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            027 001N  020EC E2NW
               TRACT:  30   T1N, R20E, SECTION 27:  E/2 NW/4 (UPPER MORROW
               ONLY)
```

FILE DATE: 02/19/2001   FILE TIME: 10:45          BOOK: 1025   PAGE: 702
TEXAS COUNTY, MARCIA HOLLINGSHEAD - COUNTY CLERK      RECE#: 2001   655401

## CAMRICK - LEASES CONTINUED

```
Date    :   07/02/1956
Lease # :   01358B
Lessor  :   FARMERS UNION COOP ROYALTY
Lessee  :   CARTER OIL COMPANY
Recorded:   Book:  167  Page:  415  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            027 001N  020EC E2NW
                TRACT:  30    T1N, R20E, SECTION 27:  E/2 NW/4 (UPPER MORROW
                ONLY)


Date    :   10/02/1954
Lease # :   01371A
Lessor  :   RESERVE PETROLEUM CO., GULF
            COAST WESTERN OIL CO., ETAL
Lessee  :   CARTER OIL COMPANY
Recorded:   Book:  145  Page:   32  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            035 001N  020EC SE
                TRACT:   1    T1N, R20E, SECTION 35:  SE/4 (UPPER MORROW
                FORMATION, ONLY)


Date    :   08/24/1954
Lease # :   01371B
Lessor  :   E. W. THOMAS & ROSE M. THOMAS
Lessee  :   CARTER OIL COMPANY
Recorded:   Book:  144  Page:  165  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            035 001N  020EC SE
                TRACT:   1    T1N, R20E, SECTION 35:  SE/4 (UPPER MORROW
                FORMATION, ONLY)


Date    :   07/30/1963
Lease # :   C01134
Lessor  :   ST. OF OKLAHOMA - LS. CS-9704
Lessee  :   HUMBLE OIL & REFINING
Recorded:   Book:  335  Page:  471  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            036 001N  019EC E2E2
                TRACT:   1 T1N, R19EC, SECTION 36:  E/2 E/2


Date    :   11/01/1961
Lease # :   001185
Lessor  :   USA OK NM 0207037
Lessee  :   HUMBLE OIL & REFINING COMPANY
Recorded:   Book:      Page:      Instrument:
            SEC TOWN  RANGE DESCRIPTION
            001 001S  019EC LOTS 1 & 2
                TRACT:  201    T1S, R19E, SECTION 1:  LOTS 1 AND 2


Date    :   08/25/1958
Lease # :   01150R
Lessor  :   RESERVE PETROLEUM COMPANY and
            SKYLINE PETROLEUM
Lessee  :   H. T. WILKINS, JR.
Recorded:   Book:  321  Page:  188  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            025 001N  019EI SE
                TRACT:   3    T1N, R19E, SEC. 25:  SE/4
            025 001N  019EI N2NE
                TRACT:   1    T1N, R19E, SEC. 25:  N/2 NE/4
            025 001N  019EI SENE
                TRACT:   2    T1N, R19E, SEC. 25:  SE/4 NE/4
```

FILE DATE: 02/19/2001   FILE TIME: 10:45          BOOK: 1025  PAGE: 703
TEXAS COUNTY, MARCIA HOLLINGSHEAD - COUNTY CLERK     RECE#: 2001  655401

## CAMRICK – LEASES CONTINUED

```
Date    :   05/22/1958
Lease # :   01150S
Lessor  :   L. E. LITTAU & OLGA LITTAU
Lessee  :   H. T. WILKINS, JR.
Recorded:   Book: 321 Page: 186 Instrument:
            SEC TOWN  RANGE DESCRIPTION
            025 001N  019EI SE
                 TRACT:   3   T1N, R19E, SEC. 25:  SE/4
            025 001N  019EI N2NE
                 TRACT:   1   T1N, R19E, SEC. 25:  N/2 NE/4
            025 001N  015EI SENE
                 TRACT:   2   T1N, R19E, SEC. 25:  SE/4 NE/4

Date    :   03/18/1959
Lease # :   01150T
Lessor  :   PAUL M. HAYWOOD
Lessee  :   HORIZON OIL & GAS COMPANY
Recorded:   Book: 321 Page: 271 Instrument:
            SEC TOWN  RANGE DESCRIPTION
            025 001N  019EI SE
                 TRACT:   3   T1N, R19E, SEC. 25:  SE/4
            025 001N  019EI N2NE
                 TRACT:   1   T1N, R19E, SEC. 25:  N/2 NE/4
            025 001N  019EI SENE
                 TRACT:   2   T1N, R19E, SEC. 25:  SE/4 NE/4

Date    :   09/03/1958
Lease # :   01150U
Lessor  :   M. E. TRAPP TRUST, LOU STRANG
            TRAPP, TRUSTEE
Lessee  :   H. T. WILKINS, JR.
Recorded:   Book: 312 Page:  46 Instrument:
            SEC TOWN  RANGE DESCRIPTION
            025 001N  019EI SE
                 TRACT:   3   T1N, R19E, SEC. 25:  SE/4
            025 001N  019EI N2NE
                 TRACT:   1   T1N, R19E, SEC. 25:  N/2 NE/4
            025 001N  019EI SENE
                 TRACT:   2   T1N, R19E, SEC. 25:  SE/4 NE/4

Date    :   09/11/1958
Lease # :   01150V
Lessor  :   WILLIAM R. FRANCIS & JESSIE
            J. FRANCIS
Lessee  :   H. T. WILKINS, JR.
Recorded:   Book: 321 Page: 143 Instrument:
            SEC TOWN  RANGE DESCRIPTION
            025 001N  019EI SE
                 TRACT:   3   T1N, R19E, SEC. 25:  SE/4
            025 001N  019EI N2NE
                 TRACT:   1   T1N, R19E, SEC. 25:  N/2 NE/4
            025 001N  019EI SENE
                 TRACT:   2   T1N, R13E, SEC. 25:  SE/4 NE/4

Date    :   09/11/1958
Lease # :   01150W
Lessor  :   E. J. ROBINETT & LESLIE W.
            ROBINETT
Lessee  :   H. T. WILKINS, JR.
Recorded:   Book: 321 Page: 131 Instrument:
            SEC TOWN  RANGE DESCRIPTION
            025 001N  019EI SE
                 TRACT:   3   T1N, R19E, SEC. 25:  SE/4
            025 001N  019EI N2NE
                 TRACT:   1   T1N, R19E, SEC. 25:  N/2 NE/4
            025 001N  019EI SENE
                 TRACT:   2   T1N, R19E, SEC. 25:  SE/4 NE/4
```

BOOK 1057 PAGE 0314

FILE DATE: 02/19/2001   FILE TIME: 10:45        BOOK: 1025   PAGE: 704
TEXAS COUNTY, MARCIA HOLLINGSHEAD - COUNTY CLERK    RECE#: 2001  655401

### CAMRICK – LEASES CONTINUED

```
Date    :   09/11/1956
Lease # :   01150X
Lessor  :   R. E. COX, JR. & MARGARET
            BOWMAN COX
Lessee  :   H. T. WILKINS, JR.
Recorded:   Book: 321  Page: 129  Instrument:

            SEC TOWN  RANGE DESCRIPTION
            025 001N  019EI SE
                TRACT:   3   T1N, R19E, SEC. 25:  SE/4
            025 001N  019EI N2NE
                TRACT:   1   T1N, R19E, SEC. 25:  N/2 NE/4
            025 001N  019EI SENE
                TRACT:   2   T1N, R19E, SEC. 25:  SE/4 NE/4
```





```
DOC NUMBER 2001-815
Book 1057
Page(s) 288 to 314
Time 10:28AM
Fee  $60.00
03-06-2001
Karen Schell
Beaver County Clerk
RECORDED AND FILED
```

# EXHIBIT 7

FILE DATE: 02/19/2001  FILE TIME: 10:48
TEXAS COUNTY, MARCIA HOLLINGSHEAD - COUNTY CLERK

BOOK: 1025  PAGE: 705
RECE#: 2001  655402  **

CAMRICK UNIT (259750)

## ASSIGNMENT AND BILL OF SALE

STATE OF OKLAHOMA

COUNTIES OF BEAVER AND TEXAS

KNOW ALL MEN BY THESE PRESENTS:

)
)ss
)

WHEN RECORDED MAIL TO: 27/60
_Chaparral Energy Inc._
_701 Cedar Lake Blvd_
_OKC, OK  73114_



THAT **SALT PLAINS PIPELINE CORP.**, with a mailing address of 2800 Mid-Continent Tower, Tulsa, Oklahoma 74103, hereinafter called "Assignor", for and in consideration of the sum of Ten and No/100 Dollars ($10.00), and other good and valuable consideration to it in hand paid, the receipt and sufficiency of which is hereby acknowledged, does hereby grant, convey, sell, assign and transfer unto **WILLIAM H. DAVIS**, with a mailing address of 2800 Mid-Continent Tower, Tulsa, Oklahoma 74103, hereinafter called "Assignee", subject to the provisions of this assignment, the following interest:

1.) All of Assignor's right, title, and interest in and to the Oil and Gas Leases and lands described in Exhibit "A" attached hereto and made a part hereof, said lands being located in Beaver and Texas Counties, State of Oklahoma, together with the rights incident thereto, the personal property thereon, appurtenant thereto, or used or obtained in connection with said leases and lands; and for the same consideration stated hereinabove, Assignor does hereby grant, convey, sell, assign and transfer unto the said Assignee all of Assignor's right, title, and interest in and to the CAMRICK UNIT located on said leases and lands, or on lands pooled or unitized with any portion thereof, or on lands located within any governmental drilling and spacing unit which includes any portion thereof, together with all casing, leasehold equipment, and personal property in or on or used in connection with said well AS IS AND WHERE IS, WITHOUT WARRANTY OF MERCHANTABILITY, CONDITION OR FITNESS FOR A PARTICULAR PURPOSE, EITHER EXPRESS OR IMPLIED; and

2.) All of the Assignor's rights, titles, interests, tenements, hereditaments, appurtenances, benefits and privileges attributable or incident to the working interest assigned, including without limitation the oil, gas and other minerals produced, inclusive of royalties, overriding royalties, production payments, reversionary interests, right to take royalties in kind, or other interests; and

3.) All of the real, personal and mixed property of Assignor's located upon or used in connection with the operation of the subject interests, on an "as is, where is" basis including without limitation wells, well equipment, casing, tanks, gas separation and field processing units, crude oil, condensate or products in storage or in pipelines, boilers, buildings, tubing, pumps, motors, fixtures, machinery, and other equipment, water rights, pipelines, gathering systems, processing plants and all other improvements used in the operation thereof; and

4.) All of Assignor's rights in, to, under or derived from all agreements and contractual rights, easements, rights-of-way, servitudes, franchises, and other estates relating to the subject interests, including without limitation, unit agreements, orders and decisions of state and federal regulatory authorities establishing units, joint operating agreements, production sales contracts, enhanced recovery and injection agreements, area of mutual interest agreements, purchase, exchange or processing agreements, casinghead gas contracts, balancing agreements, surface leases, easements or right-of-way, farmout or farmin agreements, dry hole or bottom hole contribution agreements, seismic agreements, drilling agreements, exploration agreements, assignments of operating rights, working interests, subleases, permits, licenses, options, orders and all other contracts, agreements and instruments relating to the production, storage, exploration for and the production, storage, treatment, transportation, processing, or sale or disposal of oil, gas, other hydrocarbons, water, or other substances from the subject interests; and

5.) All of Assignor's right, title and interest in and to any and all gas imbalances and/or any and all accrued and/or suspended revenues currently being held in suspense by operator and/or purchasers that affect and/or are subject to Assignor's interest assigned herein.

60

BOOK **1057** PAGE **0316**

FILE DATE: 02/19/2001   FILE TIME: 10:48
TEXAS COUNTY, MARCIA HOLLINGSHEAD – COUNTY CLERK
BOOK: 1025   PAGE: 706
RECE#: 2001   655402

TO HAVE AND TO HOLD the same unto the said Assignee, its successors and assigns forever, in accordance with and subject to the terms and conditions of the Oil and Gas Leases described on Exhibit "A" and any limitations, reservations or agreements referenced thereon, as same apply to the portion of lands assigned herein.

It is the intent of said Assignor to assign all of its right, title and interest, of whatsoever nature, in and to those properties and lands more particularly described on Exhibit "A", attached hereto, whether properly described herein or not, unto said Assignee.

This Assignment is made WITHOUT WARRANTY OF TITLE, EITHER EXPRESS OR IMPLIED.

This Assignment shall be binding upon and inure to the benefit of the Assignor and Assignee and their respective successors and assigns, personal representatives, administrators, executors and devisees.

IN WITNESS WHEREOF the undersigned have executed this instrument this ___31^st___ day of ___Jan___, ___, 2001, but shall be effective for all purposes as of the 1st day of January, 2000.

ASSIGNOR:
**SALT PLAINS PIPELINE CORP.**

By: _____

Print: ___William H Davis___

Title: ___President___

**ACKNOWLEDGMENT**

STATE OF OKLAHOMA      )
                       ) ss.
COUNTY OF OKLAHOMA      )

The foregoing instrument was acknowledged before me this ___31^st___ day of ___Jan___, 2001, by ___William H. Davis___ as ___President___ of SALT PLAINS PIPELINE CORP., an Oklahoma corporation on behalf of said corporation.

My Commission Expires:
___July 10, 2004___

_____
Notary Public


OKLAHOMA NOTARY PUBLIC
OFFICIAL SEAL
BOB POSEY
TULSA COUNTY
MY COMMISSION EXPIRES 07-10-2004

*CAMRICK.SPP-WHD*

BOOK 1057 PAGE 0317

FILE DATE: 02/19/2001   FILE TIME: 10:48              BOOK: 1025   PAGE: 707
TEXAS COUNTY, MARCIA HOLLINGSHEAD - COUNTY CLERK        RECE#: 2001   655402

### EXHIBIT "A"

Attached to and made a part of that certain Assignment and Bill of Sale effective the 1st day of
January, 2000, by and between **SALT PLAINS PIPELINE CORP.**, Assignor, and **WILLIAM
H. DAVIS**, Assignee.

### WELLS/UNIT

CAMRICK UNIT
BEAVER AND TEXAS COUNTIES, OK

### LEASES

```
Date   :   05/13/1997
Lease # :  001142
Lessor :   REYNOLDS FAMILY TRUST, GERALD
           J.L.REYNOLDS, ETAL, TRUSTEES
Lessee :   CHAPARRAL ENERGY, INC.
Recorded:  Book: 907  Page: 676  Instrument:
           SEC TOWN  RANGE DESCRIPTION
           015 001N  020EC SW
               272000
               TRACT:   1    T1N, R20E, SECTION 15:  SW/4

Date   :   04/02/1961
Lease # :  001151
Lessor :   MRS. CLARA ALLEN, a widow
Lessee :   J. R. McLEAN, JR.
Recorded:  Book: 224  Page: 527  Instrument:
           SEC TOWN  RANGE DESCRIPTION
           028 001N  020EC SE
               TRACT:   1    T1N, R20E, SECTION 28:  SE/4 (LTD. TO THE UNIT
               IZED FORMATION)

Date   :   11/23/1953
Lease # :  001181
Lessor :   STATE OF OKLAHOMA-LS.# CUP-123
Lessee :   TOKLAN PRODUCTION COMPANY
Recorded:  Book: 138  Page: 230  Instrument:
           SEC TOWN  RANGE DESCRIPTION
           029 001N  020EC E2NE
               TRACT: 101   T1N, R20EC, SECTION 29:  E/2 NE/4

Date   :   11/20/1945
Lease # :  001197
Lessor :   RAY Y. BOWLES & RUBY E. BOWLES
Lessee :   C. J. FOHLSTON
Recorded:  Book:  16  Page: 275  Instrument:
           SEC TOWN  RANGE DESCRIPTION
           021 001N  020EC SE
               TRACT:   1    T1N, R20E, SECTION 21:  SE/4
           022 001N  020EC W/2
               TRACT:  44    T1N, R20E, SECTION 22:  W/2

Date   :   08/25/1969
Lease # :  001199
Lessor :   ESTHER E. KAUFMAN, a single
           woman
Lessee :   HUMBLE OIL & REFINING COMPANY
Recorded:  Book: 350  Page: 195  Instrument:
           SEC TOWN  RANGE DESCRIPTION
           023 001N  020EC NESE
               TRACT:  44    T1N, R20E, SECTION 23:  NE/4 SE/4, ONLY INSO-
               FAR AS LS. PERTAINS TO THE UPPER MORROW
```

FILE DATE: 02/19/2001  FILE TIME: 10:48          BOOK: 1025  PAGE: 708
TEXAS COUNTY, MARCIA HOLLINGSHEAD - COUNTY CLERK     RECE#: 2001  655402

## CAMRICK - LEASES CONTINUED

```
Date    :   02/01/1952
Lease # :   001232
Lessor  :   USA 028500-B
Lessee  :   E. W. THOMAS & DAN E. ARCHER
Recorded:   Book: 161  Page: 255  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            005 001S  020EI LTS. 1 & 2
                TRACT: 214   T1S, R20E, SEC. 5:  LOTS 1 AND 2


Date    :   02/01/1952
Lease # :   001233
Lessor  :   USA 028500-B
Lessee  :   E. W. THOMAS & DAN E. ARCHER
Recorded:   Book: 161  Page: 255  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            005 001S  020EC ONLY E2 L.2
                TRACT:   1   T1S, R20EC, SECTION 5:  ONLY INSOFAR AS LS.
                COVERS THE N/2 OF LOT 2


Date    :   11/02/1951
Lease # :   001238
Lessor  :   A.P. SAGER & FANNIE BELL SAGER
            H/W
Lessee  :   U. I. SMITH
Recorded:   Book: 123  Page: 478  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            035 001N  020EC SW
                TRACT:   1   T1N, R20E, SECTION 35:  SE/4 (UPPER MORROW
                FORMATION, ONLY)


Date    :   12/17/1945
Lease # :   001240
Lessor  :   PAUL A. WILLIAMS AND R.
            ALBERTINE WILLIAMS
Lessee  :   PANHANDLE EASTER PIPE LINE CO.
Recorded:   Book:  21  Page: 304  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            024 001N  020EC W2
                TRACT: 101   T1N, R20E, SECTION 24:  N/2


Date    :   10/31/1955
Lease # :   001258
Lessor  :   GEORGE S. LOWREY & LUCILLE
            LOWREY; ARTHUR E. SHARP
Lessee  :   MAGNOLIA PETROLEUM COMPANY
Recorded:   Book: 156  Page: 318  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            027 001N  020EC E2NE
                TRACT: 205   T1N, R20E, SEC. 27:  E/2 NE/4 ONLY INSOFAR AS
                LS. COV. DWN. TO THE BS. OF THE UPPER MORROW FORMATION


