**Exhibit B**



CLASS ACTION
ADMINISTRATION

*Confidential*
Jennifer Keough - CEO
(206) 919-5768
jennifer.keough@jndla.com

**James McClammy, Esq. | Davis Polk & Wardwell LLP | james.mcclammy@davispolk.com**
*Naylor Farms Inc. v. Chaparral Energy LLC*

## Assumptions and Notes:

1. Assumes class size of 25,000
2. Mail 20-page notice to entire class
3. Receive and process undeliverable mail (assumes 10% of which 5% is forwarded)
4. Perform skip-tracing on undeliverable mail without forwarding address and remail (assumes 80% success rate)
5. Coordinate Summary Notice publication in regional newspapers and the Oklahoman
6. Establish dedicated website; email communication with class members
7. Establish toll-free number with IVR and live operators (assumes 7.5% call rate and 3 min. per call)
8. Receive and process opt-out requests
9. Establish and manage Qualified Settlement Fund
10. Distribute settlement payments to class members (assumes 25,000 checks with 1099s)

|  |  |  |  |  | Cost Estimate |
|---|---|---|---|---|---|
| **Case-Specific Website** | | | | | |
| Develop and host informational website with downloadable forms, and case information | | | $ | 3,500 | |
| Receive and respond to class member email inquiries | | | $ | 5,000 | |
| | | | | | $ 8,500 |
| **Publish Notice** | | | | | |
| Notice Plan | | | | | |
| | | | | | See Exhibit |
| **Call Center** | | | | | |
| Set up toll-free number and IVR menu; answer and document calls; monthly and per-minute charges | | | | | |
| *Estimated Calls:* | *1,880* | | | | |
| | | | | | $ 7,700 |
| **Database Management** | | | | | |
| Class list clean-up | | | $ | 750 | |
| Create project specific database; develop processing procedures | | | $ | 350 | |
| | | | | | $ 1,100 |
| **Mail Notice** | | | | | |
| Format/quality review notice | | | $ | 700 | |
| Print and mail notice | | | | | |
| Estimated items mailed | 25,000 | | | | |
| Printing/Materials/Mailing Services | $ 0.48 | $ 12,000 | | | |
| | | | $ | 12,000 | |
| Track undeliverables; remail forwards | | $ 650 | | | |
| Research undeliverables (skip-trace); remail | | $ 2,800 | | | |
| | | | $ | 3,450 | |
| | | | | | $ 16,150 |
| **Process Opt Outs** | | | | | |
| Process mailed opt-outs; validate forms; final review; identify and resolve issues | | | | | |
| | | | | | $ 250 |
| **Distribute Benefits** | | | | | |
| Calculate, review, and implement individual benefits | | | $ | 600 | |
| 1099 Reporting | | | $ | 550 | |
| Establish QSF/Tax ID; account setup and management; reconciliation | | | $ | 1,150 | |
| Create check language; design, format checks; manage mailing | | | $ | 1,500 | |
| Printing and mailing costs | | | | | |
| Estimated Items Mailed | 25,000 | | | | |
| Printing/Materials/Mailing Services | $ 0.44 | $ 11,000 | | | |
| | | | $ | 11,000 | |
| Research undeliverables (skip-trace); remail; reissue checks | | | $ | 3,100 | |
| | | | | | $ 17,900 |

**Project Management**

Interaction with counsel, status reports, supervision of project team, resolution of issues, court report

*Estimated Months:*          *9*

|  |  |  |
|---|---|---|
|  | $ | 10,500 |
| **Sub-Total Fees** | **$** | **62,100** |

**Expenses**

Expenses including but not limited to postage, P.O. Box ($150/month), hard-copy box storage ($1.50/box per month), copying ($0.20/page), electronic storage ($0.006 per image/record per month), NCOA, etc.

*Postage is estimated and JND will obtain best possible presort discounted rate.*

|  |  |  |
|---|---|---|
|  | $ | 27,278 |
| **Sub-Total Expenses** | **$** | **27,278** |
|  |  |  |
| **Total Fees & Expenses** | **$** | **89,378** |



All services to be provided by JND Legal Administration ("JND") are subject to the following terms and conditions:

1. SERVICES**:** JND agrees to perform all services necessary to complete the tasks outlined in the applicable proposal or other documents or per its understanding about the Client assignment.  Such Services do not in any way constitute legal services or advice.

