IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ X
In re:                                          : Chapter 11
                                                :
CHAPARRAL ENERGY, INC.,                         : Case No. 16-11144 (LSS)
                                                :
       Reorganized Debtor.                      : **Re: Docket No. 1619**
                                                :
                                                :
------------------------------------------------------------ X
------------------------------------------------------------ X
In re:                                          : Chapter 11
                                                :
CHAPARRAL ENERGY, INC., *et al.*,               : Case No. 20-11947 (MFW)
                                                :
       Debtors.                                 : (Jointly Administered)
                                                :
                                                : **Re: Docket No. 13**
------------------------------------------------------------ X

**DECLARATION OF JENNIFER M. KEOUGH
REGARDING NOTICE ADMINISTRATION**

I, JENNIFER M. KEOUGH, declare and state as follows:

1. I am the Chief Executive Officer of JND Legal Administration ("JND"). JND is a legal administration services provider with operations centers in Denver, Minneapolis and Seattle. JND has extensive experience with all aspects of legal administration and has administered settlements in hundreds of class action cases.

2. JND is serving as the Settlement Administrator[1] in the above-captioned litigation ("**Action**") for the purposes of administering the Settlement Agreement, as ordered by the Court in its Preliminary Approval Order (the "**Preliminary Approval Order**") on August 27, 2020. This Declaration is based on my personal knowledge, as well as upon information provided to me

---

[1] Capitalized terms used and otherwise not defined in this Declaration shall have the meanings given to such terms in the Settlement Agreement.

1

by experienced JND employees, and if called upon to do so, I could and would testify competently thereto.

## CAFA NOTICE

3.  Pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1715, on August 26, 2020, JND mailed notice of the class action settlement in this Action to the United States Attorney General and to the appropriate state officials. An example CAFA notice is attached hereto as **Exhibit A**.

## CLASS MEMBER DATA

4.  On September 3, 2020, JND received two spreadsheets containing the names, mailing addresses, and other identifying data of individuals identified as potential Settlement Class Members. The first spreadsheet included identifying data for 17,928 individuals and entities with potential claims arising prior to May 9, 2016. The second spreadsheet included data for 12,171 individuals and entities with potential claims arising after May 9, 2016. The Settlement Class Member data was promptly loaded into a database established for this Action, and JND certified the mailing data via the Coding Accuracy Support System in order to ensure the consistency of the contact information in the database.

5.  Prior to mailing notices, JND verified the mailing addresses through the National Change of Address ("**NCOA**") database[2] and identified updated addresses for 1,507 records. JND then de-duplicated the mailing data and removed 11,520 records that were determined to be duplicative. Of the 18,579 remaining records, 502 were determined to have an incomplete mailing

---

[2] The NCOA database is the official United States Postal Service ("USPS") technology product which makes changes of address information available to mailers to help reduce undeliverable mail pieces before mail enters the mail stream. This product is an effective tool to update address changes when a person has completed a change of address form with the USPS. The address information is maintained on the database for 48 months.

address, leaving a total of 18,077 Settlement Class Members with a mailing address ("**Class Mailing List**").

## NOTICE MAILING

6. On September 11, 2020, JND caused the Notice of Settlement for Direct Mail and 2020 Plan Opt Out Election Form (together, the "**Notice**") to be mailed via first-class mail using the USPS to the 18,077 Settlement Class Members included in the Class Mailing List. A representative sample of the Notice is attached hereto as **Exhibit B**. A list of the names and addresses of the Settlement Class Members to which the Notice was mailed is attached hereto as **Exhibit C**. The 2020 Plan Opt Out Election Form was printed on colored paper to differentiate it from the Notice of Settlement for Direct Mail.

7. As of the date of this Declaration, JND had tracked 1,823 Notices that were returned to JND as undeliverable. JND re-mailed 257 Notices to forwarding addresses provided by the USPS. For the remaining undeliverable Notices, JND conducted advanced address research and obtained updated address information for 480 Settlement Class Members. JND duly re-mailed the Notice to those Settlement Class Members for whom a new address was obtained. Of the notices that were forwarded or re-mailed in this manner, 116 have been returned as undeliverable.

8. As of the date of this Declaration, 16,876 Settlement Class Members were mailed a Notice which was not returned as undeliverable, representing approximately 93.4% of all Settlement Class Members.

## PUBLICATION OF NOTICE

9. JND caused the Notice of Settlement for Publication ("**Publication Notice**") to be published on September 10, 2020, in *Fairview Republican*; on September 11, 2020, in *The Oklahoman, Tulsa World, The Daily Ardmoriete, McAlester News-Capital,* and *Clinton Daily*

*News*; on September 16, 2020, in *The Elk City Daily News*; and on September 17, 2020, in *Hughes County Tribune*. A digital copy of the Publication Notice as seen in these publications is attached as **Exhibit D**.

10. JND had requested that the *Fairview Republican* publish the Publication Notice in their September 17, 2020, edition. As it was instead published in the preceding edition, the *Fairview Republican* offered to include the Publication Notice in a future edition at no extra cost. The Publication Notice was therefore published a second time in the *Fairview Republican* on October 1, 2020.

### SETTLEMENT WEBSITE

11. On September 9, 2020 JND established a Settlement Website (www.naylorchaparralfundsettlement.com) which hosts copies of important case documents, including the Settlement Agreement and the Notice of Proposed Settlement, and provides answers to frequently asked questions, as well as contact information for the Settlement Administrator.

12. As of the date of this Declaration, the Settlement Website has tracked 270 unique users with over 905 pageviews. JND will continue to update and maintain the Settlement Website throughout the administration process.

### TOLL-FREE INFORMATION LINE

13. On September 9, 2020 JND established a case-specific toll-free telephone number (1-833-794-0946) for Settlement Class Members to call to obtain information about the Settlement. The toll-free number is accessible 24 hours a day, seven (7) days a week.

14. As of the date of this Declaration, the toll-free number has received 239 calls.

**REQUESTS FOR EXCLUSION**

15. The Preliminary Approval Order directs that Settlement Class Members who would like to opt out of the Settlement Class must do so by following the procedures contained in the Notice and mailing an opt-out request for receipt by the Settlement Administrator on or before 5:00 p.m. prevailing Central Time on November 9, 2020.

16. As of the date of this Declaration, JND has received three (3) opt-out requests, which were timely received prior to the November 9, 2020 deadline. A list of the entities requesting to opt out of the Settlement Class is attached hereto as **Exhibit E**.

**OBJECTIONS**

17. The Preliminary Approval Order directs that Settlement Class Members who would like to object to the Settlement may do so by filing a timely objection with the Court by November 9, 2020.

18. As of the date of this Declaration, JND has not received any objections.

\*     \*     \*

19. I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 30, 2020, at Seattle, Washington.

BY: *[signature: Jennifer M. Keough]*
JENNIFER M. KEOUGH