This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.
(in thousands of dollars)
(Unaudited)

**Debtor's Name:** Chaparral Energy, Inc., et al.

**Bankruptcy Number:** 16-11144 (LSS)

**Date of confirmation:**

**Reporting Period (month/year):** January - March 2021

| | Bank: | JPMorgan Chase Bank, N.A. | | | | | | | | Arvest Bank | | Comerica Bank | Compass Bank | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account number: | 5462 | 0107 | 5538 | 0115 | 6750 | 7651 | 2929 | 2903 | 8993 | 1657 | 6030 | | | |
| Account Type: | Demand Deposit Account | Main Operating Account | Payroll Account | Revenue Account | CEI Pipeline Main Operating Account | Utility Assurance Account (1) | Health Disbursement Account (3) | Operating Disbursement Account (1) | Revenue Disbursement Account (1) | Real Estate Account | Real Estate Sweep Account | Demand Deposit Account (2) | Comerica Lock Box | Compass Bank Lock Box | Total |
| Beginning Cash Balance: | $ 100 | $ 8,935 | $ 98 | $ 14,117 | $ 250 | $ - | $ (343) | $ (2,564) | $ (770) | $ 226 | $ - | $ 32 | $ 183 | $ 162 | $ 20,426 |
| **All receipts received by the debtor:** | | | | | | | | | | | | | | | |
| Cash Sales: | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Collection of Accounts Receivable: | - | 1,506 | - | 72,798 | 70 | - | - | - | - | 1 | - | - | 612 | 965 | 75,952 |
| Transfers: | - | 45,183 | 3,580 | 1,012 | - | - | 612 | 18,252 | 16,611 | - | - | - | - | - | 85,250 |
| Proceeds from Litigation (settlement or otherwise): | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Sale of Debtor's Assets: | - | 29 | - | - | - | - | - | - | - | - | - | - | - | - | 29 |
| Proceeds from Long Term Debt (net): | - | (17,000) | - | - | - | - | - | - | - | - | - | - | - | - | (17,000) |
| Total of cash Received: | - | 29,718 | 3,580 | 73,810 | 70 | - | 612 | 18,252 | 16,611 | 1 | - | - | 612 | 965 | 144,231 |
| **Total of cash available:** | | | | | | | | | | | | | | | |
| **Less all disbursements of payment (including payments made under the confirmed plan) made by the Debtor:** | | | | | | | | | | | | | | | |
| Disbursements made under the 2020 plan, excluding the Administrative claims of bankruptcy professionals: | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Disbursements made related to Naylor Claim: | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Disbursements made under the 2016 plan, excluding the Administrative claims of bankruptcy professionals: | - | 12 | - | - | - | - | - | - | - | - | - | - | - | - | 12 |
| Transfer: | - | 18,864 | 68 | 64,191 | 255 | - | 0 | 1 | 16 | 226 | - | 32 | 600 | 996 | 85,248 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals under the 2020 plan: | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| All other disbursements made in the ordinary course: | - | 10,519 | 3,580 | 174 | - | - | 302 | 17,059 | 17,952 | 0 | - | - | 3 | 3 | 49,592 |
| Total disbursements | - | 29,395 | 3,649 | 64,365 | 255 | - | 302 | 17,059 | 17,968 | 226 | - | 32 | 603 | 998 | 134,852 |
| Ending Cash Balance | $ 100 | $ 9,258 | $ 29 | $ 23,562 | $ 65 | $ - | $ (33) | $ (1,371) | $ (2,127) | $ 1 | $ - | $ - | $ 192 | $ 128 | $ 29,805 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

| April 21, 2021 | Stephanie Carnes, Vice President/Controller |
|---|---|
| Date: | Name/Title |

**Debtor:** /s/ Stephanie Carnes
**Case Number:** 16-11144 (LSS)

**Notes:**
(1) Zero balance accounts funded from JP Morgan Main Operating and Revenue accounts; negative amounts represent outstanding checks
(2) Employee Event Account
(3) Employee Health Account

| | | |
|---|---|---|
| In re: Chaparral Energy, Inc. | Case No. | 16-11144 (LSS) |
| Debtor | Reporting Period: | January 1 through March 31, 2021 |

**MOR-1**
**Statement of Cash Receipts & Disbursements**
**For the Period October 1 - December 31, 2020**
**(In thousands of dollars)**
**(Unaudited)**

| | Case No. | 16-11144 |
|---|---|---|
| | | Chaparral Energy, Inc. |
| **Beginning Cash Balance** | $ | 20,426 |
| | | |
| **Receipts:** | | |
| Operating | $ | 75,981 |
| Proceeds from Long Term Debt, net | $ | (17,000) |
| Derivative settlements, net | $ | - |
| Total Receipts | $ | 58,981 |
| | | |
| **Operating Disbursements:** | | |
| Payroll & Benefits | $ | 3,580 |
| Taxes | $ | 1,022 |
| Rent | $ | 475 |
| Royalty Payments | $ | 17,102 |
| Vendor Payments | $ | 18,066 |
| Total Operating Disbursements | $ | 40,245 |
| | | |
| **Other Disbursements:** | | |
| Professional Fees [1] | $ | 526 |
| Restructuring Fees [2] | $ | 505 |
| Bank Interest | $ | 2,067 |
| Derivative settlements, net | $ | 5,929 |
| Other Disbursements | $ | 237 |
| Total Other Disbursements | $ | 9,357 |
| Total Disbursements | $ | 49,602 |
| | | |
| **Net Cash Flow** | $ | 9,379 |
| | | |
| **Ending Cash Balance** | $ | 29,805 |