Date    :   11/30/1951
Lease # :   001259
Lessor  :   USA-OK-028500
Lessee  :   E. W. THOMAS & DAN E. ARCHER
Recorded:   Book: 161  Page: 255  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            002 001S  020EC LTS. 1 & 2
                TRACT: 200   T1S, R20E, SEC. 2:  LOTS 1 & 2
            003 001S  020EC LTS. 1 & 2
                TRACT: 201   T1S, R20E, SECTION 3:  LOTS 1 AND 2
            004 001S  020EC LTS. 1 & 2
                TRACT: 202   T1S, R20E, SEC. 4:  LOTS 1 & 2
```

FILE DATE: 02/19/2001   FILE TIME: 10:48        BOOK: 1025  PAGE: 709
TEXAS COUNTY, MARCIA HOLLINGSHEAD - COUNTY CLERK     RECE#: 2001  655402

## CAMRICK - LEASES CONTINUED

Date      :  09/20/1954
Lease # :  001260
Lessor  :  JOE STOREY & NELLIE STOREY,
           his wife
Lessee  :  DWIGHT E. DAVIS
Recorded:  Book:  144  Page:  215  Instrument:
           SEC TOWN  RANGE DESCRIPTION
           035 001N  020EC NW
               TRACT: 102   T1N, R20E, SECTION 35:  NW/4

Date      :  08/24/1954
Lease # :  001325
Lessor  :  ALMA PITTMAN & AMCY E.
           PITTMAN
Lessee  :  CARTER OIL COMPANY
Recorded:  Book:  144  Page:  311  Instrument:
           SEC TOWN  RANGE DESCRIPTION
           025 001N  020EC SE
               TRACT:   1   T1N, R20E, SECTION 25:  NW/4

Date      :  12/27/1952
Lease # :  001326
Lessor  :  JOSEPH CLINTON CASE & MATTIE
           M. CASE
Lessee  :  CHAPARRAL ENERGY, INC.
Recorded:  Book:  139  Page:  113  Instrument:
           SEC TOWN  RANGE DESCRIPTION
           027 001N  020EC W2NW
               TRACT: 105   T1N, R20E, SEC. 27:  W/2 NW/4

Date      :  05/26/1968
Lease # :  001327
Lessor  :  PAUL A. WILLIAMS & ALBERTINE
           WILLIAMS
Lessee  :  ROYAL CREST OIL CORPORATION
Recorded:  Book:  329  Page:  366  Instrument:
           SEC TOWN  RANGE DESCRIPTION
           026 001N  020EC E2NW
               TRACT:  44   T1N, R20E, SEC. 26:  E/2 NW/4 - UPPER MORROW
           026 001N  020EC W2NE
               TRACT:  45   T1N, R20E, SEC. 26:  W/2 NE/4 - UPPER MORROW

Date      :  09/16/1954
Lease # :  001328
Lessor  :  ALVIN & ELIZABETH HAMILTON;
           LYNN O & FREDA HAMILTON, ETAL
Lessee  :  DWIGHT E. DAVIS
Recorded:  Book:  144  Page:  211  Instrument:
           SEC TOWN  RANGE DESCRIPTION
           021 001N  020EC N2NW
               TRACT: 102   T1N, R20E, SEC. 21:  N/2 NW/4
               (UPPER MORROW ONLY)
           021 001N  020EC SWNW; NWSW
               TRACT: 103    T1N, R20E, SECTION 21:  SW/2 NW/4 AND
               NW/4 SW/4 (UPPER MORROW ONLY)

Date      :  09/15/1954
Lease # :  001329
Lessor  :  JOHN L. WALLACE & ANNA M.
           WALLACE
Lessee  :  DWIGHT E. DAVIS
Recorded:  Book:  143  Page:  590  Instrument:
           SEC TOWN  RANGE DESCRIPTION
           015 001N  020EC NW
               TRACT: 105   T1N, R20E, SECTION 15:  NW/4

FILE DATE: 02/19/2001   FILE TIME: 10:48          BOOK: 1025  PAGE: 710
TEXAS COUNTY, MARCIA HOLLINGSHEAD - COUNTY CLERK    RECE#: 2001  655402

### CAMRICK – LEASES CONTINUED

Date    :   01/11/1946
Lease # :   001356
Lessor  :   C. H. STEWART & DAISY O.
            STEWART
Lessee  :   LEE A. ADAMS
Recorded:   Book:  18  Page: 119  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            016 001N  020EC E2
                TRACT: 106    T1N, R20E, SECTION 16:  E/2 (UPPER MORROW
                ONLY)

Date    :   11/26/1953
Lease # :   001359
Lessor  :   JOHN LEHMANN & ROSA LEHMANN
Lessee  :   CARTER OIL COMPANY
Recorded:   Book: 139  Page: 142  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            030 001N  020EC L.3,4 & E2SW (SW)
                TRACT:  10   T1N, R20E, SEC. 30:  LOTS 3 & 4 & E/2 SW/4
                (SW/4) UPPER MORROW ONLY
            031 001N  020EC L.1,2,3,4 (N2W2)
                TRACT: 208   T1N, R20E, SECTION 31:  LOTS 1, 2, 3 & 4
                (W/2 W/2) UPPER MORROW ONLY
            031 001N  020EC E2SW
                TRACT: 209   T1N, R20E, SEC. 31:  E/2 SW/4 (UPPER MORROW
                ONLY)
            031 001N  020EC W2SE
                TRACT: 210   T1N, R20E, SECTION 31:  W/2 SE/4 (UPPER MORROW
                ONLY)

Date    :   12/18/1953
Lease # :   001360
Lessor  :   CECIL SAGER & DOROTHY SAGER
Lessee  :   CARTER OIL COMPANY
Recorded:   Book: 139  Page: 146  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            030 001N  020EC SE
                TRACT:  1    T1N, R20E, SEC. 30:  SE/4 (UPPER MORROW
                FORM. ONLY)

Date    :   08/30/1954
Lease # :   01139A
Lessor  :   NELLIE MOUNTS, a widow; ROBERT
            DUANE MOUNTS, ETUX
Lessee  :   THE CARTER OIL COMPANY
Recorded:   Book: 143  Page: 559  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            035 001N  020EC NE
                TRACT:  6   T1N, R20EC, SECTION 35:  NE (CAMRICK UNIT AS
                DESCRIBED IN CERTIFICATE OF EFFECTIVENESS DATED 11/1/69,
                REC. 352/589, BUT ONLY AS TO THE UNITIZED UPPER MORROW SAND)

Date    :   09/15/1954
Lease # :   01139D
Lessor  :   ESTATE OF DEL RAY MOUNTS, A
            MINOR, NELLIE MOUNTS, GUARDIAN
Lessee  :   THE CARTER OIL COMPANY
Recorded:   Book: 143  Page: 526  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            035 001N  020EC NE
                TRACT:  6   T1N, R20EC, SECTION 35:  NE (CAMRICK UNIT AS
                DESCRIBED IN CERTIFICATE OF EFFECTIVENESS DATED 11/1/69,
                REC. 352/589, BUT ONLY AS TO THE UNITIZED UPPER MORROW SAND)

FILE DATE: 02/19/2001 FILE TIME: 10:48          BOOK: 1025 PAGE: 711
TEXAS COUNTY, MARCIA HOLLINGSHEAD - COUNTY CLERK    RECE#: 2001  655402

## CAMRICK – LEASES CONTINUED

Date    :  10/30/1963
Lease # :  01139C
Lessor  :  NELLIE MOUNTS
Lessee  :  HUMBLE OIL & GAS REFINING CO.
Recorded:  Book: 957  Page: 226  Instrument:
           SEC TOWN  RANGE DESCRIPTION
           035 001N  020EC NE
               TRACT:   7  T1N, R20E, SECTION 35:  NE/4

Date    :  07/01/1997
Lease # :  01140A
Lessor  :  GEORGE S. LOWREY 1958 REVOC-
           DEMI.'G LOWREY, ETAL, TRUSTEES
Lessee  :  CHAPARRAL ENERGY, INC.
Recorded:  Book: 991  Page: 249  Instrument:
           SEC TOWN  RANGE DESCRIPTION
           026 001N  020EC NWNW
               TRACT:   1  T1N, R20EC, SECTION 26:  NW/4 NW/4

Date    :  07/01/1997
Lease # :  01140B
Lessor  :  DONALD E. SHARP
Lessee  :  CHAPARRAL ENERGY, INC.
Recorded:  Book: 991  Page: 261  Instrument:
           SEC TOWN  RANGE DESCRIPTION
           026 001N  020EC NWNW
               TRACT:   1  T1N, R20EC, SECTION 26:  NW/4 NW/4

Date    :  07/01/1997
Lease # :  01140C
Lessor  :  ARTHUR E. SHARP TRUST, DARLENE
           S.FISKE, TRUSTEE
Lessee  :  CHAPARRAL ENERGY, INC.
Recorded:  Book: 991  Page: 255  Instrument:
           SEC TOWN  RANGE DESCRIPTION
           026 001N  020EC NWNW
               TRACT:   1  T1N, R20EC, SECTION 26:  NW/4 NW/4

Date    :  07/01/1997
Lease # :  01140D
Lessor  :  THOMAS S. MILLER 1975 TRUST,
           MARTIN D. MILLER, TRUSTEE
Lessee  :  CHAPARRAL ENERGY, INC.
Recorded:  Book: 991  Page: 267  Instrument:
           SEC TOWN  RANGE DESCRIPTION
           026 001N  020EC NWNW
               TRACT:   1  T1N, R20EC, SECTION 26:  NW/4 NW/4

Date    :  07/01/1997
Lease # :  01140F
Lessor  :  THOMAS S. MILLER 1975 TRUST,
           MARTIN D. MILLER, TRUSTEE
Lessee  :  CHAPARRAL ENERGY, INC.
Recorded:  Book: 991  Page: 267  Instrument:
           SEC TOWN  RANGE DESCRIPTION
           026 001N  020EC NWNW
               TRACT:   1  T1N, R20EC, SECTION 26:  NW/4 NW/4

Date    :  03/11/1997
Lease # :  01141A
Lessor  :  ROBERT L. COLVARD
Lessee  :  CHAPARRAL ENERGY, INC.
Recorded:  Book: 0984  Page: 523  Instrument:
           SEC TOWN  RANGE DESCRIPTION
           016 001N  020EC SE
               TRACT:   1   T1N, R20ECM, SECTION 16:  SE/4 · UPPER MORROW
               PRODUCTION ONLY.

FILE DATE: 02/19/2001   FILE TIME: 10:48        BOOK: 1025  PAGE: 712
TEXAS COUNTY, MARCIA HOLLINGSHEAD – COUNTY CLERK     RECE#: 2001  655402

### CAMRICK – LEASES CONTINUED

```
Date    :  05/13/1997
Lease # :  O1142A
Lessor  :  REYNOLDS FAMILY TRUST, GERALD
           J.L.REYNOLDS, ETAL, TRUSTEES
Lessee  :  CHAPARRAL ENERGY, INC.
Recorded:  Book: 907  Page: 676  Instrument:
           SEC TOWN  RANGE DESCRIPTION
           015 001N  020EC SW
              TRACT:  1    T1N, R20E, SECTION 15:  SW/4


Date    :  08/24/1954
Lease # :  O1142B
Lessor  :  WILLIAM H. FULTON; EVELYN
           LEATHERMAN, BEATRICE CONNER,ET
Lessee  :  CARTER OIL COMPANY
Recorded:  Book: 143  Page: 456  Instrument:
           SEC TOWN  RANGE DESCRIPTION
           015 001N  020EC SW
              TRACT:  2    T1N, R20E, SECTION 15:  SW/4


Date    :  08/24/1954
Lease # :  O1142C
Lessor  :  PAULA L. NIEDENS & CARL
           NIEDENS, J/T
Lessee  :  CARTER OIL COMPANY
Recorded:  Book: 143  Page: 458  Instrument:
           SEC TOWN  RANGE DESCRIPTION
           015 001N  020EC SW
              TRACT:  2    T1N, R20E, SECTION 15:  SW/4


Date    :  06/07/1997
Lease # :  O1143A
Lessor  :  EARL SARGENT
Lessee  :  CHAPARRAL ENERGY, INC.
Recorded:  Book: 989  Page: 456  Instrument:
           SEC TOWN  RANGE DESCRIPTION
           022 001N  020EC SE/4
            . TRACT:  4    T1N, R20E, SECTION 22:  SE/4

           022 001N  020EC SW/4 NE/4
              TRACT:  1  T1N, R20EC, SEC. 22:  SW/4 NE/4, ONLY INSOFAR AS
              LS. COV. FORMATIONS INCL. WITHIN THE UNITIZED FORMATIONS OF
              THE CAMRICK UNIT.
           027 001N  020EC SE/4
              TRACT:  5   T1N, R20E, SECTION 27:  SE/4


Date    :  12/08/1951
Lease # :  O1143B
Lessor  :  CARL C. SARGENT & MAXINE
           SARGENT, & EARL SARGENT
Lessee  :  J. M. MOUSER
Recorded:  Book: 123  Page: 288  Instrument:
           SEC TOWN  RANGE DESCRIPTION
           026 001N  020EC W2SW
              TRACT: 100  T1N, R20E, SEC. 26:  W/2 SW/4
           027 001N  020EC SE
              TRACT: 101  T1N, R20E, SEC. 27:  SE/4


Date    :  09/29/1956
Lease # :  O1143C
Lessor  :  HARRISON W. BAKER & MARY BAKER
Lessee  :  HUMBLE OIL & REFINING CO.
Recorded:  Book: 301  Page: 326  Instrument:
           SEC TOWN  RANGE DESCRIPTION
           022 001N  020EC E2SE
              TRACT: 105  T1N, R20E, SECTION 22:  E/2 SE/4 (UPPER MORROW
              ONLY)
```

FILE DATE: 02/19/2001  FILE TIME: 10:48          BOOK: 1025  PAGE: 713
TEXAS COUNTY, MARCIA HOLLINGSHEAD - COUNTY CLERK       RECE#: 2001  655402

## CAMRICK - LEASES CONTINUED

```
Date     :   10/24/1966
Lease #  :   01143D
Lessor   :   WILLIAM K. WARREN FOUNDATION
Lessee   :   HUMBLE OIL & REFINING CO.
Recorded:    Book: 303  Page:  59  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             022 001N  020EC E2SE
                 TRACT: 105   T1N, R20E, SECTION 22:  E/2 SE/4 (UPPER MORROW
                 ONLY)


Date     :   06/11/1959
Lease #  :   01143E
Lessor   :   HARRISON W. BAKER & MARY BAKER
Lessee   :   HUMBLE OIL & REFINING CO.
Recorded:    Book: 198  Page:  432  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             022 001N  020EC W2SE
                 TRACT: 106   T1N, R20E, SECTION 22:  W/2 SE/4
                 (UPPER MORROW ONLY)


Date     :   06/11/1959
Lease #  :   01143F
Lessor   :   WILLIAM K. WARREN FOUNDATION
Lessee   :   HUMBLE OIL & REFINING CO.
Recorded:    Book: 198  Page:  434  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             022 001N  020EC W2SE
                 TRACT: 105   T1N, R20E, SECTION 22:  E/2 SE/4 (UPPER MORROW
                 ONLY)


Date     :   06/26/1968
Lease #  :   01144A
Lessor   :   PAUL A. WILLIAMS and wife, R.
             ALBERTINE WILLIAMS
Lessee   :   ROYAL CREST OIL CORPORATION
Recorded:    Book: 325  Page:  366  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             023 001N  020EC N2SW
                 TRACT:   2   T1N, R20E, SEC. 23:  N/2 SW/4 (WM. H. DAVIS
                 ASND CEI .53522267 IN THIS TRACT)
             023 001N  020EC SWSW
                 TRACT:   1   T1N, R20E, SECTION 23:  SW/4 SW/4 (INT.FROM
                 SCHILPEROORT, ETAL = .125 + WM.H. DAVIS - .53522267 = TOTAL
                 WI UNDER THIS TR.- 6604465.
             023 001N  020EC SESW
                 TRACT:   3   T1N, R20E, SEC. 23:  SE/4 SW/4 (WM. H. DAVIS
                 CO. ASND. CEI .53522267 WI IN THIS TRACT)


Date     :   01/22/1997
Lease #  :   01144B
Lessor   :   WARREN N. HAWKINS
Lessee   :   CHAPARRAL ENERGY, INC.
Recorded:    Book: 981  Page:  713  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             023 001N  020EC SWSW
                 TRACT:   1   T1N, R20E, SECTION 23:  SW/4 SW/4 (INT.FROM
                 SCHILPEROORT, ETAL = .125 + WM.H. DAVIS - .53522267 = TOTAL
                 WI UNDER THIS TR.- 6604465.


Date     :   01/09/1997
Lease #  :   01145A
Lessor   :   DALE ENSHINGER
Lessee   :   CHAPARRAL ENERGY, INC.
Recorded:    Book: 981  Page:  709  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             024 001N  020EC SE
                 TRACT: 102   T1N, R20E, SECTION 24:  SE/4
             024 001N  020EC N2NE
                 TRACT: 103   T1N, R20E, SECTION 24:  W/2 NE/4
```

FILE DATE: 02/19/2001   FILE TIME: 10:48          BOOK: 1025  PAGE: 714
TEXAS COUNTY, MARCIA HOLLINGSHEAD - COUNTY CLERK     RECE#: 2001  655402

## CAMRICK – LEASES CONTINUED

Date    :   01/15/1997
Lease # :   01145B
Lessor  :   MARJORIE M. ENSMINGER
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 982  Page: 193  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            024 001N  020EC SE
               TRACT:   3   T1N, R20E, SECTION 24:  SE/4
            024 001N  020EC W2NE
               TRACT:   2   T1N, R20E, SECTION 24:  W/2 NE/4

Date    :   01/23/1997
Lease # :   01145C
Lessor  :   C. E. ENSMINGER & AGNES
            ENSMINGER
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 982  Page: 189  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            024 001N  020EC SE
               TRACT:   3   T1N, R20E, SECTION 24:  SE/4
            024 001N  020EC W2NE
               TRACT:   2   T1N, R20E, SECTION 24:  W/2 NE/4

Date    :   01/16/1997
Lease # :   01145D
Lessor  :   LARRY ENSMINGER
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 982  Page: 191  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            024 001N  020EC SE
               TRACT:   3   T1N, R20E, SECTION 24:  SE/4
            024 001N  020EC W2NE
               TRACT:  ·2   T1N, R20E, SECTION 24:  W/2 NE/4

Date    :   03/06/1954
Lease # :   01145E
Lessor  :   CLIFTON L BELL & GLENNA M.
            BELL
Lessee  :   JAKE L. HAMON
Recorded:   Book: 140  Page: 471  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            024 001N  020EC ONLY SE/4
               TRACT:   4   T1N, R20E, SEC. 24:  ONLYINSOFAR AS LS. COV.
            THE SE/4 (LTD. TO UNITIZED FORMATION)

Date    :   05/16/1955
Lease # :   01145F
Lessor  :   CLIFTON L. BELL & GLENNA M.
            BELL
Lessee  :   MAX KELLY
Recorded:   Book: 153  Page: 184  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            024 001N  020EC NE
               TRACT: 106   T1N, R20E, SECTION 24:  NE/4
               (UPPER MORROW ONLY)

Date    :   01/07/1997
Lease # :   01146A
Lessor  :   JAMES D. SIMS
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 981  Page: 732  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            025 001N  020EC NE
               TRACT:  22 T1N, R20E, SECTION 25:  NE/4

BOOK **1057** PAGE **0325**

### CAMRICK – LEASES CONTINUED

```
Date    :   01/01/1997
Lease # :   01146B
Lessor  :   JOAN BELL
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 982  Page: 649  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            025 001N  020EC NE
                TRACT:  22  T1N, R20E, SECTION 25:  NE/4

Date    :   02/10/1997
Lease # :   01146C
Lessor  :   MARK K. ALLEN  FAMILY LIVING
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 982  Page: 712  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            025 001N  020EC NE
                TRACT:   2  T1N, R20E, SECTION 25:  NE/4
            030 001N  021EC NW
                TRACT:   1  T1N, R21EC, SECTION 30:  NW/4

Date    :   02/10/1997
Lease # :   01146D
Lessor  :   GREG S. ALLEN
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 984  Page: 533  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            025 001N  020EC NE
                TRACT:   2  T1N, R20E, SECTION 25:  NE/4
            030 001N  021EC NW
                TRACT:   1  T1N, R21EC, SECTION 30:  NW/4

Date    :   01/27/1997
Lease # :   01146E
Lessor  :   THE MOLESWORTH FAMILY LIVING
            TRUST
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 982  Page: 186  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            030 001N  021EC NW
                TRACT:   1  T1N, R21EC, SECTION 30:  NW/4