2. PAYMENT**:** The Client agrees to pay JND for the Services as outlined in the Proposal or other agreement between the parties.  Client agrees and understands that fees charged by JND may include mark-ups, commissions, or other arrangements constituting potential profits to JND. Client further agrees that the prices to be charged by JND were negotiated at arm's length and that total fees are estimates and that the actual amount charged may be greater or lesser than the estimated amounts.  JND reserves the right to increase its hourly rates annually.

3. EXPENSES**:**    JND shall also bill for all expenses reasonably incurred in connection with the Services. These expenses include but are not limited to postage, FedEx, P.O. Box rental ($150/month), travel, copies ($0.20 per copy), box storage ($1.50/box per month), brokerage fees, accounting fees, electronic storage ($0.006 per image/record), and other items associated with the Services.  JND may receive rebates or credits from vendors in connection with volume of work performed for all of its Clients.  JND may also receive financial benefits from banks or other institutions based on settlement funds on deposit.    These credits/rebates/awards are solely the property of JND.

4. BILLING**:** JND shall invoice clients every 30 days and expect payment within thirty (30) days of receipt of invoices.  Payment for postage and printing is due in advance of mailing. Invoices not paid within thirty (30) days will be subject to a 1.5% monthly finance charge.

5. INDEPENDENT CONTRACTOR**:** JND is performing its Services as an Independent Contractor and neither it nor its employees shall be deemed to be employees of the Client.

6. CONFIDENTIALITY**:**  JND and the Client will each treat as confidential any documents shared by one party with the other.  JND does not convey to the Client any right in the programs, systems, or methodologies used or provided by JND in the performance of this assignment.

7. DATA PRIVACY**:** JND Is committed to taking all reasonable steps to ensure the security of all client and claimant data entrusted to our care. We seek to protect confidential data in all of our engagements, including this one, regardless of the size of the matter or the amount of data at issue.  Please see JND's complete Privacy Policy at www.jndla.com/privacy-policy regarding data collection and use.

8. LIMITATION OF DAMAGES**:**   JND is not responsible to the Client for any special, consequential or incidental damages incurred by Client and any liability of JND to the Client shall not exceed the total amount billed to the Client for the particular Services that give rise to any loss.

9. FORCE MAJEURE**:** If any event out of the reasonable control of JND prevents JND's performance, such performance shall be excused.

10. NOTICE**:**   Any notice required in connection with the Services shall be in writing and sent by registered mail or overnight courier.  Such notice is deemed given if mailed five days after the date of deposit in the U.S. mail, or if sent by overnight courier, one business day after delivery to such courier.

11. GOVERNING LAW**:**  This contract will be governed by and construed by the laws of the State of Washington.

12. ASSIGNMENT**:**    This Agreement and the rights and obligations of JND and the Client shall inure to the benefit of their successors and assigns, if any.

13. TERMINATION**:** This Agreement may be terminated by the Client upon at least 30 days prior written notice to JND.   The Client's obligation to pay for services or projects in progress at the time of notice of withdrawal shall continue throughout the 30 day period.  JND may terminate this Agreement (i) with 10 days prior written notice if the Client is not current in payment of charges or (ii) in any event, upon at least three months prior written notice to the Client.  If Client terminates this Agreement, JND shall have no obligation to release any information or documentation related to the applicable matter until JND has been paid in full.



*Naylor Farms Inc. v. Chaparral Energy LLC*

# MEDIA PRICING

| 1/2 PAGE PRICING - ONE Weekday Insertion | | | |
|---|---|---|---|
| **OKLAHOMA NEWSPAPER** | **CIRCULATION** | **AD POSITION** | **DIMENSIONS (1/2 PAGE)** |
| *The Daily Ardmoriete (Tue-Fri)* | 4,600 | ROP | 9.736" x 10.5" |
| *Fairview Republican (Weekly-Thu)* | 2,300 | ROP | 11.75" x 10.5" |
| *Hughes County Tribune (Weekly - Thu)* | 2,200 | ROP | 9.9821" x 10.5" |
| *McAlester News-Capital (Tue-Sat)* | 3,600 | ROP | 5.1" x 21.5" |
| *The Oklahoman* | 50,000 | ROP | 4.979" x 20.75" |
| *Tulsa World* | 49,980 | Classified / Legal Notices | 4.94" x 20.6" |
| *Clinton Daily News (Tue-Sat)* | 2,095 | Classified | TBD |
| *Elk City Daily News (Wed & Sat Only)* | 1,200 | Classified | TBD |
| **TOTAL** | | | **$12,600** |