**Notes:**

(1) - Total Professional Fees includes $96 related to the 2016 case and $430 related to the 2020 case

(2) - Total Restructuring Fees includes $264 related to the 2016 case and $241 related to the 2020 case

| | | |
|---|---|---|
| In re: Chaparral Energy, Inc., et al. | Case No. | 16-11144 (LSS) |
| Debtors | Reporting Period: | January 1 through March 31, 2021 |

**MOR-1a**
**Schedule of Disbursements by Debtor Entity**
**For the Period October 1 - December 31, 2020**
**(In thousands of dollars)**
**(Unaudited)**

| | | Total Disbursements | |
|---|---|---|---|
| **Debtor Entity** | **Case No.** | **Current Period** | **Cumulative Since Petition Date** |
| Chaparral Energy, Inc. (1) and (3) | 16-11144 | $ 32,246 | 1,122,040 |
| CEI Acquisition, L.L.C. (2) | 16-11146 | - | - |
| CEI Pipeline, L.L.C. (2) | 16-11148 | - | 736 |
| Chaparral Biofuels, L.L.C. (2) | 16-11150 | - | - |
| Chaparral CO2, L.L.C. (2) and (4) | 16-11152 | - | 151,210 |
| Chaparral Energy, L.L.C. (1) (2) | 16-11154 | - | 1,352,274 |
| Chaparral Exploration, L.L.C. (2) | 16-11147 | - | - |
| Chaparral Real Estate, L.L.C. (2) | 16-11149 | - | 4,104 |
| Chaparral Resources, L.L.C. (2) | 16-11151 | - | 29,422 |
| Green Country Supply, Inc. (2) | 16-11153 | - | - |
| Roadrunner Drilling, L.L.C. (2) | 16-11155 | - | - |
| Subtotal | | $ 32,246 | $ 2,659,786 |
| Less: Transfers to Debtor in Possession Accounts | | | (4,050) |
| Plus: Estate Disbursements Made by Outside Sources | | - | - |
| Total Disbursements for Calculating U.S. Trustee Quarterly Fees | | $ 32,246 | $ 2,655,736 |

**Notes:**

(1) Includes disbursements for all Chaparral Energy Subsidiaries as of March 20, 2018

(2) The chapter 11 cases of Chaparral Energy subsidiaries were closed on March 19, 2018.

(3) Excludes royalty disbursement payments.

(4) Sold assets of Chaparral CO2, L.L.C. during the quarter ended December 31, 2017.

Chaparral Energy, Inc. & Subsidiaries
Consolidated Balance Sheet
Reporting Period
March 31, 2021
**(In thousands of dollars)**
**(Unaudited)**
Bankruptcy Number: 16-11144 (LSS)

|  | March 31, 2021 |
|---|---:|
| **Assets** | |
| Current assets: | |
|     Cash and cash equivalents | 29,805 |
|     Accounts receivable, net | 31,827 |
|     Inventories, net | 2,073 |
|     Prepaid expenses | 2,021 |
|     Derivative instruments | - |
| Total current assets | 65,726 |
| | |
| Property and equipment, net | 9,064 |
| | |
| Oil and natural gas properties, using the full cost method: | |
|     Proved | 289,360 |
|     Unevaluated (excluded from the amortization base) | 23,265 |
|     Accumulated depreciation, depletion, amortization and impairment | (67,697) |
|         Total oil and natural gas properties | 244,928 |
| | |
| Derivative instruments | 150 |
| | |
| Other assets | 1,374 |
| Total assets | 321,242 |
| | |
| **Liabilities and stockholders' equity (deficit)** | |
| | |
| Current liabilities: | |
|     Accounts payable and accrued liabilities | 25,443 |
|     Accrued payroll and benefits payable | 4,379 |
|     Accrued interest payable | 126 |
|     Revenue distribution payable | 19,860 |
|     Long-term debt and financing leases, classified as current | 460 |
|     Derivative instruments | 24,362 |
| Total current liabilities | 74,630 |
| | |
| Long-term debt and financing leases, less current maturities | 144,026 |
| | |
| Noncurrent operating lease obligation | 733 |
| | |
| Long-term accounts payable and accrued liabilities | 3,750 |
| | |
| Derivative instruments | 4,360 |
| | |
| Deferred compensation | 232 |
| | |
| Asset retirement obligations | 15,970 |
| | |
| Stockholders' equity: | |
|     Stockholders' equity | 25 |
|     Additional paid in Capital | 126,024 |
|     Retained earnings (deficit) | (48,508) |
| Total stockholders' equity | 77,541 |
| Total liabilities and stockholders' equity | 321,242 |