Date    :   03/03/1952
Lease # :   01146F
Lessor  :   JOHN D SIMS & ELONIA S. SIMS
Lessee  :   WILLIAM H. ALLEN
Recorded:   Book: 127  Page: 203  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            025 001N  020EC NE
                TRACT:   4  T1N, R20E, SEC. 25:  NE/4 (UPPER MORROW ONLY)

Date    :   03/07/1952
Lease # :   01146G
Lessor  :   MOLLIE REAGAN KLAPP
Lessee  :   WILLIAM H. ALLEN
Recorded:   Book: 127  Page: 569  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            030 001N  021EC NW
                TRACT:   1  T1N, R21EC, SECTION 30:  NW/4

Date    :   01/13/1997
Lease # :   01147A
Lessor  :   CAROL YOUNG CALDER
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 980  Page: 605  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            026 001N  020EC E2 SE
                TRACT:  21  T1N, R20EC, SECTION 26:  E/2 SE/4
```

BOOK 1057 PAGE 0326

FILE DATE: 02/19/2001   FILE TIME: 10:48          BOOK: 1025  PAGE: 716
TEXAS COUNTY, MARCIA HOLLINGSHEAD - COUNTY CLERK      RECE#: 2001  655402

## CAMRICK – LEASES CONTINUED

```
Date    :   12/17/1945
Lease # :   01147B
Lessor  :   PAUL A. WILLIAMS & R.
            ALBERTINE WILLIAMS
Lessee  :   PANHANDLE EASTERN PIPE LINE CO
Recorded:   Book:   21  Page:  302  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            026 001N  020EC ONLY E2SE - UPPER MORROW
               TRACT: 110   T1N, R20E, SECTION 26: ONLY INSOFAR AS LS.
               COVERS THE E/2 SE/4, LTD. TO THE UPPER MORROW SAND FORMATION
               (THIS IS ON ASGMT. FROM ELAND - .UNIT WI - .0051168)
```

```
Date    :   01/10/1997
Lease # :   01149A
Lessor  :   L.S. McLAIN
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book:  991  Page:  705  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            027 001N  020EC SW
               TRACT:  22  T1N, R20EC, SECTION 27:  SW/4
```

```
Date    :   06/06/1997
Lease # :   01149B
Lessor  :   VERDEEN L. SLATTEN
Lessee  :   NORAM PETROLEUM CORPORATION
Recorded:   Book:  989  Page:  621  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            027 001N  020EC PT. SW
               TRACT:   3  T1N, R20E, SECTION 27:  SW/4 L/E A TR. BEG. @ THE
               NW/c SW/4; THENCE S 985'; THENCE E 1320'; THENCE N. 985';
               THENCE W. 1320' TO P.O.B.
```

```
Date    :   03/28/1995
Lease # :   01149C
Lessor  :   VERDEEN L. SLATTEN
Lessee  :   NORAM PETROLEUM CORPORATION
Recorded:   Book:  954  Page:  272  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            027 001N  020EC PT.SW
               TRACT: 200  T1N, R20E, SECTION 27:  A TR. OF LAND LOC. IN TH
               E SW DESC. AS BEG. @ THE NW/c SW/4; THENCE S 985'; THENCE E.
               1320'; THENCE N. 985'; THENCE W. 1320' TO P.O.B.
```

```
Date    :   06/06/1997
Lease # :   01149D
Lessor  :   VERDEEN L. SLATTEN, a married
            woman
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book:  989  Page:  620  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            027 001N  020EC PT.SW
               TRACT: 110    T1N, R20EC, SECTION 27: SW/4 L/E A TR. OF LAND
               DESC AS BEG. @ THE NW/cSW/4; THENCE S. 985'; THENCE E. 1320'
               ; THENCE N. 985'; THENCE W. 1320' TO THE P.O.B., AND LESS &
               EXCEPT ALL OIL, GAS, AND OTHER MINERALS
```

```
Date    :   03/28/1995
Lease # :   01149E
Lessor  :   VERDEEN L. SLATTEN, a married
            woman
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 0954  Page:  273  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            027 001N  020EC PT.SW
               TRACT: 111  T1N, R20EC, SECTION 27:  SURFACE RIGHTS ONLY IN
               A TR. OF LAND IN THE SW/4 DESC. AS BEG. AT THE NW/c SW/4;
               THENCE S. 985'; THENCE E. 1320'; THENCE N. 985'; THENCE W.
               1320' TO THE P.O.B.
```

FILE DATE: 02/19/2001  FILE TIME: 10:48                    BOOK: 1025  PAGE: 717
TEXAS COUNTY, MARCIA HOLLINGSHEAD - COUNTY CLERK          RECE#: 2001  655402

### CAMRICK – LEASES CONTINUED

Date    :   09/23/1954
Lease # :   01149F
Lessor  :   WILLIAM L. COLLINS & HATTIE E.
            COLLINS
Lessee  :   CARTER OIL COMPANY
Recorded:   Book: 144  Page: 222  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            027 001N  020EC SW
                TRACT:   6   T1N, R20E, SECTION 27;  SW/4
                (UPPER MORROW ONLY)

Date    :   10/02/1954
Lease # :   01149G
Lessor  :   ROYALTY HOLDING COMPANY, GULF
            COAST WESTERN, L.S.&H.L.MCLAIN
Lessee  :   CARTER OIL COMPANY
Recorded:   Book: 144  Page: 526  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            027 001N  020EC SW
                TRACT:   6   T1N, R20E, SECTION 27;  SW/4
                (UPPER MORROW ONLY)

Date    :   04/25/1955
Lease # :   01149H
Lessor  :   DAISY D. BLANKENSHIP
Lessee  :   CARTER OIL COMPANY
Recorded:   Book: 150  Page: 553  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            027 001N  020EC SW
                TRACT:   6   T1N, R20E, SECTION 27;  SW/4
                (UPPER MORROW ONLY)

Date    :   05/11/1998
Lease # :   01150A
Lessor  :   JOHN H. LEHMAN
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 1006  Page: 291  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            025 001N  019EC SE - TEXAS CO., OK
                TRACT:  13  T1N, R19EC, SECTION 25;  SE/4, TEXAS CO., OK
            030 001N  020EC SW - BEAVER CO., OK
                TRACT:  15  T1N, R20E, SECTION 30;  SW/4, BEAVER CO. OK
            031 001N  020EC W2W2, BEAVER CO., OK
                TRACT:  16  T1N, R20EC, SECTION 31;  W/2 W/2, BEAVER CO., OK
            031 001N  020EC E2SW, BEAVER CO., OK
                TRACT:  17  T1N, R20E, SECTION 31;  E/2 SW/4, BEAVER CO., OK
            031 001N  020EC W2SE, BEAVER CO., OK
                TRACT:  18   T1N, R20EC, SECTION 31;  W/2 SE/4, BEAVER CO.,
                OK.
            036 001N  019EC E2E2 - TEXAS CO., OK
                TRACT:  14   T1N, R19EC, SECTION 36;  E/2 E/2, TEXAS CO., OK

Date    :   02/06/1997
Lease # :   01150D
Lessor  :   LETHA E. LEHMAN, widow
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 983  Page: 710  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            025 001N  019EC SE - TEXAS CO., OK
                TRACT:  13  T1N, R19EC, SECTION 25;  SE/4, TEXAS CO., OK
            030 001N  020EC SW - BEAVER CO., OK
                TRACT:  15  T1N, R20E, SECTION 30;  SW/4, BEAVER CO. OK
            031 001N  020EC W2W2, BEAVER CO., OK
                TRACT:  16  T1N, R20EC, SECTION 31;  W/2 W/2, BEAVER CO., OK
            031 001N  020EC E2SW, BEAVER CO., OK
                TRACT:  17  T1N, R20E, SECTION 31;  E/2 SW/4, BEAVER CO., OK
            031 001N  020EC W2SE, BEAVER CO., OK
                TRACT:  18   T1N, R20EC, SECTION 31;  W/2 SE/4, BEAVER CO.,
                OK.
            036 001N  019EC E2E2 - TEXAS CO., OK
                TRACT:  14   T1N, R19EC, SECTION 36;  E/2 E/2, TEXAS CO., OK

FILE DATE: 02/19/2001  FILE TIME: 10:48          BOOK: 1025  PAGE: 718
TEXAS COUNTY, MARCIA HOLLINGSHEAD - COUNTY CLERK     RECE#: 2001  655402

### CAMRICK – LEASES CONTINUED

```
Date    :   05/11/1998
Lease # :   01150C
Lessor  :   ANNA LEE CUDD
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 1006  Page: 290  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            025 001N 019EC SE - TEXAS CO., OK
                TRACT:  13  T1N, R19EC, SECTION 25:  SE/4, TEXAS CO., OK
            030 001N 020EC SW - BEAVER CO., OK
                TRACT:  15  T1N, R20E, SECTION 30:  SW/4, BEAVER CO. OK
            031 001N 020EC W2W2, BEAVER CO., OK
                TRACT:  16  T1N, R20EC, SECTION 31:  W/2 W/2, BEAVER CO., OK
            031 001N 020EC E2SW, BEAVER CO., OK
                TRACT:  17  T1N, R20E, SECTION 31:  E/2 SW/4, BEAVER CO., OK
            031 001N 020EC W2SE, BEAVER CO., OK
                TRACT:  18  T1N, R20EC, SECTION 31:  W/2 SE/4, BEAVER CO.,
                OK.
            036 001N 019EC E2E2 - TEXAS CO., OK
                TRACT:  14  T1N, R19EC, SECTION 36:  E/2 E/2, TEXAS CO., OK

Date    :   05/12/1997
Lease # :   01150D
Lessor  :   THE ALLEN W. MERRELL TRUST
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 989  Page: 024  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            025 001N 019EC SE, TEXAS CO., OK
                TRACT:  13  T1N, R19EC, SECTION 25:  SE/4, TEXAS CO., OK
            030 001N 020EC SW, BEAVER CO., OK
                TRACT:  15  T1N, R20E, SECTION 30:  SW/4, BEAVER CO. OK
            031 001N 020EC W2W2, BEAVER CO., OK
                TRACT:  16  T1N, R20EC, SECTION 31:  W/2 W/2, BEAVER CO., OK
            036 001N 019EC E2E2, TEXAS CO., OK
                TRACT:  14  T1N, R19EC, SECTION 36:  E/2 E/2, TEXAS CO., OK

Date    :   01/21/1997
Lease # :   01150E
Lessor  :   MARION KATHLEEN GAMEZ
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 981  Page: 707  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            025 001N 019EC SE
                TRACT:  13  T1N, R19EC, SECTION 25:  SE/4, TEXAS CO., OK
            030 001N 020EC SW
                TRACT:  15  T1N, R20E, SECTION 30:  SW/4, BEAVER CO. OK
            031 001N 020EC W2W2
                TRACT:  16  T1N, R20EC, SECTION 31:  W/2 W/2, BEAVER CO., OK
            036 001N 019EC E2E2
                TRACT:  14  T1N, R19EC, SECTION 36:  E/2 E/2, TEXAS CO., OK

Date    :   01/06/1997
Lease # :   01150F
Lessor  :   MORRISON INVESTMENTS
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 981  Page: 724  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            025 001N 019EC SE
                TRACT:  13  T1N, R19EC, SECTION 25:  SE/4, TEXAS CO., OK
            030 001N 020EC SW
                TRACT:  15  T1N, R20E, SECTION 30:  SW/4, BEAVER CO. OK
            031 001N 020EC W2W2
                TRACT:  16  T1N, R20EC, SECTION 31:  W/2 W/2, BEAVER CO., OK
            036 001N 019EC E2E2
                TRACT:  14  T1N, R19EC, SECTION 36:  E/2 E/2, TEXAS CO., OK
```

BOOK 1057 PAGE 0329

FILE DATE: 02/19/2001   FILE TIME: 10:48          BOOK: 1025  PAGE: 719
TEXAS COUNTY, MARCIA HOLLINGSHEAD - COUNTY CLERK     RECE#: 2001  655402

## CAMRICK – LEASES CONTINUED

Date    :  03/01/1997
Lease # :  01150G
Lessor  :  ESTATE OF CURTIS E. CALDER,JR.
           SANDRA MARTEL,CO-IND,EXECUTRIX
Lessee  :  CHAPARRAL ENERGY, INC.
Recorded:  Book: 986  Page:  659  Instrument:
           SEC TOWN  RANGE DESCRIPTION
           030 001N  020EC SW
               TRACT:  15  T1N, R20E, SECTION 30:  SW/4, BEAVER CO. OK
           031 001N  020EC W2W2
               TRACT:  16  T1N, R20EC, SECTION 31:  W/2 W/2, BEAVER CO., OK

Date    :  01/06/1997
Lease # :  01150H
Lessor  :  N. BRUCE CALDER
Lessee  :  CHAPARRAL ENERGY, INC.
Recorded:  Book: 981  Page:  696  Instrument:
           SEC TOWN  RANGE DESCRIPTION
           025 001N  019EC SE
               TRACT:  13  T1N, R19EC, SECTION 25:  SE/4, TEXAS CO., OK
           030 001N  020EC SW
               TRACT:  15  T1N, R20E, SECTION 30:  SW/4, BEAVER CO. OK
           031 001N  020EC W2W2
               TRACT:  16  T1N, R20EC, SECTION 31:  W/2 W/2, BEAVER CO., OK
           036 001N  019EC E2E2
               TRACT:  14   T1N, R19EC, SECTION 36:  E/2 E/2, TEXAS CO., OK

Date    :  02/04/1997
Lease # :  01150I
Lessor  :  JACK W. WILLIAMS REV.TR. DTD.
           3-28-96, J.W.WILLIAMS, TRUSTEE
Lessee  :  CHAPARRAL ENERGY, INC.
Recorded:  Book: 982  Page:  654  Instrument:
           SEC TOWN  RANGE DESCRIPTION
           025 001N  019EC SE - TEXAS CO., OK
               TRACT:  13  T1N, R19EC, SECTION 25:  SE/4, TEXAS CO., OK
           030 001N  020EC SW - BEAVER CO., OK
               TRACT:  15  T1N, R20E, SECTION 30:  SW/4, BEAVER CO. OK
           031 001N  020EC W2W2, BEAVER CO., OK
               TRACT:  16  T1N, R20EC, SECTION 31:  W/2 W/2, BEAVER CO., OK
           031 001N  020EC E2SW, BEAVER CO., OK
               TRACT:  17  T1N, R20E, SECTION 31:  E/2 SW/4, BEAVER CO., OK
           031 001N  020EC W2SE, BEAVER CO., OK
               TRACT:  18   T1N, R20EC, SECTION 31:  W/2 SE/4, BEAVER CO.,
               OK.
           036 001N  019EC E2E2 - TEXAS CO., OK
               TRACT:  14   T1N, R19EC, SECTION 36:  E/2 E/2, TEXAS CO., OK

Date    :  03/27/1997
Lease # :  01150J
Lessor  :  KIKUE Y. RIES
Lessee  :  CHAPARRAL ENERGY, INC.
Recorded:  Book: 987  Page:  349  Instrument:
           SEC TOWN  RANGE DESCRIPTION
           028 001N  020EC SW
               TRACT:  17   T1N, R20EC, SECTION 28:  SW/4

Date    :  01/20/1997
Lease # :  01150K
Lessor  :  MARJORIE PETERSON
Lessee  :  CHAPARRAL ENERGY, INC.
Recorded:  Book: 981  Page:  734  Instrument:
           SEC TOWN  RANGE DESCRIPTION
           028 001N  020EC SW
               TRACT:  17   T1N, R20EC, SECTION 28:  SW/4

FILE DATE: 02/19/2001   FILE TIME: 10:48          BOOK: 1025  PAGE: 720
TEXAS COUNTY, MARCIA HOLLINGSHEAD - COUNTY CLERK     RECE#: 2001  655402

### CAMRICK -- LEASES CONTINUED

```
Date    :   01/06/1997
Lease # :   01150L
Lessor  :   A. PETE WILLIAMS and/or
            VIVIAN WILLIAMS
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 981  Page: 728  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            029 001N  020EC SE
                TRACT:  16   T1N, R20EC, SECTION 29:  SE/4


Date    :   04/04/1997
Lease # :   01150M
Lessor  :   GLENNA RAE WILLIAMS
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 986  Page: 658  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            029 001N  020EC SE
                TRACT:  16   T1N, R20EC, SECTION 29:  SE/4


Date    :   01/07/1997
Lease # :   01150N
Lessor  :   CARL ELLIS
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 981  Page: 174  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            031 001N  020EC SE
                TRACT:  19   T1N, R20E, SECTION 31:  SE/4
            032 001N  020EC W2SW
                TRACT:  20   T1N, R20EC, SECTION 32:  W/2 SW/4
            032 001N  020EC E2SW
                TRACT:  21   T1N, R20EC, SECTION 32:  E/2 SW/4


Date    :   12/18/1953
Lease # :   01150O
Lessor  :   JAKE D. BOESE & JUSTINA BOESE
Lessee  :   FRANK PARKES
Recorded:   Book: 139  Page: 340  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            028 001N  020EC ONLY THE SW
                TRACT:  2   T1N, R20E, SECTION 28:  NE/4 INSOFAR AS LS.
                COVERS THE UPPER MORROW FORM. ONLY


Date    :   11/26/1953
Lease # :   01150P
Lessor  :   JOHN LEHMANN & ROSA LEHMANN,
            H/W
Lessee  :   THE CARTER OIL COMPANY
Recorded:   Book: 139  Page: 142  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            031 001N  020EC E2SW
                TRACT:  1   T1N, R20E, SECTION 31:  ONLY INSOFAR AS LS. COV.
                THE E/2 SW/4
            031 001N  020EC SWSE
                TRACT:  2   T1N, R20E, SECTION 31:  ONLY INSOFAR AS LS.COV
                THE SW/4 SE/4


Date    :   07/11/1954
Lease # :   01150Q
Lessor  :   MARY LEE NILSON ELLIS & hus,
            DREW ELLIS,  ETAL
Lessee  :   MAX KELLY
Recorded:   Book: 143  Page:  11  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            031 001N  020EC ONLY E2SE
                TRACT:  1   T1N, R20E, SECTION 31:  ONLY INSOFAR AS LS. COV.
                THE E/2 SW/4
```

FILE DATE: 02/19/2001 FILE TIME: 10:48          BOOK: 1025 PAGE: 721
TEXAS COUNTY, MARCIA HOLLINGSHEAD - COUNTY CLERK     RECE#: 2001  655402

## CAMRICK – LEASES CONTINUED

```
Date    :   05/01/1997
Lease # :   01152A
Lessor  :   BENNIE MAE CRUNK
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 986 Page: 297 Instrument:
            SEC TOWN  RANGE DESCRIPTION
            031 001N  020EC NE
                TRACT:  11  T1N, R20EC, SECTION 31:  NE
            031 001N  020EC E2NW
                TRACT:  12  T1N, R20EC, SECTION 31:  E/2 NW/4


Date    :   07/28/1997
Lease # :   01152B
Lessor  :   FRANK M. OGDEN 3rd TEST.TRUST
            JAMES N. OAKES, ETAL, CO-TRSTS
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 991 Page: 427 Instrument:
            SEC TOWN  RANGE DESCRIPTION
            031 001N  020EC NE
                TRACT:  14  T1N, R20E, SECTION 31:  NE/4
            031 001N  020EC E2NW
                TRACT:  13  T1N, R20EC, SECTION 31:  E/2 NW/4


Date    :   07/28/1997
Lease # :   01152C
Lessor  :   GLORIA H. OGDEN
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 991 Page: 429 Instrument:
            SEC TOWN  RANGE DESCRIPTION
            031 001N  020EC NE
                TRACT:  14  T1N, R20E, SECTION 31:  NE/4
            031 001N  020EC E2NW
                TRACT:  13  T1N, R20EC, SECTION 31:  E/2 NW/4


Date    :   06/24/1954
Lease # :   01153A
Lessor  :   VADA FULBRIGHT, a widow
Lessee  :   ATLANTIC REFINING COMPANY
Recorded:   Book: 143 Page: 276 Instrument:
            SEC TOWN  RANGE DESCRIPTION
            033 001N  020EC E2
                TRACT:   9   T1N, R20EC, SECTION 33:  E/2


Date    :   01/11/1956
Lease # :   01153B
Lessor  :   LAURENCE BRANSGROVE
Lessee  :   MAGNOLIA PETROLEUM CO.
Recorded:   Book: 157 Page: 150 Instrument:
            SEC TOWN  RANGE DESCRIPTION
            033 001N  020EC E2
                TRACT:   9   T1N, R20EC, SECTION 33:  E/2


Date    :   01/06/1997
Lease # :   01154A
Lessor  :   ELMA J. BRUCE and/or GAIL L.
            BRUCE
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 981 Page: 726 Instrument:
            SEC TOWN  RANGE DESCRIPTION
            028 001N  020EC NE
                TRACT:   8  T1N, R20EC, SECTION 28:  NE/4
            029 001N  020EC S2SW
                TRACT:   7  T1N, R20EC, SECTION 29:  S/2 SW/4
            032 001N  020EC NW
                TRACT:   6  T1N, R20EC, SECTION 32:  NW/4
            033 001N  020EC NW
                TRACT:   5  T1N, R20EC, SECTION 33:  NW/4
```

FILE DATE: 02/19/2001   FILE TIME: 10:48           BOOK: 1025  PAGE: 722
TEXAS COUNTY, MARCIA HOLLINGSHEAD - COUNTY CLERK      RECE#: 2001   655402

## CAMRICK - LEASES CONTINUED

```
Date    :    03/24/1997
Lease # :    01154B
Lessor  :    CELESTINE BARBY 1981 REVOCABLE
             TRUST, PAUL M. BARBY, ETAL, TRSTE
Lessee  :    CHAPARRAL ENERGY, INC.
Recorded:    Book: 986 Page: 656 Instrument:
             SEC TOWN RANGE DESCRIPTION
             029 001N 020EC S2SW
               TRACT:   9  T1N, R20EC, SECTION 29:  S/2 SW/4
             032 001N 020EC NW
               TRACT:  10  T1N, R20EC, SECTION 32:  NW/4


Date    :    11/21/1953
Lease # :    0.154C
Lessor  :    JOHN D. WILLIAMS, a single man
Lessee  :    D. F. HARRINGTON
Recorded:    Book: 138  Page: 640  Instrument:
             SEC TOWN RANGE DESCRIPTION
             029 001N  020EC S2SW
               TRACT:   4   T1N, R20E, SECTION 29:  ONLY INSOFAR AS LS.
               COV. THE S/2 SW/4


Date    :    12/21/1953
Lease # :    01154D
Lessor  :    RALPH E. BARBY & MARIE BARBY
Lessee  :    D. F. FHARRINGTON
Recorded:    Book: 138  Page: 636  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             029 001N  020EC S2SW
               TRACT:  29   T1N, R20E, SECTION 29:  S/2 SW/4


Date    :    11/21/1953
Lease # :    01154E
Lessor  :    JOHN D. WILLIAMS
Lessee  :    D. F. HARRINGTON
Recorded:    Book: 138  Page: 640  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             032 001N  020EC NW
               TRACT:   3   T1N, R20E, SECTION 32:  ONLY INSOFAR AS LS.
               COV. THE NW/4


Date    :    12/21/1953
Lease # :    01154F
Lessor  :    RALPH E. BARBY & MARIE BARBY
Lessee  :    D. F. HARRINGTON
Recorded:    Book: 138  Page: 638  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             032 001N  020EC NW
               TRACT:   4   T1N, R20E, SECTION 32:  NW/4


Date    :    03/10/1997
Lease # :    01154G
Lessor  :    HAROLD W. WILLIAMS
Lessee  :    CHAPARRAL ENERGY, INC.
Recorded:    Book: 980 Page: 613  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             025 001N  020EC NW
               TRACT:  23  T1N, R20EC, SECTION 25:  NW/4
             028 001N  020EC NE
               TRACT:  24  T1N, R20E, SECTION 28:  NE/4
             029 001N  020EC S2SW
               TRACT:  25   T1N, R20E, SECTION 29:  S/2 SW/4
             032 001N  020EC NW
               TRACT:  26 T1N, R20E, SECTION 32:  NW/4
             033 001N  020EC W2NW
               TRACT:  29   T1N, R20E, SECTION 33:  W/2 NW/4
             033 001N  020EC E2NW
               TRACT:  28   T1N, R20E, SECTION 33:  E/2 NW/4
```

BOOK **1057** PAGE **0333**

FILE DATE: 02/19/2001    FILE TIME: 10:48
TEXAS COUNTY, MARCIA HOLLINGSHEAD – COUNTY CLERK

BOOK: 1025  PAGE: 723
RECE#: 2001   655402

## CAMRICK – LEASES CONTINUED

Date     :   12/08/1951
Lease # :   01154H
Lessor  :   J. D. WILLIAMS
Lessee  :   SIBLEY JINES
Recorded:   Book: 123  Page: 202  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            033 001N  020EC NW/4
               TRACT:   3   T1N, R20E, SECTION 33:  NW/4

Date     :   12/02/1955
Lease # :   01154I
Lessor  :   HAROLD W. WILLIAMS, ETUX
Lessee  :   THE ATLANTIC REFINING CO.
Recorded:   Book: 157  Page: 491  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            025 001N  020EC NW
               TRACT:   3   T1N, R20E, SEC. 25:  NW/4

Date     :   12/02/1955
Lease # :   01154J
Lessor  :   RICHARD LEE SHOWALTER and EDNA
            FERN SHOWALTER, his wife
Lessee  :   THE ATLANTIC REFINING CO.
Recorded:   Book: 157  Page: 493  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            025 001N  020EC NW
               TRACT:   1   T1N, R20E, SECTION 25:  NW/4

Date     :   01/15/1946
Lease # :   01154K
Lessor  :   JOHN D. WILLIAMS & ETHEL
            WILLIAMS
Lessee  :   M. M. TILLEY
Recorded:   Book:  20  Page:  113  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            028 001N  020EC NE
               TRACT:   2   T1N, R20E, SECTION 28:  NE/4 INSOFAR AS LS.
            COVERS THE UPPER MORROW FORM. ONLY

Date     :   01/17/1997
Lease # :   01155A
Lessor  :   MADELINE LEMAN, EXEC.U/W OF
            MICHELLE D. LEMAN
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 982  Page: 644  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            034 001N  020EC ALL
               TRACT:   3   T1N, R20E, SECTION 34:  ALL OF SECTION
               (TRACTS 34-1; 34-5, 34-6, 34-7, & 34-8)

Date     :   01/29/1997
Lease # :   01155B
Lessor  :   BETTY J. KESTER
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 982  Page: 650  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            034 001N  020EC ALL
               TRACT:   3   T1N, R20E, SECTION 34:  ALL OF SECTION
               (TRACTS 34-1; 34-5, 34-6, 34-7, & 34-8)

Date     :   03/04/1997
Lease # :   01155C
Lessor  :   MILDRED KERSHMAN
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 984  Page: 464  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            034 001N  020EC ALL
               TRACT:   3   T1N, R20E, SECTION 34:  ALL OF SECTION
               (TRACTS 34-1; 34-5, 34-6, 34-7, & 34-8)

FILE DATE: 02/19/2001   FILE TIME: 10:48          BOOK: 1025  PAGE: 724
TEXAS COUNTY, MARCIA HOLLINGSHEAD - COUNTY CLERK    RECE#: 2001  655402

### CAMRICK - LEASES CONTINUED

```
Date    :   01/09/1997
Lease # :   O1155D
Lessor  :   CHESTER R. KERSHMAN
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 981  Page: 730  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            034 001N  020EC ALL
               TRACT:  3   T1N, R20E, SECTION 34:  ALL OF SECTION
               (TRACTS 34-1; 34-5, 34-6, 34-7, & 34-8)


Date    :   01/09/1997
Lease # :   O1155E
Lessor  :   LENORA JONES
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 980  Page: 609  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            034 001N  020EC ALL
               TRACT:  3   T1N, R20E, SECTION 34:  ALL OF SECTION
               (TRACTS 34-1; 34-5, 34-6, 34-7, & 34-8)


Date    :   01/08/1997
Lease # :   O1155F
Lessor  :   JOE WARREN, JR.
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 980  Page: 611  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            034 001N  020EC ALL
               TRACT:  3   T1N, R20E, SECTION 34:  ALL OF SECTION
               (TRACTS 34-1; 34-5, 34-6, 34-7, & 34-8)


Date    :   01/15/1997
Lease # :   O1155G
Lessor  :   DYANN WALLS
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 982  Page: 652  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            034 001N  020EC ALL
               TRACT:  3   T1N, R20E, SECTION 34:  ALL OF SECTION
               (TRACTS 34-1; 34-5, 34-6, 34-7, & 34-8)


Date    :   01/24/1997
Lease # :   O1155H
Lessor  :   S. TOM MORRIS
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 982  Page: 197  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            034 001N  020EC ALL
               TRACT:  3   T1N, R20E, SECTION 34:  ALL OF SECTION
               (TRACTS 34-1; 34-5, 34-6, 34-7, & 34-8)


Date    :   01/18/1997
Lease # :   O1155I
Lessor  :   BARRY GOLDBERG
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 981  Page: 711  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            034 001N  020EC ALL
               TRACT:  3   T1N, R20E, SECTION 34:  ALL OF SECTION
               (TRACTS 34-1; 34-5, 34-6, 34-7, & 34-8)


Date    :   06/02/1997
Lease # :   O1155J
Lessor  :   ALLAN HELD
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 989  Page: 596  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            034 001N  020EC ALL
               TRACT:  3   T1N, R20E, SECTION 34:  ALL OF SECTION
               (TRACTS 34-1; 34-5, 34-6, 34-7, & 34-8)
```

FILE DATE: 02/19/2001   FILE TIME: 10:48        BOOK: 1025  PAGE: 725
TEXAS COUNTY, MARCIA HOLLINGSHEAD - COUNTY CLERK       RECE#: 2001  655402

### CAMRICK - LEASES CONTINUED

```
Date    :   11/01/1995
Lease # :   O1155K
Lessor  :   MARTHA JANE STONE
Lessee  :   NORAM PETROLEUM CORPORATION
Recorded:   Book: 957  Page: 016  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            034 001N  020EC ALL SEC.
                TRACT:  12  T1N, R20E, SECTION 34:  ALL SECTION


Date    :   11/19/1998
Lease # :   O1155L
Lessor  :   PHYLLIS LEWIS
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 1017  Page: 005  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            034 001N  020EC ALL
                TRACT:  3  T1N, R20E, SECTION 34:  ALL OF SECTION
                (TRACTS 34-1; 34-5, 34-6, 34-7, & 34-8)


Date    :   07/22/1948
Lease # :   O1155M
Lessor  :   JULIUS SELL & TENA SELL, his
            wife
Lessee  :   HUNT OIL COMPANY
Recorded:   Book:  27  Page:  622  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            034 001N  020EC E2
                TRACT:  10  T1N, R20E, SEC. 34:  E/2
            034 001N  020EC SW
                TRACT:  11  T1N, R20E, SEC. 34:  SW/4


Date    :   12/10/1951
Lease # :   O1155N
Lessor  :   JAMES E. ANDERSON, ETUX &
            JULIUS SELL, ETUX
Lessee  :   SIBLEY JINES
Recorded:   Book: 123  Page:  206  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            034 001N  020EC NW
                TRACT:  99  T1N, R20E, SECTION 34:  NW/4


Date    :   01/10/1997
Lease # :   O1156A
Lessor  :   JOE P. LILE aka JOE PETE LILE
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 982  Page: 195  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            030 001N  021EC SW
                TRACT:  2  T1N, R21EC, SEC. 30:  SW/4


Date    :   06/23/1965
Lease # :   O1156O
Lessor  :   EST. OF HENRY G. LILE, an in-
            competent, E.C.LILE, guardian
Lessee  :   GEORGE BREWER, JR.
Recorded:   Book: 284  Page:   51  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            030 001N  021EC SW
                TRACT:  120   T1N, R21E, SECTION 30:  SW/4


Date    :   01/06/1997
Lease # :   O1157A
Lessor  :   JOHN M. STUBBLEFIELD TRUST
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 981  Page: 172  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            036 001N  020EC NW
                TRACT:  1  T1N, R20EC, SECTION 36:  NW/4 (LTD. TO THAT
                SUBSURFACE INTERVAL DESC. AS THE MORROW SANDS)
```

### CAMRICK - LEASES CONTINUED

Date    :  02/14/1997
Lease #  :  O1158A
Lessor  :  BOBBIE LEE APPLE
Lessee  :  CHAPARRAL ENERGY, INC.
Recorded:  Book: 984  Page: 531  Instrument:
           SEC TOWN  RANGE DESCRIPTION
           032 001N  020EC E2
               TRACT:   7  T1N, R20EC, SECTION 32:  E/2
           033 001N  020EC SW
               TRACT:   8  T1N, R20EC, SECTION 33:  SW/4

Date    :  03/06/1997
Lease #  :  O1158B
Lessor  :  LUCILLE FRANCES APPLE ESTATE
           CORINNE D. CRANK, TRUSTEE
Lessee  :  CHAPARRAL ENERGY, INC.
Recorded:  Book: 984  Page: 466  Instrument:
           SEC TOWN  RANGE DESCRIPTION
           032 001N  020EC NE
               TRACT:  11  T1N, R20EC, SECTION 32:  NE/4
           032 001N  020EC SE
               TRACT:  12  T1N, R20EC, SECTION 32:  SE/4
           033 001N  020EC SW
               TRACT:  13  T1N, R20EC, SECTION 33:  SW/4

Date    :  04/14/1997
Lease #  :  O1158C
Lessor  :  VICTORIA MARIE APPLE, a widow
Lessee  :  CHAPARRAL ENERGY, INC.
Recorded:  Book: 987  Page: 354  Instrument:
           SEC TOWN  RANGE DESCRIPTION
           032 001N  020EC NE
               TRACT:  11  T1N, R20EC, SECTION 32:  NE/4
           032 001N  020EC SE
               TRACT:  12  T1N, R20EC, SECTION 32:  SE/4
           033 001N  020EC SW
               TRACT:  13  T1N, R20EC, SECTION 33:  SW/4

Date    :  12/24/1996
Lease #  :  O1158D
Lessor  :  ANTONIO DANIELE
Lessee  :  CHAPARRAL ENERGY, INC.
Recorded:  Book: 980  Page: 601  Instrument:
           SEC TOWN  RANGE DESCRIPTION
           032 001N  020EC NE
               TRACT:  11  T1N, R20EC, SECTION 32:  NE/4
           032 001N  020EC SE
               TRACT:  12  T1N, R20EC, SECTION 32:  SE/4
           033 001N  020EC SW
               TRACT:  13  T1N, R20EC, SECTION 33:  SW/4

Date    :  11/18/1953
Lease #  :  O1158E
Lessor  :  JOHN T. APPLE
Lessee  :  D. F. HARRINGTON
Recorded:  Book: 138  Page: 642  Instrument:
           SEC TOWN  RANGE DESCRIPTION
           032 001N  020EC NE
               TRACT:  26   T1N, R20E, SECTION 32:  ONLY INSOFAR AS LS.
               COVERS THE NE/4

Date    :  11/18/1953
Lease #  :  O1158F
Lessor  :  JOHN T. APPLE
Lessee  :  D. F. HARRINGTON
Recorded:  Book: 138  Page: 642  Instrument:
           SEC TOWN  RANGE DESCRIPTION
           032 001N  020EC SE
               TRACT:  27   T1N, R20E, SECTION 32:  ONLY INSOFAR AS LS.
               COVERS THE SE/4

FILE DATE: 02/19/2001  FILE TIME: 10:48          BOOK: 1025  PAGE: 727
TEXAS COUNTY, MARCIA HOLLINGSHEAD - COUNTY CLERK    RECE#: 2001  655402

## CAMRICK - LEASES CONTINUED

```
Date     :  11/18/1953
Lease #  :  01158G
Lessor   :  JOHN T. APPLE, a single man
Lessee   :  D. F. HARRINGTON
Recorded :  Book: 138  Page: 644  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            033 001N  020EC SW
                TRACT:  32    T1N, R20E, SECTION 33:  SW/4


Date     :  07/29/1953
Lease #  :  01182A
Lessor   :  PAUL CORBIN and MABEL CORBIN,
            his wife
Lessee   :  PHILLIPS PETROLEUM COMPANY
Recorded :  Book: 137  Page: 264  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            031 001N  020EC NE
                TRACT:  3 T1N, R20E, SECTION 31:  NE/4
            031 001N  020EC E2NE
                TRACT:  4 T1N, R20EC, SECTION 31:  E/2 NE/4


Date     :  12/18/1953
Lease #  :  01184A
Lessor   :  JAKE D. BOESE & wife, JUSTINA
            BOESE
Lessee   :  FRANK PARKES
Recorded :  Book: 139  Page: 337  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            025 001N  020EC SE
                TRACT:  2 T1N, R20E, SECTION 25:  SE/4


Date     :  01/13/1969
Lease #  :  01198A
Lessor   :  THE WILLIAM K. WARREN FOUNDA-
            TION
Lessee   :  HUMBLE OIL & REFINING COMPANY
Recorded :  Book: 338  Page:  28  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            022 001N  020EC W2NE
                TRACT:  45    T1N, R20EC, SECTION 22:  W/2 NE/4


Date     :  11/20/1963
Lease #  :  01198B
Lessor   :  HARRISON W. BAKER AND MARY
            BAKER, his wife
Lessee   :  HUMBLE OIL & REFINING COMPANY
Recorded :  Book: 338  Page:  25  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            022 001N  020EC W2NE
                TRACT:  2 T1N, R20E, SECTION 22:  W/2 NE/4 (UPPER MORROW
                ONLY)


Date     :  08/24/1954
Lease #  :  01200A
Lessor   :  ALMA PITTMAN AND AMCY E.
            PITTMAN, her husband
Lessee   :  THE CARTER OIL COMPANY
Recorded :  Book: 143  Page: 428  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            025 001N  020EC SW
                TRACT:  107   T1N, R20E, SECTION 25:  SW/4 (UPPER MORROW ONLY)
            036 001N  020EC NW
                TRACT:  47    T1N, R20E, SECTION 36:  ONLY INSOFAR AS LS.
                COVERS THE NW/4, LTD. FROM SURF. TO BS. OF UPPER MORROW
```

FILE DATE: 02/19/2001   FILE TIME: 10:48
TEXAS COUNTY, MARCIA HOLLINGSHEAD - COUNTY CLERK

BOOK: 1025   PAGE: 728
RECE#: 2001   655402

### CAMRICK - LEASES CONTINUED

```
Date    :    07/14/1954
Lease # :    01234A
Lessor  :    MARY LEE WILSON ELLIS & hus,
             DREW ELLIS, ETAL
Lessee  :    MAX KELLY
Recorded:    Book: 143  Page:  11  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             032 001N  020EC ONLY W2SW
                 TRACT:  1  T1N, R20E, SECTION 32: ONLY INSOFAR AS LS.
                 COV. THE W/2 SW/4

Date    :    07/14/1954
Lease # :    01235A
Lessor  :    MARY LEE WILSON ELLIS & hus,
             DREW ELLIS, ETAL
Lessee  :    MAX KELLY
Recorded:    Book: 143  Page: ·11  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             032 001N  020EC ONLY E2SW
                 TRACT:  99  T1N, R20E, SECTION 32:  ONLY INSOFAR AS LS.
                 COVERS THE E/2 SW/4

Date    :    02/28/1952
Lease # :    01239A
Lessor  :    MARY TOMLIN, a widow
Lessee  :    R. C. ROBERTS
Recorded:    Book: 128  Page:  14  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             021 001N  020EC NE
                 TRACT:  99   T1N, R20E, SECTION 21:  NE/4

Date    :    05/06/1999
Lease # :    01262A
Lessor  :    THE SARGENT FAMILY 1975 TRUST
Lessee  :    CHAPARRAL ENERGY, INC.
Recorded:    Book: 1026  Page: 0018  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             027 001N  020EC W2NE
                 TRACT: 121    T1N, R20E, SECTION 27:  W/2 NE/4

Date    :    06/11/1959
Lease # :    01262B
Lessor  :    GEORGE S. SARGENT & BESSIE M.
             SARGENT
Lessee  :    MAGNOLIA PETROLEUM CO.
Recorded:    Book: 198  Page: 436  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             027 001N  020EC W2NE
                 TRACT: 201   T1N, R20E, SEC. 27:  W/2 NE/4 (UPPER MORROW
                 ONLY)

Date    :    06/11/1959
Lease # :    01262C
Lessor  :    WILLIAM K. WARREN FOUNDATION
Lessee  :    MAGNOLIA PETROLEUM CO.
Recorded:    Book: 198  Page: 438  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             027 001N  020EC W2NE
                 TRACT: 201   T1N, R20E, SEC. 27:  W/2 NE/4 (UPPER MORROW
                 ONLY)

Date    :    07/02/1956
Lease # :    01356A
Lessor  :    PANHANDLE COOPERATIVE ROYALTY
             CO. & FLAG OIL CORPORATION
Lessee  :    CARTER OIL COMPANY
Recorded:    Book: 167  Page:  37  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             027 001N  020EC E2NW
                 TRACT:  30   T1N, R20E, SECTION 27:  E/2 NW/4 (UPPER MORROW
                 ONLY)
```

FILE DATE: 02/19/2001   FILE TIME: 10:48        BOOK: 1025   PAGE: 729
TEXAS COUNTY, MARCIA HOLLINGSHEAD - COUNTY CLERK      RECE#: 2001   655402

### CAMRICK - LEASES CONTINUED

```
Date    :   07/02/1956
Lease # :   013588
Lessor  :   FARMERS UNION COOP ROYALTY
Lessee  :   CARTER OIL COMPANY
Recorded:   Book: 167  Page: 415  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            027 001N  020EC E2NW
                TRACT:  30    T1N, R20E, SECTION 27:  E/2 NW/4 (UPPER MORROW
                ONLY)

Date    :   10/02/1954
Lease # :   01371A
Lessor  :   RESERVE PETROLEUM CO., GULF
            COAST WESTERN OIL CO., ETAL
Lessee  :   CARTER OIL COMPANY
Recorded:   Book: 145  Page:  32  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            035 001N  020EC SE
                TRACT:   1    T1N, R20E, SECTION 35:  SE/4 (UPPER MORROW
                FORMATION, ONLY)

Date    :   08/24/1954
Lease # :   01371B
Lessor  :   E. W. THOMAS & ROSE M. THOMAS
Lessee  :   CARTER OIL COMPANY
Recorded:   Book: 144  Page: 185  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            035 001N  020EC SE
                TRACT:   1    T1N, R20E, SECTION 35:  SE/4 (UPPER MORROW
                FORMATION, ONLY)

Date    :   07/30/1963
Lease # :   001134
Lessor  :   ST. OF OKLAHOMA - LS. CS-9704
Lessee  :   HUMBLE OIL & REFINING
Recorded:   Book: 338  Page: 471  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            036 001N  019EC E2E2
                TRACT:   1  T1N, R19EC, SECTION 36:  E/2 E/2

Date    :   11/01/1961
Lease # :   001185
Lessor  :   USA OK NM 0207037
Lessee  :   HUMBLE OIL & REFINING COMPANY
Recorded:   Book:      Page:      Instrument:
            SEC TOWN  RANGE DESCRIPTION
            001 001S  019EC LOTS 1 & 2
                TRACT: 201   T1S, R19E, SECTION 1:  LOTS 1 AND 2

Date    :   08/25/1958
Lease # :   01150R
Lessor  :   RESERVE PETROLEUM COMPANY and
            SKYLINE PETROLEUM
Lessee  :   H. T. WILKINS, JR.
Recorded:   Book: 321  Page: 188  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            025 001N  019EI SE
                TRACT:   3  T1N, R19E, SEC. 25:  SE/4
            025 001N  019EI N2NE
                TRACT:   1  T1N, R19E, SEC. 25:  N/2 NE/4
            025 001N  019EI SENE
                TRACT:   2  T1N, R19E, SEC. 25:  SE/4 NE/4
```

FILE DATE: 02/19/2001  FILE TIME: 10:48          BOOK: 1025  PAGE: 730
TEXAS COUNTY, MARCIA HOLLINGSHEAD - COUNTY CLERK     RECE#: 2001  655402

## CAMRICK – LEASES CONTINUED

```
Date     :   05/22/1958
Lease #  :   O1150S
Lessor   :   L. E. LITTAU & OLGA LITTAU
Lessee   :   H. T. WILKINS, JR.
Recorded:    Book: 321 Page: 186 Instrument:
             SEC TOWN  RANGE DESCRIPTION
             025 001N  019EI SE
                  TRACT:   3   T1N, R19E, SEC. 25:  SE/4
             025 001N  019EI N2NE
                  TRACT:   1   T1N, R19E, SEC. 25:  N/2 NE/4
             025 001N  019EI SENE
                  TRACT:   2   T1N, R19E, SEC. 25:  SE/4 NE/4


Date     :   03/16/1959
Lease #  :   O1150T
Lessor   :   PAUL M. HAYWOOD
Lessee   :   HORIZON OIL & GAS COMPANY
Recorded:    Book: 321 Page: 271 Instrument:
             SEC TOWN  RANGE DESCRIPTION
             025 001N  019EI SE
                  TRACT:   3   T1N, R19E, SEC. 25:  SE/4
             025 001N  019EI N2NE
                  TRACT:   1   T1N, R19E, SEC. 25:  N/2 NE/4
             025 001N  019EI SENE
                  TRACT:   2   T1N, R19E, SEC. 25:  SE/4 NE/4


Date     :   09/03/1958
Lease #  :   O1150U
Lessor   :   M. E. TRAPP TRUST, LOU STRANG
             TRAPP, TRUSTEE
Lessee   :   H. T. WILKINS, JR.
Recorded:    Book: 312 Page:  46 Instrument:
             SEC TOWN  RANGE DESCRIPTION
             025 001N  019EI SE
                  TRACT:   3   T1N, R19E, SEC. 25:  SE/4
             025 001N  019EI N2NE
                  TRACT:   1   T1N, R19E, SEC. 25:  N/2 NE/4
             025 001N  019EI SENE
                  TRACT:   2   T1N, R19E, SEC. 25:  SE/4 NE/4


Date     :   09/11/1958
Lease #  :   O1150V
Lessor   :   WILLIAM R. FRANCIS & JESSIE
             J. FRANCIS
Lessee   :   H. T. WILKINS, JR.
Recorded:    Book: 321 Page: 143 Instrument:
             SEC TOWN  RANGE DESCRIPTION
             025 001N  019EI SE
                  TRACT:   3   T1N, R19E, SEC. 25:  SE/4
             025 001N  019EI N2NE
                  TRACT:   1   T1N, R19E, SEC. 25:  N/2 NE/4
             025 001N  019EI SENE
                  TRACT:   2   T1N, R19E, SEC. 25:  SE/4 NE/4


Date     :   09/11/1958
Lease #  :   O1150W
Lessor   :   E. J. ROBINETT & LESLIE W.
             ROBINETT
Lessee   :   H. T. WILKINS, JR.
Recorded:    Book: 321 Page: 131 Instrument:
             SEC TOWN  RANGE DESCRIPTION
             025 001N  019EI SE
                  TRACT:   3   T1N, R19E, SEC. 25:  SE/4
             025 001N  019EI N2NE
                  TRACT:   1   T1N, R19E, SEC. 25:  N/2 NE/4
             025 001N  019EI SENE
                  TRACT:   2   T1N, R19E, SEC. 25:  SE/4 NE/4
```

BOOK 1057 PAGE 0341

FILE DATE: 02/19/2001   FILE TIME: 10:48
TEXAS COUNTY, MARCIA HOLLINGSHEAD - COUNTY CLERK

BOOK: 1025   PAGE: 731
RECE#: 2001   655402

## CAMRICK – LEASES CONTINUED

Date    :  09/11/1958
Lease #  :  01150X
Lessor  :  R. E. COX, JR. & MARGARET
           BOWMAN COX
Lessee  :  H. T. WILKINS, JR.
Recorded:  Book: 321  Page: 129  Instrument:

SEC TOWN  RANGE DESCRIPTION
025 001N  019EI SE
     TRACT:   3   T1N, R19E, SEC. 25:  SE/4
025 001N  019EI N2NE
     TRACT:   1   T1N, R19E, SEC. 25:  N/2 NE/4
025 001N  019EI SENE
     TRACT:   2   T1N, R19E, SEC. 25:  SE/4 NE/4





DOC NUMBER 2001-816
Book 1057
Page(s) 315 to 341
Time 10:33AM
Fee $60.00
03-06-2001
Karen Schell
Beaver County Clerk
RECORDED AND FILED

# EXHIBIT 8

CAMRICK UNIT (259750)

## ASSIGNMENT AND BILL OF SALE

STATE OF OKLAHOMA )
) ss.
COUNTIES OF BEAVER AND TEXAS )

KNOW ALL MEN BY THESE PRESENTS:

THAT **NORAM PETROLEUM CORPORATION**, with a mailing address of 701 Cedar Lake Boulevard, Oklahoma City, Oklahoma 73114, hereinafter called "Assignor", for and in consideration of the sum of Ten and No/100 Dollars ($10.00), and other good and valuable consideration to it in hand paid, the receipt and sufficiency of which is hereby acknowledged, does hereby grant, convey, sell, assign and transfer unto **CHAPARRAL CO₂, LLC**, with a mailing address of 701 Cedar Lake Boulevard, Oklahoma City, Oklahoma 73114, hereinafter called "Assignee", subject to the provisions of this assignment, the following interest:

1.) All of Assignor's right, title, and interest in and to the Oil and Gas Leases and lands described in Exhibit "A" attached hereto and made a part hereof, said lands being located in Beaver and Texas Counties, State of Oklahoma, together with the rights incident thereto, the personal property thereon, appurtenant thereto, or used or obtained in connection with said leases and lands; and for the same consideration stated hereinabove, Assignor does hereby grant, convey, sell, assign and transfer unto the said Assignee all of Assignor's right, title, and interest in and to the CAMRICK UNIT located on said leases and lands, or on lands pooled or unitized with any portion thereof, or on lands located within any governmental drilling and spacing unit which includes any portion thereof, together with all casing, leasehold equipment, and personal property in or on or used in connection with said well AS IS AND WHERE IS, WITHOUT WARRANTY OF MERCHANTABILITY, CONDITION OR FITNESS FOR A PARTICULAR PURPOSE, EITHER EXPRESS OR IMPLIED; and

2.) All of the Assignor's rights, titles, interests, tenements, hereditaments, appurtenances, benefits and privileges attributable or incident to the working interest assigned, including without limitation the oil, gas and other minerals produced, inclusive of royalties, overriding royalties, production payments, reversionary interests, right to take royalties in kind, or other interests; and

3.) All of the real, personal and mixed property of Assignor's located upon or used in connection with the operation of the subject interests, on an "as is, where is" basis including without limitation wells, well equipment, casing, tanks, gas separation and field processing units, crude oil, condensate or products in storage or in pipelines, boilers, buildings, tubing, pumps, motors, fixtures, machinery, and other equipment, water rights, pipelines, gathering systems, processing plants and all other improvements used in the operation thereof; and

4.) All of Assignor's rights in, to, under or derived from all agreements and contractual rights, easements, rights-of-way, servitudes, franchises, and other estates relating to the subject interests, including without limitation, unit agreements, orders and decisions of state and federal regulatory authorities establishing units, joint operating agreements, production sales contracts, enhanced recovery and injection agreements, area of mutual interest agreements, purchase, exchange or processing agreements, casinghead gas contracts, balancing agreements, surface leases, easements or right-of-way, farmout or farmin agreements, dry hole or bottom hole contribution agreements, seismic agreements, drilling agreements, exploration agreements, assignments of operating rights, working interests, subleases, permits, licenses, options, orders and all other contracts, agreements and instruments relating to the exploration for and the production, storage, treatment, transportation, processing, or sale or disposal of oil, gas, other hydrocarbons, water, or other substances from the subject interests; and

5.) All of Assignor's right, title and interest in and to any and all gas imbalances and/or any and all accrued and/or suspended revenues currently being held in suspense by operator and/or purchasers that affect and/or are subject to Assignor's interest assigned herein.

TO HAVE AND TO HOLD the same unto the said Assignee, its successors and assigns forever, in accordance with and subject to the terms and conditions of the Oil and Gas Leases described on Exhibit "A" and any limitations, reservations or agreements referenced thereon, as same apply to the portion of lands assigned herein.

It is the intent of said Assignor to assign all of its right, title and interest, of whatsoever nature, in and to those properties and lands more particularly described on Exhibit "A", attached hereto, whether properly described herein or not, unto said Assignee.

This Assignment is made WITHOUT WARRANTY OF TITLE, EITHER EXPRESS OR IMPLIED.

This Assignment shall be binding upon and inure to the benefit of the Assignor and Assignee and their respective successors and assigns, personal representatives, administrators, executors and devisees.

IN WITNESS WHEREOF the undersigned have executed this instrument this _15TH_ day of _JANUARY_, 2001, but shall be effective for all purposes as of the 17th day of June, 2000.

ASSIGNOR:
**NORAM PETROLEUM CORPORATION**

By: _Mark A. Fischer_
Mark A. Fischer, President


**ACKNOWLEDGMENT**

STATE OF OKLAHOMA    )
                     ) ss.
COUNTY OF OKLAHOMA    )

The foregoing instrument was acknowledged before me this _15th_ day of _January_, 2001, by Mark A. Fischer, President of NORAM PETROLEUM CORPORATION, an Oklahoma corporation on behalf of said corporation.

My Commission Expires:
_March 3, 2001_

_Valarie K. Daber_
Notary Public

## EXHIBIT "A"

Attached to and made a part of that certain Assignment and Bill of Sale effective the 17th day of June, 2000, by and between **NORAM PETROLEUM CORPORATION**, Assignor, and **CHAPARRAL CO₂, LLC**, Assignee.

### WELLS/UNIT

CAMRICK UNIT
BEAVER AND TEXAS COUNTIES, OK

### LEASES

```
Date    :   05/13/1997
Lease # :   001142
Lessor  :   REYNOLDS FAMILY TRUST, GERALD
            J.L.REYNOLDS, ETAL, TRUSTEES
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book:  987  Page:  676  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            015 001N  020EC SW
                272000
                TRACT:   1    T1N, R20E, SECTION 15:  SW/4


Date    :   04/02/1961
Lease # :   001151
Lessor  :   MRS. CLARA ALLEN, a widow
Lessee  :   J. R. MCLEAN, JR.
Recorded:   Book:  224  Page:  527  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            028 001N  020EC SE
                TRACT:   1    T1N, R20E, SECTION 28:  SE/4 (LTD. TO THE UNIT
                IZED FORMATION)


Date    :   11/23/1953
Lease # :   001181
Lessor  :   STATE OF OKLAHOMA-LS.# CUP-123
Lessee  :   TOKLAN PRODUCTION COMPANY
Recorded:   Book:  138  Page:  290  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            029 001N  020EC E2NE
                TRACT:  101   T1N, R20EC, SECTION 29:  E/2 NE/4


Date    :   11/20/1945
Lease # :   001157
Lessor  :   RAY Y. BOWLES & RUBY E. BOWLES
Lessee  :   C. J. FOWLSTON
Recorded:   Book:  16   Page:  275  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            021 001N  020EC SE
                TRACT:   1    T1N, R20E, SECTION 21:  SE/4
            022 001N  020EC W/2
                TRACT:  44    T1N, R20E, SECTION 22:  W/2


Date    :   08/25/1969
Lease # :   001159
Lessor  :   ESTHER E. KAUFMAN, a single
            woman
Lessee  :   HUMBLE OIL & REFINING COMPANY
Recorded:   Book:  350  Page:  195  Instrument:
            SEC TOWN  RANGE DESCRIPTION

            023 001N  020EC NESE
                TRACT:  46    T1N, R20E, SECTION 23:  NE/4 SE/4, ONLY INSO-
                FAR AS LS. PERTAINS TO THE UPPER MORROW
```

## CAMRICK – LEASES CONTINUED

```
Date    :   02/01/1952
Lease # :   001232
Lessor  :   USA 028500-B
Lessee  :   E. W. THOMAS & DAN E. ARCHER
Recorded:   Book: 161  Page: 255  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            005 001S  020EI LTS. 1 & 2
                TRACT: 214    T1S, R20E, SEC. 5:  LOTS 1 AND 2

Date    :   02/01/1952
Lease # :   001233
Lessor  :   USA 028500-B
Lessee  :   E. W. THOMAS & DAN E. ARCHER
Recorded:   SEC TOWN  RANGE DESCRIPTION
            Book: 161  Page: 255  Instrument:
            005 001S  020EC ONLY E2 L.2
                TRACT:   1   T1S, R20EC, SECTION 5:  ONLY INSOFAR AS LS.
                COVERS THE W/2 OF LOT 2

Date    :   11/02/1951
Lease # :   001238
Lessor  :   A.P. SAGER & FANNIE BELL SAGER
            H/W
Lessee  :   U. I. SMITH
Recorded:   Book: 123  Page: 478  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            035 001N  020EC SW
                TRACT:   1   T1N, R20E, SECTION 35:  SE/4 (UPPER MORROW
                FORMATION, ONLY)

Date    :   12/17/1945
Lease # :   001240
Lessor  :   PAUL A. WILLIAMS AND R.
            ALBERTINE WILLIAMS
Lessee  :   PANHANDLE EASTER PIPE LINE CO.
Recorded:   Book:  21  Page: 304  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            024 001N  020EC W2
                TRACT: 101    T1N, R20E, SECTION 24:  W/2

Date    :   10/31/1955
Lease # :   001258
Lessor  :   GEORGE S. LOWREY & LUCILLE
            LOWREY; ARTHUR E. SHARP
Lessee  :   MAGNOLIA PETROLEUM COMPANY
Recorded:   Book: 156  Page: 318  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            027 001N  020EC E2NE
                TRACT: 205    T1N, R20E, SEC. 27:  E/2 NE/4 ONLY INSOFAR AS
                LS. COV. DWN. TO THE BS. OF THE UPPER MORROW FORMATION

Date    :   11/30/1951
Lease # :   001259
Lessor  :   USA-OK-028500
Lessee  :   E. W. THOMAS & DAN E. ARCHER
Recorded:   Book: 161  Page: 255  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            002 001S  020EC LTS. 1 & 2
                TRACT: 200    T1S, R20E, SEC. 2:  LOTS 1 & 2
            003 001S  020EC LTS. 1 & 2
                TRACT: 201    T1S, R20E, SECTION 3:  LOTS 1 AND 2
            004 001S  020EC LTS. 1 & 2
                TRACT: 202    T1S, R20E, SEC. 4:  LOTS 1 & 2
```

## CAMRICK – LEASES CONTINUED

```
Date    :   09/20/1954
Lease # :   001260
Lessor  :   JOE STOREY & NELLIE STOREY,
            his wife
Lessee  :   DWIGHT E. DAVIS
Recorded:   Book: 144  Page: 215  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            035 001N  020EC NW
                TRACT: 102   T1N, R20E, SECTION 35:  NW/4

Date    :   08/24/1954
Lease # :   001325
Lessor  :   ALMA PITTMAN & AMEY E.
            PITTMAN
Lessee  :   CARTER OIL COMPANY
Recorded:   Book: 144  Page: 311  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            025 001N  020EC SE
                TRACT:   1   T1N, R20E, SECTION 25:  NW/4

Date    :   12/27/1952
Lease # :   001326
Lessor  :   JOSEPH CLINTON CASE & MATTIE
            M. CASE
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 139  Page: 113  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            027 001N  020EC W2NW
                TRACT: 105   T1N, R20E, SEC. 27:  W/2 NW/4

Date    :   06/26/1968
Lease # :   003327
Lessor  :   PAUL A. WILLIAMS & ALBERTINE
            WILLIAMS
Lessee  :   ROYAL CREST OIL CORPORATION
Recorded:   Book: 329  Page: 366  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            026 001N  020EC E2NW
                TRACT:  44   T1N, R20E, SEC. 26:  E/2 NW/4 - UPPER MORROW
            026 001N  020EC W2NE
                TRACT:  45   T1N, R20E, SEC. 26:  W/2 NE/4 - UPPER MORROW

Date    :   09/16/1954
Lease # :   003328
Lessor  :   ALVIN & ELIZABETH HAMILTON;
            LYNN O & FREDA HAMILTON, ETAL
Lessee  :   DWIGHT E. DAVIS
Recorded:   Book: 144  Page: 211  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            021 001N  020EC N2NW
                TRACT: 102   T1N, R20E, SEC. 21:  N/2 NW/4
                (UPPER MORROW ONLY)
            021 001N  020EC SWNW; NWSW
                TRACT: 103   T1N, R20E, SECTION 21:  SW/2 NW/4 AND
                NW/4 SW/4 (UPPER MORROW ONLY)

Date    :   09/15/1954
Lease # :   003329
Lessor  :   JOHN L. WALLACE & ANNA M.
            WALLACE
Lessee  :   DWIGHT E. DAVIS
Recorded:   Book: 143  Page: 590  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            015 001N  020EC NW
                TRACT: 105   T1N, R20E, SECTION 15:  NW/4
```

## CAMRICK – LEASES CONTINUED

```
Date     :   01/11/1946
Lease #  :   001356
Lessor   :   C. H. STEWART & DAISY O.
             STEWART
Lessee   :   LEE A. ADAMS
Recorded :   Book:   18  Page:  119  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             016 001N  020EC E2
                 TRACT: 106    T1N, R20E, SECTION 16:  E/2 (UPPER MORROW
                 ONLY)


Date     :   11/26/1953
Lease #  :   001359
Lessor   :   JOHN LEHMANN & ROSA LEHMANN
Lessee   :   CARTER OIL COMPANY
Recorded :   Book: 139  Page: 142  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             030 001N  020EC L.3,4 & E2SW (SW)
                 TRACT:  10    T1N, R20E, SEC. 30:  LOTS 3 & 4 & E/2 SW/4
                 (SW/4) UPPER MORROW ONLY
             031 001N  020EC L.1,2,3,4 (W2W2)
                 TRACT: 208    T1N, R20E, SECTION 31:  LOTS 1, 2, 3 & 4
                 (W/2 W/2) UPPER MORROW ONLY
             031 001N  020EC E2SW
                 TRACT: 209    T1N, R20E, SEC. 31:  E/2 SW/4 (UPPER MORROW
                 ONLY)
             031 001N  020EC W2SE
                 TRACT: 210    T1N, R20E, SECTION 31:  W/2 SE/4 (UPPER MORROW
                 ONLY)


Date     :   12/18/1953
Lease #  :   001360
Lessor   :   CECIL SAGER & DOROTHY SAGER
Lessee   :   CARTER OIL COMPANY
Recorded :   Book: 139  Page: 146  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             030 001N  020EC SE
                 TRACT:   1    T1N, R20E, SEC. 30:  SE/4 (UPPER MORROW
                 FORM. ONLY)


Date     :   08/30/1954
Lease #  :   01139A
Lessor   :   NELLIE MOUNTS, a widow; ROBERT
             DUANE MOUNTS, ETUX
Lessee   :   THE CARTER OIL COMPANY
Recorded :   Book: 143  Page:  559  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             035 001N  020EC NE
                 TRACT:   6    T1N, R20EC, SECTION 35:  NE (CAMRICK UNIT AS
                 DESCRIBED IN CERTIFICATE OF EFFECTIVENESS DATED 11/1/69,
                 REC. 352/589, BUT ONLY AS TO THE UNITIZED UPPER MORROW SAND)


Date     :   09/15/1954
Lease #  :   01139B
Lessor   :   ESTATE OF DEL RAY MOUNTS, A
             MINOR, NELLIE MOUNTS, GUARDIAN
Lessee   :   THE CARTER OIL COMPANY
Recorded :   Book: 143  Page:  526  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             035 001N  020EC NE
                 TRACT:   6    T1N, R20EC, SECTION 35:  NE (CAMRICK UNIT AS
                 DESCRIBED IN CERTIFICATE OF EFFECTIVENESS DATED 11/1/69,
                 REC. 352/589, BUT ONLY AS TO THE UNITIZED UPPER MORROW SAND)
```

CAMRICK – LEASES CONTINUED

```
Date     :   10/30/1963
Lease #  :   01139C
Lessor   :   NELLIE MOUNTS
Lessee   :   HUMBLE OIL & GAS REFINING CO.
Recorded:    Book:  957  Page:  226  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             035 001N  020EC NE
                  TRACT:   7  T1N, R20E, SECTION 35:  NE/4


Date     :   07/01/1997
Lease #  :   01140A
Lessor   :   GEORGE S. LOWREY 1958 REVOC-
             DEMING LOWREY, ETAL, TRUSTEES
Lessee   :   CHAPARRAL ENERGY, INC.
Recorded:    Book:  991  Page:  249  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             026 001N  020EC NWNW
                  TRACT:   1  T1N, R20EC, SECTION 26:  NW/4 NW/4


Date     :   07/01/1997
Lease #  :   01140B
Lessor   :   DONALD E. SHARP
Lessee   :   CHAPARRAL ENERGY, INC.
Recorded:    Book:  991  Page:  261  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             026 001N  020EC NWNW
                  TRACT:   1  T1N, R20EC, SECTION 26:  NW/4 NW/4


Date     :   07/01/1997
Lease #  :   01140C
Lessor   :   ARTHUR E. SHARP TRUST, DARLENE
             S.FISKE, TRUSTEE
Lessee   :   CHAPARRAL ENERGY, INC.
Recorded:    Book:  991  Page:  255  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             026 001N  020EC NWNW
                  TRACT:   1  T1N, R20EC, SECTION 26:  NW/4 NW/4


Date     :   07/01/1997
Lease #  :   01140D
Lessor   :   THOMAS S. MILLER 1975 TRUST,
             MARTIN D. MILLER, TRUSTEE
Lessee   :   CHAPARRAL ENERGY, INC.
Recorded:    Book:  991  Page:  267  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             026 001N  020EC NWNW
                  TRACT:   1  T1N, R20EC, SECTION 26:  NW/4 NW/4


Date     :   07/01/1997
Lease #  :   01140F
Lessor   :   THOMAS S. MILLER 1975 TRUST,
             MARTIN D. MILLER, TRUSTEE
Lessee   :   CHAPARRAL ENERGY, INC.
Recorded:    Book:  991  Page:  267  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             026 001N  020EC NWNW
                  TRACT:   1  T1N, R20EC, SECTION 26:  NW/4 NW/4


Date     :   03/11/1997
Lease #  :   01141A
Lessor   :   ROBERT L. COLVARD
Lessee   :   CHAPARRAL ENERGY, INC.
Recorded:    Book:  0984  Page:  523  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             016 001N  020EC SE
                  TRACT:   1   T1N, R20ECM, SECTION 16:  SE/4 - UPPER MORROW
                  PRODUCTION ONLY.
```

CAMRICK – LEASES CONTINUED

Date      :   05/13/1997
Lease # :   01142A
Lessor   :   REYNOLDS FAMILY TRUST, GERALD
             J.L.REYNOLDS, ETAL, TRUSTEES
Lessee   :   CHAPARRAL ENERGY, INC.
Recorded:    Book: 987  Page: 676  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             015 001N  020EC SW
                 TRACT:  1   T1N, R20E, SECTION 15:  SW/4


Date      :   08/24/1954
Lease # :   01142B
Lessor   :   WILLIAM H. FULTON; EVELYN
             LEATHERMAN, BEATRICE CONNER,ET
Lessee   :   CARTER OIL COMPANY
Recorded:    Book: 143  Page: 456  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             015 001N  020EC SW
                 TRACT:  2   T1N, R20E, SECTION 15:  SW/4


Date      :   08/24/1954
Lease # :   01142C
Lessor   :   PAULA L. NIEDENS & CARL
             NIEDENS, J/T
Lessee   :   CARTER OIL COMPANY
Recorded:    Book: 143  Page: 458  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             015 001N  020EC SW
                 TRACT:  2   T1N, R20E, SECTION 15:  SW/4


Date      :   06/07/1997
Lease # :   01143A
Lessor   :   EARL SARGENT
Lessee   :   CHAPARRAL ENERGY, INC.
Recorded:    Book: 989  Page: 456  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             022 001N  020EC SE/4
                 TRACT:  4   T1N, R20E, SECTION 22:  SE/4

             022 001N  020EC SW/4 NE/4
                 TRACT:  1 T1N, R20EC, SEC. 22:  SW/4 NE/4, ONLY INSOFAR AS
                 LS. COV. FORMATIONS INCL. WITHIN THE UNITIZED FORMATIONS OF
                 THE CAMRICK UNIT.
             027 001N  020EC SE/4
                 TRACT:  5   T1N, R20E, SECTION 27:  SE/4


Date      :   12/08/1951
Lease # :   01143B
Lessor   :   CARL C. SARGENT & MAXINE
             SARGENT, & EARL SARGENT
Lessee   :   J. M. MOUSER
Recorded:    Book: 123  Page: 288  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             026 001N  020EC W2SW
                 TRACT: 100   T1N, R20E, SEC. 26:  W/2 SW/4
             027 001N  020EC SE
                 TRACT: 101   T1N, R20E, SEC. 27:  SE/4


Date      :   09/29/1966
Lease # :   01143C
Lessor   :   HARRISON W. BAKER & MARY BAKER
Lessee   :   MARBLE OIL & REFINING CO.
Recorded:    Book: 301  Page: 326  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             022 001N  020EC E2SE
                 TRACT: 105   T1N, R20E, SECTION 22:  E/2 SE/4 (UPPER MORROW
                 ONLY)

CAMRICK – LEASES CONTINUED

Date     :   10/24/1966
Lease # :   O1143D
Lessor  :   WILLIAM K. WARREN FOUNDATION
Lessee  :   HUMBLE OIL & REFINING CO.
Recorded:   Book:  303  Page:   59  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            022 001N  020EC E2SE
                TRACT: 105   T1N, R20E, SECTION 22:  E/2 SE/4 (UPPER MORROW
                ONLY)

Date     :   06/11/1959
Lease # :   O1143E
Lessor  :   HARRISON W. BAKER & MARY BAKER
Lessee  :   HUMBLE OIL & REFINING CO.
Recorded:   Book:  198  Page:  432  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            022 001N  020EC W2SE
                TRACT: 106   T1N, R20E, SECTION 22:  W/2 SE/4
                (UPPER MORROW ONLY)

Date     :   06/11/1959
Lease # :   O1143F
Lessor  :   WILLIAM K. WARREN FOUNDATION
Lessee  :   HUMBLE OIL & REFINING CO.
Recorded:   Book:  198  Page:  434  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            022 001N  020EC W2SE
                TRACT: 105   T1N, R20E, SECTION 22:  E/2 SE/4 (UPPER MORROW
                ONLY)

Date     :   06/26/1968
Lease # :   O1344A
Lessor  :   PAUL A. WILLIAMS and wife, R.
            ALBERTINE WILLIAMS
Lessee  :   ROYAL CREST OIL CORPORATION
Recorded:   Book:  329  Page:  366  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            023 001N  020EC N2SW
                TRACT:   2   T1N, R20E, SEC. 23:  N/2 SW/4 (WM. H. DAVIS
                ASND CEI .53522267 IN THIS TRACT)
            023 001N  020EC SNSW
                TRACT:   1    T1N, R20E, SECTION 23: SW/4 SW/4(INT.FROM
                SCHILPEROORT, ETAL - .125 + WM.H. DAVIS - .53522267 = TOTAL
                WI UNDER THIS TR.- 6604465.
            023 001N  020EC SESW
                TRACT:   3   T1N, R20E, SEC. 23:   SE/4 SW/4 (WM. H. DAVIS
                CO. ASND. CEI .53522267 WI IN THIS TRACT)

Date     :   01/22/1997
Lease # :   O1144B
Lessor  :   WARREN N. HAWKINS
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book:  981  Page:  713  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            023 001N  020EC SNSW
                TRACT:   1    T1N, R20E, SECTION 23:  SW/4 SW/4(INT.FROM
                SCHILPEROORT, ETAL - .125 + WM.H. DAVIS - .53522267 = TOTAL
                WI UNDER THIS TR.- 6604465.

Date     :   01/09/1997
Lease # :   O1145A
Lessor  :   DALE ENSMINGER
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book:  981  Page:  709  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            024 001N  020EC SE
                TRACT: 102   T1N, R20E, SECTION 24:  SE/4
            024 001N  020EC W2NE
                TRACT: 103   T1N, R20E, SECTION 24:  W/2 NE/4

## CAMRICK – LEASES CONTINUED

```
Date    :   01/15/1997
Lease # :   01145B
Lessor  :   MARJORIE M. ENSMINGER
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 982  Page:  193  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            024 001N  020EC SE
                TRACT:   3   T1N, R20E, SECTION 24:  SE/4
            024 001N  020EC W2NE
                TRACT:   2   T1N, R20E, SECTION 24:  W/2 NE/4


Date    :   01/29/1997
Lease # :   01145C
Lessor  :   C. E. ENSMINGER & AGNES
            ENSMINGER
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 982  Page:  189  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            024 001N  020EC SE
                TRACT:   3   T1N, R20E, SECTION 24:  SE/4
            024 001N  020EC W2NE
                TRACT:   2   T1N, R20E, SECTION 24:  W/2 NE/4


Date    :   01/16/1997
Lease # :   01145D
Lessor  .   LARRY ENSMINGER
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 982  Page:  191  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            024 001N  020EC SE
                TRACT:   3   T1N, R20E, SECTION 24:  SE/4
            024 001N  020EC W2NE
                TRACT:   2   T1N, R20E, SECTION 24:  W/2 NE/4


Date    :   03/06/1954
Lease # :   01145E
Lessor  :   CLIFTON L BELL & GLENNA M.
            BELL
Lessee  :   JAKE L. HAMON
Recorded:   Book: 140  Page:  471  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            024 001N  020EC ONLY SE/4
                TRACT:   4   T1N, R20E, SEC. 24:  ONLYINSOFAR AS LS. COV.
                THE SE/4 (LTD. TO UNITIZED FORMATION)


Date    :   05/16/1955
Lease # :   01145F
Lessor  :   CLIFTON L. BELL & GLENNA M.
            BELL
Lessee  :   MAX KELLY
Recorded:   Book: 153  Page:  184  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            024 001N  020EC NE
                TRACT: 106   T1N, R20E, SECTION 24:  NE/4
                (UPPER MORROW ONLY)


Date    :   01/07/1997
Lease # :   01146A
Lessor  :   JAMES D. SIMS
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 981  Page:  732  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            025 001N  020EC NE
                TRACT:  22  T1N, R20E, SECTION 25:  NE/4
```

## CAMRICK – LEASES CONTINUED

```
Date    :   01/01/1997
Lease # :   01146B
Lessor  :   JOAN BELL
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 982 Page: 648 Instrument:
            SEC TOWN RANGE DESCRIPTION
            025 001N 020EC NE
                TRACT:  22 T1N, R20E, SECTION 25:  NE/4


Date    :   02/10/1997
Lease # :   01146C
Lessor  :   MARK K. ALLEN  FAMILY LIVING
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 982 Page: 712 Instrument:
            SEC TOWN RANGE DESCRIPTION
            025 001N 020EC NE
                TRACT:   2  T1N, R20E, SECTION 25:  NE/4

            030 001N 021EC NW
                TRACT:   1 T1N, R21EC, SECTION 30:  NW/4


Date    :   02/10/1997
Lease # :   01146D
Lessor  :   GREG S. ALLEN
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 984 Page: 533 Instrument:
            SEC TOWN RANGE DESCRIPTION
            025 001N 020EC NE
                TRACT:   2  T1N, R20E, SECTION 25:  NE/4
            030 001N 021EC NW
                TRACT:   1 T1N, R21EC, SECTION 30:  NW/4


Date    :   01/27/1997
Lease # :   01146E
Lessor  :   THE MOLESWORTH FAMILY LIVING
            TRUST
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 982 Page: 186 Instrument:
            SEC TOWN RANGE DESCRIPTION
            030 001N 021EC NW
                TRACT:   1 T1N, R21EC, SECTION 30:  NW/4


Date    :   03/03/1952
Lease # :   01146F
Lessor  :   JOHN D SIMS & ELONIA S. SIMS
Lessee  :   WILLIAM H. ALLEN
Recorded:   Book: 127 Page: 203 Instrument:
            SEC TOWN RANGE DESCRIPTION
            025 001N 020EC NE
                TRACT:   4 T1N, R20E, SEC. 25:  NE/4 (UPPER MORROW ONLY)


Date    :   03/07/1952
Lease # :   01146G
Lessor  :   MOLLIE REAGAN KLAPP
Lessee  :   WILLIAM H. ALLEN
Recorded:   Book: 127 Page: 569 Instrument:
            SEC TOWN RANGE DESCRIPTION
            030 001N 021EC NW
                TRACT:   1 T1N, R21EC, SECTION 30:  NW/4


Date    :   01/13/1997
Lease # :   01147A
Lessor  :   CAROL YOUNG CALDER
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 980 Page: 605 Instrument:
            SEC TOWN RANGE DESCRIPTION
            026 001N 020EC E2 SE
                TRACT:  21 T1N, R20EC, SECTION 26:  E/2 SE/4
```

## CAMRICK – LEASES CONTINUED

```
Date     :   12/17/1945
Lease # :   01147B
Lessor  :   PAUL A. WILLIAMS & R.
            ALBERTINE WILLIAMS
Lessee  :   PANHANDLE EASTERN PIPE LINE CO
Recorded:   Book:  21  Page:  302  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            026 001N  020EC ONLY E2SE - UPPER MORROW
                 TRACT: 110   T1N, R20E, SECTION 26:  ONLY INSOFAR AS LS.
                 COVERS THE E/2 SE/4, LTD. TO THE UPPER MORROW SAND FORMATION
                 (THIS IS ON ASGMT. FROM ELAND - .UNIT WI - .0051168)


Date     :   01/10/1997
Lease # :   01149A
Lessor  :   L.S. McLAIN
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book:  981  Page:  705  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            027 001N  020EC SW
                 TRACT: 22  T1N, R20EC, SECTION 27:  SW/4


Date     :   06/06/1997
Lease # :   01149B
Lessor  :   VERDEEN L. SLATTEN
Lessee  :   NORAM PETROLEUM CORPORATION
Recorded:   Book:  989  Page:  621  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            027 001N  020EC PT. SW
                 TRACT:  3  T1N, R20E, SECTION 27:  SW/4 L/E TR. BEG. @ THE
                 NW/c SW/4; THENCE S 985'; THENCE E 1320'; THENCE N. 985';
                 THENCE W. 1320' TO P.O.B.


Date     :   09/28/1995
Lease # :   01149C
Lessor  :   VERDEEN L. SLATTEN
Lessee  :   NORAM PETROLEUM CORPORATION
Recorded:   Book:  954  Page:  272  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            027 001N  020EC PT.SW
                 TRACT: 200  T1N, R20E, SECTION 27:  A TR. OF LAND LOC. IN TH
                 E SW DESC. AS BEG. @ THE NW/c SW/4; THENCE S 985'; THENCE E.
                 1320'; THENCE N. 985'; THENCE W. 1320' TO P.O.B.


Date     :   06/06/1997
Lease # :   01149D
Lessor  :   VERDEEN L. SLATTEN, a married
            woman
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book:  989  Page:  620  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            027 001N  020EC PT.SW
                 TRACT: 110   T1N, R20EC, SECTION 27:  SW/4 L/E A TR. OF LAND
                 DESC AS BEG. @ THE NW/cSW/4; THENCE S. 985'; THENCE E. 1320'
                 ; THENCE N. 985'; THENCE W. 1320' TO THE P.O.B., AND LESS &
                 EXCEPT ALL OIL, GAS, AND OTHER MINERALS


Date     :   09/28/1995
Lease # :   01149E
Lessor  :   VERDEEN L. SLATTEN, a married
            woman
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 0954  Page:  273  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            027 001N  020EC PT.SW
                 TRACT: 111   T1N, R20EC, SECTION 27:  SURFACE RIGHTS ONLY IN
                 A TR. OF LAND IN THE SW/4 DESC. AS BEG. AT THE NW/c SW/4;
                 THENCE S. 985'; THENCE E. 1320'; THENCE N. 985'; THENCE W.
                 1320' TO THE P.O.B.
```

## CAMRICK – LEASES CONTINUED

```
Date    :   09/23/1954
Lease # :   01149F
Lessor  :   WILLIAM L. COLLINS & HATTIE E.
            COLLINS
Lessee  :   CARTER OIL COMPANY
Recorded:   Book: 144  Page: 222  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            027 001N  020EC SW
                TRACT:   6   T1N, R20E, SECTION 27:  SW/4
                (UPPER MORROW ONLY)
```

```
Date    :   10/02/1954
Lease # :   01149G
Lessor  :   ROYALTY HOLDING COMPANY, GULF
            COAST WESTERN,L.S.&M.L.MCLAIN
Lessee  :   CARTER OIL COMPANY
Recorded:   Book: 144  Page: 526  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            027 001N  020EC SW
                TRACT:   6   T1N, R20E, SECTION 27:  SW/4
                (UPPER MORROW ONLY)
```

```
Date    :   04/25/1955
Lease # :   01149H
Lessor  :   DAISY D. BLANKENSHIP
Lessee  :   CARTER OIL COMPANY
Recorded:   Book: 150  Page: 553  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            027 001N  020EC SW
                TRACT:   6   T1N, R20E, SECTION 27:  SW/4
                (UPPER MORROW ONLY)
```

```
Date    :   05/11/1998
Lease # :   01150A
Lessor  :   JOHN H. LEHMAN
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 1006  Page: 291  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            025 001N  019EC SE - TEXAS CO., OK
                TRACT:  13  T1N, R19EC, SECTION 25:  SE/4, TEXAS CO., OK
            030 001N  020EC SW - BEAVER CO., OK
                TRACT:  15  T1N, R20E, SECTION 30:  SW/4, BEAVER CO. OK
            031 001N  020EC W2W2, BEAVER CO., OK
                TRACT:  16  T1N, R20EC, SECTION 31:  W/2 W/2, BEAVER CO., OK
            031 001N  020EC E2SW, BEAVER CO., OK
                TRACT:  17  T1N, R20E, SECTION 31:  E/2 SW/4, BEAVER CO., OK
            031 001N  020EC W2SE, BEAVER CO., OK
                TRACT:  18  T1N, R20EC, SECTION 31:  W/2 SE/4, BEAVER CO.,
                OK.
            036 001N  019EC E2E2 - TEXAS CO., OK
                TRACT:  14  T1N, R19EC, SECTION 36:  E/2 E/2, TEXAS CO., OK
```

```
Date    :   02/06/1997
Lease # :   01150B
Lessor  :   LETHA E. LEHMAN, widow
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 983  Page: 710  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            025 001N  019EC SE - TEXAS CO., OK
                TRACT:  13  T1N, R19EC, SECTION 25:  SE/4, TEXAS CO., OK
            030 001N  020EC SW - BEAVER CO., OK
                TRACT:  15  T1N, R20E, SECTION 30:  SW/4, BEAVER CO. OK
            031 001N  020EC W2W2, BEAVER CO., OK
                TRACT:  16  T1N, R20EC, SECTION 31:  W/2 W/2, BEAVER CO., OK
            031 001N  020EC E2SW, BEAVER CO., OK
                TRACT:  17  T1N, R20E, SECTION 31:  E/2 SW/4, BEAVER CO., OK
            031 001N  020EC W2SE, BEAVER CO., OK
                TRACT:  18  T1N, R20EC, SECTION 31:  W/2 SE/4, BEAVER CO.,
                OK.
            036 001N  019EC E2E2 - TEXAS CO., OK
                TRACT:  14  T1N, R19EC, SECTION 36:  E/2 E/2, TEXAS CO., OK
```

## CAMRICK – LEASES CONTINUED

```
Date    :   05/11/1998
Lease # :   O1150C
Lessor  :   ANNA LEE CUDD
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 1006  Page:  290  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            025 001N  019EC SE - TEXAS CO., OK
                TRACT:  13  T1N, R19EC, SECTION 25:  SE/4, TEXAS CO., OK
            030 001N  020EC SW - BEAVER CO., OK
                TRACT:  15  T1N, R20E, SECTION 30:  SW/4, BEAVER CO., OK
            031 001N  020EC W2W2, BEAVER CO., OK
                TRACT:  16  T1N, R20EC, SECTION 31:  W/2 W/2, BEAVER CO., OK
            031 001N  020EC E2SW, BEAVER CO., OK
                TRACT:  17  T1N, R20E, SECTION 31:  E/2 SW/4, BEAVER CO., OK
            031 001N  020EC W2SE, BEAVER CO., OK
                TRACT:  18  T1N, R20EC, SECTION 31:  W/2 SE/4, BEAVER CO.,
                OK.
            036 001N  019EC E2E2 - TEXAS CO., OK
                TRACT:  14  T1N, R19EC, SECTION 36:  E/2 E/2, TEXAS CO., OK

Date    :   05/12/1997
Lease # :   O1150D
Lessor  :   THE ALLEN W. MERRELL TRUST
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 989  Page:  024  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            025 001N  019EC SE, TEXAS CO., OK
                TRACT:  13  T1N, R19EC, SECTION 25:  SE/4, TEXAS CO., OK
            030 001N  020EC SW, BEAVER CO., OK
                TRACT:  15  T1N, R20E, SECTION 30:  SW/4, BEAVER CO. OK
            031 001N  020EC W2W2, BEAVER CO., OK
                TRACT:  16  T1N, R20EC, SECTION 31:  W/2 W/2, BEAVER CO., OK
            036 001N  019EC E2E2, TEXAS CO., OK
                TRACT:  14  T1N, R19EC, SECTION 36:  E/2 E/2, TEXAS CO., OK

Date    :   01/21/1997
Lease # :   O1150E
Lessor  :   MARION KATHLEEN GAMEZ
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 981  Page:  707  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            025 001N  019EC SE
                TRACT:  13  T1N, R19EC, SECTION 25:  SE/4, TEXAS CO., OK
            030 001N  020EC SW
                TRACT:  15  T1N, R20E, SECTION 30:  SW/4, BEAVER CO. OK
            031 001N  020EC W2W2
                TRACT:  16  T1N, R20EC, SECTION 31:  W/2 W/2, BEAVER CO., OK
            036 001N  019EC E2E2
                TRACT:  14  T1N, R19EC, SECTION 36:  E/2 E/2, TEXAS CO., OK

Date    :   01/06/1997
Lease # :   O1150F
Lessor  :   MORRISON INVESTMENTS
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 981  Page:  724  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            025 001N  019EC SE
                TRACT:  13  T1N, R19EC, SECTION 25:  SE/4, TEXAS CO., OK
            030 001N  020EC SW
                TRACT:  15  T1N, R20E, SECTION 30:  SW/4, BEAVER CO. OK
            031 001N  020EC W2W2
                TRACT:  16  T1N, R20EC, SECTION 31:  W/2 W/2, BEAVER CO., OK
            036 001N  019EC E2E2
                TRACT:  14  T1N, R19EC, SECTION 36:  E/2 E/2, TEXAS CO., OK
```

## CAMRICK -- LEASES CONTINUED

```
Date    :   03/03/1997
Lease # :   O1150G
Lessor  :   ESTATE OF CURTIS E. CALDER,JR.
            SANDRA MARTEL,CO-IND.EXECUTRIX
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 986  Page: 659  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            030 001N  020EC SW
                TRACT:  15  T1N, R20E, SECTION 30:  SW/4, BEAVER CO. OK
            031 001N  020EC W2W2
                TRACT:  16  T1N, R20EC, SECTION 31:  W/2 W/2, BEAVER CO., OK


Date    :   01/06/1997
Lease # :   O1150H
Lessor  :   N. BRUCE CALDER
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 981  Page: 696  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            025 001N  019EC SE
                TRACT:  13  T1N, R19EC, SECTION 25:  SE/4, TEXAS CO., OK
            030 001N  020EC SW
                TRACT:  15  T1N, R20E, SECTION 30:  SW/4, BEAVER CO. OK
            031 001N  020EC W2W2
                TRACT:  16  T1N, R20EC, SECTION 31:  W/2 W/2, BEAVER CO., OK
            036 001N  019EC E2E2
                TRACT:  14   T1N, R19EC, SECTION 36:  E/2 E/2, TEXAS CO., OK


Date    :   02/04/1997
Lease # :   O1150I
Lessor  :   JACK W. WILLIAMS REV.TR. DTD.
            3-28-96, J.W.WILLIAMS, TRUSTEE
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 982  Page: 654  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            025 001N  019EC SE - TEXAS CO., OK
                TRACT:  13  T1N, R19EC, SECTION 25:  SE/4, TEXAS CO., OK
            030 001N  020EC SW - BEAVER CO., OK
                TRACT:  15  T1N, R20E, SECTION 30:  SW/4, BEAVER CO. OK
            031 001N  020EC W2W2, BEAVER CO., OK
                TRACT:  16  T1N, R20EC, SECTION 31:  W/2 W/2, BEAVER CO., OK
            031 001N  020EC E2SW, BEAVER CO., OK
                TRACT:  17  T1N, R20E, SECTION 31:  E/2 SW/4, BEAVER CO., OK
            031 001N  020EC W2SE, BEAVER CO., OK
                TRACT:  18   T1N, R20EC, SECTION 31:  W/2 SE/4, BEAVER CO.,
                OK.
            036 001N  019EC E2E2 - TEXAS CO., OK
                TRACT:  14   T1N, R19EC, SECTION 36:  E/2 E/2, TEXAS CO., OK

Date    :   03/27/1997
Lease # :   O1150J
Lessor  :   KIKUE Y. RIES
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 987  Page: 349  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            028 001N  020EC SW
                TRACT:  17  T1N, R20EC, SECTION 28:  SW/4


Date    :   01/20/1997
Lease # :   O1150K
Lessor  :   MARJORIE PETERSON
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 981  Page: 734  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            028 001N  020EC SW
                TRACT:  17  T1N, R20EC, SECTION 28:  SW/4
```

## CAMRICK – LEASES CONTINUED

```
Date    :   01/06/1997
Lease # :   01150L
Lessor  :   A. PETE WILLIAMS and/or
            VIVIAN WILLIAMS
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 981  Page: 728  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            029 001N  020EC SE
                TRACT:  16   T1N, R20EC, SECTION 29:  SE/4


Date    :   04/04/1997
Lease # :   01150M
Lessor  :   GLENNA RAE WILLIAMS
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 986  Page: 658  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            029 001N  020EC SE
                TRACT:  16   T1N, R20EC, SECTION 29:  SE/4


Date    :   01/07/1997
Lease # :   01150N
Lessor  :   CARL ELLIS
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 981  Page: 174  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            031 001N  020EC SE
                TRACT:  19   T1N, R20E, SECTION 31:  SE/4
            032 001N  020EC W2SW
                TRACT:  20   T1N, R20EC, SECTION 32:  W/2 SW/4
            032 001N  020EC E2SW
                TRACT:  21   T1N, R20EC, SECTION 32:  E/2 SW/4


Date    :   12/18/1953
Lease # :   01150O
Lessor  :   JAKE D. BOESE & JUSTINA BOESE
Lessee  :   FRANK PARKES
Recorded:   Book: 139  Page: 340  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            028 001N  020EC ONLY THE SW
                TRACT:   2   T1N, R20E, SECTION 28:  NE/4 INSOFAR AS LS.
                COVERS THE UPPER MORROW FORM. ONLY


Date    :   11/26/1953
Lease # :   01150P
Lessor  :   JOHN LEHMANN & ROSA LEHMANN,
            H/W
Lessee  :   THE CARTER OIL COMPANY
Recorded:   Book: 139  Page: 142  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            031 001N  020EC E2SW
                TRACT:   1   T1N, R20E, SECTION 31:  ONLY INSOFAR AS LS. COV.
                THE E/2 SW/4
            031 001N  020EC SWSE
                TRACT:   2   T1N, R20E, SECTION 31:  ONLY INSOFAR AS LS.COV
                THE SW/4 SE/4


Date    :   07/11/1954
Lease # :   01150Q
Lessor  :   MARY LEE WILSON ELLIS & hus,
            DREW ELLIS, ETAL
Lessee  :   MAX KELLY
Recorded:   Book: 143  Page:  11  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            031 001N  020EC ONLY E2SE
                TRACT:   1   T1N, R20E, SECTION 31:  ONLY INSOFAR AS LS. COV.
                THE E/2 SW/4
```

## CAMRICK – LEASES CONTINUED

```
Date    :   03/24/1997
Lease # :   O1154B
Lessor  :   CELESTINE BARBY 1981 REVOCABLE
            TRUST, PAUL M. BARBY, ETAL, TRSTE
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 986 Page: 656 Instrument:
            SEC TOWN RANGE DESCRIPTION
            029 001N 020EC S2SW
                TRACT:  9 T1N, R20EC, SECTION 29:  S/2 SW/4
            032 001N 020EC NW
                TRACT: 10 T1N, R20EC, SECTION 32:  NW/4


Date    :   11/21/1953
Lease # :   O1154C
Lessor  :   JOHN D. WILLIAMS, a single man
Lessee  :   D. F. HARRINGTON
Recorded:   Book: 138 Page: 640 Instrument:
            SEC TOWN RANGE DESCRIPTION
            029 001N 020EC S2SW
                TRACT:  4 T1N, R20E, SECTION 29: ONLY INSOFAR AS LS.
                COV. THE S/2 SW/4


Date    :   12/21/1953
Lease # :   O1154D
Lessor  :   RALPH E. BARBY & MARIE BARBY
Lessee  :   D. F. FHARRINGTON
Recorded:   Book: 138 Page: 636 Instrument:
            SEC TOWN RANGE DESCRIPTION
            029 001N 020EC S2SW
                TRACT: 29 T1N, R20E, SECTION 29:  S/2 SW/4


Date    :   11/21/1953
Lease # :   O1154E
Lessor  :   JOHN D. WILLIAMS
Lessee  :   D. F. HARRINGTON
Recorded:   Book: 138 Page: 640 Instrument:
            SEC TOWN RANGE DESCRIPTION
            032 001N 020EC NW
                TRACT:  3 T1N, R20E, SECTION 32: ONLY INSOFAR AS LS.
                COV. THE NW/4


Date    :   12/21/1953
Lease # :   O1154F
Lessor  :   RALPH E. BARBY & MARIE BARBY
Lessee  :   D. F. HARRINGTON
Recorded:   Book: 138 Page: 638 Instrument:
            SEC TOWN RANGE DESCRIPTION
            032 001N 020EC NW
                TRACT:  4 T1N, R20E, SECTION 32:  NW/4


Date    :   01/10/1997
Lease # :   O1154G
Lessor  :   HAROLD W. WILLIAMS
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 900 Page: 613 Instrument:
            SEC TOWN RANGE DESCRIPTION
            025 001N 020EC NW
                TRACT: 23 T1N, R20EC, SECTION 25: NW/4
            028 001N 020EC NE
                TRACT: 24 T1N, R20E, SECTION 28:  NE/4
            029 001N 020EC S2SW
                TRACT: 25 T1N, R20E, SECTION 29:  S/2 SW/4
            032 001N 020EC NW
                TRACT: 26 T1N, R20E, SECTION 32:  NW/4
            033 001N 020EC W2NW
                TRACT: 79 T1N, R20E, SECTION 33:  W/2 NW/4
            033 001N 020EC E2NW
                TRACT: 28 T1N, R20E, SECTION 33: E/2 NW/4
```

## CAMRICK -- LEASES CONTINUED

```
Date    :   12/08/1951
Lease # :   01154H
Lessor  :   J. D. WILLIAMS
Lessee  :   SIBLEY JINES
Recorded:   Book: 123  Page: 202  Instrument:
                SEC TOWN RANGE DESCRIPTION
                033 001N  020EC NW/4
                    TRACT:   3   T1N, R20E, SECTION 33:  NW/4


Date    :   12/02/1955
Lease # :   01154I
Lessor  :   HAROLD W. WILLIAMS, ETUX
Lessee  :   THE ATLANTIC REFINING CO.
Recorded:   Book: 157  Page: 491  Instrument:
                SEC TOWN RANGE DESCRIPTION
                025 001N  020EC NW
                    TRACT:   3   T1N, R20E, SEC. 25:  NW/4


Date    :   12/02/1955
Lease # :   01154J
Lessor  :   RICHARD LEE SHOWALTER and EDNA
            FERN SHOWALTER, his wife
Lessee  :   THE ATLANTIC REFINING CO.
Recorded:   Book: 157  Page: 493  Instrument:
                SEC TOWN RANGE DESCRIPTION
                025 001N  020EC NW
                    TRACT:   1   T1N, R20E, SECTION 25:  NW/4


Date    :   01/15/1946
Lease # :   01154K
Lessor  :   JOHN D. WILLIAMS & ETHEL
            WILLIAMS
Lessee  :   M. M. TILLEY
Recorded:   Book:  20  Page: 113  Instrument:
                SEC TOWN RANGE DESCRIPTION
                028 001N  020EC NE
                    TRACT:   2   T1N, R20E, SECTION 28:  NE/4 INSOFAR AS LS.
                    COVERS THE UPPER MORROW FORM. ONLY


Date    :   01/17/1997
Lease # :   01155A
Lessor  :   MADELINE LEMAN, EXEC.U/W OF
            MICHELLE D. LEMAN
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 982  Page: 644  Instrument:
                SEC TOWN RANGE DESCRIPTION
                034 001N  020EC ALL
                    TRACT:   3   T1N, R20E, SECTION 34:  ALL OF SECTION
                    (TRACTS 34-1; 34-5, 34-6, 34-7, & 34-8)


Date    :   01/29/1997
Lease # :   01155B
Lessor  :   BETTY J. KESTER
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 982  Page: 650  Instrument:
                SEC TOWN RANGE DESCRIPTION
                034 001N  020EC ALL
                    TRACT:   3   T1N, R20E, SECTION 34:  ALL OF SECTION
                    (TRACTS 34-1; 34-5, 34-6, 34-7, & 34-8)


Date    :   03/04/1997
Lease # :   01155C
Lessor  :   MILDRED KERSHMAN
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 984  Page: 464  Instrument:
                SEC TOWN RANGE DESCRIPTION
                034 001N  020EC ALL
                    TRACT:   3   T1N, R20E, SECTION 34:  ALL OF SECTION
                    (TRACTS 34-1; 34-5, 34-6, 34-7, & 34-8)
```

## CAMRICK – LEASES CONTINUED

```
Date     :   01/09/1997
Lease # :    0115SD
Lessor  :    CHESTER R. KERSHMAN
Lessee  :    CHAPARRAL ENERGY, INC.
Recorded:    Book: 981  Page:  730  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             034 001N  020EC ALL
                 TRACT:   3   T1N, R20E, SECTION 34:  ALL OF SECTION
                 (TRACTS 34-1; 34-5, 34-6, 34-7, & 34-8)


Date     :   01/09/1997
Lease # :    0115SE
Lessor  :    LENORA JONES
Lessee  :    CHAPARRAL ENERGY, INC.
Recorded:    Book: 980  Page:  609  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             034 001N  020EC ALL
                 TRACT:   3   T1N, R20E, SECTION 34:  ALL OF SECTION
                 (TRACTS 34-1; 34-5, 34-6, 34-7, & 34-8)


Date     :   01/08/1997
Lease # :    0115SF
Lessor  :    JOE WARREN, JR.
Lessee  :    CHAPARRAL ENERGY, INC.
Recorded:    Book: 980  Page:  611  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             034 001N  020EC ALL
                 TRACT:   3   T1N, R20E, SECTION 34:  ALL OF SECTION
                 (TRACTS 34-1; 34-5, 34-6, 34-7, & 34-8)


Date     :   01/15/1997
Lease # :    0115SG
Lessor  :    DYANN WALLS
Lessee  :    CHAPARRAL ENERGY, INC.
Recorded:    Book: 982  Page:  652  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             034 001N  020EC ALL
                 TRACT:   3   T1N, R20E, SECTION 34:  ALL OF SECTION
                 (TRACTS 34-1; 34-5, 34-6, 34-7, & 34-8)


Date     :   01/24/1997
Lease # :    0115SH
Lessor  :    S. TOM MORRIS
Lessee  :    CHAPARRAL ENERGY, INC.
Recorded:    Book: 982  Page:  197  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             034 001N  020EC ALL
                 TRACT:   3   T1N, R20E, SECTION 34:  ALL OF SECTION
                 (TRACTS 34-1; 34-5, 34-6, 34-7, & 34-8)


Date     :   01/18/1997
Lease # :    0115SI
Lessor  :    BARRY GOLDBERG
Lessee  :    CHAPARRAL ENERGY, INC.
Recorded:    Book: 981  Page:  711  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             034 001N  020EC ALL
                 TRACT:   3   T1N, R20E, SECTION 34:  ALL OF SECTION
                 (TRACTS 34-1; 34-5, 34-6, 34-7, & 34-8)


Date     :   06/02/1997
Lease # :    0115SJ
Lessor  :    ALLAN HELD
Lessee   .   CHAPARRAL ENERGY, INC.
Recorded:    Book: 989  Page:  596  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             034 001N  020EC ALL
                 TRACT:   3   T1N, R20E, SECTION 34:  ALL OF SECTION
                 (TRACTS 34-1; 34-5, 34-6, 34-7, & 34-8)
```

## CAMRICK – LEASES CONTINUED

```
Date    :   11/01/1995
Lease # :   O1155K
Lessor  :   MARTHA JANE STONE
Lessee  :   NORAM PETROLEUM CORPORATION
Recorded:   Book: 957  Page: 016  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            034 001N  020EC ALL SEC.
                TRACT:  12   T1N, R20E, SECTION 34:  ALL SECTION


Date    :   11/19/1998
Lease # :   O1155L
Lessor  :   PHYLLIS LEWIS
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 1017  Page: 005  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            034 001N  020EC ALL
                TRACT:   3   T1N, R20E, SECTION 34:  ALL OF SECTION
                (TRACTS 34-1; 34-5, 34-6, 34-7, & 34-8)


Date    :   07/22/1948
Lease # :   O1155M
Lessor  :   JULIUS SELL & TENA SELL, his
            wife
Lessee  :   HUNT OIL COMPANY
Recorded:   Book:  27  Page: 622  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            034 001N  020EC E2
                TRACT:  10 T1N, R20E, SEC. 34:  E/2
            034 001N  020EC SW
                TRACT:  11   T1N, R20E, SEC. 34:  SW/4


Date    :   12/10/1951
Lease # :   O1155N
Lessor  :   JAMES E. ANDERSON,ETUX &
            JULIUS SELL, ETUX
Lessee  :   SIBLEY JINES
Recorded:   Book: 123  Page: 206  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            034 001N  020EC NW
                TRACT:  99   T1N, R20E, SECTION 34:  NW/4


Date    :   01/10/1997
Lease # :   O1156A
Lessor  :   JOE P. LILE aka JOE PETE LILE
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 982  Page: 195  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            030 001N  021EC SW
                TRACT:   2   T1N, R21EC, SEC. 30:  SW/4


Date    :   06/23/1965
Lease # :   O1156B
Lessor  :   EST. OF HENRY G. LILE, an in-
            competent, E.C.LILE, guardian
Lessee  :   GEORGE BREMER, JR.
Recorded:   Book: 284  Page:  51  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            030 001N  021EC SW
                TRACT: 120   T1N, R21E, SECTION 30:  SW/4


Date    :   01/06/1997
Lease # :   O1157A
Lessor  :   JOHN M. STUBBLEFIELD TRUST
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 981  Page: 172  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            036 001N  020EC NW
                TRACT:   1  T1N, R20EC, SECTION 36:  NW/4 (LTD. TO THAT
                SUBSURFACE INTERVAL DESC. AS THE MORROW SANDS)
```

## CAMRICK -- LEASES CONTINUED

```
Date     :   02/14/1997
Lease #  :   O1158A
Lessor   :   BOBBIE LEE APPLE
Lessee   :   CHAPARRAL ENERGY, INC.
Recorded:    Book: 984  Page: 531  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             032 001N  020EC E2
                 TRACT:   7  T1N, R20EC, SECTION 32:  E/2
             033 001N  020EC SW
                 TRACT:   8  T1N, R20EC, SECTION 33:  SW/4

Date     :   03/06/1997
Lease #  :   O1158D
Lessor   :   LUCILLE FRANCES APPLE ESTATE
             CORINNE D. CRANK, TRUSTEE
Lessee   :   CHAPARRAL ENERGY, INC.
Recorded:    Book: 984  Page: 466  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             032 001N  020EC NE
                 TRACT:  11  T1N, R20EC, SECTION 32:  NE/4
             032 001N  020EC SE
                 TRACT:  12  T1N, R20EC, SECTION 32:  SE/4
             033 001N  020EC SW
                 TRACT:  13  T1N, R20EC, SECTION 33:  SW/4

Date     :   04/14/1997
Lease #  :   O1158C
Lessor   :   VICTORIA MARIE APPLE, a widow
Lessee   :   CHAPARRAL ENERGY, INC.
Recorded:    Book: 987  Page: 354  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             032 001N  020EC NE
                 TRACT:  11  T1N, R20EC, SECTION 32:  NE/4
             032 001N  020EC SE
                 TRACT:  12  T1N, R20EC, SECTION 32:  SE/4
             033 001N  020EC SW
                 TRACT:  13  T1N, R20EC, SECTION 33:  SW/4

Date     :   12/24/1996
Lease #  :   O1158D
Lessor   :   ANTONIO DANIELE
Lessee   :   CHAPARRAL ENERGY, INC.
Recorded:    Book: 980  Page: 601  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             032 001N  020EC NE
                 TRACT:  11  T1N, R20EC, SECTION 32:  NE/4
             032 001N  020EC SE
                 TRACT:  12  T1N, R20EC, SECTION 32:  SE/4
             033 001N  020EC SW
                 TRACT:  13  T1N, R20EC, SECTION 33:  SW/4

Date     :   11/18/1953
Lease #  :   O1158E
Lessor   :   JOHN T. APPLE
Lessee   :   D. F. HARRINGTON
Recorded:    Book: 138  Page: 642  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             032 001N  020EC NE
                 TRACT:  28   T1N, R20E, SECTION 32:  ONLY INSOFAR AS LS.
                 COVERS THE NE/4

Date     :   11/18/1953
Lease #  :   O1158F
Lessor   :   JOHN T. APPLE
Lessee   :   D. F. HARRINGTON
Recorded:    Book: 138  Page: 642  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             032 001N  020EC SE
                 TRACT:  27   T1N, R20E, SECTION 32:  ONLY INSOFAR AS LS.
                 COVERS THE SE/4
```

## CAMRICK -- LEASES CONTINUED

```
Date     :   11/18/1953
Lease # :    O1158G
Lessor   :   JOHN T. APPLE, a single man
Lessee   :   D. F. HARRINGTON
Recorded:    Book: 138  Page: 644  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             033 001N  020EC SW
                  TRACT: 32   T1N, R20E, SECTION 33:  SW/4


Date     :   07/29/1953
Lease # :    O1182A
Lessor   :   PAUL CORBIN and MABEL CORBIN,
             his wife
Lessee   :   PHILLIPS PETROLEUM COMPANY
Recorded:    Book: 137  Page: 264  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             031 001N  020EC NE
                  TRACT:  3 T1N, R20E, SECTION 31:  NE/4
             031 001N  020EC E2NE
                  TRACT:  4  T1N, R20EC, SECTION 31:  E/2 NW/4


Date     :   12/18/1953
Lease # :    O1184A
Lessor   :   JAKE D. BOESE & wife, JUSTINA
             BOESE
Lessee   :   FRANK PARKES
Recorded:    Book: 139  Page: 337  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             029 001N  020EC SE
                  TRACT:  2 T1N, R20E, SECTION 29:  SE/4


Date     :   01/13/1969
Lease # :    O1198A
Lessor   :   THE WILLIAM K. WARREN FOUNDA-
             TION
Lessee   :   HUMBLE OIL & REFINING COMPANY
Recorded:    Book: 338  Page:  28  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             022 001N  020EC W2NE
                  TRACT: 45    T1N, R20EC, SECTION 22:  W/2 NE/4


Date     :   11/20/1963
Lease # :    O1198B
Lessor   :   HARRISON W. BAKER AND MARY
             BAKER, his wife
Lessee   :   HUMBLE OIL & REFINING COMPANY
Recorded:    Book: 338  Page:  25  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             022 001N  020EC W2NE
                  TRACT:  2  T1N, R20E, SECTION 22:  W/2 NE/4 (UPPER MORROW
                  ONLY)


Date     :   08/24/1954
Lease # :    O1200A
Lessor   :   ALMA PITTMAN AND AMCY B.
             PITTMAN, her husband
Lessee   :   THE CARTER OIL COMPANY
Recorded:    Book: 143  Page: 428  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             025 001N  020EC SW
                  TRACT: 107   T1N, R20E, SECTION 25:  SW/4 (UPPER MORROW ONLY
             036 001N  020EC NW
                  TRACT: 47     T1N, R20E, SECTION 36:  ONLY INSOFAR AS LS.
                  COVERS THE NW/4, LTD. FROM SURF. TO BS. OF UPPER MORROW
```

## CAMRICK – LEASES CONTINUED

```
Date    :   07/14/1954
Lease # :   01234A
Lessor  :   MARY LEE WILSON ELLIS & hus,
            DREW ELLIS, ETAL
Lessee  :   MAX KELLY
Recorded:   Book: 143  Page:  11  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            032 001N  020EC ONLY W2SW
                TRACT:   1   T1N, R20E, SECTION 32:  ONLY INSOFAR AS LS.
                COV. THE W/2 SW/4

Date    :   07/14/1954
Lease # :   01235A
Lessor  :   MARY LEE WILSON ELLIS & hus,
            DREW ELLIS, ETAL
Lessee  :   MAX KELLY
Recorded:   Book: 143  Page:  11  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            032 001N  020EC ONLY E2SW
                TRACT:  99   T1N, R20E, SECTION 32:  ONLY INSOFAR AS LS.
                COVERS THE E/2 SW/4

Date    :   02/28/1952
Lease # :   01239A
Lessor  :   MARY TOMLIN, a widow
Lessee  :   R. C. ROBERTS
Recorded:   Book: 128  Page:  14  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            021 001N  020EC NE
                TRACT:  99   T1N, R20E, SECTION 21:  NE/4

Date    :   05/06/1999
Lease # :   01262A
Lessor  :   THE SARGENT FAMILY 1975 TRUST
Lessee  :   CHAPARRAL ENERGY, INC.
Recorded:   Book: 1026  Page: 0018  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            027 001N  020EC W2NE
                TRACT: 121   T1N, R20E, SECTION 27:  W/2 NE/4

Date    :   06/11/1959
Lease # :   01262B
Lessor  :   GEORGE S. SARGENT & BESSIE M.
            SARGENT
Lessee  :   MAGNOLIA PETROLEUM CO.
Recorded:   Book: 198  Page: 436  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            027 001N  020EC W2NE
                TRACT: 201   T1N, R20E, SEC. 27:  W/2 NE/4 (UPPER MORROW
                ONLY)

Date    :   06/11/1959
Lease # :   01262C
Lessor  :   WILLIAM K. WARREN FOUNDATION
Lessee  :   MAGNOLIA PETROLEUM CO.
Recorded:   Book: 198  Page: 438  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            027 001N  020EC W2NE
                TRACT: 201   T1N, R20E, SEC. 27:  W/2 NE/4 (UPPER MORROW
                ONLY)

Date    :   07/02/1956
Lease # :   01358A
Lessor  :   PANHANDLE COOPERATIVE ROYALTY
            CO. & FLAG OIL CORPORATION
Lessee  :   CARTER OIL COMPANY
Recorded:   Book: 167  Page:  37  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            027 001N  020EC E2NW
                TRACT:  30   T1N, R20E, SECTION 27:  E/2 NW/4 (UPPER MORROW
                ONLY)
```

## CAMRICK – LEASES CONTINUED

```
Date      :   07/02/1956
Lease # :   O1358B
Lessor    :   FARMERS UNION COOP ROYALTY
Lessee    :   CARTER OIL COMPANY
Recorded:    Book:  167  Page:  415  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             027 001N  020EC E2NW
                 TRACT:   30    T1N, R20E, SECTION 27:  E/2 NW/4 (UPPER MORROW
                 ONLY)


Date      :   10/02/1954
Lease # :   O1371A
Lessor    :   RESERVE PETROLEUM CO., GULF
             COAST WESTERN OIL CO., ETAL
Lessee    :   CARTER OIL COMPANY
Recorded:    Book:  145  Page:   32  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             035 001N  020EC SE
                 TRACT:    1    T1N, R20E, SECTION 35:  SE/4 (UPPER MORROW
                 FORMATION, ONLY)


Date      :   08/24/1954
Lease # :   O1371B
Lessor    :   E. W. THOMAS & ROSE M. THOMAS
Lessee    :   CARTER OIL COMPANY
Recorded:    Book:  144  Page:  185  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             035 001N  020EC SE
                 TRACT:    1    T1N, R20E, SECTION 35:  SE/4 (UPPER MORROW
                 FORMATION, ONLY)


Date      :   07/30/1963
Lease # :   O01134
Lessor    :   ST. OF OKLAHOMA - LS. CS-9704
Lessee    :   HUMBLE OIL & REFINING
Recorded:    Book:  338  Page:  471  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             036 001N  019EC E2E2
                 TRACT:    1  T1N, R19EC, SECTION 36:  E/2 E/2


Date      :   11/01/1961
Lease # :   O01185
Lessor    :   USA OK NM 0207037
Lessee    :   HUMBLE OIL & REFINING COMPANY
Recorded:    Book:       Page:       Instrument:
             SEC TOWN  RANGE DESCRIPTION
             001 001S  019EC LOTS 1 & 2
                 TRACT: 201  T1S, R19E, SECTION 1:  LOTS 1 AND 2


Date      :   08/25/1958
Lease # :   O1150R
Lessor    :   RESERVE PETROLEUM COMPANY and
             SKYLINE PETROLEUM
Lessee    :   H. T. WILKINS, JR.
Recorded:    Book:  321  Page:  188  Instrument:
             SEC TOWN  RANGE DESCRIPTION
             025 001N  019EI SE
                 TRACT:    3    T1N, R19E, SEC. 25:  SE/4
             025 001N  019EI N2NE
                 TRACT:    1    T1N, R19E, SEC. 25:  N/2 NE/4
             025 001N  019EI SENE
                 TRACT:    2    T1N, R19E, SEC. 25:  SE/4 NE/4
```

## CAMRICK – LEASES CONTINUED

```
Date     :   05/22/1958
Lease # :   O1150S
Lessor  :   L. E. LITTAU & OLGA LITTAU
Lessee  :   H. T. WILKINS, JR.
Recorded:   Book: 321  Page: 186  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            025 001N  019EI SE
                TRACT:  3   T1N, R19E, SEC. 25:  SE/4
            025 001N  019EI N2NE
                TRACT:  1   T1N, R19E, SEC. 25:  N/2 NE/4
            025 001N  019EI SENE
                TRACT:  2   T1N, R19E, SEC. 25:  SE/4 NE/4

Date     :   03/18/1959
Lease # :   O1150T
Lessor  :   PAUL M. HAYWOOD
Lessee  :   HORIZON OIL & GAS COMPANY
Recorded:   Book: 321  Page: 271  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            025 001N  019EI SE
                TRACT:  3   T1N, R19E, SEC. 25:  SE/4
            025 001N  019EI N2NE
                TRACT:  1   T1N, R19E, SEC. 25:  N/2 NE/4
            025 001N  019EI SENE
                TRACT:  2   T1N, R19E, SEC. 25:  SE/4 NE/4

Date     :   09/03/1958
Lease # :   O1150U
Lessor  :   M. E. TRAPP TRUST, LOU STRANG
            TRAPP, TRUSTEE
Lessee  :   H. T. WILKINS, JR.
Recorded:   Book: 312  Page:  46  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            025 001N  019EI SE
                TRACT:  3   T1N, R19E, SEC. 25:  SE/4
            025 001N  019EI N2NE
                TRACT:  1   T1N, R19E, SEC. 25:  N/2 NE/4
            025 001N  019EI SENE
                TRACT:  2   T1N, R19E, SEC. 25:  SE/4 NE/4

Date     :   09/11/1958
Lease # :   O1150V
Lessor  :   WILLIAM R. FRANCIS & JESSIE
            J. FRANCIS
Lessee  :   H. T. WILKINS, JR.
Recorded:   Book: 321  Page: 143  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            025 001N  019EI SE
                TRACT:  3   T1N, R19E, SEC. 25:  SE/4
            025 001N  019EI N2NE
                TRACT:  1   T1N, R19E, SEC. 25:  N/2 NE/4
            025 001N  019EI SENE
                TRACT:  2   T1N, R19E, SEC. 25:  SE/4 NE/4

Date     :   09/11/1958
Lease # :   O1150W
Lessor  :   E. J. ROBINETT & LESLIE W.
            ROBINETT
Lessee  :   H. T. WILKINS, JR.
Recorded:   Book: 321  Page: 131  Instrument:
            SEC TOWN  RANGE DESCRIPTION
            025 001N  019EI SE
                TRACT:  3   T1N, R19E, SEC. 25:  SE/4
            025 001N  019EI N2NE
                TRACT:  1   T1N, R19E, SEC. 25:  N/2 NE/4
            025 001N  019EI SENE
                TRACT:  2   T1N, R19E, SEC. 25:  SE/4 NE/4
```

## CAMRICK – LEASES CONTINUED

Date      :   09/11/1958
Lease #   :   01150X
Lessor    :   R. E. COX, JR. & MARGARET
              BONMAN COX
Lessee    :   H. T. WILKINS, JR.
Recorded:     Book: 321  Page:  129  Instrument:

SEC TOWN  RANGE DESCRIPTION
025 001N  019EI SE
     TRACT:   3   T1N, R19E, SEC. 25:  SE/4
025 001N  019EI N2NE
     TRACT:   1   T1N, R19E, SEC. 25:  N/2 NE/4
025 001N  019EI SENE
     TRACT:   2   T1N, R19E, SEC. 25:  SE/4 NE/4